**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>                          *Plaintiffs*,<br><br>      v.<br><br>DONALD J. TRUMP, *et al.*<br><br>                          *Defendants.* | No. 1:25-cv-12162 |

## MOTION FOR ADMISSION PRO HAC VICE OF JANELLE ROSE MEDEIROS AND EMILY ADAMS GAIT

Pursuant to Local Rule 83.5.3, I, Jak Kundl, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby moves the admission *pro hac vice* of Janelle Rose Medeiros and Emily Adams Gait, members of the bar of Connecticut, to serve as counsel for Plaintiff State of Connecticut in this matter.

As set forth in the accompanying certification, Janelle Rose Medeiros and Emily Adams Gait (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are members of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit Janelle Rose Medeiros and Emily Adams Gait *pro hac vice* to the bar of this Court.

August 5, 2025

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ Jak Kundl
Jak Kundl (BBO No. 713951)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
Jak.kundl@mass.gov

*Counsel for the Commonwealth of
  Massachusetts*