UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants*. | No.: 1:25-cv-12162 |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

As reflected in the attached affidavit, Plaintiffs have served the United States of America in accordance with Fed. R. Civ. P. 4(i)(1) and have served Defendants Donald J. Trump, in his official capacity as President of the United States of America, Pamela Jo Bondi, in her official capacity as United States Attorney General, and United States Department of Justice in accordance with Fed. R. Civ. P. 4(i)(2).

Accordingly, all Defendants have been served with a Summons and a copy of the Complaint.

August 5, 2025                                          Respectfully submitted,

                                          **ANDREA JOY CAMPBELL**
                                          Attorney General
                                          Commonwealth of Massachusetts

                                          *(signature block continued on next page)*

*/s/ Jak Kundl*
Jak Kundl (BBO No. 713951)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place
Boston, MA  02108
(617) 727-2200
Jak.kundl@mass.gov