# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS, et al.

                    *Plaintiffs,*

                                                    Civil Action No.: 25-12162

        v.

DONALD J. TRUMP., et al.,

                    *Defendants.*

## DECLARATION OF CERTIFIED MAIL SERVICE ON DEFENDANTS

I hereby declare as follows:

1.      I am over the age of eighteen and am not a party to this litigation.

2.      I received summonses directed to defendants Donald J. Trump, Pamela Jo Bondi,

and the United States Department of Justice.

3.      On _8/4/25_, I sent copies of the summonses described in the preceding

paragraph, along with copies of the Complaint (Dkt. No. 1 and attachments), via certified mail, to:

|   |   |   |
|---|---|---|
| 1 | Donald J. Trump<br>President of the United States of America | Donald J. Trump<br>U.S. President<br>1600 Pennsylvania Ave., N.W.<br>Washington, D.C. 20500 |
| 2 | Pamela Jo Bondi<br>United States Attorney General | Pamela Jo Bondi<br>U.S. Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530 |

1

| 3 | United States Department of Justice | United States Dept. of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530 |
|---|---|---|

4.    Additionally, on 8/4/25, I sent copies of the summonses for all parties described in paragraph 2, along with copies of the Complaint (Dkt. No. 1 and attachments), via certified mail, to:

| Attorney General of the United States | Attorney General of the United States<br>Assistant Attorney General for<br>  Administration<br>U.S. Dept. of Justice<br>Justice Management Division<br>950 Pennsylvania Ave., N.W.<br>Room 1111<br>Washington, D.C. 20530 |
|---|---|
| Office of the United States Attorney for the District of Massachusetts | Office of the United States Attorney for the<br>  District of Massachusetts<br>Civil-Process Clerk<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210 |

I declared under penalty of perjury that the foregoing is true and correct.

8-4-25
Date

_Anthony Petino_ (signature)
Signature

ANthoNy Petino
Printed Name

2