**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States., *et al.*<br><br>*Defendants*. | Civil Action No. 25-cv-12162 |

## MOTION FOR ADMISSION PRO HAC VICE OF CRYSTAL ADAMS, KATHLEEN BOERGERS, HILARY A. BURKE CHAN, NELI PALMA, AND NIMROD PITSKER ELIAS

Pursuant to Local Rule 83.5.3, I, Jak Kundl, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby move the admission *pro hac vice* of attorneys Crystal Adams, Kathleen Boergers, Hilary A. Burke Chan, Neli Palma, and Nimrod Pitsker Elias, members of the bar of the State of California, to serve as counsel for Plaintiff State of California in this matter.

As set forth in the accompanying certification, Crystal Adams, Kathleen Boergers, Hilary A. Burke Chan, Neli Palma, and Nimrod Pitsker Elias (1) are members in good standing of the bar of every jurisdiction to which they have been admitted to practice, (2) are not the subject of disciplinary proceedings pending in any jurisdictions in which they are a member of the bar, (3) have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) have read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorneys Crystal Adams, Kathleen Boergers,

Hilary A. Burke Chan, Neli Palma, and Nimrod Pitsker Elias *pro hac vice* to the bar of this Court.

August 6, 2025                           Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ *Jak Kundl*
Jak Kundl (BBO No. 713951)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
jak.kundl@mass.gov

*Counsel for the Commonwealth of*
  *Massachusetts*

2