**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF
MASSACHUSETTS, *et al.*

               *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity
as President of the United States, *et al.*

               *Defendants*.

Civil Action No. 25-cv-12162

## CERTIFICATE OF KATHLEEN BOERGERS

In support of my application for admission *pro hac vice* in this matter, I, Kathleen Boergers, hereby certify that:

1.    I am a Deputy Attorney General in the California Office of the Attorney General. I represent the State of California in the above action.

2.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of California, the United States District Court for the Central District of California, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court.

3.    I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4.    I have not previously had *pro hac vice* admission to the United States District Court

for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule

83.5.3) revoked for misconduct.

5.    I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: August 6, 2025                    /s/ Kathleen Boergers
                                         Kathleen Boergers
                                         Deputy Attorney General
                                         1515 Clay St., 20th Fl.
                                         Oakland, CA 94612
                                         Kathleen.Boergers@doj.ca.gov

2