**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*. | No. 1:25-cv-12162-AK |

**CERTIFICATION OF ANDRES IVAN NAVEDO**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

In support of my application for admission *pro hac vice* in this matter, I, Andres Ivan Navedo, hereby certify that:

1. I am an Assistant Attorney General in the Office of the New York State Attorney General. I represent the State of York in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in the State of New York (5594189) and the U.S. District Court in the Districts of Kansas, Rhode Island, and Eastern Michigan. I've also been admitted to practice in the U.S. Circuit Court for the Ninth Circuit.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2025

/s/ *Andres Ivan Navedo*
Andres Ivan Navedo
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Ivan.navedo@ag.ny.gov
(212) 416-8165