AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Commonwealth of Massachusetts et al.,
*Plaintiff*
v.
Donald J. Trump et al.,
*Defendant*

Case No. 1:25-cv-12162-AK

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the State of New York .

Date: 08/13/2025

AI Navedo
*Attorney's signature*


Andres Ivan Navedo (NY 5594189)
*Printed name and bar number*

Office of the Attorney General
of the State of New York
28 Liberty Street
New York, NY 10005
*Address*

ivan.navedo@ag.ny.gov
*E-mail address*

(212) 416-8165
*Telephone number*

*FAX number*


Print Save As... Reset