AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Commonwealth of Massachusetts et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No.    1:25-cv-12162-AK |
| Trump et al. | ) | |
| _Defendant_ | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York                                                                                       .

Date:    08/15/2025

_Zoe Ridolfi-Starr_
_Attorney's signature_

Zoe Ridolfi-Starr, 5963681 (NY)
_Printed name and bar number_

NYS Office of the Attorney General
Civil Rights Bureau
28 Liberty St.
New York, NY 10005
_Address_

zoe.ridolfi-starr@ag.ny.gov
_E-mail address_

(212) 416-8306
_Telephone number_

_FAX number_

**Print**      **Save As...**                                              **Reset**