**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 1:25-CV-12162-AK

**MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF LAPSE OF**
**APPROPRIATIONS**

The United States of America hereby moves for a stay of all proceedings and deadlines in the above-captioned case.

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal defendants. The Department does not know when such funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings and deadlines until Congress has restored appropriations to the Department.

4.      Undersigned counsel has met and conferred with opposing counsel regarding this request, and opposing counsel has indicated that Plaintiffs' take no position on this motion.

5.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all proceedings and deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

1

DATED: October 1, 2025                              Respectfully submitted,


                                                    BRETT A. SHUMATE
                                                    Assistant Attorney General

                                                    YAAKOV M. ROTH
                                                    Principal Deputy Assistant Attorney
                                                    General

                                                    ERIC HAMILTON
                                                    Deputy Assistant Attorney General

                                                    JOHN BAILEY
                                                    Counsel to the Assistant Attorney
                                                    General


                                                    */s/ John Bailey*_____
                                                    JOHN BAILEY
                                                    United States Department of Justice
                                                    Civil Division
                                                    950 Constitution Ave. NW
                                                    Washington, DC 20005
                                                    Phone: (202) 514-6993
                                                    Email: john.bailey@usdoj.gov

                                                    *Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that I have filed this Motion with the Court's ECF system, which sends

notice to Plaintiffs' Counsel identified on the NEF.


                                                    */s/ John Bailey*_____
                                                    JOHN BAILEY


                                                    2