UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25-CV-12162-AK<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF RESTORATION OF APPROPRIATIONS**

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 was signed by the President. That law restored appropriations to *inter alia* the Department of Justice, effective November 13, 2025. Defendants intend to meet and confer with Plaintiffs regarding the resetting of all filing and discovery deadlines that were set to occur during the now-concluded lapse in appropriations—i.e., those falling in the period between October 1, 2025, and November 12, 2025, as well as other deadlines that may be effected by changes to deadlines that occurred during the lapse.[1] Defendants intend to file a joint status report with a proposed joint schedule, or the parties' respective positions on a schedule, no later than November 20, 2025.

---

[1] Absent an agreement of the parties, Defendants general position is that the lapse of appropriations constitutes good cause under Federal Rule of Civil Procedure 6(b)(1) and that any deadlines imposed on the parties should be extended by 53 days (i.e., the length of the lapse in appropriations plus ten days as computed under Rule 6 of the Federal Rules of Civil Procedure) from the date of the original deadline absent a case-specific order establishing a different deadline. By way of illustration, a filing or deadline initially due on October 10, 2025 should now due on December 3, 2025.

1

| | |
|---|---|
| DATED: November 13, 2025 | Respectfully submitted, |

                                                BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

*/s/ John Bailey*
JOHN BAILEY
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this Motion with the Court's ECF system, which sends notice to Plaintiffs' Counsel identified on the NEF.

*/s/ John Bailey*
JOHN BAILEY