UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-CV-12162-AK |

**JOINT MOTION TO LIFT STAY AND SET A BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

Plaintiffs and Defendants respectfully file this joint motion to lift this Court's stay of proceedings and to set a briefing schedule governing the Defendants' forthcoming motion to dismiss, and for related relief outlined below.

1. On August 1, 2025, Plaintiffs filed a Complaint against Defendants seeking declaratory and injunctive relief. Dkt. 1. Service of process was effectuated on August 4, 2025. Dkt. 6-1; Fed. R. Civ. P. 5(b)(2)(C).

2. On October 1, 2025, this Court granted Defendants' motion to stay all proceedings and deadlines in light of the lapse of federal appropriations. Dkt. 72.

3. On November 12, 2025, the President signed the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026. That law restored appropriations to the U.S. Department of Justice, effective November 13, 2025. Dkt. 75.

4. The parties have met and conferred, and Defendants intend to file a motion to dismiss the Complaint. The parties propose the following, agreed-on schedule for that motion:

- Defendants will file a motion to dismiss and memorandum in support, not to exceed 20 pages, on or before November 21, 2025.
- Plaintiffs will file an opposition, not to exceed 30 pages, to Defendants' motion on or before December 22, 2025.
- Defendants may file a reply, not to exceed 15 pages, in support of its motion on or before January 12, 2025.

5. The parties respectfully request that the Court allow Plaintiffs' opposition brief described above to exceed this Court's default page limitation by 10 pages, and Defendants' reply brief to exceed this Court's default page limitation by 5 pages, in view of the complexity of this

case and the number of parties.

For the foregoing reasons, the parties respectfully request that the Court order the above agreed-upon schedule for briefing on Defendants' forthcoming motion to dismiss and grant the parties' joint request to extend page limits as identified in that schedule.

DATED: November 17, 2025                    Respectfully submitted,


                                            BRETT A. SHUMATE
                                            Assistant Attorney General

                                            YAAKOV M. ROTH
                                            Principal Deputy Assistant Attorney
                                            General

                                            ERIC HAMILTON
                                            Deputy Assistant Attorney General

                                            JOHN BAILEY
                                            Counsel to the Assistant Attorney
                                            General


                                            */s/ John Bailey*
                                            JOHN BAILEY
                                            United States Department of Justice
                                            Civil Division
                                            950 Constitution Ave. NW
                                            Washington, DC 20005
                                            Phone: (202) 514-6993
                                            Email: john.bailey@usdoj.gov

                                            *Counsel for Defendants*

2

**ANDREA JOY CAMPBELL**
Attorney General of the Commonwealth of Massachusetts
By: /s/ *Adam M. Cambier*
Adam M. Cambier (BBO No. 690525)
  Assistant Attorney General
Allyson Slater (BBO No. 704545)
  Director, Reproductive Justice Unit
Jak Kundl (BBO No. 713951)
  Assistant Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2278
adam.cambier@mass.gov
allyson.slater@mass.gov
jak.kundl@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**ROB BONTA**
Attorney General of the State of California
By: /s/ *Hilary A. Burke Chan*
Hilary A. Burke Chan*
  Deputy Attorney General
Neli Palma*
  Senior Assistant Attorney General
Kathleen Boergers*
  Supervising Deputy Attorney General
Nimrod Pitsker Elias *
Crystal Adams*
  Deputy Counsel General
1515 Clay Street, Suite 2000
Oakland, CA 94612
(510) 879-3096
Hilary.Chan@doj.ca.gov

*Counsel for the State of California*

**LETITIA JAMES**
Attorney General of the State of New York
By: /s/ *Galen Sherwin*
Galen Sherwin*
  Special Counsel, Reproductive Rights
Travis W. England*
  Deputy Chief, Civil Rights Bureau
Rabia Muqaddam*
  Chief Counsel for Federal Initiatives
Elizabeth A. Brody*
  Assistant Solicitor General
Andres Ivan Navedo*
Zoe Ridolfi-Starr*
Stephanie Torre*
  Assistant Attorneys General
28 Liberty St.
New York, NY 10005
(212) 416-8000
Galen.sherwin@ag.ny.gov
Travis.england@ag.ny.gov
Rabia.muqaddam@ag.ny.gov
Elizabeth.brody1@ag.ny.gov
Ivan.navedo@ag.ny.gov
Zoe.ridolfi-starr@ag.ny.gov
Stephanie.torre@ag.ny.gov

*Counsel for the State of New York*

**WILLIAM TONG**
Attorney General of the State of Connecticut
By: /s/ *Janelle R. Medeiros*
Janelle R. Medeiros*
  Special Counsel for Civil Rights
By: /s/ *Emily Gait*
Emily Gait*
  Co-Special Counsel for Reproductive Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Emily.gait@ct.gov
Janelle.Medeiros@ct.gov

*Counsel for the State of Connecticut*

3

KWAME RAOUL
Attorney General of the State of Illinois
By: */s/ Aleeza Strubel*
Aleeza Strubel*
   Complex Litigation Counsel, Special Litigation Bureau
Abigail R. Durkin*
   Assistant Attorney General II, Special Litigation Bureau
115 S. LaSalle Street, 35th Floor
Chicago, IL 60603
(773) 914-3046
Aleeza.Strubel@ilag.gov
Abigail.Durkin@ilag.gov

*Counsel for the State of Illinois*

KATHLEEN JENNINGS
Attorney General of the State of Delaware
By: */s/ Vanessa L. Kassab*
Ian R. Liston*
   Director of Impact Litigation
Vanessa L. Kassab*
   Deputy Attorney General
Jennifer Kate Aaronson*
   Deputy Attorney General
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
Jennifer.aaronson@delaware.gov

*Counsel for the State of Delaware*

BRIAN L. SCHWALB
Attorney General of the District of Columbia
By: */s/ Samantha Hall*
Samantha Hall*
   Assistant Attorney General
400 Sixth Street, N.W.
Washington, DC 20001
(202) 788-2081
samantha.hall@dc.gov

*Counsel for the District of Columbia*

ANNE E. LOPEZ
Attorney General of the State of Hawaiʻi
By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
   Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
   Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

AARON M. FREY
Attorney General of the State of Maine
By: */s/ Vivian A. Mikhail*
Vivian A. Mikhail*
   Deputy Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
vivian.mikhail@maine.gov

*Counsel for the State of Maine*

ANTHONY G. BROWN
Attorney General of the State of Maryland
By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
   Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

*Counsel for the State of Maryland*

DANA NESSEL
Attorney General of the State of Michigan
By: /s/ Neil Giovanatti
Neil Giovanatti*
Daniel Ping*
  Assistant Counsel General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov

*Counsel for the State of Michigan*

AARON D. FORD
Attorney General of the State of Nevada
By: /s/ Heidi Parry Stern
Heidi Parry Stern*
  Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-2496
HStern@ag.nv.gov

*Counsel for the State of Nevada*

MATTHEW J. PLATKIN
Attorney General of the State of New Jersey
By: /s/ Lauren E. Van Driesen
Lauren E. Van Driesen*
Bryce K. Hurst*
Elizabeth R. Walsh*
  Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Lauren.VanDriesen@law.njoag.gov
Bryce.Hurst@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

*Counsel for the State of New Jersey*

RAÚL TORREZ
Attorney General of the State of New Mexico
By: /s/ Astrid Carrete
Astrid Carrete*
  Assistant Attorney General
408 Galisteo Street
Santa Fe, NM 87501
(505) 270-4332
acarrete@nmdoj.gov

*Counsel for the State of New Mexico*

JOSH SHAPIRO
In his official capacity as Governor of the Commonwealth of Pennsylvania
By: /s/ Aimee D. Thomson
Jennifer Selber*
  General Counsel
Aimee D. Thomson*
  Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(223) 234-4986
aimeethomson@pa.gov

*Counsel for Governor Josh Shapiro*

PETER F. NERONHA
Attorney General of Rhode Island
By: /s/ Kathryn T. Gradowski
Kathryn T. Gradowski*
  Special Assistant Attorney General
Julia C. Harvey*
  Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
kgradowski@riag.ri.gov
jharvey@riag.ri.gov

*Counsel for the State of Rhode Island*

5

**JOSHUA L. KAUL**
Attorney General of the State of Wisconsin
 By: */s/ Jody J. Schmelzer*
Jody J. Schmelzer*
  Assistant Attorney General
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707
(608) 266-3094
jody.schmelzer@wisdoj.gov

*Counsel for the State of Wisconsin*

\*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this Motion with the Court's ECF system, which sends notice to Plaintiffs' Counsel identified on the NEF.

*/s/ John Bailey*
JOHN BAILEY

6