UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-CV-12162-AK |

**DEFENDANTS' MOTION TO DISMISS COMPLAINT**

Pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants hereby file this Motion to Dismiss Complaint. As set forth in the accompanying Memorandum, the Complaint, Doc No. 1, filed by Plaintiffs, should be dismissed because Plaintiffs lack standing and because Plaintiffs fail to state a claim upon which relief can be granted. Accordingly, the Court should grant this Motion and dismiss the Complaint.

DATED: November 21, 2025                    Respectfully submitted,

                                                       BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

*/s/ John Bailey*
JOHN BAILEY
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov

*Counsel for Defendants*

## LOCAL RULE 7.1 CERTIFICATION

I, John Bailey, hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for the Plaintiffs, who oppose this motion.

Dated: November 21, 2025                                         */s/ John Bailey*
                                                                                       JOHN BAILEY

## CERTIFICATE OF SERVICE

On November 21, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of Massachusetts, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                                       */s/ John Bailey*
                                                                                       JOHN BAILEY