**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |
|---|
| COMMONWEALTH OF MASSACHUSETTS, et al. |
| *Plaintiffs*, |
| v. |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al. |
| *Defendants*. |

Civil Action No.: 1:25-cv-12162

**UNOPPOSED MOTION FOR LEAVE
TO SUBMIT PSEUDONYMOUS DECLARATIONS**

Plaintiffs, the Commonwealth of Massachusetts, State of California, State of New York, State of Connecticut, State of Illinois, State of Delaware, District of Columbia, State of Hawai'i, State of Maine, State of Maryland, State of Michigan, State of Nevada, State of New Jersey, State of New Mexico, Josh Shapiro (in his official capacity as Governor of the Commonwealth of Pennsylvania), State of Rhode Island, and State of Wisconsin (together, "Plaintiff States"), hereby respectfully move for entry of an order allowing certain non-party declarants (the "Doe Declarants") to file declarations in support of the Plaintiff States' anticipated opposition to Defendants' Motion to Dismiss, Doc. No. 82, through the use of pseudonyms. As grounds for such motion, the Plaintiff States respectfully refer the Court to their memorandum of law, filed alongside this motion.

Consistent with Local Rule 7.1(a)(2), the parties have met and conferred to resolve the issue. Defendants do not oppose plaintiffs' request to allow third-party declarants to submit materials using pseudonyms. Defendants' non-opposition is limited to the use of pseudonyms only

1

and should not be understood as endorsing plaintiffs' asserted justifications for that request, conceding any factual allegations regarding fear of retaliation or harassment, or consenting to the Court's consideration of any such declarations. Defendants reserve all rights to contest the admissibility, relevance, and probative value of any declarations submitted.

WHEREFORE, the Plaintiff States respectfully request that this Court enter their requested order, in the form attached hereto as **Exhibit 1** to this motion.

Dated: December 18, 2025                                Respectfully submitted,

**ANDREA JOY CAMPBELL**
Attorney General of the Commonwealth of
Massachusetts
By: */s/ Adam M. Cambier*
Adam M. Cambier (BBO No. 690525)
  Assistant Attorney General
Allyson Slater (BBO No. 704545)
  Director, Reproductive Justice Unit
Jak Kundl (BBO No. 713951)
  Assistant Attorney General
One Ashburton Place
Boston, MA 02108
(617) 963-2278
adam.cambier@mass.gov
allyson.slater@mass.gov
jak.kundl@mass.gov

*Counsel for the Commonwealth of
Massachusetts*

**ROB BONTA**
Attorney General of the State of California
By: */s/ Hilary A. Burke Chan*
Hilary A. Burke Chan*
  Deputy Attorney General
Neli Palma*
  Senior Assistant Attorney General
Kathleen Boergers*
  Supervising Deputy Attorney General
Nimrod Pitsker Elias *
Crystal Adams*
  Deputy Counsel General
1515 Clay Street, Suite 2000
Oakland, CA 94612
(510) 879-3096
Hilary.Chan@doj.ca.gov

*Counsel for the State of California*

**LETITIA JAMES**
Attorney General of the State of New York
By: */s/ Galen Sherwin*
Galen Sherwin*
  Special Counsel, Reproductive Rights
Travis W. England*
  Deputy Chief, Civil Rights Bureau
Rabia Muqaddam*
  Chief Counsel for Federal Initiatives
Elizabeth A. Brody*
  Assistant Solicitor General
Andres Ivan Navedo*
Zoe Ridolfi-Starr*
Stephanie Torre*
  Assistant Attorneys General
28 Liberty St.
New York, NY 10005
(212) 416-8000
Galen.sherwin@ag.ny.gov
Travis.england@ag.ny.gov
Rabia.muqaddam@ag.ny.gov
Elizabeth.brody1@ag.ny.gov
Ivan.navedo@ag.ny.gov
Zoe.ridolfi-starr@ag.ny.gov
Stephanie.torre@ag.ny.gov

*Counsel for the State of New York*

**WILLIAM TONG**
Attorney General of the State of Connecticut
By: */s/ Janelle R. Medeiros*
Janelle R. Medeiros*
  Special Counsel for Civil Rights
By: */s/ Emily Gait*
Emily Gait*
  Co-Special Counsel for Reproductive
Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Emily.gait@ct.gov
Janelle.Medeiros@ct.gov

*Counsel for the State of Connecticut*

**KWAME RAOUL**
Attorney General of the State of Illinois
By: */s/ Aleeza Strubel*
Aleeza Strubel*
  Complex Litigation Counsel, Special
Litigation Bureau
Abigail R. Durkin*
  Assistant Attorney General II, Special
Litigation Bureau
115 S. LaSalle Street, 35th Floor
Chicago, IL 60603
(773) 914-3046
Aleeza.Strubel@ilag.gov
Abigail.Durkin@ilag.gov

*Counsel for the State of Illinois*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware
By: */s/ Vanessa L. Kassab*
Ian R. Liston*
  Director of Impact Litigation
Vanessa L. Kassab*
  Deputy Attorney General
Jennifer Kate Aaronson*
  Deputy Attorney General
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
Jennifer.aaronson@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General of the District of
Columbia
By: */s/ Samantha Hall*
Samantha Hall*
  Assistant Attorney General
400 Sixth Street, N.W.
Washington, DC 20001
(202) 788-2081
samantha.hall@dc.gov

*Counsel for the District of Columbia*

4

**ANNE E. LOPEZ**
Attorney General of the State of Hawai'i
By: */s/ Kaliko'onālani D. Fernandes*
David D. Day*
  Special Assistant to the Attorney General
Kaliko'onālani D. Fernandes*
  Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawai'i*

**AARON M. FREY**
Attorney General of the State of Maine
By: */s/ Vivian A. Mikhail*
Vivian A. Mikhail*
  Deputy Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
vivian.mikhail@maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General of the State of Maryland
By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
  Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of the State of Michigan
By: */s/ Neil Giovanatti*
Neil Giovanatti*
Daniel Ping*
  Assistant Counsel General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov

*Counsel for the State of Michigan*

**AARON D. FORD**
Attorney General of the State of Nevada
By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
  Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-2496
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**MATTHEW J. PLATKIN**
Attorney General of the State of New Jersey
By: */s/ Lauren E. Van Driesen*
Lauren E. Van Driesen*
Bryce K. Hurst*
Elizabeth R. Walsh*
  Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Lauren.VanDriesen@law.njoag.gov
Bryce.Hurst@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of the State of New Mexico
By: /s/ *Astrid Carrete*
Astrid Carrete*
  Assistant Attorney General
408 Galisteo Street
Santa Fe, NM 87501
(505) 270-4332
acarrete@nmdoj.gov

*Counsel for the State of New Mexico*

**JOSH SHAPIRO**
In his official capacity as Governor of the Commonwealth of Pennsylvania
By: /s/ *Aimee D. Thomson*
Jennifer Selber*
  General Counsel
Aimee D. Thomson*
  Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(223) 234-4986
aimeethomson@pa.gov

*Counsel for Governor Josh Shapiro*

**PETER F. NERONHA**
Attorney General of Rhode Island
By: /s/ *Kathryn T. Gradowski*
Kathryn T. Gradowski*
  Special Assistant Attorney General
Julia C. Harvey*
  Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
kgradowski@riag.ri.gov
jharvey@riag.ri.gov

*Counsel for the State of Rhode Island*

**JOSHUA L. KAUL**
Attorney General of the State of Wisconsin
By: /s/ *Jody J. Schmelzer*
Jody J. Schmelzer*
  Assistant Attorney General
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707
(608) 266-3094
jody.schmelzer@wisdoj.gov

*Counsel for the State of Wisconsin*

*Admitted pro hac vice

6

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed this Motion with the Court's ECF system and will be sent

electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).


*/s/ Stephanie Torre*
STEPHANIE TORRE

7