# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.<br><br>        *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.<br><br>        *Defendants*. | Civil Action No.: 1:25-cv-12162 |

## [PROPOSED] ORDER ALLOWING PSEUDONYMOUS DECLARATIONS

After consideration of the Plaintiff States' motion, and for good cause shown, it is hereby

**ORDERED** this ___ day of December, 2025, that Plaintiff States' motion seeking to allow

gender-affirming care providers and parents or legal guardians of transgender or gender non-

conforming adolescents under 19 that have received, are receiving, or plan to receive gender-

affirming care (the "Doe Declarants") to file pseudonymous declarations is **GRANTED**. The

Court finds that the Doe Declarants suffer a significant risk of harm absent the requested relief,

and that absent such an order, future declarants are likely to be chilled in providing important

percipient accounts of federal conduct.

        **SO ORDERED.**

                                                            _____
                                                            Hon. Angel Kelley
                                                            U.S. District Court Judge