UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.<br><br>*Defendants*. | Civil Action No.: 1:25-cv-12162 |

ORDER ALLOWING PSEUDONYMOUS DECLARATIONS

After consideration of the Plaintiff States' motion, and for good cause shown, it is hereby **ORDERED** this 19th day of December, 2025, that Plaintiff States' motion seeking to allow gender-affirming care providers and parents or legal guardians of transgender or gender non-conforming adolescents under 19 that have received, are receiving, or plan to receive gender-affirming care (the "Doe Declarants") to file pseudonymous declarations is **GRANTED**. The Court finds that the Doe Declarants suffer a significant risk of harm absent the requested relief, and that absent such an order, future declarants are likely to be chilled in providing important percipient accounts of federal conduct.

**SO ORDERED.**

                                                 /s/ Angel Kelley
                                                 Hon. Angel Kelley
                                                 U.S. District Court Judge