UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-12162 |

## **DECLARATION OF ANDRES IVAN NAVEDO**

ANDRES IVAN NAVEDO, an attorney admitted to practice before this Court and admitted to practice before the Courts of New York, does hereby state the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Attorney General in the Office of the Attorney General for the State of New York, and I appear on behalf of the State of New York in this action. I am a member in good standing of the bar of the State of New York. I am admitted to appear in the District of Massachusetts. Doc. Nos. 46 & 47.

2. I submit this Declaration and its attached Exhibits in support of Plaintiff States' Opposition to Defendants' Motion to Dismiss.

3. Leave to file non-party declarations under a pseudonym was granted on December 19, 2025. Doc. No. 85.

4. I make the following statements on the basis of my own knowledge or a review of files in my possession.

1

5. Attached as Exhibit 1 is a true and accurate copy of the Declaration of Plaintiff State Provider #1 (filed under a pseudonym), an associate professor of pediatrics at a state-university-operated school of medicine.

6. Attached as Exhibit 2 is a true and accurate copy of the Declaration of Plaintiff State Provider #4 (filed under a pseudonym), a primary care physician at a public institution in a plaintiff state who has provided gender-affirming care for ten years.

7. Attached as Exhibit 3 is a true and accurate copy of the Declaration of Plaintiff State Provider #5 (filed under a pseudonym), a provider in a public institution who provides gender-affirming care.

8. Attached as Exhibit 4 is a true and accurate copy of the Declaration of Plaintiff State Provider #6 (filed under a pseudonym), a clinical psychologist at a state-affiliated academic health center who provides gender-affirming care.

9. Attached as Exhibit 5 is a true and accurate copy of the Declaration of Alex Sheldon, Executive Director of GLMA: Health Professionals Advancing LGBTQ+ Equality.

10. Attached as Exhibit 6 is a true and accurate copy of the Declaration of Dr. Natasha Bagdasarian, Chief Medical Executive for the State of Michigan.

11. Attached as Exhibit 7 is a true and accurate copy of the Declaration of Heidi E. Mueller, Director of the Illinois Department of Children and Family Services.

12. Attached as Exhibit 8 is a true and accurate copy of the Declaration of Dr. Jennifer Maehr, Medical Director for the Maryland Department of Juvenile Services.

13. Attached as Exhibit 9 is a true and accurate copy of the Declaration of Nina Aledort, Ph.D., Deputy Commissioner of the New York State Office of Children and Family Services.

14. Attached as Exhibit 10 is a true and accurate copy of an article, *President Trump is Delivering on His Commitment to Protect our Kids*, The White House (Feb. 3, 2025), https://www.whitehouse.gov/articles/2025/02/president-trump-is-delivering-on-his-commitment-to-protect-our-kids/.

15. Attached as Exhibit 11 is a true and accurate copy of *President Trump is Protecting America's Children*, The White House (Mar. 4, 2025), https://www.whitehouse.gov/articles/2025/03/president-trump-is-protecting-americas-children/.

16. Attached as Exhibit 12 is a true and accurate copy of the Declaration of Dr. Rachel Sewell of Stanford University.

17. Attached as Exhibit 13 is a true and accurate copy of the Declaration of Dr. Hannah C. Wenger, M.D., a physician and an assistant professor of medicine at a medical school within Pennsylvania.

18. Attached as Exhibit 14 is a true and accurate copy of California Provider #1 (filed under a pseudonym), a practicing physician who provides gender-affirming care.

19. Attached as Exhibit 15 is a true and accurate copy of the Declaration of Cori O'Neill, a nurse practitioner who provides gender-affirming care.

20. Attached as Exhibit 16 is a true and accurate copy of the Declaration of Julie Justicz, Executive Director of Legal Council for Health Justice.

21. Attached as Exhibit 17 is a true and accurate copy of the subpoena sent to The Children's Hospital Corporation, d/b/a/ Boston Children's Hospital, on demanding documents related to the provision of gender-affirming care. The subpoena was filed on the docket of *In Re: Administrative Subpoena No. 25-1431-019*, Case No. 1:25-mc-91324-MJJ, Doc. No. 5-1 (D. Mass. July 8, 2025).

22. Attached as Exhibit 18 is a true and accurate copy of the Declaration of Mark Del Monte, CEO/Executive Vice President at the American Academy of Pediatrics.

23. Attached as Exhibit 19 is a true and accurate copy of the press release, *The Department of Justice Creates New Civil Division Enforcement & Affirmative Litigation Branch*, U.S. Dep't of Justice (Sept. 25, 2025), https://www.justice.gov/opa/pr/department-justice-creates-new-civil-division-enforcement-affirmative-litigation-branch.

24. Attached as Exhibit 20 is a true and accurate copy of Declaration of Jennifer Hone, a licensed physician in California and a member of the Board of Trustees of the California Medical Association.

25. Attached as Exhibit 21 is a true and accurate copy of the Declaration of Plaintiff State Provider #2 (filed under a pseudonym), a medical provider of gender-affirming care.

26. Attached as Exhibit 22 is a true and accurate copy of the Declaration of D.C. Provider #1 (filed under a pseudonym), a Board-certified OB-GYN at a private hospital in Washington, DC.

27. Attached as Exhibit 23 is a true and accurate copy of the Declaration of Francisco J. Silva, President and Chief Executive Officer of the California Primary Care Association.

28. Attached as Exhibit 24 is a true and accurate copy of the Declaration of Plaintiff State Provider #3, a nurse practitioner at a private health clinic who provides gender-affirming care.

29. Attached as Exhibit 25 is a true and accurate copy of the Declaration of Heather Lusk, Executive Director at the Hawai'i Health & Harm Reduction Center.

30. Attached as Exhibit 26 is a true and accurate copy of the Declaration of MD Parent (filed under a pseudonym), a parent of a transgender child.

31. Attached as Exhibit 27 is a true and accurate copy of the Declaration of Lisa K. Hsiao, Acting Director of the Enforcement and Affirmative Litigation Branch, in the matter *In Re: Administrative Subpoena No. 25-1431-019*, Case No. 1:25-mc-91324, Doc. No. 37 (D. Mass. October 7, 2025).

32. Attached as Exhibit 28 is a true and accurate copy of the guidance document, *Guidance for Whistleblowers on the Chemical and Surgical Mutilation of Children*, Dep't of Health and Human Servs. (Apr. 14, 2025), https://www.hhs.gov/sites/default/files/eo-14187-whistleblower-guidance.pdf/.

33. Attached as Exhibit 29 is a true and accurate copy of Kathleen M. Moehlig, founder and Executive Director of TransFamily Support Services.

34. Attached as Exhibit 30 is a true and accurate copy of the press release, *Department of Justice Subpoenas Doctors and Clinics Involved in Performing Transgender Medical Procedures on Children*, U.S. Dep't of Justice (July 9, 2025), https://www.justice.gov/opa/pr/department-justice-subpoenas-doctors-and-clinics-involved-performing-transgender-medical.

35. Attached as Exhibit 31 is a true and accurate copy of Parent H.D. (filed under a pseudonym), a parent of a transgender child.

36. Attached as Exhibit 32 is a true and correct copy of the Declaration of William Halsey, Medicaid Director at the Connecticut Department of Social Services.

Dated:    New York, New York
          December 22, 2025

                                        */s/ Andres Ivan Navedo*
                                        Andres Ivan Navedo
                                        Assistant Attorney General
                                        Office of the Attorney General
                                        Of the State of New York

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed this Motion with the Court's ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

>*/s/ Andres Ivan Navedo*
>Andres Ivan Navedo