# EXHIBIT 19

# The Department of Justice Creates New Civil Division Enforcement & Affirmative Litigation Branch

justice.gov/opa/pr/department-justice-creates-new-civil-division-enforcement-affirmative-litigation-branch

September 25, 2025



Press Release

Thursday, September 25, 2025

**For Immediate Release**
Office of Public Affairs

The Department of Justice has announced the creation of a new office within the Civil Division — the Enforcement & Affirmative Litigation Branch — dedicated to safeguarding public health and safety through proactive enforcement and high-impact affirmative litigation.

"By consolidating the Civil Division's affirmative litigation work into a highly specialized branch, the Department will strengthen its ability to hold powerful actors accountable, protect public health and safety, and enforce critical national policies," said Assistant Attorney General Brett A. Shumate of the Justice Department's Civil Division. "This restructuring reflects the Department's commitment to aggressively protecting consumers and advancing the interests of the United States."

The new Branch will consist of two sections. The Enforcement Section will draw on the Department's extensive experience bringing landmark cases under statutes such as the Controlled Substances Act, Federal Food, Drug, and Cosmetic Act, Consumer Product Safety Act, Federal Trade Commission Act, Children's Online Privacy Protection Act, and Restore Online Shoppers' Confidence Act, to protect consumers — whether it be from unfair and deceptive trade practices of the largest technology companies in the world, defective

consumer goods imported from China, or false and misleading claims about drugs and dietary supplements manufactured by pharmaceutical companies. The Affirmative Litigation Section will represent the United States by filing lawsuits against states, municipalities, and private entities that interfere with or obstruct federal policies, ensuring nationwide compliance with the U.S. Constitution and federal law.

The new Enforcement & Affirmative Litigation Branch will strengthen the Civil Division's ability to advance the Department's enforcement priorities, including protecting women and children from pharmaceutical companies, health care providers, and medical associations profiting off of false and misleading claims related to so-called gender transition, and ending sanctuary jurisdiction laws, policies, and practices that impede federal immigration enforcement and make Americans less safe in their communities.
Updated September 25, 2025

Component

[Civil Division](#)
Press Release Number: 25-992

## Related Content

Press Release

[Justice Department Seeks to Denaturalize Convicted Gun Trafficker](#)
Today, the United States filed a denaturalization action in the Middle District of Florida against Vladimir Volgaev, a native of Ukraine, who, according to the Department of Justice's Complaint, concealed...

September 30, 2025

Press Release

[Justice Department Files Denaturalization Complaint Against Child Sex Offender Who Fraudulently Obtained U.S. Citizenship](#)
On Sept. 24, the Department of Justice filed a civil complaint to revoke the citizenship of Hector Daneri Regalado, who, after naturalizing in 2010, was convicted of Taking Indecent Liberties...

September 24, 2025

Press Release

[Justice Department Seeks to Revoke Citizenship of Immigration and Identity Fraudster](#)

On Sept. 24, the Department of Justice filed a civil denaturalization complaint against Gurdev Singh Sohal, also known as Dev Singh, also known as Boota Singh Sundu, who obtained his...

September 24, 2025

## Archived Press Releases

**[Archived News](#)**