# EXHIBIT 20

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants.* | No. 1:25-cv-12162 |

## **DECLARATION OF JENNIFER HONE**

I, Jennifer Hone, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am currently a licensed physician in California and a member of the Board of Trustees of the California Medical Association (CMA), where I represent the interest of our members who are licensed physicians, surgeons, and medical students.

3. I have been practicing Endocrinology since 1994 and have been a Board Certified Endocrinologist since 1995. During my 31 years in practice, first in Colorado, and for the past 16 years in California, I have consistently provided guideline-driven, evidence-based, medically necessary gender-affirming care to people suffering from gender dysphoria.

4. CMA is a nonprofit, incorporated professional association of more than 50,000 physician and medical student members throughout the State of California. For more than 150 years, CMA has promoted the science and art of medicine, the care and well-being of patients, the protection of public health, and the betterment of the medical profession. CMA's physician members practice medicine in all specialties and settings, including providing comprehensive health services to all patients. Members provide care to both pediatric populations and adults. CMA

1

believes that patients should have access to comprehensive healthcare and that physicians and surgeons licensed to practice in California should be able to practice medicine that is informed by their education, training and experience without the threat of criminalization of evidence-based care.

5. Since January 25, 2025, CMA has received numerous communications from members regarding federal threats to access to medically necessary gender-affirming care and direct threats to the physicians who provide this care.

6. I am familiar with Executive Order 14,168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," issued on January 20, 2025 (EO 14,168) and Executive Order 14,187, titled "Protecting Children from Chemical and Surgical Mutilation," issued on January 28, 2025 (EO 14,187).

7. Additionally, I am aware of various federal actions implementing these executive orders, including: (1) CMS's April 11, 2025 Letter reminding states "of their responsibility to ensure that Medicaid payments are consistent with quality of care and that covered services are provided in a manner consistent with the best interests of recipients;" (2) CMS Administrator Dr. Mehmet Oz's April 11, 2025 statement that "Medicaid dollars are not to be used for gender reassignment surgeries or hormone treatments in minors;" (3) HHS's April 14, 2025 Guidance clarifying protections that will be provided for whistleblowers who report healthcare providers who provide gender-affirming care; (4) the April 22, 2025 memo issued by Attorney General Pamela Jo Bondi directing the prosecution of the provision of gender-affirming care as a violation of the federal female genital mutilation statute; and (5) the May 28, 2025 CMS Letter to hospitals seeking financial data, including billing codes, related to gender-affirming care.

8. These federal actions have had and are continuing to have a concrete, damaging effect on healthcare providers and patients in California, including physicians and surgeons licensed by the Medical Board of California who provide gender affirming care to their patients and meet the medical standards of care while providing care that is legally protected in California. The medical care provided is evidence-based and guideline-directed.

9. CMA's members fear being investigated and prosecuted for providing gender affirming care. CMA has members who are aware that at least one healthcare facility in California has received a subpoena from the U.S. Department of Justice seeking confidential medical records from the last several years. I understand that the federal government is seeking patients' medical records and the personal information of providers, including physician's social security numbers. Moreover, members have reported seeing news coverage indicating that the FBI intends to begin arresting providers in Southern California imminently.

10. CMA's members have expressed confusion and concern about these federal actions. Physicians do not know to what extent the facilities in which they practice will be able to protect the physicians from the federal government's efforts to interfere with the provision of evidence-based care. This fear of being targeted or arrested is harming providers' mental health. Some physicians fear for their own safety and that of their families and worry about any knock at their doors. At the same time, physicians are aware that California's Attorney General has reminded health care providers that electing to refuse services to a class of individuals based on their protected status, such as withholding services from transgender individuals based on their gender identity or their diagnosis of gender dysphoria, while offering such services to cisgender individuals, is discrimination.

11. Medical malpractice insurance companies have informed CMA members that the companies will not cover physicians if the physician is sued or is subject to legal action by the federal government for providing medically necessary gender-affirming care. With the threat of losing malpractice insurance coverage, some providers may decide to stop providing medically necessary gender-affirming care due to the newly heightened liability risks. This means that providers face financial losses and a need to retrain in other specialties.

12. CMA members also worry that their personal information and that of their patients will be disclosed to the federal government and their names potentially leaked to the public, which could expose them to unwarranted scrutiny and serious threats to their physical safety. Some

physicians and physician groups are incurring the cost of seeking legal counsel to protect themselves from threatened actions by the federal government.

13. In the wake of this growing federal intervention, I am aware that Children's Hospital Los Angeles (CHLA) has decided to close its Center for Transyouth Health and Development and Gender-Affirming Care surgical program, effective July 22, 2025. CHLA has publicly stated that it is ceasing its gender-affirming care services because of the Trump Administration's increasingly aggressive attacks on medically necessary gender-affirming care and the physicians and facilities that provide it and the threat that the federal government will remove all federal funding from facilities providing gender affirming care, which would harm tens of thousands of patients.

14. I am also aware that Stanford Medicine and Kaiser Permanente have paused medically necessary gender-affirming surgical procedures for patients under 19. Stanford implemented the pause on June 2, 2025, and Kaiser Permanente paused the procedures on August 29, 2025. Both hospitals stated their decisions were informed by the latest actions and directives from the federal government.

15. With so many major private institutions ending, or curbing, the provision of medically necessary gender-affirming care, many patients must turn to overburdened state-run hospitals and medical institutions to continue to obtain this care. We've heard that waitlists are long and growing at UC hospitals and other institutions that have maintained their medically necessary gender-affirming care services.

16. CMA's members and their patients have been and continue to be harmed by the threats by the federal government that resulted in CHLA and Stanford's decisions to end or modify their medically necessary gender-affirming care services. Physicians have had their longstanding relationships with patients interfered with by federal government actions and some physicians are trying to find new facilities where they can provide medically necessary gender-affirming care. Patients have been forced to transition to new facilities and programs or go on waiting lists to continue receiving care and are navigating major hurdles and managing the emotional and mental

burden of re-establishing care and explaining their medical history to new providers. Some patients are unable to find continuity of care or are forced to travel significant distances to obtain care. Members have reported that parents of patients don't know where to turn to get access to care for their children and feel devastated by the sudden withdrawal of care and difficulty accessing necessary medications.

17. The Trump Administration's attacks on medically necessary gender-affirming care are sowing distrust between patients and their providers. Due to decisions at multiple facilities to end or modify their medically necessary gender-affirming care services in response to threats from the federal government, patients are becoming increasingly wary of trusting whether they will be able to continue receiving medically necessary gender-affirming care services. This distrust could lead to some patients withdrawing from the healthcare system more broadly. If physicians lack the ability to assure their patients that patients will continue to receive medically necessary gender-affirming care, patients may be less willing to seek consistent healthcare services.

18. The Trump Administration's actions are perpetuating a chilling effect on the medical profession and making it difficult for CMA members and others to provide medically necessary gender-affirming care. Furthermore, I understand that some providers that continue to provide medically necessary gender-affirming care are attempting to become inconspicuous by removing information about gender-affirming care from their websites and generally maintaining a low profile so that they do not become the next target of the federal government for subpoenas or other actions. These attempts to go unnoticed make it difficult for new patients or members of the public to learn about medically necessary gender-affirming care and find available providers. Additionally, when longstanding providers of care are no longer making information about gender dysphoria or gender affirming care publicly available on their websites, this opens the door to others to promote misinformation and disinformation that will harm patients. Underserved communities are particularly vulnerable to the harms caused by lack of access to care and barriers to accessing medically accurate information. Finally, the actions of the federal government have had a specifically chilling effect on those of us working at Federally Qualified Health Centers who

now have to report to the federal government annually about whether they provide abortion care and/or gender-affirming services. The federal government's actions are stoking fear. Fear that my organization will be financially penalized due to the care that I provide, fear that the patients I have cared for here for the past 16 years will suddenly lose access not just to the care for their gender dysphoria, but for the important ongoing monitoring for safety of said treatments.

19. Since the Trump Administration took office, CMA's members have grown increasingly fearful about what the Administration will do to prevent providers from offering medically necessary gender-affirming care. Our members worry about the future of their medical practice, their own personal safety, risk of civil or criminal liability, as well as the health and well-being of their patients, who are and will continue to experience irreversible harms.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED and SIGNED this 10th day of December, 2025 at Santa Barbara, California.

_____
DR. JENNIFER HONE