# EXHIBIT 29

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> *Defendants.* | No. 1:25-cv-12162 |

**DECLARATION OF KATHLEEN M. MOEHLIG**

I, KATHLEEN M. MOEHLIG, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

**Background**

2. I am the founder and Executive Director of TransFamily Support Services (TFSS). In this role, I provide the overall leadership and strategic direction for the organization. I oversee program development, staff management, community partnerships, and advocacy efforts to support transgender and nonbinary individuals and their families. I also lead fundraising initiatives, manage organizational operations, and ensure compliance with legal and ethical standards. Since founding the organization, I have guided its growth into a vital resource for trans adolescents and their families throughout California and the Nation.

3. As the Executive Director of TFSS, I bring over 30 years of experience as a nonprofit executive, public speaker, life coach, and community advocate. My career has spanned

1

healthcare, education, mental health, legal services, addiction recovery, and spiritual leadership — always centered on supporting families and advocating for marginalized adolescents and young adults.

4. Earlier in my career, I worked in the field of drug and alcohol addiction as a Family Care Manager, helping sober individuals reintegrate into their families and communities after treatment. I am also a certified life coach, ordained minister, and certified parenting instructor.

5. Since founding TFSS in 2015, I have led its growth into a nationally respected organization that supports transgender and nonbinary teenagers and their families through coaching, education, and advocacy. I provide professional trainings to schools, healthcare providers, and government agencies, and serve as a consultant on trans-affirming care practices across the country.

6. In addition to my nonprofit leadership, I serve on the San Diego Human Relations Commission, the San Diego Police LGBTQ+ Advisory Board, and advisory boards for multiple LGBTQ-focused organizations. My work has been honored by the California State Assembly and San Diego Pride, and has been featured in national media including *CNN*, *PBS*, *NBC News*, and *The New York Times*.

7. TFSS works toward building a world where all genders are accepted and treated equally, and we strive to save lives by shaping a gender-affirming and accepting community at large. We guide transgender, non-binary and gender non-conforming adolescents — and their families — through the gender transitioning process to foster the most positive experience possible. We provide family coaching, assistance with healthcare and insurance issues, help to navigate the legal system, and support at schools, support groups for parents and teenagers, as well

as mentorship programs. TFSS also conducts training for healthcare facilities and workplaces. All services are provided at no fee to adolescents and families.

8. TFSS serves over 6,600 families, including roughly 3,500 households in California. We help families navigate various barriers and challenges in the healthcare system, including securing insurance coverage and identifying and establishing relationships with providers of gender-affirming care. TFSS is a leading advocate and support organization for transgender and nonbinary adolescents in California, with a strong focus on increasing access to gender-affirming care. Our work addresses the entire care ecosystem—supporting families, training providers, and influencing policy to ensure adolescents can access the care they need.

9. We assist families in navigating the complex healthcare system, including making referrals to trained and competent mental health and medical providers. We specialize in helping families find providers within their insurance networks and ensure that insurance companies fulfill their legal obligations to cover gender-affirming services. Our team helps families understand their rights, access the care their teenagers need, and overcome systemic barriers to treatment.

10. TFSS works directly with healthcare providers when families experience difficulties accessing care, offering education and consultation to improve the provider's policies and create more affirming, inclusive practices. We also actively recruit and train new providers to meet the growing need for trans-affirming care. To date, more than 500 professionals—including mental health providers, medical staff, and educators—have participated in our training programs to improve cultural competence and best practices in caring for trans adolescents.

11. In addition, TFSS has been a leader in training insurance agency frontline staff across California in transgender cultural competency, ensuring that the first point of contact for

families seeking care is affirming and informed. Over 30,000 individuals have completed this training, transforming access and responsiveness at a systems level.

12. On the policy front, TFSS advocates with California leaders to ensure that laws effectively serve trans adolescents in healthcare settings. We have co-sponsored multiple bills aimed at simplifying the process of accessing gender-affirming care, reducing systemic barriers, and holding institutions accountable to equity standards.

13. Together, these efforts form a comprehensive, family-centered approach that advances access to gender-affirming care and builds a more just and responsive healthcare system for trans teenagers in California.

**The Trump Administration's Attacks on Gender-Affirming Care**

14. Transgender adolescents and their families are facing an onslaught of attacks from the Trump Administration.

15. Since the Trump Administration took office in January 2025, TFSS has met with over 1200 individuals from across the state regarding federal threats to gender-affirming care.

16. I am familiar with Executive Order 14,168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," issued on January 20, 2025 (EO 14,168) and Executive Order 14,187, titled "Protecting Children from Chemical and Surgical Mutilation," issued on January 28, 2025 (EO 14,187).

17. Additionally, I am aware of various federal actions implementing these executive orders, including (1) CMS's April 11, 2025 Letter reminding states "of their responsibility to ensure that Medicaid payments are consistent with quality of care and that covered services are provided in a manner consistent with the best interests of recipients;" (2) CMS Administrator Dr. Mehmet Oz's April 11, 2025 statement that "Medicaid dollars are not to be used for gender

4

reassignment surgeries or hormone treatments in minors;" (3) HHS's April 14, 2025 Guidance clarifying protections that will be provided for whistleblowers who report healthcare providers who provide gender-affirming care; (4) the April 22, 2025 memo issued by Attorney General Pamela Jo Bondi directing the prosecution of the provision of gender-affirming care as a violation of the federal female genital mutilation statute; and (5) the May 28, 2025 CMS Letter to hospitals seeking financial data, including billing codes, related to gender-affirming care.

18. The impact of these federal actions has been immediate and deeply destabilizing for parents of transgender adolescents in California. Many are gripped by fear that supporting their child's access to medically necessary, gender-affirming care could result in being investigated by child protective services or even criminally prosecuted. As a result, some parents have begun delaying or canceling their child's medical appointments—appointments that were often difficult to schedule and may have taken months or even years to arrange—out of concern that insurance claims could be flagged and reported.

19. Parents who were once open and public in their support of their child's identity are now retreating into secrecy. They worry that neighbors, school personnel, or even extended family members might report them for endangering their child simply for affirming who they are. Some families have chosen to travel long distances outside their home region to access care in areas they perceive as safer, rather than risk being seen visiting a local clinic or hospital known to provide gender-affirming services.

20. I have personally coached families whose children recently came out to them as transgender—families that, just six months ago, would have been fully committed to supporting their teen through the process of accessing gender-affirming care. Now, these same parents are struggling with the heart-wrenching decision to tell their child they cannot move forward with their

transition at this time because the risks feel too high. They are torn, knowing that timely access to medically necessary gender-affirming care is critical for a young person's well-being and long-term mental health.

21. We have also heard from parents who now avoid participating in community and support groups or advocacy efforts for fear that their presence in trans-affirming spaces could be used against them. A growing number express constant anxiety that someone may attempt to challenge their custody or parenting rights because they are acting in their child's best interest by affirming their gender identity.

22. These fears are not hypothetical. They are daily realities for loving parents who are doing everything they can to protect their children in an increasingly hostile political environment. The result is a chilling effect that is isolating families, interrupting critical healthcare, and compounding the emotional and mental stress they already carry.

23. Families also worry that their children's medical records and personal information will be disclosed to the federal government and potentially leaked to the public, which could expose them to unwanted scrutiny and serious threats to their safety. In this current political climate, the idea that private health data could be accessed or shared without consent has become a major source of anxiety.

24. Parents have expressed fear that insurance claims containing gender-affirming care codes or prescriptions for hormones might be flagged by federal agencies and used to build cases against them. Some have considered paying out-of-pocket for care—despite the financial burden—just to avoid creating an electronic trail linked to their child's identity.

25. We've had families ask if their child's chosen name or gender marker updates in medical records could trigger a red flag in a government database. Others are afraid that

participation in research studies, school records, or even support group attendance lists might be subpoenaed or hacked. These aren't just theoretical concerns—they reflect a growing sense of vulnerability as families try to shield their children from public exposure, government surveillance, and potential harassment.

26. For families living in rural or politically conservative areas, these fears are often magnified. They worry that a local provider or clinic staff member might leak information to law enforcement or media outlets, either accidentally or deliberately, putting their child at risk of being outed or targeted. The fear of retaliation—online or offline—is very real.

27. This fear around data privacy is compounding the already heavy emotional and logistical burden that families face, and it is contributing to a chilling effect where some choose to delay or forgo care altogether rather than risk exposure.

**Children's Hospital Los Angeles and Stanford Hospital's Policy Changes Regarding Gender-Affirming Care**

28. In the wake of this growing federal intervention, I am aware that Children's Hospital Los Angeles (CHLA) closed its Center for Transyouth Health and Development and Gender-Affirming Care surgical program, effective July 22, 2025. CHLA publicly announced the closure and then began sending brief text messages and emails to affected families—shocking them and leaving them with little to no information about next steps or alternative care options. The decision, made at the leadership level, was also unexpected and deeply upsetting to the providers within the program, many of whom were not informed in advance and were left scrambling to support their patients during this abrupt transition. The hospital has stated that it is ceasing its gender-affirming care services due to the Trump Administration's increasingly aggressive attacks on gender-affirming care and the physicians and facilities that provide it.

7

29. I am also aware that, effective June 2, 2025, Stanford Medicine has paused its gender-affirming surgical procedures for patients under 19. This pause includes not only rare surgeries such as chest reconstruction ("top surgery") but also the placement of puberty blockers for young adolescents—interventions that are essential for a full range of transgender youth. Stanford cited recent federal directives as the basis for this decision.

30. In addition to Stanford, all of our affiliated private practice doctors—and several other hospitals across the state—have also stopped providing gender-affirming surgeries to patients under 19. Many of these physicians have been serving the transgender community for over a decade, and with their exit, we have lost not only access but also the deep expertise and trust they brought to this care. While top surgery is exceptionally rare among transgender youth, it remains a medically necessary treatment for some. These procedures only occur after a young person has been under the care of both medical and mental health providers for an extended period.

31. CHLA and Stanford's decisions mark a dramatic and deeply concerning change. Doctors who have spent years building relationships with patients and families have walked away from providing care—not because of medical uncertainty, but because of the hostile climate created by escalating anti-trans rhetoric. Many have faced relentless harassment and even death threats, and the toll has become too great. Even before the changes at CHLA and Stanford, the limited number of surgeons created long waitlists; now, the barriers are even greater. Providers' departures leave vulnerable youth without access to vital, often lifesaving care, and fracture the continuity that is so critical to their health and well-being.

32. Families have been deeply harmed by the abrupt closure or reduction of gender-affirming care services at CHLA and Stanford. The sudden loss of long-trusted providers has disrupted continuity of care, forcing families into a complicated and emotionally taxing process to

8

re-establish essential services for their children. On average, families are spending at least a month navigating insurance requirements just to secure coverage for new providers. This often includes restarting the prior authorization process, gathering documentation, and waiting for approvals—all while trying to reassure and support their child through the uncertainty.

33. Once insurance is secured, families face additional delays in actually accessing care. Booking an initial appointment with a new provider is currently taking an average of three - five months, during which time many adolescents go without access to their regular medications, including hormone therapy. This interruption in care is not only destabilizing but can also have direct physical consequences, such as withdrawal symptoms, hormone imbalances, and heightened mental health struggles like anxiety and depression. The emotional toll on both the adolescent and their caregivers is immense.

34. These delays are largely due to the fact that other gender-affirming care providers in California are already operating at or beyond capacity. Programs that once had manageable caseloads are now flooded with new patient requests from both within the state and across the country. Families from other states—particularly those where gender-affirming care has been banned or criminalized—are turning to California as one of the last remaining options for safe, legal, and affirming care. While California providers are doing their best to meet the increased demand, the infrastructure simply hasn't been equipped to absorb this influx all at once.

35. As a result, families are being placed on lengthy waitlists that offer little clarity or reassurance. In the meantime, many are paying out-of-pocket for medications, traveling long distances, or going without care altogether. One parent shared that their child, who had previously been stable and thriving, began experiencing panic attacks and insomnia after being told they would need to wait three months just to see a new provider and restart hormone treatment. The

compounded effects of delays, financial strain, and emotional distress are creating a crisis of care for transgender adolescents in California—at a time when they are already under unprecedented attack.

36. TFSS is working with multiple young adults who were scheduled to receive gender-affirming surgeries at CHLA and Stanford around the time they turned 18. These individuals had already waited upwards of nine months—often longer—to reach their scheduled procedure dates, only to have their surgeries abruptly canceled due to the hospitals' decisions to shut down or modify their programs. These cancellations came with little warning or support and have left families devastated. Until recently, 18 was the established age for accessing surgical care as a legal adult. However, the chilling effect of Executive Order 14187 has caused some hospitals to raise the age threshold above 18 or to halt services entirely out of fear of scrutiny or reprisal, despite no legal requirement to do so. As a result, young adults who should have been eligible are now caught in a state of uncertainty and distress, their long-awaited care indefinitely postponed.

37. The timing of these cancellations is especially cruel. Many families had intentionally scheduled surgeries during the summer months to ensure that their teen had the time and space to prepare and recover without missing school or disrupting academic progress. One patient, for example, had carefully planned the surgery for the summer between high school and college. They had completed all the necessary pre-operative requirements—including evaluations, lab work, and insurance approvals—and coordinated the surgery timeline so they could complete post-operative recovery in the safety and support of their parents' home before moving away for school. The cancellation shattered that careful plan, leaving the patient not only without needed care, but also with no clear path to reschedule before starting college.

38. These cancellations don't just represent a logistical setback—they represent a betrayal of trust and a significant emotional blow. Patients had prepared mentally and physically for a major, life-affirming procedure, only to be told at the last minute that their care would not be honored. For many, this has increased feelings of hopelessness, dysphoria, and distress—especially knowing they may now have to begin the entire process again with a new provider, start over with insurance, and wait many more months to get back to where they had already been.

39. Patients at Stanford who had previously received puberty blocker implants have been forced to switch to injections due to the hospital's pause on surgical and comprehensive gender-affirming care. Unlike implants, which are done once a year, injections must be administered monthly or quarterly in a doctor's office. Each injection requires new insurance authorization, causing frequent delays and added stress. This has led to adolescents missing school and parents missing work, increasing the financial and emotional burden on families. The injections are also more painful and invasive, especially over time. For adolescents who may be on blockers for several years, this shift has turned what was once a simple and affirming treatment into a disruptive and difficult process.

40. CHLA has yet to confirm whether it will continue offering mental healthcare services to transgender patients through its Center. This uncertainty weighs heavily on patients. If CHLA ceases its mental health services, patients will experience yet another disruption in care, jeopardizing their mental and emotional wellbeing. Such a loss would further exacerbate the ongoing youth mental health crisis in California, where there is a scarcity of mental health care providers. This is particularly alarming given the rate of attempted suicide for transgender adolescents is 50% higher than the rate for their cisgender peers.

41. Mental health care is often the entry point into the broader system of gender-affirming care, and affirming mental health providers play a critical role in supporting both adolescents and their families through transitions, trauma, and systemic barriers.

42. However, families routinely report how difficult it is to find therapists who are not only licensed, but also truly competent in working with transgender adolescents. Many providers lack the specialized training or experience necessary to offer culturally responsive, affirming care. Waitlists for those who are qualified can stretch for months, especially in rural or underserved areas.

43. This challenge is even more acute for families relying on Medi-Cal. Of the 3,500 households TFSS serves across California, a substantial percentage are covered by Medi-Cal. In fact, one clinic in the state reports that 30% of its overall patient population are Medi-Cal recipients. Losing access to affirming mental health care at CHLA will be especially devastating for these adolescents, as it is already extremely difficult to find affirming mental health providers who accept Medi-Cal insurance. These families face compounded barriers in a system where availability, competence, and coverage rarely align.

44. Many families, not just those who had received care at CHLA and Stanford but those who are fearful about their own clinics stopping care or a federal ban, made the incredibly difficult decision to leave the country in order to ensure that their children could continue accessing medically necessary gender-affirming treatment. These decisions were not made lightly. Families spent months researching healthcare systems abroad, evaluating legal protections for trans people, and trying to identify countries where care would be both accessible and safe. This emotionally fraught process involved coordinating new housing, school enrollment, and even seeking employment in unfamiliar places—all while managing the ongoing needs of their children.

45. For the families who ultimately chose to relocate, it was not an act of preference but of survival. They felt they had no other option to keep their children safe and supported. The burden of uprooting an entire household to access basic medical care is immense. Many left behind extended family, long-standing friendships, stable employment, and the only communities they had ever known. The financial strain has been severe, with families depleting savings or taking on debt to afford the transition. This disruption has impacted not only their trans child, but also siblings, who must adapt to entirely new environments and schooling.

46. This is a level of stress no parent should have to bear simply to secure healthcare for their child. That American families are now being forced to flee the country to protect their children's health is an indictment of how inaccessible and politicized gender-affirming care has become. These families are not seeking special treatment—they are seeking safety, stability, and basic human dignity.

47. The Trump Administration's attacks on gender-affirming care are rapidly eroding trust between patients and their providers. Since January 2025, an increasing number of healthcare professionals—particularly surgeons, family medicine doctors, and general practitioners—have stopped providing gender-affirming care due to fear of legal and professional consequences. This chilling effect has sent a message to patients that even previously affirming providers may no longer be safe or reliable.

48. The recent decisions by CHLA and Stanford to end or significantly scale back their gender-affirming care services have only deepened this sense of vulnerability. Patients and families who once saw these institutions as gold standards now feel betrayed and uncertain about where to turn. As a result, many patients are becoming increasingly wary of trusting any facility or physician

that offers gender-affirming care, unsure if their treatment could be abruptly taken away without warning.

49. This growing distrust threatens the foundation of the doctor–patient relationship. When patients cannot be assured that their care will be ongoing and protected, they may withdraw from the healthcare system altogether—not just from gender-affirming care, but from routine and preventive care as well. Families have expressed fear that sharing too much information with providers might make them targets for reporting or retaliation. The credibility of the healthcare system itself is now at stake, particularly for transgender adolescents and their families who feel that their needs are being politicized and deprioritized. Without urgent action to restore trust and ensure consistent access to care, the long-term health and well-being of this population is in serious jeopardy.

50. The Trump Administration's actions are perpetuating a chilling effect on the medical profession and making it difficult for transgender adolescents to receive gender-affirming care. I understand that some providers that continue to provide gender-affirming care are attempting to become inconspicuous by removing information about gender-affirming care from their websites and generally maintaining a low profile. These attempts to go unnoticed make it difficult for patients seeking to transition to new providers, members of the public, and new patients to learn about gender-affirming care and find available providers.

**Daily Impacts on Transgender Patients and Their Families**

51. As the Trump Administration continues its campaign of intimidation and dangerous rhetoric, transgender adolescents are doing their best to participate fully in daily life. For many, this means going to school, engaging in extracurriculars, maintaining friendships, and planning for the future—all while carrying the weight of uncertainty about their ability to access the care they

need. Some transgender adolescents have only known a reality in which gender-affirming care was a guaranteed part of their future. They grew up believing that when the time came—during adolescence or young adulthood—they would be able to receive the medical support necessary to live authentically and healthily.

52. Now, that future feels like it is slipping away. The prospect of entering adulthood without access to gender-affirming care is terrifying to many. Young people are expressing growing levels of anxiety, hopelessness, and fear. Some have shared that they are no longer making long-term plans—questioning whether college, career, or independent living is possible without the stability that affirming medical care once promised. Others are afraid to express their identities at school or in public, worried that being visibly trans may bring unwanted attention, harm, or further restrictions on their care.

53. We've seen adolescents begin to disengage from school, withdraw from social activities, and experience difficulty sleeping and eating—classic signs of overwhelming stress. In some cases, parents report an increase in self-harming behaviors or depressive episodes since discussions of federal rollbacks began dominating the news cycle. The emotional and psychological toll of this political climate is profound. Trans teenagers are being forced to carry adult-sized fears on young shoulders, all while simply trying to grow up.

54. Since the Trump Administration took office, transgender adolescents and their families have been living in fear—fear of what will be taken from them next, fear of losing access to the care they need, and fear that simply affirming their child's identity could make them a target. This isn't an abstract policy. These are real families, real lives, and real consequences. The harm being done is immediate, lasting, and, in many cases, irreversible.

55. As long as this Administration continues its campaign of intimidation—targeting providers, spreading misinformation, and using trans adolescents as political pawns—families will suffer. Kids will go without care. Parents will be forced to make impossible choices. And the healthcare system will lose the trust of those who need it most. We cannot allow fear to dictate care. Transgender adolescents deserve stability, dignity, and access to the life-saving healthcare that every young person should be guaranteed.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED and SIGNED this 9th day of December 2025 at San Diego, California.

*Kathie Moehlig*
Signer ID: KAIPLHKL16...
KATHLEEN M MOEHLIG