# EXHIBIT 30

# Department of Justice Subpoenas Doctors and Clinics Involved in Performing Transgender Medical Procedures on Children

justice.gov/opa/pr/department-justice-subpoenas-doctors-and-clinics-involved-performing-transgender-medical

July 9, 2025



Democrats have shut down the government. Department of Justice websites are not currently regularly updated. Please refer to the <u>Department of Justice's contingency plan</u> for more information.

Press Release

**For Immediate Release**
Office of Public Affairs

WASHINGTON — Today, the Department of Justice announced that it has sent more than 20 subpoenas to doctors and clinics involved in performing transgender medical procedures on children.

The Department's investigations include healthcare fraud, false statements, and more.

"Medical professionals and organizations that mutilated children in the service of a warped ideology will be held accountable by this Department of Justice." — Attorney General Pamela Bondi

Updated July 9, 2025

**Topic**

Health Care Fraud

Component

[Office of the Attorney General](#)

Press Release Number: 25-717

## Related Content

Press Release

[Pharmacy Owner and Pharmacists Sentenced for Pill Mill Scheme Involving Hundreds of Thousands of Opioid Pills](#)
A Texas pharmacy owner and three Texas pharmacists were sentenced today in Houston for unlawfully distributing more than half a million opioid pills and other commonly abused prescription drugs, including...

Press Release

[Walgreens Agrees to Pay Up to $350M for Illegally Filling Unlawful Opioid Prescriptions and for Submitting False Claims to the Federal Government](#)
The Justice Department, together with the Drug Enforcement Administration (DEA) and Department of Health and Human Services Office of Inspector General (HHS-OIG), today announced a $300 million settlement with Walgreens Boots...