# EXHIBIT 31

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>Defendants. | Case No.: 1:25-cv-12162<br><br>**LEAVE TO FILE UNDER A PSEUDONYM GRANTED ON DECEMBER 19, 2025** |

## DECLARATION OF PARENT H.D.

I, H.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the parent of a minor in Hawaiʻi.

2. I submit this Declaration in support of the Plaintiff States' Opposition to Defendants' Motion to Dismiss.

3. I choose to make this declaration using my initials to protect the safety and privacy of myself and my family. I am submitting this Declaration despite significant fear that it will put myself and my family at risk of harassment, retaliation, or other harm.

4. My child is transgender and uses he/him pronouns. He is a bright, thoughtful teenager who cares deeply about other people. He is passionate about philosophy, art and social change. He is involved in theater and directing, and he has received recognition and awards for advocacy and creative work. He also helped found a youth-led nonprofit focused on community impact. Academically, he attends one of the most competitive schools in our state, earns strong grades, and is currently applying to colleges on the East Coast. He has a future he is actively building, because he is finally able to live as himself.

1

**My Child's Gender-Affirming Care**

5. The first time I learned that my child did not identify with the gender he was assigned at birth was when he was approximately 10 years old. Looking back, there were earlier signs: moments when he seemed uncomfortable being seen as a girl, and moments of relief when he could present in ways that felt more natural to him. At the time, I did not fully understand what I was seeing. My initial reaction was complicated. I was raised in a very conservative religious environment, and I did not have language, models, or community support to help me understand transgender identity. I felt fear. Fear that I did something wrong, fear of making a mistake, fear of what others would do to my child, and fear of what his future would look like. I also felt grief, not because I did not love my child, but because I could immediately see how hard the world would be for transgender kids.

6. Over time, my child became more direct and consistent about who he is. When he asked to socially transition at age 10, we took that request seriously and cautiously. His social transition included using a different name, using he/him pronouns, and changing aspects of his appearance such as hair and clothing to better match his gender identity. This was not a sudden decision. It was a thoughtful (years-long) process. During this period, support from trusted adults—particularly mental health professionals, coaches, and school staff—made a meaningful difference. As he was able to be addressed and seen as who he is, I saw immediate positive changes: less withdrawal, less anxiety/depression, less dread about school, and more willingness to participate in daily life.

7. Because my child was struggling emotionally, I supported him in finding therapy with a provider experienced in working with gender-diverse youth. Therapy helped both my child and our family. My child was able to talk openly about his distress, his anxiety, and what

2

he needed to feel safe in his own skin. As he received appropriate support, his mental health began to stabilize. He became more present, more engaged, and more hopeful.

8. Before my child had access to appropriate support, adolescence was extremely difficult for him. In middle school, he was bullied daily. He became deeply depressed. There were periods when he did not want to go to school and struggled with his mental health in ways that were frightening as a parent. The disconnect between how he was seen and who he knew himself to be intensified his distress. It was heartbreaking to watch my child disappear into depression and fear. Social transition helped, but as puberty progressed, that distress did not simply go away.

9. When my child was 11, he asked for puberty-delaying medication. At the time, I did not know that this medical care was necessary for my child's health and wellbeing, and I said no. Had I known then what I know now—that puberty-delaying medication is safe, is medically necessary, and could have relieved my child's suffering—I would have allowed a doctor to prescribe puberty-delaying medication.

10. When my child was 14, however, our family began considering hormone therapy. We met with clinicians who carefully and thoroughly explained potential benefits, risks, and possible outcomes, including which changes are reversible and which are not, and the long-term considerations involved. I was cautious and, frankly, afraid. I sought multiple consultations because I needed to be certain that this was medically appropriate, that my child understood what was involved, and that we were making a careful decision as a family alongside qualified providers. We asked many questions and took time to decide. Ultimately, we proceeded with treatment because it was clear that this medical care addressed the root of my child's distress and

that it was necessary for his health and wellbeing. We took two years to allow him to start hormone replacement therapy ("HRT"). He was 16 years old when he started.

11. Since beginning hormone therapy, I have seen profound improvements in my child's wellbeing. One change that has mattered deeply to him is that his voice began to sound like who he is. That shift may seem small to someone who has never experienced dysphoria, but for my child it was enormous. He finally was able to be more comfortable speaking in class, more confident in relationships, and more at ease in daily life. His posture, his self-expression, and his sense of safety in the world changed. He started showing up again. His grades and social life significantly improved after receiving HRT.

12. Our family has not pursued surgical care for my child. No surgical procedure has been necessary for my child to experience the improvements described here.

13. My child's and our family's decisions about medical treatment were made through a careful, deliberative process in consultation with a team of treating providers that included a Psychologist, Licensed Clinical Social Worker, Endocrinologist, Adolescent Medicine Specialist, and Primary Care Physician. This process included mental health support, medical evaluations, ongoing monitoring, and extensive conversations about risks and benefits. As a parent, I did not "rush" into anything. I asked difficult questions. I sought multiple professional opinions. I weighed alternatives. I had family meetings. I spoke to my child openly and honestly about how I had to take my time to change my perspectives after learning new information. I made decisions the way loving parents do when a child is suffering: I pursued evidence-based care with qualified clinicians, and I listened to my child consistently describing who he is and what he needed to live.

14. I am profoundly grateful for the care my child has received. It has had a positive effect on every part of his life. Before appropriate care, my child was depressed, bullied, and struggling to attend school. After receiving gender-affirming support and medical care, my child's life changed. He attends school consistently and thrives academically at a highly competitive school. He has earned strong grades, received awards, and built a life that includes leadership, advocacy, creativity, and service. He is applying to colleges and planning for his future. His relationships have improved, including within our family, because he has been able to speak up for himself with a level of confidence that simply was not possible when he was suffering. His overall health, confidence, and stability have improved dramatically. Today, being transgender is no longer the center of his life; it is no longer a crisis, no longer an issue for him. My son is a teenager focused on learning, creating, and growing, because he has been able to access medically appropriate care.

**Federal Actions Targeting Providers of Gender-Affirming Care**

15. I understand that on January 28, 2025, President Trump issued an Executive Order directing federal agencies to take steps intended to restrict puberty-delaying medications, hormone therapies, and surgical procedures as treatments for gender dysphoria for people under the age of 19 and to investigate and prosecute providers who offer such care ("Executive Order"). I am aware the federal government has taken other actions since then to further these goals, including creating fear and uncertainty for providers and families seeking medically necessary care.

16. When I first heard of the federal government's plans to investigate and prosecute gender-affirming care providers, I was terrified and cried for days. I felt like the government was threatening the very doctors and clinicians who helped save my child from a period of severe

5

depression, dysfunction, and possible suicidality. I feared that providers would stop offering care, that hospitals would refuse to treat transgender youth, and that families like mine would be forced into impossible choices: interrupt medically necessary treatment, leave our communities to try to find care elsewhere, or watch our children suffer.

17. Even when there is no immediate cancellation of an appointment, the threat of investigation and prosecution destabilizes care. It creates delays, increases anxiety, and makes families afraid to seek help. It also risks providers leaving this work entirely. For my family, this uncertainty is not abstract. My child is approaching adulthood and is applying to colleges on the East Coast. His continuity of care matters. He will need ongoing access to medical monitoring and prescriptions. The idea that his access to medically necessary care could be disrupted by federal threats is frightening, destabilizing, and soul-crushing for me as a mother.

18. I am also concerned that federal targeting of providers increases risk of harassment and threats against medical professionals and institutions, which can further reduce access to care. Families like mine are placed in the crossfire, forced to weigh safety and privacy against the need to obtain healthcare.

19. Since January 28, 2025, I have become increasingly concerned about my child's ability to find providers who can meet his gender-affirming care needs as he becomes more independent. This concern is especially urgent as he prepares to potentially live in another state for college. Restrictions and fear-driven disruptions do not stay within state borders; they follow families and young transgender adults as they move for school and work.

20. I live with immense fear that federal actions to investigate and prosecute providers and hospitals will cause real and irreversible harm to my child and to our family. The threat alone, without any actual interruption yet, creates ongoing fear, stress, and emotional

6

destabilization for my child, his siblings, and my entire extended family who loves my son very much. My child has finally reached a place of safety and confidence in his own body and in his life, something that took 7 long years of careful support and professional care to achieve. The possibility that this care could be disrupted places him at risk of regressing back into clinical depression, despair, and isolation he experienced earlier in his life, before he was able to access appropriate treatment.

21. Through this journey, I have learned one thing with absolute certainty: children like my son do not choose to be transgender. My child did not choose this, and neither have the many transgender young people and families I have come to know. In fact, what transgender kids like my son truly want is relief from suffering and the ability to live without constant distress or shame. My child has finally reached a place of safety and confidence in his own body and in his life, he has finally learned to love and accept himself, and I have also learned to do the same. I learned that my child is the same child he always was; I just needed the time to learn that.

22. I attribute all of our healing and success to the providers willing to be patient with me, and to educate me over a long period of time, in order for my child to thrive. My son's wellbeing is not theoretical or speculative—it is the direct result of being able to receive evidence-based, medically affirming care from qualified providers. Living under the threat that the federal government could take that care away is absolutely devastating. No parent should be forced to watch their child suffer or deteriorate when effective, carefully managed medical care exists, is working, and has already proven to be life-changing.

Dated: December 15, 2025

                                          /s/ H.D.
                                          H.D.