UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-12162 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit *American Academy of Pediatrics v. Kennedy*, No. 1:25-cv-11916 (D. Mass. Jan. 6, 2026) (*AAP*), as supplemental authority in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. Doc. No. 86. A copy is attached as Exhibit 1.

In *AAP*, a court in this district denied the defendants' motion to dismiss and found that agency actions that allegedly threatened access to some medical services constituted well-pleaded Article III injuries to healthcare providers. Ex. 1 at 14–17. The court held that two alleged injuries in *AAP*, financial injury arising from lost time spent responding to patient questions regarding shared-clinical decision making, *id.* at 14–16, and the explicit threat of legal action under the 1986 Vaccine Injury Act, *id.* at 5, even if any such legal action would be unlikely to succeed, constitute Article III injuries. *Id.* at 16–17. Those injuries mirror some of the injuries outlined in Plaintiffs' Opposition, as well as in their Complaint. Doc. No. 86 at 17–18 (injuries arise from threats of investigation and redirecting time and resources, formerly spent on patient care, to responding to panicked inquiries from patients); *see also* Doc. No. 1 ¶ 179.

Dated: January 9, 2025

1

**ANDREA JOY CAMPBELL**
Attorney General of the Commonwealth of Massachusetts
By: */s/ Adam M. Cambier*
Adam M. Cambier (BBO No. 690525)
  Assistant Attorney General
Allyson Slater (BBO No. 704545)
  Director, Reproductive Justice Unit
Chloe Cable (BBO No. 708179)
Morgan Carmen (BBO No. 716769)
Jak Kundl (BBO No. 713951)
  Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
(617) 963-2278
adam.cambier@mass.gov
allyson.slater@mass.gov
chloe.cable@mass.gov
morgan.carmen@mass.gov
jak.kundl@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**ROB BONTA**
Attorney General of the State of California
By: */s/ Hilary A. Burke Chan*
Hilary A. Burke Chan*
  Deputy Attorney General
Neli Palma*
  Senior Assistant Attorney General
Nimrod Pitsker Elias*
  Supervising Deputy Attorney General
Crystal Adams*
  Deputy Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612
(510) 879-3096
Hilary.Chan@doj.ca.gov

*Counsel for the State of California*

**LETITIA JAMES**
Attorney General of the State of New York
By: */s/ Galen Sherwin*
Galen Sherwin*
  Special Counsel, Reproductive Rights
Travis W. England*
  Deputy Chief, Civil Rights Bureau
Rabia Muqaddam*
  Chief Counsel for Federal Initiatives
Elizabeth A. Brody*
  Assistant Solicitor General
Andres Ivan Navedo*
Zoe Ridolfi-Starr*
Stephanie Torre*
  Assistant Attorneys General
28 Liberty St.
New York, NY 10005
(212) 416-8000
Galen.sherwin@ag.ny.gov
Travis.england@ag.ny.gov
Rabia.muqaddam@ag.ny.gov
Elizabeth.brody1@ag.ny.gov
Ivan.navedo@ag.ny.gov
Zoe.ridolfi-starr@ag.ny.gov
Stephanie.torre@ag.ny.gov

*Counsel for the State of New York*

**WILLIAM TONG**
Attorney General of the State of Connecticut
By: */s/ Janelle R. Medeiros*
Janelle R. Medeiros*
  Special Counsel for Civil Rights
By: */s/ Emily Gait*
Emily Gait*
  Co-Special Counsel for Reproductive Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Emily.gait@ct.gov
Janelle.Medeiros@ct.gov

*Counsel for the State of Connecticut*

KWAME RAOUL
Attorney General of the State of Illinois
By: /s/ Aleeza Strubel
Aleeza Strubel*
   Complex Litigation Counsel, Special Litigation Bureau
Abigail R. Durkin*
   Assistant Attorney General II, Special Litigation Bureau
115 S. LaSalle Street, 35th Floor
Chicago, IL 60603
(773) 914-3046
Aleeza.Strubel@ilag.gov
Abigail.Durkin@ilag.gov

*Counsel for the State of Illinois*

KATHLEEN JENNINGS
Attorney General of the State of Delaware
By: /s/ Vanessa L. Kassab
Ian R. Liston*
   Director of Impact Litigation
Vanessa L. Kassab*
   Deputy Attorney General
Jennifer Kate Aaronson*
   Deputy Attorney General
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
Jennifer.aaronson@delaware.gov

*Counsel for the State of Delaware*

BRIAN L. SCHWALB
Attorney General of the District of Columbia
By: /s/ Samantha Hall
Samantha Hall*
   Assistant Attorney General
400 Sixth Street, N.W.
Washington, DC 20001
(202) 788-2081
samantha.hall@dc.gov

*Counsel for the District of Columbia*

ANNE E. LOPEZ
Attorney General of the State of Hawaiʻi
By: /s/ Kalikoʻonālani D. Fernandes
David D. Day*
   Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes*
   Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

AARON M. FREY
Attorney General of the State of Maine
By: /s/ Vivian A. Mikhail
Vivian A. Mikhail*
   Deputy Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
vivian.mikhail@maine.gov

*Counsel for the State of Maine*

ANTHONY G. BROWN
Attorney General of the State of Maryland
By: /s/ Keith M. Jamieson
Keith M. Jamieson*
   Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of the State of Michigan
By: /s/ Neil Giovanatti
Neil Giovanatti*
Daniel Ping*
　Assistant Counsel General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov

*Counsel for the State of Michigan*

**AARON D. FORD**
Attorney General of the State of Nevada
By: /s/ Heidi Parry Stern
Heidi Parry Stern*
　Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-2496
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**MATTHEW J. PLATKIN**
Attorney General of the State of New Jersey
By: /s/ Lauren E. Van Driesen
Lauren E. Van Driesen*
Bryce K. Hurst*
Elizabeth R. Walsh*
　Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Lauren.VanDriesen@law.njoag.gov
Bryce.Hurst@law.njoag.gov
Elizabeth.Walsh@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of the State of New Mexico
By: /s/ Amy Senier
Amy Senier (BBO No. 672912) *
　Senior Counsel
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060
asenier@nmdoj.gov

*Counsel for the State of New Mexico*

**JOSH SHAPIRO**
In his official capacity as Governor of the Commonwealth of Pennsylvania
By: /s/ Aimee D. Thomson
Jennifer Selber*
　General Counsel
Aimee D. Thomson*
　Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(223) 234-4986
aimeethomson@pa.gov

*Counsel for Governor Josh Shapiro*

**PETER F. NERONHA**
Attorney General of Rhode Island
By: /s/ Kathryn T. Gradowski
Kathryn T. Gradowski*
　Special Assistant Attorney General
Julia C. Harvey*
　Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
kgradowski@riag.ri.gov
jharvey@riag.ri.gov

*Counsel for the State of Rhode Island*

**JOSHUA L. KAUL**
Attorney General of the State of Wisconsin          *Pro hac vice granted
 By: */s/ Jody J. Schmelzer*
Jody J. Schmelzer*
   Assistant Attorney General
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707
(608) 266-3094
jody.schmelzer@wisdoj.gov

*Counsel for the State of Wisconsin*

**CERTIFICATE OF SERVICE**

      I hereby certify that I have filed this Motion with the Court's Electronic Court Filing system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

January 9, 2025                                                         */s/ Andres Ivan Navedo*
                                                                                          Andres Ivan Navedo