# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE 2025 SUBPOENA TO CHILDREN'S NATIONAL HOSPITAL | Civil No.: 1:25-cv-03780-JRR |

**ORDER**

Pending before the court are Movants' Motion to Quash Subpoena Duces Tecum (ECF No. 1; the "Motion to Quash") and Motion to Proceed Under Pseudonym, to Waive Requirement under Local Rule 102.2(a) to Provide Addresses, and for Protective Order (ECF No. 2; the "Pseudonym Motion"). The court has reviewed all submissions. No hearing is necessary. Local Rule 105.6 (D. Md. 2025). For the reasons set forth in the accompanying memorandum opinion, it is this 21st day of January 2026:

**ORDERED** that the Motion to Quash (ECF No. 1) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that the administrative subpoena described in the memorandum as the Subpoena shall be, and is hereby, **QUASHED** as to Requests 11, 12, and 13, and as to any other Subpoena Request to the extent it seeks or requires production of Children's National Hospital patient medical records, patient identities, or identification of parents or guardians of patients; and further it is

**ORDERED** that to the extent documents subject to this order have been produced by Children's National Hospital to the Government, the United States Department of Justice shall no longer have access to same unless obtained through lawful, proper means, and not the Subpoena;

and within seven (7) days of entry of this order, the parties shall meet and confer regarding appropriate prophylactic measures to be taken and submit a joint proposal to the court re same; and further

**ORDERED** that the Pseudonym Motion (ECF No. 2) shall be, is hereby, **GRANTED**; and further it is

**ORDERED** that Movants shall be identified in all public filings only as their chosen pseudonyms as set forth in the Motion to Quash; any document containing Movants' identifying information shall be filed under seal; and Movants are not required to disclose their addresses.

/S/
_____
Julie R. Rubin
United States District Judge