UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25-CV-12162-AK |

## JOINT NOTICE ON ORAL ARGUMENT ALLOCATION

On April 6, the Court set a hearing on Defendants' Motion to Dismiss for April 23 and directed the parties to file "a joint notice identifying which attorneys will be handling each portion of the argument and setting forth each party's requested time allotment for argument."  ECF No. 94.  Pursuant to that Order, the parties have conferred and respectfully submit this notice regarding oral argument:

**Plaintiffs' Statement:**

Plaintiffs respectfully propose that each side be allocated one hour for oral argument.  Oral argument for Plaintiffs will be presented by attorneys Galen Sherwin (introducing the argument and addressing the APA and Tenth Amendment claims, following Parts II and III of Defendants' motion); Adam Cambier (addressing U.S. v. Texas and standing to seek declaratory relief, following Parts I.A and I.C of Defendants' motion), and Zoe Ridolfi-Starr (addressing injury and redressability, following Part I.B of Defendants' motion).  Attorneys Cambier and Ridolfi-Starr respectfully intend to speak pursuant to Part J of this Court's standing order on motion practice concerning courtroom opportunities.

**Defendants' Statement:**

1

- Attorney John Bailey will be presenting oral argument for Defendants.

- Defendants respectfully request 30 minutes for oral argument, and further request to reserve 10 minutes of that time for rebuttal.

The parties respectfully submit this information for the Court's consideration in setting the time for oral argument.

DATED: April 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC HAMILTON
Deputy Assistant Attorney General

/s/ John Bailey
JOHN BAILEY
United States Department of Justice
Civil Division
950 Constitution Ave. NW
Washington, DC 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov

Counsel for Defendants

/s/ Adam Cambier
Adam Cambier
Assistant Attorney General, Civil Rights Division
Massachusetts Attorney General's Office
One Ashburton Place
Boston, MA 02108
Phone: 617-963-2278

Email: adam.cambier@mass.gov

3

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed this Motion with the Court's ECF system, which sends notice to Plaintiffs' Counsel identified on the NEF.

*/s/ John Bailey*
JOHN BAILEY