# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

STATE OF OREGON, *et al.*,

      Plaintiffs,

    v.

ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of the Department of Health and Human Services, et al.*,

      Defendants.

Case No. 6:25-cv-02409-MTK

**JUDGMENT**

**KASUBHAI,** United States District Judge:

Based on the record, and pursuant to this Court's April 18, 2026, Opinion & Order (ECF No. 93), the Court enters final judgment as follows:

1.    Judgment is entered in favor of Plaintiffs and against Defendants on Counts I, II, III, and IV of Plaintiffs' Amended Complaint (ECF 28).

2.    As there is no just reason to delay the entry of final judgment as to fewer than all claims and parties, the Court certifies as final its judgment as to Counts I, II, III, and IV pursuant to Federal Rule of Civil Procedure 54(b).

3.    The Court holds unlawful, sets aside, and VACATES the Declaration of the Secretary of the Department of Health and Human Services RE: Safety, Effectiveness and Professional Standards of Care for Sex-Rejecting Procedures on Children and Adolescents dated

Page 1 — JUDGMENT

December 18, 2025 (the Kennedy Declaration) as in excess of statutory authority, without observance of procedure require by law, and contrary to law.

4.      The Court DECLARES that Defendants lack the authority to unilaterally establish standards of care that supersede professionally recognized standards of care for provision of gender-affirming care recognized in the Plaintiff States. Defendants also lack the authority to exclude providers from federal healthcare programs based on their provision of gender-affirming care in a manner and quality consistent with the professionally recognized standards of care in the Plaintiff States.

5.      The Court permanently ENJOINS Defendants and their officers, agents servants, employees, and attorneys, including those at the Office of Inspector General (HHS-OIG), from initiating enforcement action, enforcing, implementing, giving intent to, or relying, in whole or in part, on the Kennedy Declaration—or any materially similar policy which supersedes or purports to supersede the professionally recognized standards of care for gender-affirming care that exist in the Plaintiff States—against any provider in the Plaintiff States.

6.      Within seven calendar days of entry of this Judgment, Defendants' attorneys shall provide written notice of this Judgment to all Defendants and their employees, including HHS-OIG, with responsibility for determining and making exclusions from federally funded health care programs and shall file a copy of the notice on the docket.

7.      The Court retains jurisdiction to enforce this injunction and judgment.

DATED this <u>18th</u> day of April 2026.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (he/him)
United States District Judge

Page 2 — JUDGMENT