**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF
MASSACHUSETTS, *et al.*

　　　　　　　　　*Plaintiffs*,

　　v.

DONALD J. TRUMP, *et al.*

　　　　　　　　　*Defendants*.

No. 1:25-cv-12162-AK

**MOTION FOR ADMISSION *PRO HAC VICE* OF ADAM SHOOP**

Pursuant to Local Rule 83.5.3, I, Jak Kundl, a member of the bar of this Court and counsel of record for Plaintiff Commonwealth of Massachusetts, hereby moves the admission *pro hac vice* of attorney Adam Shoop, a member of the bar of New York, to serve as counsel for Plaintiff the State of New York in this matter.

As set forth in the accompanying certification, Adam Shoop is (1) a member in good standing of the bar of every jurisdiction to which he has been admitted to practice, (2) not the subject of disciplinary proceedings pending in any jurisdictions in which he is a member of the bar, (3) has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) has read and agreed to comply with the Local Rules of this District.

WHEREFORE, this Court should admit attorney Adam Shoop *pro hac vice* to the bar of this Court.

May 22, 2026

Respectfully submitted.

ANDREA JOY CAMPBELL
  ATTORNEY GENERAL OF MASSACHUSETTS

 /s/ Jak Kundl
Jak Kundl (BBO No. 713951)
  *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
Jak.kundl@mass.gov

*Counsel for the Commonwealth of
  Massachusetts*