**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*<br><br>     *Plaintiffs,*<br><br> v.<br><br>DONALD J. TRUMP, *et al.*<br><br><br>     *Defendants.* | No. 1:25-cv-12162-AK |

**CERTIFICATION OF ADAM SHOOP**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

In support of my application for admission *pro hac vice* in this matter, I,  Adam Shoop, hereby certify that:

1. I am an Assistant Attorney General in the New York Office of the Attorney General. I represent the State of New York in the above action.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in New York State and the United States District Court for the Southern District of New York.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had *pro hac vice* admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked  for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

2

I hereby certify under penalty of perjury that the foregoing is true and correct.


May 22, 2026                                   /s/ *Adam Shoop*
                                               Adam Shoop
                                               Assistant Attorney General
                                               Office of the Attorney General
                                                  for the State of New York
                                               Harlem Regional Office
                                               163 West 125th Street, Suite 1324
                                               New York, New York 10027
                                               (212) 364-6009
                                               Adam.Shoop@ag.ny.gov

2