# EXHIBIT 2

APPEAL

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CIVIL DOCKET FOR CASE #: 4:26-mc-00006-O

In Re: Administrative Subpoena 25-1431-032      Date Filed: 04/30/2026
Assigned to: Chief District Judge Reed O'Connor      Jurisdiction: U.S. Government Plaintiff
Case in other court: United States Court of Appeals 5th Circuit,
                      26-10431
Cause: Civil Miscellaneous Case

**In Re**

**Administrative Subpoena 25-1431-032**

**Petitioner**

**United States of America**                    represented by **Patrick Raymond Runkle**
DOJ-Civ
Ealb
PO Box 386
Washington, DC 20044-0386
202-532-4723
Email: patrick.r.runkle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Womble-DOJ**
Department of Justice
801 Cherry Street, Suite 1700
Fort Worth, TX 76102
214-287-0162
Email: ethan.womble@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jordan Campbell**
DOJ-Civ
950 Pennsylvania Ave NW
Room 3611
Washington DC, DC 20530
202-856-1121
Email: jordan.c.campbell@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Ross S Goldstein**
United States Department of Justice
Enforcement and Affirmative Litigation
Branch
PO Box 386
Washington, DC 20044

202-353-4218
Fax: 202-514-8742
Email: ross.goldstein@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Rhode Island Hospital**                          represented by **Mindy Sauter**
McGuirewoods LLP
2601 Olive Street
Suite 2100
Dallas, TX 75201
469-372-3916
Email: msauter@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Olshan**
McGuire Woods
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
412-667-6941
Fax: 412-667-6050
Email: eolshan@mcguirewoods.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn M. Barber**
McGuirewoods LLP
800 East Canal Street
Richmond, VA 23219-3916
804-775-1214
Email: kbarber@mcguirewoods.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert L Webster**
Robert L Webster
8350 N Central Expressway, Suite 1900
Dallas, TX 75206
214-695-3670
Email: robert.webster@bobwebsterlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 04/30/2026 | 1 | Government's Petition for Enforcement of Administrative Subpoena Pursuant to 18 U.S.C. § 3486(c) filed by United States of America. Filed on behalf of USA, no fee due. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order) (jnp) (Entered: 04/30/2026) |
| --- | --- | --- |
| 04/30/2026 | 2 | ORDER: The Court determines that the government's 1 petition to enforce should be and is hereby GRANTED. (Ordered by Chief District Judge Reed O'Connor on 4/30/2026) (jnp) (Entered: 05/01/2026) |
| 05/01/2026 | | New Case Notes: A filing fee is not due for this case. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (jnp) (Entered: 05/01/2026) |
| 05/06/2026 | 3 | NOTICE of Attorney Appearance by Mindy Sauter on behalf of Rhode Island Hospital. (Filer confirms contact info in ECF is current.). Party Rhode Island Hospital added. (Sauter, Mindy) (Entered: 05/06/2026) |
| 05/06/2026 | 4 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC-16425168) filed by Rhode Island Hospital (Attachments: # 1 Proposed Order)Attorney Kathryn M. Barber added to party Rhode Island Hospital(pty:res) (Barber, Kathryn) (Entered: 05/06/2026) |
| 05/06/2026 | 5 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC-16425171) filed by Rhode Island Hospital (Attachments: # 1 Proposed Order)Attorney Eric Olshan added to party Rhode Island Hospital(pty:res) (Olshan, Eric) (Entered: 05/06/2026) |
| 05/06/2026 | 6 | NOTICE OF APPEAL as to 2 Order of Dismissal or Administrative Closure to the Fifth Circuit by Rhode Island Hospital. Filing fee $605, receipt number ATXNDC-16425174. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Sauter, Mindy) (Entered: 05/06/2026) |
| 05/06/2026 | 7 | Emergency MOTION to Stay *Pending Appeal* filed by Rhode Island Hospital with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Sauter, Mindy) Modified docket text on 5/7/2026 (jnp). (Entered: 05/06/2026) |
| 05/06/2026 | 8 | Appendix in Support filed by Rhode Island Hospital re 7 MOTION to Stay *Pending Appeal* (Sauter, Mindy) (Entered: 05/06/2026) |
| 05/07/2026 | 9 | ORDER: The Court ORDERS the government to respond to the Hospital's 7 Motion to Stay no later than 12:00 P.M. on May 8, 2026. The Court will issue a ruling on the Hospital's Motion as soon as is practicable. (Ordered by Chief District Judge Reed O'Connor on 5/7/2026) (jnp) (Entered: 05/07/2026) |
| 05/08/2026 | 11 | RESPONSE filed by United States of America re: 7 MOTION to Stay *Pending Appeal* (Runkle, Patrick) (Entered: 05/08/2026) |
| 05/10/2026 | 12 | OPINION AND ORDER denying 7 Motion to Stay. See Order for specifics. (Ordered by Chief District Judge Reed O'Connor on 5/10/2026) (chmb) (Entered: 05/10/2026) |

| 05/11/2026 | 13 | NOTICE of *Related Proceedings and Filings in the District of Rhode Island* filed by United States of America (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B) (Runkle, Patrick) (Entered: 05/11/2026) |
|---|---|---|
| 05/12/2026 | 17 | Ex Parte ORDER denying sealed and/or ex parte motion 16 . (Ordered by Chief District Judge Reed O'Connor on 5/12/2026) (Chief District Judge Reed O'Connor) (Main Document 17 replaced with flattened image on 5/13/2026) (jnp). Modified file date on 5/13/2026 (jnp). (Main Document 17 replaced on 5/14/2026) (saw). (Entered: 05/13/2026) |
| 05/14/2026 | 18 | ORDER: The Court entered an Order (ECF No. 17 ) in response to the Government's Supplemental Emergency Petition to Disclose the Existence of a Grand Jury Investigation (ECF No. 16 ). Having since reviewed that Order, there is no good reason for it to remain sealed. Accordingly, the Clerk is directed to unseal it. (Ordered by Chief District Judge Reed O'Connor on 5/14/2026) (saw) (Entered: 05/14/2026) |
| 05/14/2026 | 19 | NOTICE of Related Case *Proceedings and Filings* filed by United States of America (Attachments: # 1 Exhibit(s), # 2 Exhibit(s), # 3 Exhibit(s), # 4 Exhibit(s)) (Womble-DOJ, Ethan) (Entered: 05/14/2026) |
| 05/14/2026 | 20 | NOTICE of *District of Rhode Island Memorandum and Order* filed by Rhode Island Hospital (Sauter, Mindy) (Entered: 05/14/2026) |
| 05/14/2026 | 21 | Appendix in Support filed by Rhode Island Hospital re 20 Notice (Other) (Sauter, Mindy) (Entered: 05/14/2026) |
| 05/15/2026 | 22 | ORDER: The Court sets an in-person hearing for Monday, May 18, 2026, at 2:00 P.M. for a status conference. The hearing will convene in the Second Floor Courtroom, 501 W. 10th Street, Fort Worth, Texas. Counsel for all Parties are ORDERED to appear at the hearing set above. (Ordered by Chief District Judge Reed O'Connor on 5/15/2026) (jnp) (Entered: 05/15/2026) |
| 05/16/2026 | 23 | NOTICE of Attorney Appearance by Robert L Webster on behalf of Rhode Island Hospital. (Filer confirms contact info in ECF is current.) (Webster, Robert) (Entered: 05/16/2026) |
| 05/18/2026 | 24 | NOTICE of Attorney Appearance by Ross S Goldstein on behalf of United States of America. (Filer confirms contact info in ECF is current.) (Goldstein, Ross) (Entered: 05/18/2026) |
| 05/18/2026 | 25 | NOTICE of Attorney Appearance by Jordan Campbell on behalf of United States of America. (Filer confirms contact info in ECF is current.) (Campbell, Jordan) (Entered: 05/18/2026) |
| 05/18/2026 | 26 | ORDER: IT IS THEREFORE ORDERED that RIH submit to this Court all materials that it would have turned over to the Government in compliance with this Court's Enforcement Order to be secured and held in camera, inaccessible to the Government for the pendency of the appeals. RIH shall submit these materials in the form of USB flash drives or another similar medium as they become segregated. The first of these productions is due by May 19, 2026 at 11:59 P.M CT. IT IS FURTHER ORDERED that RIH is entitled to seek reconsideration or file any other motion in this Court and to seek relief before the United States Court of Appeals for the Fifth Circuit or the United States Supreme Court but not in front of any other court. RIH is hereby ENJOINED from seeking relief, encouraging others to seek relief, or cooperate with others in seeking relief from any other court related to these proceedings, and from aiding and abetting others or encouraging others from seeking relief from any other court but those identified above. (Ordered by Chief District Judge Reed O'Connor on 5/18/2026) (jnp) (Entered: 05/18/2026) |
| 05/18/2026 | 27 | ELECTRONIC Minute Entry for proceedings held before Chief District Judge Reed O'Connor: Status Conference held on 5/18/2026. Attorney Appearances: Plaintiff - Ethan |

| | | |
|---|---|---|
| | | Womble, Jordan Campbell, Ross Goldstein; Defense - Eric Olshan, Robert Webster. (Court Reporter: Zoie Williams) (No exhibits) Time in Court - :32. (chmb) (Entered: 05/18/2026) |
| 05/18/2026 | 28 | ELECTRONIC ORDER granting 4 Application for Admission Pro Hac Vice of Kathryn M. Barber. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Chief District Judge Reed O'Connor on 5/18/2026) (chmb) (Entered: 05/18/2026) |
| 05/18/2026 | 29 | ELECTRONIC ORDER granting 5 Application for Admission Pro Hac Vice of Eric G. Olshan. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Chief District Judge Reed O'Connor on 5/18/2026) (chmb) (Entered: 05/18/2026) |
| 05/19/2026 | 30 | NOTICE of *Productions* filed by Rhode Island Hospital (Sauter, Mindy) (Entered: 05/19/2026) |
| 05/19/2026 | 31 | Appendix in Support filed by Rhode Island Hospital re 30 Notice (Other) (Sauter, Mindy) (Entered: 05/19/2026) |
| 05/19/2026 | 32 | NOTICE: The Court issues this Notice of Manual filing of electronic documents by Counsel for Rhode Island Hospital. The electronically stored documents will be secured in the Clerk of Court's safe only accessible by Court authorization. (Ordered by Chief District Judge Reed O'Connor on 5/19/2026) (chmb) (Entered: 05/19/2026) |
| 05/20/2026 | 33 | USCA Case Number 26-10431 in United States Court of Appeals 5th Circuit for 6 Notice of Appeal, filed by Rhode Island Hospital. (tle) (Entered: 05/20/2026) |
| 05/21/2026 | 34 | Transcript Order Form: transcript requested by Rhode Island Hospital for Status Conference held 5/18/2026 (Court Reporter: Zoie Williams.) Payment method: Private funds - Requester has obtained the estimate from the reporter and has paid or will pay the cost as directed. Reminder: If the transcript is ordered for an appeal, Appellant must also file a copy of the order form with the appeals court. (Olshan, Eric) (Entered: 05/21/2026) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/22/2026 13:54:44 | | |
| **PACER Login:** | jesse.levine1 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:26-mc-00006-O |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |