# EXHIBIT 4

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 12, 2026

Lyle W. Cayce
Clerk

————————

No. 26-10431

————————

IN THE MATTER OF ADMINISTRATIVE SUBPOENA 25-1431-032

UNITED STATES OF AMERICA,

*Petitioner—Appellee*,

*versus*

RHODE ISLAND HOSPITAL,

*Respondent—Appellant.*

————————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:26-MC-00006

————————————————————————

UNPUBLISHED ORDER

Before STEWART, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that Appellant's motion for stay pending appeal is DENIED.