# EXHIBIT 18

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

ENDOCRINE SOCIETY,

    Plaintiff,

      v.

FEDERAL TRADE COMMISSION, *et al.*,

    Defendants.

Civil Action No. 26-512 (JEB)

---

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's Motion for Preliminary Injunction is GRANTED IN PART and DENIED IN PART;

2. The Federal Trade Commission is preliminarily enjoined from implementing or enforcing its previously issued Civil Investigative Demand against the Endocrine Society; and

3. Plaintiff shall post a bond in the amount of $1.00 by May 11, 2026.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: May 7, 2026

1