AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Commonwealth of Massachusetts, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-12162-AK |
| Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York                                                                        .

Date:      05/27/2026

*Attorney's signature*

Adam Shoop, 5123831 (NY)
*Printed name and bar number*
Office of the New York Attorney General
Harlem Regional Office
163 West 125th Street, Suite 1324
New York, New York 10027

*Address*

Adam.Shoop@ag.ny.gov
*E-mail address*

(212) 364-6009
*Telephone number*

*FAX number*

| Print | Save As... | Reset |
|---|---|---|