**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br>     Plaintiffs, <br><br>      v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>     Defendants. |

Case No. 1:25-cv-12162

**<u>NOTICE OF WITHDRAWAL</u>**

Julia Harvey, counsel for the Plaintiff State of Rhode Island, respectfully submits this notice of her withdrawal as attorney of record in this matter pursuant to LR 83.5.2(c). The Plaintiff State of Rhode Island will continue to be represented by existing counsel of record, Kathryn T. Gradowski.

Dated: July 28, 2026                      Respectfully submitted,

                                           */s/ Julia Harvey*

                                           Julia Harvey (RI Bar No. 10529)
                                           Special Assistant Attorney General
                                           Rhode Island
                                           150 South Main Street
                                           Providence, RI 02903
                                           401-274-4400
                                           jharvey@riag.ri.gov

                                           *Counsel for the State of Rhode Island*
                                           *Admitted pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF System.

*/s/ Meghan Spooner*