UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-12162<br><br>Oral Argument Requested |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT**

Pursuant to 5 U.S.C. § 706, 28 U.S.C. § 2201, and Rule 56 of the Federal Rules of Civil Procedure, and in accordance with this Court's scheduling order dated June 25, 2026, Plaintiffs the Commonwealth of Massachusetts, the State of New York, the State of California, the State of Connecticut, the State of Illinois, the State of Delaware, the District of Columbia, the State of Hawai'i, the State of Maine, the State of Maryland, the State of Michigan, the State of Nevada, the State of New Jersey, the State of New Mexico, Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania, the State of Rhode Island, the State of Vermont, the Commonwealth of Virginia, and the State of Wisconsin hereby move this Court for summary judgment on all causes of their First Amended Complaint, ECF No. 113, declaratory relief, injunctive relief, and vacatur of Defendants' directive "Preventing the Mutilation of American Children" in its entirety and Section 3 of Defendants' directive "Civil Division Enforcement Priorities" as described in the First Amended Complaint.[1]

[1] Plaintiffs do not move the Court at this time for relief as to Executive Order No. 14187, 90 Fed. Reg. 881 (Jan. 28, 2025), subject to a reservation described in more detail in the accompanying memorandum of law.

Plaintiffs are entitled to summary judgment because the challenged Directives—efforts to use novel, sweeping interpretations of federal laws to intimidate providers of health care for transgender youth into ceasing treatment—are unlawful on multiple grounds. First, the Directives' interpretations of the statute criminalizing female genital mutilation, 18 U.S.C. § 116, the Food, Drug and Cosmetic Act, 21 U.S.C. § 301 *et seq*., and the False Claims Act, 31 U.S.C. § 3729, *et seq*., are contrary to the statutes they purport to interpret and grossly exceed Defendants' statutory authority, rendering them unlawful under the Administrative Procedure Act. Second, the Directives violate the Administrative Procedure Act because their lack of reasoned explanation for their legal interpretations and their change in position without consideration of serious reliance interests render them arbitrary and capricious. And third, the Directives violate the Tenth Amendment and the Administrative Procedure Act because their excessive claim of power for the federal government directly conflicts with state laws regarding regulation of the practice of medicine, a traditional sphere of state authority.

The grounds for this motion, along with Plaintiffs' opposition to Defendants' Motion for Summary Judgment filed on August 14, 2026, are set forth in the accompanying memorandum of law in support of this motion, and the specific relief requested is set forth in the proposed order accompanying this motion. Plaintiffs respectfully request the Court grant oral argument due to the novelty and complexity of the legal issues presented in this case.

Dated: September 14, 2026

**ANDREA JOY CAMPBELL**
Attorney General of the Commonwealth of Massachusetts
By: */s/ Adam M. Cambier*
Adam M. Cambier (BBO No. 690525)
Assistant Attorney General
Allyson Slater (BBO No. 704545)
Director, Reproductive Justice Unit
Morgan Carmen (BBO No. 716769)
Jak Kundl (BBO No. 713951)
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
(617) 963-2278
adam.cambier@mass.gov
allyson.slater@mass.gov
morgan.carmen@mass.gov
jak.kundl@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**ROB BONTA**
Attorney General of the State of California
By: */s/ Hilary A. Burke Chan*
Hilary A. Burke Chan*
Deputy Attorney General
Neli Palma*
Senior Assistant Attorney General
Kathleen Boergers*
Supervising Deputy Attorney General
Nimrod Pitsker Elias *
Crystal Adams*
Deputy Counsel General
1515 Clay Street, Suite 2000
Oakland, CA 94612
(510) 879-3096
Hilary.Chan@doj.ca.gov

*Counsel for the State of California*

**LETITIA JAMES**
Attorney General of the State of New York
By: */s/ Galen Sherwin*
Galen Sherwin*
Special Counsel, Reproductive Rights
Travis W. England*
Deputy Chief, Civil Rights Bureau
Rabia Muqaddam*
Chief Counsel for Federal Initiatives
Elizabeth A. Brody*
Assistant Solicitor General
Zoe Ridolfi-Starr*
Andres Ivan Navedo*
Assistant Attorneys General
28 Liberty St.
New York, NY 10005
(212) 416-8000
Galen.sherwin@ag.ny.gov
Travis.england@ag.ny.gov
Rabia.muqaddam@ag.ny.gov
Elizabeth.brody1@ag.ny.gov
Zoe.ridolfi-starr@ag.ny.gov
Ivan.navedo@ag.ny.gov

*Counsel for the State of New York*

**WILLIAM TONG**
Attorney General of the State of Connecticut
By: */s/ Emily Gait*
Emily Gait*
Special Counsel for Reproductive Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Emily.gait@ct.gov
*Counsel for the State of Connecticut*

**KWAME RAOUL**
Attorney General of the State of Illinois
By: */s/ Aleeza Strubel*
Aleeza Strubel*
Complex Litigation Counsel, Special Litigation Bureau
Abigail R. Durkin*
Assistant Attorney General II, Special Litigation Bureau
115 S. LaSalle Street, 35th Floor
Chicago, IL 60603
(773) 914-3046
Aleeza.Strubel@ilag.gov
Abigail.Durkin@ilag.gov

*Counsel for the State of Illinois*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware
By: */s/ Vanessa L. Kassab*
Ian R. Liston*
Director of Impact Litigation
Vanessa L. Kassab*
Deputy Attorney General
Jennifer Kate Aaronson*
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov
Jennifer.aaronson@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General of the District of Columbia
By: */s/ Samantha Hall*
Samantha Hall*
Assistant Attorney General
400 Sixth Street, N.W.
Washington, DC 20001
(202) 788-2081
samantha.hall@dc.gov

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
Attorney General of the State of Hawaiʻi
By: */s/ Kalikoʻonālani D. Fernandes*
Kalikoʻonālani D. Fernandes*
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**AARON M. FREY**
Attorney General of the State of Maine
By: */s/ Vivian A. Mikhail*
Vivian A. Mikhail*
Deputy Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
vivian.mikhail@maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General of the State of Maryland
By: */s/ Keith M. Jamieson*
Keith M. Jamieson*
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6960
kjamieson@oag.state.md.us

*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of the State of Michigan
By: */s/ Neil Giovanatti*
Neil Giovanatti*
Daniel Ping*
Assistant Counsel General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
PingD@michigan.gov

*Counsel for the State of Michigan*

**AARON D. FORD**
Attorney General of the State of Nevada
By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-2496
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**JENNIFER DAVENPORT**
Attorney General of the State of New Jersey
By: */s/ Bryce K. Hurst*
Bryce K. Hurst*
Deputy Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5279
Bryce.Hurst@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of the State of New Mexico
By: */s/ Kalista Wilson*
Kalista Wilson*
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 795-1121
KWilson@nmdoj.gov

*Counsel for the State of New Mexico*

**JOSH SHAPIRO**
In his official capacity as Governor of the Commonwealth of Pennsylvania
By: */s/ Aimee D. Thomson*
Jennifer Selber*
General Counsel
Aimee D. Thomson*
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(223) 234-4986
aimeethomson@pa.gov

*Counsel for Governor Josh Shapiro*

**PETER F. NERONHA**
Attorney General of Rhode Island
By: */s/ Kathryn T. Gradowski*
Kathryn T. Gradowski*
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
kgradowski@riag.ri.gov

*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of Vermont
By: *s/ Jonathan T. Rose*
Jonathan T. Rose*
Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov
*Attorney for Plaintiff State of Vermont*

**JAY JONES**
Attorney General of Virginia
By: *s/ Megan C. Keenan*
Megan C. Keenan*
Deputy Solicitor General
202 North Ninth Street
Richmond, Virginia 23219
(804) 997-5222
mkeenan@oag.state.va.us
*Attorney for Plaintiff Commonwealth of Virginia*

**JOSHUA L. KAUL**
Attorney General of the State of Wisconsin
By: */s/ Jody J. Schmelzer*
Jody J. Schmelzer*
Assistant Attorney General
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707
(608) 266-3094
jody.schmelzer@wisdoj.gov

*Counsel for the State of Wisconsin*

*Admitted pro hac vice