# APPENDIX A

## Plaintiff State Laws and Policies Protecting Access to Gender-Affirming Care and Regulating the Practice of Medicine*

| State Laws and Policies | Citation |
| --- | --- |
| Plaintiff State laws codify a statutory right to access gender-affirming care. | Cal. Civ. Code § 1798.301 ("gender-affirming health care services[] and gender-affirming mental health care services are rights secured by the Constitution and laws of California");<br><br>Mass Gen. Laws ch. 12, § 11I ½ (access to "gender-affirming health care services is a right secured by the constitution and laws of the commonwealth"). |
| Plaintiff State laws protecting the right to access medically necessary health care regardless of gender identity. | 410 Ill. Comp. Stat 50/3(a); 735 Ill. Comp. Stat. 40/28-10; 215 Ill. Comp. Stat. Ann. 5/356z.60(a); 50 Ill. Admin. Code § 2603.35(a);<br><br>Mass. Gen. Laws c. 272, §§ 92A, 98; Mass. Div. of Ins. Bulls. 2021-11, 2014-03;<br><br>N.Y. Pub. Health L. § 2803(1)(g); N.Y. Comp. Civ. R. Regs. tit. 9, § 466.13, tit. 10, §§ 405.7(b)(2), (c)(2), 505.2(l)(2). |
| Plaintiff State laws forbidding discrimination on the basis of gender identity and/or medical diagnosis when receiving health care. | Cal. Civ. Code § 51; Cal. Gov't Code §§ 11135, 12926; Cal. Code Regs. tit. 2, §§ 14000 et seq.;<br><br>Conn. Gen. Stat. §§ 19a-490pp, 46a-59a;<br><br>Del. Gender Identity Nondiscrimination Act of 2013 (SB 97);<br><br>D.C. Code § 2-1402.31 (West 2022); D.C. Code § 2-1401.02(24) (West 2022);<br><br>775 Ill. Comp. Stat. 5/1-102(A), 5/5-102(A), 5/1-103(O), (O-1), (Q), 5/5-101(A)(6);<br><br>Me. Rev. Stat. Ann. Tit. 5, § 4552 et seq. (2021); Me. Rev. Stat. Ann. Tit. 22, § 1508 (2023);<br><br>Mich. Comp. Laws Ann. § 37.2302;<br><br>N.J. Stat. Ann. §10:5-5(rr); N.J. Stat. Ann. §10:5-12(f);<br><br>N.M. Stat. Ann. 1978 § 24-34-3(A) (West 2023); N.M. Stat. Ann. 1978 § 24-34-3(B) (West 2023);<br><br>N.Y. Const., art. I, § 11(a); N.Y. Exec. Law § 296 et. seq. (McKinney 2025); N.Y. Comp. Codes R. Regs. Tit. 10, §§ 405.7(b)(2), (c)(2); N.Y. |

| <u>**State Laws and Policies**</u> | <u>**Citation**</u> |
|---|---|
| | Comp. Codes R. Regs. Tit. 9, § 466.13; N.Y. Pub. Health Law § 2803(1)(g) (McKinney 2024);<br>43 P.S §§ 952, 954; 16 Pa. Code § 41.204, 41.206 (2023); 28 Pa. Code § 51.11-51.13 (1998);<br>R.I. Gen. Laws § 23-17-19.1; R.I. Gen. Laws § 28-5.1-12; 220 R.I. Code R. 80-05-1;<br>Va. Code. § 2.2-3904; Wis. Stat. § 106.52. |
| Plaintiff State laws and policies mandating insurance coverage for gender-affirming care and/or forbidding discrimination under an insurance plan on the basis of gender identity. | Conn. Ins. Dept. Bull. IC-34;<br>Del. Code Ann. Tit. 18, § 3571N (West 2013);Del. Code Ann. Tit. 18, § 7207 (West 2013);<br>Gov't D.C. Dep't Ins., Sec. & Banking, Bulletin 13-IB-01-30/13 REVISED, Prohibition of Discrimination in Health Insurance Based on Gender Identity or Expression;<br>215 Ill. Comp. Stat. Ann. 5/356z.60(a); 50 Ill. Admin. Code 2603.20, 2603.30, 2603.35(a), 2603.40;<br>Me. Rev. Stat. Ann. Tit. 22, § 3174-MMM (2023);<br>Md. Code Ann., Ins. § 15-1A-22;<br>Mass. Div. of Ins. Bulls. 2021-11, 2014-03;<br>N.J. Stat. Ann. § 17B:26-2.1ii (West 2017); N.J. Stat. Ann. § 17:48A-7*ll* (West 2017); N.J. Dep't of Banking & Ins., Bull. No. 23-05 (2023);<br>Pa. Ins. Dep't Notice Regarding Nondiscrimination, 46 Pa.B. 2251 (Apr. 30, 2016);<br>Rhode Island Office of the Health Insurance Commissioner, "Health Insurance Bulletin 2015-3, Guidance Regarding Prohibited Discrimination on the Basis of Gender Identity or Expression," (November 23, 2015);<br>Va. Code § 38.2-3449.1;<br>Wis. Admin. Code Ins. § 6.55 (2026); Wis. Stat. § 628.34(3); Wis. Stat. § 632.746(10); Wis. Stat. § 632.748(2). |
| Plaintiff State laws intended to protect patients and | Conn. Gen. Stat. §§ 19a-17e, 19a-567, 20-597a, 52-146w, 52-571m, 54-82i, 52-155a, 54-155a, and 54-162; |

| **State Laws and Policies** | **Citation** |
|---|---|
| providers who provide or access gender-affirming care from criminal and civil liability or professional consequences. | D.C. Code §§ 2–1461.01–.02, 13–443, 13–449, 3–1205.14(e-1);<br>House Bill 205, 153rd Del. Gen. Assembly (2025);<br>735 Ill. Comp. Stat. 40/28-5, et seq.;<br>14 MRS §9001 (Maine);<br>Mass. Gen. Laws c. 12, § 11 I 1/2(c);<br>N.J. Exec. Order No. 326 (Apr. 4, 2023);<br>R.I. Gen. Laws Ann. § 23-101-1 *et seq.*;<br>Vt. Stat. Ann. tit. 1, § 150(b)(1)(B); (C).<br>*See also, generally*, UCLA Law, Center on Reproductive Health, Law, and Policy, *Shield Laws for Reproductive and Gender-Affirming Health Care: A State Law Guide* (updated July 2026), https://law.ucla.edu/academics/centers/center-reproductive-health-law-and-policy/shield-laws-reproductive-and-gender-affirming-health-care-state-law-guide (surveying state law protections) |
| Plaintiff State laws and policies requiring states to provide transgender and gender-diverse individuals in state custody with access to medically necessary gender-affirming care. | Cal. Welf. & Inst. Code § 16001.9(a)(22)(A) (children in foster care have the right to "access and receive . . . gender-affirming health care and gender-affirming mental health care");<br>705 ILCS 405/ 1-3(8), (9) (state agency with youth in custody is responsible for ensuring they receive appropriate medical care); 705 ILCS 405/ 1-2 (requiring the agency to provide services necessary to the child's "safety and proper development, including health"); Ill. Dep't Child. & Fam. Servs. Procedures 302, Appendix K, P.T. 2026.04 (Illinois);<br>Mass. General Laws c.119 § 23E ("Each child in the custody or care of the [state] has the...right to access appropriate, timely and gender-affirming medical, reproductive...mental and behavioral health services"); Mass. Dep't of Child. & Fams. Pol'y 2021-01: Gender-affirming Medication Consent Policy, Mass. Dep't Youth Servs. Pol'y on the Prohibition of Harassment and Discrimination Against Youth, Mass. Dep't Youth Servs. Guidelines for Practices with LGBTQI and GNC Youth (Massachusetts);<br>Mich. Compiled Laws § 803.303(3) (assigning a state agency the responsibility for providing medical care to youth in custody) Mich. Administrative Code, Rule 400.4142(1)(a)-(g) (requiring establishment of policies that address effective provision of healthcare to youth in custody); Mich. Comp. Laws § 37.2102(1) (anti-discrimination in public accommodations); |

| **State Laws and Policies** | **Citation** |
|---|---|
| | N.J. Dep't of Child. & Fams., LGBTQI Pol'y, Pol'y Manual, Child Prot. & Permanency, Vol. I, ch. A (rev. Sept. 3, 2024) (New Jersey);<br>N.Y. Comp. Codes R. & Regs tit. 18, §441.22 (requiring the state to provide comprehensive health services to youth in its custody); N.Y. Civ. Rts. L. § 40-c (anti-discrimination in public accommodations); N.Y. Comp. Codes R. & Regs tit. 18, § 441.24 (in foster care); 19 N.Y. Comp. Codes R. & Regs tit. 9, §§ 180-1.5, 180-3.4(d) (in juvenile justice facilities); 20 N.Y. Comp. Codes R. & Regs tit. 9, § 182-1.5 (in programs for homeless youth). |
| Plaintiff States laws regulating medical practice by disciplining licensees who act illegally or unethically or violate standards of care and by directly regulating how licensed practitioners may conduct medical practice. | Conn. Gen. Stat. § 20-13c;<br>24 Del. C. §1731(b)(3);<br>D.C. Code § 3-1205.14 et seq.;<br>225 Ill. Comp. Stat. 60/1 *et seq.*;<br>32 MRS § 3263 et. seq.;<br>N.Y. Educ. L. §§ 6520 et seq.; N.Y. Pub. Health L. §§ 230 et seq.;<br>63 P.S. § 422.41(8)–(9); 63 P.S. § 271.15; 49 Pa. Code § 16.61;<br>R.I. Gen. Laws §§ 5-37-1 *et seq.*;<br>Vt. Stat. Ann. tit. 26, §§ 1353, 1354. |
| Plaintiff State laws establishing 18 as the age of majority. | CA Fam Code § 6501 (2025);<br>Conn. Gen. Stat § 1-1d;<br>6 DE Code § 2705 (2025);<br>D.C. Code § 46-101;<br>Haw. Rev. Stat. §;<br>755 Ill. Comp. Stat. 5/11-1;<br>1 M.R.S. § 73;<br>Md. Code, Gen. Prov. § 1-401;<br>Mass. Gen. Laws ch. 231, § 85P;<br>Mich. Comp. Laws § 722.52;<br>Nev. Rev. Stat. § 129.010;<br>N.J. Stat. § 9:17B-1;<br>N.M. Stat. § 28-6-1;<br>R.I. Gen. Laws § 15-12-1; |

| **State Laws and Policies** | **Citation** |
|---|---|
| | 1 V.S.A. § 173;<br>Code of Virginia § 1-204;<br>Wis. Stat. § 990.01. |
| Plaintiff State Medicaid programs coverage of medically necessary gender-affirming care for beneficiaries. | Cal. Dep't of Health Care Servs., Provider Manual: Gender Affirming Care Services (Nov. 2025), https://mcweb.apps.prd.cammis.medi-cal.ca.gov/assets/5CA0D3D9-6E34-42B8-80EC-CFF084983AA2/gender.pdf?access_token=6UyVkRRfByXTZEWIh8j8QaYylPyP5ULO;<br>Husky Health Conn., Provider Policies & Procedures: Gender Affirmation Surgery (Aug. 2025), https://www.huskyhealthct.org/providers/provider_postings/policies_procedures/Gender_Affirmation_Surgery.pdf;<br>Del. Health & Soc. Servs., Div. of Medicaid & Med. Assistance, Del. Medical Assistance Program Practitioner Provider Specific Policy Manual §§ 18.1-18.8 (2026);<br>Gov't D.C. Dep't Health Care Fin., Non-Discrimination in the District's State Medicaid Program Based on Gender Identity or Expression, (Feb. 27, 2014), https://dhcf.dc.gov/publication/MedicaidPolicy-GenderIdentity (surgical coverage excluded for patients under 18);<br>89 Ill. Admin. Code §§ 140.413(a)(16), 140.440(h);<br>Me. Code R. §§ 10-144-101-II-90.04-33, -90.05-1(A)(4) (2022);<br>Md. Code Regs. 10.67.06.26-3 (2024);<br>Gender-Affirming Care Covered by MassHealth, Mass., https://www.mass.gov/info-details/gender-affirming-care-covered-by-masshealth;<br>Mich. Dep't of Health & Hum. Servs., Medicaid Provider Manual: Practitioner § 3.13 (2026), https://www.mdch.state.mi.us/dch-medicaid/manuals/MedicaidProviderManual.pdf;<br>Nev. Rev. Stat § 422.272362 (2023);<br>N.J. Stat. Ann. § 30:4D-9.1 (2017);<br>State of N.M., Med. Assistance Program Manual Supplement No. 24-15 (Oct. 11, 2024), https://www.hca.nm.gov/wp-content/uploads/Supplement-24-15-Coverage-for-Gender-Affirming-Care-attachment-FINAL.pdf (surgical coverage is excluded for patients under 18);<br>18. N.Y. Comp. Codes R. & Regs. tit. 18, § 505.2(l) (2024); |

| **State Laws and Policies** | **Citation** |
|---|---|
| | Pa. Dep't of Hum. Servs., Med. Assistance Bull. No. 99-16-11 (July 18, 2016), https://www.pa.gov/content/dam/copapwp-pagov/en/dhs/documents/docs/publications/documents/forms-and-pubs-omap/c_233793.pdf;<br>R.I. Exec. Off. of Health & Hum. Servs., Gender Dysphoria/Gender Nonconformity Coverage Guidelines (Oct. 28, 2015), https://eohhs.ri.gov/sites/g/files/xkgbur226/files/Portals/0/Uploads/Documents/MA-Providers/MA-Reference-Guides/Physician/gender_dysphoria.pdf;<br>Va. Dep't of Med. Assistance Servs., Medicaid Bulletin: Coverage of Gender Dysphoria Services (July 11, 2022), https://vamedicaid.dmas.virginia.gov/bulletin/coverage-gender-dysphoria-services;<br>Vt. Stat. Ann. tit. 8, § 4071 (2025);<br>Wis. ForwardHealth, Gender-Affirming Medical and Surgical Treatment (2022), https://www.forwardhealth.wi.gov/WIPortal/Subsystem/KW/Print.aspx?ia=1&p=1&sa=50&s=2&c=103&nt=Gender-Affirming+Medical+and+Surgical+Treatment. |

*This chart is not a comprehensive list of all applicable statutes or regulations in Plaintiff States.