# EXHIBIT 5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:25-CV-12162-AK |

**ADMINISTRATIVE RECORD INDEX – BONDI MEMO**

| Title | Bates Numbers |
|---|---|
| Azeen Ghorayashi, *Report Reveals Sharp Rise in Transgender Young People in the U.S.*, N.Y. Times (June 10, 2022), https://www.nytimes.com/2022/06/10/science/transgender-teenagers-national-survey.html | BM-AR-0001 to BM-AR-0010 |
| Rikki Schlott, *Over 5,700 American children had trans surgery between 2019 and 2023, medical group claims: 'Treated like guinea pigs*,' N.Y. Post (Oct. 8, 2024), http://nypost.com/2024/10/08/us-news/over-5700-americans-under-18-had-trans-surgery-from-2019-23/ | BM-AR-0011 to BM-AR-0027 |
| Dr. Marc Siegel et al., *Detransitioning becomes growing choice among young people after gender-affirming surgery*, Fox News (Dec. 19, 2022) https://www.foxnews.com/health/detransitioning-becomes-growing-choice-young-people-gender-affirming-surgery | BM-AR-0028 to BM-AR-0030 |
| Chloe Cole, Hearing on Gender Affirming Care before the Subcommittee on the Constitution and Limited Government of H. Judiciary Comm., 118th Cong. (2023) | BM-AR-0031 to BM-AR-0157 |
| Rikki Schlott, *'I literally lost organs:' Why detransitioned teens regret changing genders*, N.Y. Post (June 19, 2022), https://nypost.com/2022/06/18/detransitioned-teens-explain-why-they-regret-changing-genders/ | BM-AR-0158 to BM-AR-0174 |
| Emma Colton, Biden legacy includes relentless push for transgender agenda, Fox News (Dec. 8, 2024), | BM-AR-0175 to BM-AR-0180 |

| Title | Bates Numbers |
|---|---|
| https://www.foxnews.com/politics/biden-legacy-includes-relentless-push-transgender-agenda | |
| Edie Heipel, *In interview with trans activist, Biden condemns banning sex changes on kids*, (Oct. 24, 2022), Catholic News Agency, https://www.catholicnewsagency.com/news/25633/interview-with-trans-activist-biden-condemns-states-banning-sex-changes-on-kids | BM-AR-0181 to BM-AR-0183 |
| Executive Order 14075, *Advancing Equality for Lesbian, Gay, Bisexual, Transgender, Queer, and Intersex Individuals*, 87 Fed. Reg. 37189 (June 15, 2022) | BM-AR-0184 to BM-AR-0191 |
| Executive Order 14187, *Protecting Children from Chemical & Surgical Mutilation*, 90 Fed. Reg. 8771 (Jan. 28, 2025) | BM-AR-0192 to BM-AR-0194 |
| Timothy Nerozzi, *Biden administration endorses transgender youth sex-change operations, 'top surgery' hormone therapy*, Fox News, March 31, 2022, https://www.foxnews.com/politics/biden-administration-transgender-agenda-youth-sex-change-hormone-therapy | BM-AR-0195 to BM-AR-0198 |
| Azeen Ghorayashi, *Biden Officials Pushed to Remove Age Limits for Trans Surgery, Documents Show*, N.Y. Times (June 25, 2024), https://www.nytimes.com/2024/06/25/health/transgender-minors-surgeries.html | BM-AR-0199 to BM-AR-0203 |
| Patrick Hauf, *Biden administration funds studies on danger of transgender hormonal treatments even as it pushes them on kids*, Fox News, (Oct. 20, 2022), https://www.foxnews.com/politics/biden-funds-studies-dangers-transgender-hormone-treatments | BM-AR-0204 to BM-AR-0209 |
| The White House, Yes, Biden Spent Millions on Transgender Animal Experiments, (March 5, 2025), https://www.whitehouse.gov/releases/2025/03/yes-biden-spent-millions-on-transgender-animal-experiments/ | BM-AR-0210 to BM-AR-0212 |
| Defs.' Mot., *Boe v. United States*, No. 2:22-cv-00184 (M.D. Ala. Jun. 26, 2024) | BM-AR-0213 to BM-AR-0264 |
| Department of Justice, Criminal Resource Manual, Provisions for Handling Qui Tam Suits Filed Under the False Claims Act, https:www.justice.gov/archives/jm/criminal-resources-manual-932-provisions-handling-qui-tam-suits-filed-under-false-claims-act | BM-AR-0265 to BM-AR-0267 |
| 18 U.S.C. § 116 | BM-AR-0268 to BM-AR-0270 |
| 21 U.S.C. § 321 | BM-AR-0271 to BM-AR-0282 |
| 21 U.S.C. § 331 | BM-AR-0283 to BM-AR-0292 |
| 21 U.S.C. § 352 | BM-AR-0293 to BM-AR-0302 |
| 21 C.F.R. § 201.100 | BM-AR-0303 to BM-AR-0306 |

| Title | Bates Numbers |
|---|---|
| 21 C.F.R. § 201.128 | BM-AR-0307 |
| 21 C.F.R. § 202.1 | BM-AR-0308 to BM-AR-0319 |
| Ala. Code §§ 26-26-1 to 26-26-6 (2022) | BM-AR-0320 to BM-AR-0328 |
| WPATH, Standards of Care for the Health of Transgender and Gender Diverse People, Version 8 (2022) | BM-AR-0329 to BM-AR-0588 |
| The Cass Review, Independent review of gender identity services for children and young people (April 2024) | BM-AR-0589 to BM-AR-0976 |