# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-CV-12162-AK |

**ADMINISTRATIVE RECORD INDEX – SHUMATE DIRECTIVE**

| Title | Bates Numbers |
|---|---|
| Exec. Order No. 14,168, *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government,* 90 Fed. Reg. 8615 (Jan. 30, 2025) | SD-AR-0001 to SD-AR-0004 |
| Exec. Order No.14187, *Protecting Children From Chemical and Surgical Mutilation*, 90 Fed. Reg. 8771 (Feb. 3, 2025) | SD-AR-0005 to SD-AR-0007 |
| Attorney General Bondi - Preventing the Mutilation of American Children (Apr. 22, 2025) | SD-AR-0008 to SD-AR-00013 |
| 21 U.S.C. § 331 Prohibited acts | SD-AR-0014 to SD-AR-0023 |