# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-CV-12162-AK |

**CERTIFICATION OF BONDI MEMO ADMINISTRATIVE RECORD**

I, Aaron Henricks, currently serve as Associate Deputy Attorney General. I previously served as Counsel to the Deputy Attorney General from February 3, 2025 to February 2026. In this capacity, I was responsible for supervising the preparation of the Memorandum executed by former Attorney General Bondi on April 22, 2025, titled "Preventing the Mutilation of American Children." I certify that the documents attached hereto constitute a true and complete copy of materials considered by the Department of Justice in connection with the decision to execute the April 22, 2025 Memorandum.

Dated: July 10, 2026

AARON HENRICKS
Digitally signed by AARON HENRICKS
Date: 2026.07.10 17:19:19 -04'00'

AARON HENRICKS
Associate Deputy Attorney General