# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:25-CV-12162-AK |

**CERTIFICATION OF SHUMATE DIRECTIVE ADMINISTRATIVE RECORD**

I, Michael Velchik, am Senior Counsel to Assistant Attorney General Brett Shumate. In this capacity, I was responsible for supervising the preparation of Section 3 of the Civil Division Enforcement Priorities Memorandum signed by AAG Shumate on June 11, 2025. I certify that the documents attached hereto constitute a true and complete copy of materials considered by the Department of Justice in connection with Section 3 of the Civil Division Enforcement Priorities Memorandum.

Dated: July 10, 2026

MICHAEL VELCHIK
Digitally signed by MICHAEL VELCHIK
Date: 2026.07.10 14:25:13 -04'00'

MICHAEL VELCHIK
Senior Counsel to the Assistant Attorney General