# EXHIBIT 17

# Health Insurance

## Clarification of Evidence-Based Gender-Affirming Care H-185.927

| Topic: Health Insurance | Policy Subtopic: Benefits and Coverage |
|---|---|
| Meeting Type: Interim | Year Last Modified: 2024 |
| Action: Reaffirmed | Type: Health Policies |
| Council & Committees: Board of Trustees | undefined |

1. Our American Medical Association recognizes that medical and surgical treatments for gender dysphoria and gender incongruence, as determined by shared decision making between the patient and physician, are medically necessary as outlined by generally-accepted standards of medical and surgical practice.
2. Our AMA will work with state and specialty societies and other interested stakeholders to:
    1. advocate for federal, state, and local laws and policies to protect access to evidence-based care for gender dysphoria and gender incongruence;
    2. oppose laws and policies that criminalize, prohibit or otherwise impede the provision of evidence-based, gender-affirming care, including laws and policies that penalize parents and guardians who support minors seeking and/or receiving gender-affirming care;
    3. support protections against violence and criminal, civil, and professional liability for physicians and institutions that provide evidence-based, genderaffirming care and patients who seek and/or receive such care, as well as their parents and guardians; and
    4. communicate with stakeholders and regulatory bodies about the importance of gender-affirming care for patients with gender dysphoria and gender incongruence.

5. Our AMA will advocate for equitable, evidence-based coverage of gender-affirming care by health insurance providers, including public and private insurers.

**Policy Timeline**

Res. 05, A-16 Modified: Res. 015, A-21 Modified: Res. 223, A-23 Appended: Res. 304, A-23 Reaffirmed: CSAPH Rep. 08, A-24 Reaffirmed: BOT Rep. 23, I-24