# EXHIBIT 19

PRESS RELEASE

# Endocrine Society Statement in Support of Gender-Affirming Care

Washington, DC May 08, 2024

We stand firm in our support of gender-affirming care. Transgender and gender-diverse people deserve access to needed and often life-saving medical care.

NHS England's recent report, the Cass Review, does not contain any new research that would contradict the recommendations made in our **Clinical Practice Guideline** on gender-affirming care.

The guideline, which cites more than 260 research studies, recommends a very conservative approach to care, with no medical intervention prior to puberty. Estimates indicate only a fraction of transgender and gender-diverse adolescents opt to take puberty-delaying medications, which have been used to treat early puberty in youth for four decades.

- The guideline recommends beginning treatment with puberty-delaying medications that are generally reversible.
- As adolescents grow older and can provide informed consent, then hormone therapy can be considered.

- Our guideline suggests waiting until an individual has turned 18 or reached the age of majority in their country to undergo gender-affirming genital surgery.

Our Clinical Practice Guidelines are developed using a **robust and rigorous process** that adheres to the highest standards of trustworthiness and transparency as defined by the Institute of Medicine (now the National Academy of Medicine). Our guideline development panels spend years developing each guideline based on a thorough review of medical evidence, author expertise, rigorous scientific review, and a transparent process. More than 18,000 Endocrine Society members worldwide have an opportunity to comment on guideline drafts prior to publication.

The Society is in the process of updating the 2017 Clinical Practice Guideline. It was one of **six selected** for a routine update. The process will incorporate the latest research and conduct systematic reviews to provide guidance on the safe and effective treatment of gender incongruence and dysphoria from an endocrine perspective.

We agree that increased funding for youth and adult transgender health research programs is needed to close the gaps in knowledge regarding transgender medical care and should be made a priority.

Although the scientific landscape has not changed significantly, misinformation about gender-affirming care is being politicized. In the United States, 24 states have enacted laws or policies barring adolescents' access to gender-affirming care, according to the **Kaiser Family Foundation.** In seven states, the policies also include provisions that would prevent at least some adults over age 18 from accessing gender-affirming care.

Cisgender teenagers, together with their parents or guardians, are deemed competent to give consent to various medical treatments. Teenagers who have gender incongruence and their parents and guardians should not be discriminated against.
Transgender and gender-diverse teenagers, their parents, and physicians should be able to determine the appropriate course of treatment. Banning evidence-based medical care based on misinformation takes away the ability of parents and patients to make informed decisions.

Medical evidence, not politics, should inform treatment decisions.

**About the Endocrine Society**
Endocrinologists are at the core of solving the most pressing health problems of our time, including diabetes, obesity, infertility, bone health, and hormone-related cancers. The Endocrine Society is the largest global organization of scientists devoted to hormone research and physicians who care for people with hormone-related conditions.

With more than 18,000 members in 133 countries, the Society serves as the voice of the endocrine field. Through its renowned journals and ENDO, the world's largest endocrine meeting, the Society accelerates hormone research, advances clinical excellence in endocrinology, and advocates for evidence-based policies on behalf of the global endocrine community. To learn more, visit our **online newsroom**.

FILTER BY:

Topics Year

PRESS RELEASE Scientific Statement

## Endocrine Society Scientific Statement provides research roadmap for what's next in obesity science

September 09, 2026

A new Scientific Statement released today by the Endocrine Society highlights the benefits of obesity treatment beyond weight loss, including improvements in overall health and reducing the risk of conditions such as heart disease, sleep apnea and liver disease.

PRESS RELEASE News & Advocacy

## Endocrine Society applauds introduction of bipartisan bill to address insulin affordability in the House

September 03, 2026

The Endocrine Society today applauded the introduction of the Improving Needed Safeguards for Users of Lifesaving Insulin Now (INSULIN) Act in the House of Representatives. The INSULIN Act is a bipartisan bill to address insulin affordability introduced by Reps. Diana DeGette (D-CO), Mariannette Miller-Meeks (R-IA), Kim Schrier (D-WA), Rob Bresnahan (R-PA), and Angie Craig (D-MN).

PRESS RELEASE

## Men with low or high testosterone may have higher risk of irregular heartbeat

September 01, 2026

PRESS RELEASE

## Virtual news conference to unveil Obesity Scientific Statement and Center on Obesity

August 19, 2026

Endocrine Society experts will discuss its brand-new Scientific Statement on research in the new era of obesity medicines and how this publication is part of a broader Center on Obesity initiative during a virtual news conference on September 9.

PRESS RELEASE

## Endocrine disrupting chemical exposure may be linked to high blood pressure during pregnancy

August 10, 2026

Phthalates, which are chemicals found in plastics, personal care products and hundreds of other consumer goods, may contribute to high blood pressure in pregnant women, according to a study published in the Journal of the Endocrine Society.

All Patient Guides are the property of the Endocrine Society. All Endocrine Society materials are protected by copyright and all rights are reserved. Individual or personal use only of the Patient Guides is allowed without permission from the Endocrine Society. To license this content: licensing@endocrine.org