# EXHIBIT 20

← **Truth Details**

4454 replies

Trending ⌄ ...



**Donald J. Trump**

@realDonaldTrump

Follow

Today, it was my great honor to sign an Executive Order banning the chemical castration and medical mutilation of innocent children in the United States of America. Our Nation will no longer fund, sponsor, promote, assist, or support so-called "gender affirming care," which has already ruined far too many precious lives. My Order directs Agencies to use every available means to cut off Federal financial participation in institutions which seek to provide these barbaric medical procedures, that should have never been allowed to take place!

**16.7k** ReTruths **76.7k** Likes Jan 28, 2025, 6:51 PM

Available at https://truthsocial.com/@realDonaldTrump/posts/113908666572035035