# EXHIBIT 21

# President Trump is Delivering on His Commitment to Protect our Kids

whitehouse.gov/articles/2025/02/president-trump-is-delivering-on-his-commitment-to-protect-our-kids

February 4, 2025

Articles
The White House
February 3, 2025
Last week, President Donald J. Trump took executive action to protect American children from irreversible chemical and surgical mutilation.

**It's already having its intended effect — preventing children from being maimed and sterilized by adults perpetuating a radical, false claim that they can somehow change a child's sex.** Hospitals around the country are taking action to downsize or eliminate their so-called "gender-affirming care" programs:

- **NEW YORK:** NYU Langone Health has started canceling appointments for so-called "gender-affirming care" involving minors. They canceled appointments for "two 12-year-olds who had been scheduled to receive implants that dispense puberty-blocking medication."
- **COLORADO:** Denver Health announced it would stop performing sex change surgeries on minor children, while UCHealth said it is ending so-called "gender-affirming care" for all minors.

- **VIRGINIA:** VCU Health and Children's Hospital of Richmond have "suspended" providing transgender-related medication and surgeries for minors, while UVA Health has "suspended" all transgender-related services for minors.
- **WASHINGTON, D.C.:** Children's National Hospital has "paused" prescribing puberty blockers and hormone therapies for minors, while Northwest Washington Hospital has done the same.
- **ILLINOIS:** Lurie Children's Hospital of Chicago is "reviewing" their transgender-related services for minors.
- **PENNSYLVANIA:** Children's Hospital of Philadelphia is "closely reviewing" the transgender-related services they provide for minors.

President Trump will always protect American children.

**Promises made, promises kept – again.**