# EXHIBIT 22

# President Trump is Protecting America’s Children

whitehouse.gov/articles/2025/03/president-trump-is-protecting-americas-children

March 5, 2025

Articles↖
The White House

March 4, 2025

President Donald J. Trump knows America’s children are our future — and he’ll never stop fighting for their right to a healthy, productive upbringing and childhood. That’s why President Trump immediately took action to undo the damaging policies of the Biden Administration on indoctrinating America’s most vulnerable with dangerous, radical policies.

- President Trump made it the official policy of the U.S. government that there are only two sexes.
- President Trump ended the unfair, demeaning practice of forcing women to compete against men in sports — which resulted in the NCAA changing its rules.
    - The Department of Education launched investigations into the California Interscholastic Federation and the Minnesota State High School League over their failures to comply.

- Health systems across the nation stopped or downsized their sex change programs for minors following President Trump's "Protecting Children from Chemical and Surgical Mutilation" executive order.
    - In Illinois, Chicago's Lurie Children's Hospital paused sex-change surgeries for patients under 19 as it "work[s] to understand the rapidly evolving environment."
    - In Colorado, Denver Health announced it would stop performing sex change surgeries on minor children, while UCHealth said it was ending so-called "gender-affirming care" for all minors.
    - In Washington, D.C., Children's National Hospital "paused" prescribing puberty blockers and hormone therapies for minors, while Northwest Washington Hospital did the same.
    - In Virginia, VCU Health and Children's Hospital of Richmond "suspended" providing transgender-related medication and surgeries for minors, while UVA Health also "suspended" transgender-related services for minors.
- President Trump ended the radical, un-American indoctrination of America's children by eliminating support for divisive, radical "gender ideology" and "equity ideology," and protecting parents' rights.
- President Trump banned COVID-19 vaccine mandates at schools that receive federal funding.