# EXHIBIT 24

FBI
@FBI

Help the FBI protect children. As the Attorney General has made clear, we will protect our children and hold accountable those who mutilate them under the guise of gender-affirming care.

Report tips of any hospitals, clinics, or practitioners performing these surgical procedures on children at 1-800-CALL-FBI or tips.fbi.gov.

1:15 PM · Jun 2, 2025 · **9.7M** Views

Available at https://x.com/FBI/status/1929587710894739567?lang=en