# EXHIBIT 25



Download Image

STAFF PROFILE

# Assistant Attorney General

# Brett A. Shumate

Brett A. Shumate was sworn in as the Civil Division's 36th Assistant Attorney General on June 11, 2025. He previously served in the Civil Division from 2017 to 2019 as the Deputy Assistant Attorney General for the Federal Programs Branch. Prior to rejoining the Department, Mr. Shumate was a partner at Jones Day in Washington, D.C.

Mr. Shumate clerked for Judge Edith H. Jones on the United States Court of Appeals for the Fifth Circuit. He graduated from Wake Forest University School of Law and Furman University.

**Dates of Service**

2025 - Present

*Updated June 11, 2025*

U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington DC 20530-0001

Civil.Feedback@usdoj.gov

Phone: 202-514-2000