# EXHIBIT 29

FOX NEWS .com

Print Close

# FBI launches probes into 3 children's hospitals for alleged genital mutilation of minors

By Alec Schemmel

Published June 24, 2025

Fox News

**FIRST ON FOX:** The FBI has initiated criminal investigations of three children's hospitals after commitments from Attorney General Pam Bondi that the Trump administration would enforce federal statutes outlawing female genital mutilation to protect children from often irreversible sex-change surgeries.

The investigations target providers who work at Boston Children’s Hospital, Children’s Hospital Colorado and Children’s Hospital Los Angeles, according to a source familiar with the investigation who spoke to Fox News Digital on the condition of anonymity. These hospitals have been among some of the foremost providers of sex change procedures for minors in America over the last several years, according to the source.

Just days after taking office, President Donald Trump issued an executive order directing all federal agencies to work toward terminating the ability for children under 18 to receive "irreversible medical interventions" as a treatment for gender dysphoria. Part of that effort included Attorney General Bondi issuing a memorandum several weeks later, directing Justice Department personnel to enforce 18 U.S.C. § 116, which is a federal statute that makes female genital mutilation against the law.

**FBI CALLS FOR PUBLIC TIPS ON CHILDREN HURT IN ‘GENDER-AFFIRMING' SURGERIES**



Attorney General Pam Bondi issued a memorandum in April instructing Justice Department personnel to enforce a federal statute that makes female genital mutilation against the law.  (AP Photo/J. Scott Applewhite)

"I am putting medical practitioners, hospitals and clinics on notice: In the United States, it is a felony to perform, attempt to perform or conspire to perform female genital mutilation ("FGM") on any person under the age of 18," Bondi's memo said. "That crime carries a maximum prison sentence of 10 years per count. I am directing all U.S. Attorneys to investigate all suspected cases of FGM — under the banner of so-called ‘gender-affirming care’ or otherwise — and to prosecute all FGM offenses to the fullest extent possible."

Bondi also said in the memo that the Justice Department would be launching a new Coalition Against Child Mutilation, which will partner with state attorneys general to build cases against hospitals and practitioners violating federal or state laws banning female genital mutilation. The memo added that the Justice Department's Office of Legislative Affairs is drafting legislation establishing a private right of action for children and parents of children "whose healthy body parts have been damaged by medical professionals through chemical and surgical mutilation" so they can hold hospitals and providers retroactively liable.




The FBI is launching new investigations of three children's hospitals for potential violations of federal female genital mutilation laws.

(Getty Images)

Amid the Trump administration's focus on banning irreversible transgender medical treatments for minors, numerous hospitals have amended their policies for who can obtain gender transition treatments and surgeries.

**MARJORIE TAYLOR GREENE PUSHES BILL TO PUNISH THOSE WHO PERFORM GENDER TRANSITION MEASURES ON MINORS**

Earlier this month, Children's Hospital Los Angeles announced it would permanently close its Center for Transyouth Health and Development, effective July 22, 2025. The decision was attributed to "significant operational, legal and financial risks stemming from the shifting policy landscape at both the state and federal levels," according to CBS News.

Children's Hospital Los Angeles did not respond to Fox News Digital's repeated requests for comment.



Children's Hospital Los Angeles announced this month it would permanently close its Center for Transyouth Health and Development. (Robyn Beck/AFP via Getty Images)

Children’s Hospital Colorado initially suspended its transgender medical treatments for patients under 19 in response to the president's executive order directing hospitals to halt irreversible transgender treatments for minors. But after a judge's ruling blocking Trump's order, the hospital announced it would resume providing puberty blockers and hormone-based treatments to minors.

In a statement to Fox News Digital, a spokesperson for Children's Hospital Colorado noted that it has "never" provided transgender surgeries for those under 18, adding that, two years ago, the hospital stopped providing these surgeries for patients over 18. Instead, starting in 2023, the hospital decided to begin referring patients to outside providers for such services, according to Colorado Newsline.

**CLICK HERE TO GET THE FOX NEWS APP**



Boston Children's Hospital continues to operate its Gender Multispecialty Service program, according to publicly available information. (Lane Turner/The Boston Globe via Getty Images)

Boston Children's Hospital continues to operate its Gender Multispecialty Service (GeMS) program, according to publicly available information. While the hospital only provides gender-change surgeries for patients over 18, its GeMS program does offer transgender hormone therapy, puberty blockers and social transitioning for patients under 18. It also provides referrals for gender-transition surgeries to minors as well.

In a statement to Fox News Digital, Boston Children's said it had not yet received any notice from the FBI regarding alleged violations of federal law. The FBI said that, as a matter of policy, it "declines to confirm or comment on investigations."

Alec Schemmel is a Politics Reporter for Fox News Digital who is originally from Charlotte, North Carolina but now resides in the

Washington D.C.-Baltimore Metro Area.

Print Close

**URL**

https://www.foxnews.com/politics/fbi-launches-probes-against-3-childrens-hospitals-genital-mutilation-minors



This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by LSEG. Do Not Sell my Personal Information - New Terms of Use - FAQ