# EXHIBIT 33

# President Trump Marks Six Months in Office with Historic Successes

**whitehouse.gov**/releases/2025/07/president-trump-marks-six-months-in-office-with-historic-successes

The White House July 20, 2025

Releases

**Today, President Donald J. Trump celebrates the most successful first six months in office for any President in modern American history.**

- Congress passed the One Big Beautiful Bill, thereby delivering the largest tax cut in American history, increasing Americans' take-home pay by as much as $13,300, and terminating benefits for at least 1.4 million illegal immigrants who were gaming the system.
- Congress passed President Trump's historic rescissions package, which will save taxpayers $9 billion in wasteful, politically-motivated funding for leftwing foreign aid scams and biased NPR and PBS.
- The wholesale price of a dozen eggs is down 53%, or $3.09, since the inauguration and is down 62%, or $5.08, from its March peak.
- The U.S. economy has now added a net of 671,000 jobs since January 2025, with jobs numbers beating expectations four months in a row. Native-born workers have accounted for all job gains, with native-born employment increasing 2,079,000 while foreign-born employment has fallen 543,000.

- U.S. Customs and Border Patrol encountered just 6,070 illegal immigrants at the southern border in June — setting a new record low (15% lower than the previous record set in March). Additionally, *zero* illegal immigrants were released into the U.S. on parole in June, compared to 27,766 a year prior.
- The administration has ramped up deportations, breaking a record for the number of deportation flights in a month in June. President Trump's self-deportation push has also been a massive success. Additionally, over 600 known and suspected terrorists have been removed from the United States.
- At President Trump's direction, U.S. Immigrations and Customs Enforcement has arrested over 100,000 illegal alien criminals, including over 2,700 members of the vicious Tren de Aragua gang.
- Following President Trump's declaration of an energy emergency, the U.S. has reached its fastest rate of new oil and gas drilling permits in years, exceeding the Biden administration by 44%.
- Since President Trump took office, core inflation has tracked at just 2.1% — levels not seen since the first Trump Administration, when prices were low and stable — and has come in below or at economists' expectations every single month. Meanwhile, wholesale inflation remained flat in June, while import prices came in far below expectations.
- Summer gas prices reached their lowest point since 2021, and, inflation-adjusted, are near a 20-year low.
- President Trump's deregulatory efforts have already saved Americans over $180 billion, or $2,100 per family of four, with the rollback of automobile-related rules alone expected to save consumers more than $1.1 trillion.
- President Trump secured a historic agreement for NATO members to raise defense spending to 5% of GDP – a foreign policy feat long thought impossible.
- Under President Trump's strong and decisive leadership, the U.S. obliterated Iran's nuclear program.
- President Trump secured ceasefires between India and Pakistan and Israel and Iran, a peace agreement between Rwanda and the Democratic Republic of Congo, and a pathway to stability for Syria.
- As a result of his historic peacemaking efforts, President Trump has already received three Nobel Peace Prize nominations since returning to office.
- In May, blue-collar wage growth saw its largest increase in nearly 60 years since President Trump's return to office.
- Companies and foreign governments have pledged over $7.6 trillion in investments into the U.S.

- The U.S. Treasury has taken in nearly $90 billion in tariff duties since January 2025, with the agency posting a record $27.2 billion surplus in June – the first June surplus since 2005.
- President Trump has once again proved to be the Dealmaker-in-Chief, inking a minerals deal with Ukraine, a $14 billion "perpetual Golden Share" sale of U.S. Steel, and trade deals with the United Kingdom, China, and Indonesia.
- President Trump has signed over 170 executive orders, delivering on key campaign promises such as closing the border, protecting children from chemical and surgical mutilation, removing men from women's sports, unleashing American energy, ending federal censorship, ending the radical indoctrination in K-12 schooling, and ending radical and wasteful government DEI programs and preferencing.
- The S&P 500 and Nasdaq market indices have reached multiple record highs.
- The Supreme Court consistently bolstered the Trump administration's agenda, blocking activist judges from issuing nationwide injunctions, permitting "third-country deportations," greenlighting the revocation of temporary protected status (TPS) from more than 500,000 migrants and approving efforts to shrink the federal bureaucracy.
- President Trump signed several pieces of landmark legislation, including the Genius Act, the Halt Fentanyl Act, the Laken Riley Act, and the Take It Down Act.
- The U.S. Army, Navy, Air Force and Space Force all reached their recruitment goals months in advance.
- The Trump administration has made incredible strides in its effort to Make America Healthy Again, with roughly 35% of the American food industry making a commitment to eliminate the use of artificial dyes, including Hershey, Consumer Brands and dozens of ice cream companies representing more than 90% of the ice cream volume sold in the U.S.
- President Trump has ensured U.S. benefit programs serve U.S. citizens, with the administration now having protected more than $40 billion in benefit programs from illegal aliens since POTUS signed an Executive Order in February "Ending Taxpayer Subsidization of Open Borders."
- President Trump inked an agreement to provide billions of dollars of military equipment to Ukraine, with NATO footing the bill.
- President Trump has cracked down on international cartels, designating eight Latin American cartels as terrorist groups, including Tren de Aragua, MS-13 and the Sinaloa Cartel.
- President Trump has solidified the U.S.'s position as the world leader in artificial intelligence, attracting north of $1 trillion in AI investment, including $90 billion in groundbreaking AI and energy investments in Pennsylvania.

- The U.S. is on track for its lowest murder rate on record following President Trump's reinstatement of law and order.
- Following President Trump's February executive order, universities and school systems have stopped allowing men in women's sports, including the University of Pennsylvania, the Virginia High School League and the University of Maine System.
- Hospitals and hospital systems across the country have halted so-called "gender-affirming care" for minors following President Trump's executive order "protecting children from chemical and surgical mutilation."
- In his first six months, President Trump has met with 23 foreign leaders, including three visits from Israeli Prime Minister Benjamin Netanyahu, as well as two visits from the NATO Secretary General — compared to thirteen foreign leaders and the UN Secretary General, the NATO Secretary General, and the Chinese Foreign Minister for Obama and just five in-person visits for Biden.