# EXHIBIT 34

# President Trump Promised to End Child Sexual Mutilation — and He Delivered

**whitehouse.gov**/releases/2025/07/president-trump-promised-to-end-child-sexual-mutilation-and-he-delivered

The White House July 25, 2025

Releases

During his campaign, President Donald J. Trump repeatedly pledged to end the irreversible chemical and surgical mutilation of our children: “We are not going to allow child sexual mutilation.”

**For years, politicians have promised to end the barbaric, pseudoscientific practice — but President Trump is the only one who has actually delivered.**

This week, Yale New Haven Health and Connecticut Children’s Medical Center announced they are ending their so-called “gender-affirming care services.” They join a growing list of health systems across the country following President Trump’s executive action.

- Phoenix Children’s Hospital stopped providing puberty blockers and hormone therapy to minors.
- Stanford Medicine ended sex-change surgeries for minors.
- Children’s Hospital Los Angeles closed its “Center for Transyouth Health and Development and Gender-Affirming Care.”

- Denver Health suspended sex change surgeries for patients under 19.
- UCHealth ended so-called “gender-affirming services” for patients under 19.
- Lurie Children’s Hospital of Chicago stopped sex-change surgeries for patients under 19.
- UChicago suspended so-called “gender-affirming care” for minors.
- Northwestern Memorial Hospital stopped sex-change surgeries for minors.
- Rush Medical Center halted gender-affirming care for new patients under 18.
- In New York City, Mount Sinai and New York-Presbyterian both curbed so-called “gender-affirming care” for minors.
- In Pennsylvania, Penn State Health, the University of Pittsburgh Medical Center, and the University of Pennsylvania Health System all stopped so-called “gender-affirming care” for patients under 19.
- The Hospital of Richmond at VCU Health halted so-called “gender-affirming care” for new patients under 19.
- Children’s Hospital of The King’s Daughters suspended hormone therapy and puberty blockers for gender-affirming care in children under 19.
- Seattle Children’s Hospital stopped providing so-called “gender-affirming surgery” to patients under 19.
- In Washington, D.C., Children’s National Hospital “paused” prescribing puberty blockers and hormone therapies for minors.
- Kaiser Permanente paused sex-change surgeries for patients under 19 across all its hospitals and surgical centers.