# EXHIBIT 39

← **Truth Details**

2194 replies

Trending ⌄ •••

**Donald J. Trump**

@realDonaldTrump

Follow

Today, at my direction, Dr. Mehmet Oz announced that Medicaid will NO LONGER fund gender transition surgeries and hormones for minors. We are not going to pay for our innocent children to undergo these barbaric surgeries and practices, which result in unthinkable and irreversible harm to their young bodies. Thanks to our strong position and pressure on this issue over the past year and a half, dozens of U.S. hospitals have already ended this so-called "gender-affirming care," and we expect many more to follow. Just think about all of the young, innocent, and perhaps confused children who will be spared! While the Dumocrat Party wants your kids to be able to chop off their reproductive organs before they are old enough to vote, President Donald J. Trump (ME!) and the Republican Party say that is ABSURD, and we will protect America's children. Please remember this when you are casting your vote in the Midterm Elections in November. Thank you for your attention to this very important matter! President DONALD J. TRUMP

**7.28k** ReTruths **26.1k** Likes Aug 11, 2026, 5:21 PM

Available at https://truthsocial.com/@realDonaldTrump/posts/117078967972327386