# EXHIBIT 44

PRESS RELEASE

# Justice Department Secures Landmark Resolution to End Pediatric "Gender-Affirming Care" and Create Detransition Clinic

Friday, May 15, 2026

**For Immediate Release**

Office of Public Affairs

## Texas Children's Hospital agrees to pay millions and establish first-ever detransition clinic to provide care for victims

Today, the Department of Justice announced the first resolution secured under the Department's ongoing national investigation into violations of federal law in connection with the provision of sex-rejecting procedures on minors (often euphemistically called "gender-affirming care"). Texas Children's Hospital (TCH) has entered into agreements with the Department and the Texas Attorney General that include commitments to not perform such procedures on children, which include the administration of puberty blockers and cross-sex hormones. TCH has also agreed to collectively pay over $10 million in damages and civil penalties and to dedicate millions to the provision of medical care to children harmed by the provision of such procedures (*i.e.*, "detransitioners").

"The Justice Department will use every weapon at its disposal to end the destructive and discredited practice of so-called 'gender-affirming care' for children," said Acting Attorney

General Todd Blanche. "Today's resolution protects vulnerable children, holds providers accountable, and ensures those harmed receive the care they need."

Under the terms of the agreements, which the Department of Justice reached in coordination with Texas Attorney General Ken Paxton, TCH will pay $10 million to resolve allegations that it submitted false billings to public and private payors to secure insurance coverage for pediatric sex-rejecting procedures. The Department alleges this conduct violated the Federal Food, Drug, and Cosmetic Act, the False Claims Act, and federal fraud and conspiracy laws. Critically, in addition to terminating these services, TCH has committed to establishing the first-of-its-kind clinic dedicated to restorative care for detransitioners.

In connection with the settlements, the United States acknowledged that TCH took significant steps entitling it to credit for cooperation with the Department in its investigation. At all times during the investigation, TCH remained cooperative, proactive, and solution-driven, as highlighted by its multi-million-dollar commitment to providing care to the victims who most need it.

"The Department of Justice is committed to protecting America's children," said Associate Attorney General Stanley Woodward. "Today's resolution furthers that commitment and puts providers of so-called 'gender affirming care' on notice that this Department will vigorously enforce federal law where children are put at risk."

"I am grateful that Texas Children's wants to be part of the solution and no longer the problem," said Brett A. Shumate, Assistant Attorney General for the Civil Division. "Its commitment to providing detransitioner care is emblematic of just that. While the Department is satisfied with the resolution announced today, our division will continue to work tirelessly to protect America's children and hold accountable pharmaceutical companies and medical providers who have taken advantage of vulnerable children under the guise of 'care.'"

These matters and the investigations into sex-rejecting procedures on minors are being led by the Justice Department's Civil Division Enforcement and Affirmative Litigation Branch and Commercial Litigation Branch, Fraud Section.

*The claims resolved by the United States in the settlements are allegations only and there has been no determination of liability. Both entities have denied all allegations.*

*The two agreements are available here and here.*

*Updated August 12, 2026*

**Components**

Office of the Attorney General | Civil Division | Office of the Associate Attorney General

Press Release Number: 26-506

# Related Content

PRESS RELEASE

### The Department of Justice Files Complaints Against Hawaii, DC, Arkansas, and Utah Over Preferential Treatment for Illegal Aliens

Today, the Department of Justice filed its final four lawsuits against three states and the District of Columbia who seek to undermine federal law by placing illegal aliens over citizens...

September 10, 2026

VIDEO

### Department of Justice Holds Memorial Honoring the 25th Anniversary of 9/11

September 8, 2026

PRESS RELEASE

### Justice Department Secures Agreement with Mount Sinai to End Pediatric “Gender-Affirming Care”

Today, the Department of Justice announced an agreement with Mount Sinai Health System ("Mount Sinai") that resolves an investigation into potential violations of federal law arising from its provision of...

September 4, 2026

**Office of Public Affairs**

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530

Office of Public Affairs Direct Line

202-514-2007

Department of Justice Main Switchboard

202-514-2000