# EXHIBIT 46

PRESS RELEASE

# Justice Department Secures Resolution with Cleveland Clinic to End Pediatric "Gender-Affirming Care"

Friday, June 5, 2026

**For Immediate Release**

Office of Public Affairs

## Cleveland Clinic Foundation follows Texas Children's Hospital in reaching agreement with the Department of Justice to provide detransition care and not perform sex-rejecting procedures on minors

Today, the Department of Justice announced another resolution arising from its ongoing national investigation into violations of federal law in connection with sex-rejecting procedures on minors (often euphemistically referred to as "gender-affirming care"). The Cleveland Clinic Foundation ("Cleveland Clinic") has entered into agreements with the Department and the Ohio Attorney General that include a decades-long commitment to not perform or offer sex-rejecting procedures — which includes the administration of puberty blockers and cross-sex hormones — for minors. Cleveland Clinic has also agreed to pay a monetary penalty and, in a landmark commitment, dedicate additional millions to help provide essential medical care for individuals living with the harmful consequences of such misguided medical interventions performed on them as children and adolescents (*i.e.*, "detransitioners").

"The Department of Justice is steadfastly committed to protecting America's children," said Associate Attorney General Stanley Woodward. "Just as the resolution with Texas Children's,

today's resolution with Cleveland Clinic furthers that commitment and puts these providers on notice that this Department will vigorously enforce federal law where children are put at risk."

According to the terms of the agreements, which the Department reached in coordination with Ohio Attorney General Dave Yost, Cleveland Clinic — a partner in other Administration priority initiatives — will pay $308,000 to resolve allegations regarding false billings submitted to public and private payors to secure insurance coverage for sex-rejecting procedures on minors. As part of the resolution, Cleveland Clinic has committed $2 million to provide restorative care for detransitioners — the very victims of these predatory and dangerous practices — regardless of their insured status or ability to pay.

The agreements come less than a month after the Justice Department announced its resolution with Texas Children's Hospital ("Texas Children's"), which the Department secured through a partnership with Texas Attorney General Ken Paxton. As previously announced, Texas Children's agreed to pay a $10,000,000 penalty, and, much like Cleveland Clinic's commitment today, create the first-of-its-kind clinic dedicated to treating detransitioners. Texas Children's also agreed to permanently cease providing any sex-rejecting procedures to minors.

These historic commitments pair the cessation of these dangerous practices masquerading as medical treatment with substantial investments in remediating the destruction they cause and restoring the health of the victims.

In working towards this settlement, the United States acknowledged that Cleveland Clinic took significant steps entitling it to credit for cooperation with the Department in its investigation. At all times during the investigation, Cleveland Clinic remained cooperative, proactive, and solution-driven, as highlighted by its multi-million dollar commitment to providing care to the victims who most need it.

"I am grateful that institutions like Cleveland Clinic and Texas Children's have decided to be part of the solution, not part of the problem," said Brett Shumate, Assistant Attorney General for the Civil Division. "Cleveland Clinic's commitment to providing millions of dollars towards care for detransitioners is emblematic of just that. I am grateful for this resolution with Cleveland Clinic, but our work is far from over, and our division will continue to work tirelessly to protect America's children and hold accountable those that have preyed on vulnerable children, whether they be pharmaceutical companies or medical providers."

These matters and the investigations into sex-rejecting procedures on minors are being led by the Justice Department's Civil Division Enforcement and Affirmative Litigation Branch and Commercial Litigation Branch, Fraud Section.

*The claims resolved by the United States in the settlements are allegations only, and there has been no determination of liability. Cleveland Clinic has denied all allegations.*

*Updated June 9, 2026*

**Components**

Civil Division | Office of the Associate Attorney General

Press Release Number: 26-611

## Related Content

PRESS RELEASE

### The Department of Justice Files Complaints Against Hawaii, DC, Arkansas, and Utah Over Preferential Treatment for Illegal Aliens

Today, the Department of Justice filed its final four lawsuits against three states and the District of Columbia who seek to undermine federal law by placing illegal aliens over citizens...

September 10, 2026

PRESS RELEASE

### Justice Department Secures Agreement with Mount Sinai to End Pediatric "Gender-Affirming Care"

Today, the Department of Justice announced an agreement with Mount Sinai Health System ("Mount Sinai") that resolves an investigation into potential violations of federal law arising from its provision of...

September 4, 2026

SPEECH

## September 11th Victim Compensation Fund (VCF) Special Master Allison Turkel Delivers Remarks at Press Briefing Encouraging 9/11 Victims to Register for the VCF

Washington

***Remarks as Prepared for Delivery***

Thank you all for attending. I will begin with opening remarks and then I will take questions. Next week we commemorate 25 years since the...

September 2, 2026

**Office of Public Affairs**

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000