# EXHIBIT 47

PRESS RELEASE

# Justice Department Secures Agreement with Connecticut Children’s to End Pediatric “Gender-Affirming Care”

Wednesday, August 5, 2026

**For Immediate Release**

Office of Public Affairs

## Connecticut Children’s becomes the third hospital to reach an agreement with the Department of Justice to stop providing sex-rejecting procedures to minors

Today, the Department of Justice announced another resolution with a leading children’s medical center arising from the Department’s ongoing national investigation into violations of federal law in connection with the provision of sex-rejecting procedures on minors (otherwise known as “gender-affirming care”). Connecticut Children’s Medical Center has entered into agreements with the Department that entail a commitment not to perform sex-rejecting procedures on minors — including by administering puberty blockers and cross-sex hormones to and performing surgeries on children and adolescents. Connecticut Children’s has also agreed to pay a monetary penalty and dedicate an additional $500,000 in medical care for individuals living with the harmful consequences of “gender affirming care.”

“The Department of Justice will stop at nothing to protect America’s children,” said Associate Attorney General Stanley Woodward. “This resolution is a reminder to hospitals, medical

providers, and pharmaceutical companies that the Justice Department will vigorously enforce federal law, especially where the lives of children are endangered."

Today's announcement follows similar agreements with Texas Children's Hospital and the Cleveland Clinic Foundation. In working towards this resolution, the United States acknowledged that Connecticut Children's took significant steps entitling it to credit for cooperation with the Department in its investigation. At all times during the investigation, Connecticut Children's remained cooperative, proactive, and solution-driven, as highlighted by its financial commitment to providing restorative care to the victims who desperately need it.

"As with Texas Children's and Cleveland Clinic before it, I am encouraged when leading institutions like Connecticut Children's agree to be part of the solution and no longer the problem," said Brett Shumate, Assistant Attorney General for the Civil Division. "But while we can be grateful when we arrive at such positive resolutions, we cannot and will not rest in our pursuit of justice for the victims of these discredited practices."

"This resolution reaffirms our unwavering commitment to safeguarding America's children," said Ryan Raybould, United States Attorney for the Northern District of Texas. "When unsafe medical practices put minors at risk or violate federal law, the Department will act swiftly and decisively to protect them and hold every institution accountable."

The resolution obtained in this matter was the result of a coordinated effort between the Civil Division's Enforcement and Affirmative Litigation Branch and the Commercial Litigation Branch, Fraud Section, the U.S. Attorney's Office for the Northern District of Texas, and the Department of Health and Human Services Office of Inspector General.

*The claims resolved by the United States in the agreements are allegations only, and there has been no determination of liability. Connecticut Children's has denied all allegations.*

*Updated August 10, 2026*

**Components**

Civil Division | Office of the Associate Attorney General

Press Release Number: 26-894

# Related Content

PRESS RELEASE

## The Department of Justice Files Complaints Against Hawaii, DC, Arkansas, and Utah Over Preferential Treatment for Illegal Aliens

Today, the Department of Justice filed its final four lawsuits against three states and the District of Columbia who seek to undermine federal law by placing illegal aliens over citizens...

September 10, 2026

PRESS RELEASE

## Justice Department Secures Agreement with Mount Sinai to End Pediatric "Gender-Affirming Care"

Today, the Department of Justice announced an agreement with Mount Sinai Health System ("Mount Sinai") that resolves an investigation into potential violations of federal law arising from its provision of...

September 4, 2026

SPEECH

## September 11th Victim Compensation Fund (VCF) Special Master Allison Turkel Delivers Remarks at Press Briefing Encouraging 9/11 Victims to Register for the VCF

Washington

***Remarks as Prepared for Delivery***

Thank you all for attending. I will begin with opening remarks and then I will take questions. Next week we commemorate 25 years since the...

September 2, 2026

**Office of Public Affairs**

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000