# EXHIBIT 48

**U.S. Department of Justice**
@TheJusticeDept

Justice Department Secures Agreement with Mount Sinai to End Pediatric “Gender-Affirming Care”

“The Department of Justice is committed to holding accountable medical providers that violate federal law and endanger children through so-called gender-affirming care,” said @AGToddBlanche. “This agreement puts an end to these practices at Mount Sinai and provides meaningful relief for individuals who have already suffered harm.”

🔗: justice.gov/opa/pr/justice...







2:07 PM · Sep 4, 2026 · **47.1K** Views

Available at https://x.com/TheJusticeDept/status/2095936761629220988