# EXHIBIT 49

Post

**Brett Shumate**
@AAGShumate

As part of another groundbreaking resolution with @TheJusticeDept, Mount Sinai Health System will no longer perform sex-rejecting procedures on children in New York and has agreed to provide free medical care to victims of these procedures. @AGToddBlanche @USAttyRaybould

**U.S. Department of Justice** @TheJusticeDept · Sep 4

Justice Department Secures Agreement with Mount Sinai to End Pediatric “Gender-Affirming Care”

“The Department of Justice is committed to holding accountable medical providers that violate federal law and endanger children through so-called ...







2:09 PM · Sep 4, 2026 · **9,432** Views

Available at https://x.com/AAGShumate/status/2095937310823010333