# EXHIBIT 51

THE SECRETARY OF HEALTH AND HUMAN SERVICES
WASHINGTON, D.C. 20201

August 12, 2026

T. March Bell
Inspector General
U.S. Department of Health and Human Services
Office of Inspector General
330 Independence Ave, SW
Washington, DC 20201

**Subject:** Referral Concerning Potential Violations of Federal Law by Hospitals and Clinics

Dear Inspector General Bell:

U.S. Department of Health and Human Services Secretary Robert F. Kennedy, Jr. refers for the attention of the U.S. Department of Health and Human Services Office of Inspector General (HHS OIG) the following hospitals and clinics for investigation into possible violation of federal statutes. The analysis conducted in HHS's *Wolves in White Coats: How Doctors and Hospitals Pushed and Profited from the Fraud of "Gender Medicine"* Report identifies an objectively defined cohort of claims that exhibit potentially anomalous billing patterns, which justifies further scrutiny by the HHS OIG.

Cohort A - Claims for Puberty Blockers with Endocrine Disorder Diagnosis (E34x) on the Same Claim with No Gender Diagnosis (F64x) and No Precocious Puberty (E301) Diagnosis on Claim (2015-2025; Patient Age 9-17).

**By Organization**

| Organization NPI | Organization Name |
|---|---|
| 1073569034 | ACCREDO HLTH GRP |
| 1346208949 | ACCREDO HLTH GRP |
| 1861506560 | AKRON CHILDREN'S HOSPITAL |
| 1245773191 | ANCHOR HLTH INITIATIVE |
| 1184260416 | ANIL PIYA MD, LLC |
| 1508809427 | BANNER -- UNIVERSITY MEDICAL GROUP |
| 1295738409 | BIOSCRIP INFUSION SERVICE |
| 1710087127 | BOSTON CHILDREN'S HOSPITAL |
| 1669095808 | BRAZILIAN CLINIC |
| 1669095808 | BRAZILIAN CLINIC LLC |
| 1962514877 | BRIOVARX |
| 1518948413 | CAREMARK |
| 1982643003 | CAREMOUNT MEDICAL, P.C. |
| 1033166244 | CHARTWELL PENNSYLVANIA LP |
| 1588606305 | CHASE BREXTON HLTH SERVICE |

| | |
|---|---|
| 1003961251 | CHILDREN'S CLINIC PHARMACY |
| 1336245828 | CHILDREN’S HOSPITAL COLORADO |
| 1124073366 | CHILDRENS HOSP LOS ANGELES |
| 1124073366 | CHILDREN'S HOSPITAL LOS ANGELES |
| 1265530653 | CHILDREN'S HOSPITAL LOS ANGELES MEDICAL GROUP, INC. |
| 1548212988 | CHILDREN'S HOSPITAL MEDICAL CENTER |
| 1811080526 | CHILDREN'S HOSPITAL OF ORANGE COUNTY |
| 1194743013 | CHILDREN'S MEDICAL CENTER |
| 1336229517 | CHILDREN’S HOSPITAL OF PHILADELPHIA |
| 1598708513 | CHIPPENHAM JOHNSTONWILLIS HOSP |
| 1275975104 | CHOC CHILDREN'S SPECIALISTS |
| 1275735011 | COASTAL COMMUNITIES PHYSICIAN NETWORK |
| 1396125399 | CREDENA HLTH |
| 1821210402 | CROWN HEIGHTS MED |
| 1821210402 | CROWN HEIGHTS MEDICAL, P.C. |
| 1386180404 | DAP HEALTH, INC. |
| 1386180404 | DAP HLTH |
| 1457379448 | DAYTON CHILDRENS HOSP |
| 1457379448 | DAYTON CHILDREN'S HOSPITAL - SOUTH CAMPUS |
| 1427166305 | DIABETES AND GLANDULAR DISEASE CLINIC PA |
| 1376508788 | DOTHAN PEDIATRIC CLINIC, P. A. |
| 1013994359 | FAIRVIEW HLTH SERVICE |
| 1003804725 | FENWAY COMMUNITY HLTH CTR |
| 1447352836 | GILLETTE CHILDRENS SPECIALTY HLTH |
| 1619390879 | GPM PEDIATRICS PC |
| 1407897309 | HENNEPIN COUNTY MEDICAL CENTER |
| 1407897309 | HENNEPIN HLTH SYSTEM |
| 1457456279 | HMH HOSP |
| 1821024910 | HURLEYPEDIATRIC RESEARCH & EDUCATION |
| 1134553068 | JOHN PHOENIX APRN |
| 1568598993 | KATHERINE J ATKINSON |
| 1417907940 | LUCILE PACKARD CHILDREN'S HOSPITAL |
| 1467442749 | LUCILE PACKARD CHILDREN'S HOSPITAL |
| 1497179303 | MONTEFIORE NEW ROCHELLE HOSPITAL |
| 1598992554 | MOUNT NITTANY PHYSICIAN GROUP |
| 1134152986 | NATIONWIDE CHILDREN'S HOSPITAL |
| 1053688572 | NHPP CARDIOLOGY AT GREAT NECK |
| 1174649040 | NORTH ARLINGTON PEDIATRICS S.C. |
| 1669578324 | NYU LANGONE HOSP |
| 1801992631 | NYU LANGONE HOSP |
| 1801992631 | NYU LANGONE HOSPITALS |
| 1720364532 | OPTUM FRONTIER THERAPIES II |
| 1609824010 | OREGON HEALTH & SCIENCE UNIVERSITY |
| 1316213531 | PANTHERX SPECIALTY |
| 1932536810 | PEDIATRIC ENDOCRINOLOGY OF NEW YORK P.C |
| 1104819366 | PEDIATRIC PULMONARY & CRITICAL CARE ASSOC. |

| | |
|---|---|
| 1770539066 | PEDIATRIC SERVICE GROUP |
| 1699700526 | PEDIATRICARE ASSOCIATES |
| 1437562642 | PERFORMSPECIALTY |
| 1508300765 | PHYSICIAN PLAZA PHARMACY |
| 1457618555 | PRIME THERAPEUTICS SPECIALTY PHARMACY |
| 1043382302 | PROCARE PHARMACY DIRECT |
| 1427132265 | PROVIDENCE HLTH SERVICE OREGON |
| 1710065933 | RADY CHILDREN'S HOSPITAL SAN DIEGO |
| 1003878539 | REGENTS OF THE UNIVERSITY OF MICHIGAN |
| 1003878539 | REGENTS THE UNIVERSITY MICHIGAN |
| 1477516466 | SCOTT WHITE MEMORIAL HOSP |
| 1467536276 | SEATTLE CHILDREN'S HOSPITAL |
| 1174693592 | SENTARA ENTERPRISES |
| 1689606196 | SOUTHERN CALIFORNIA PERMANENTE MED GRP |
| 1235188673 | SPECTRUM HEALTH PRIMARY CARE PARTNERS |
| 1922090554 | SPECTRUM HLTH HOSP |
| 1396024683 | SPECTRUM HLTH PRIMARY CARE PARTNERS |
| 1942510078 | SPECTRUM HLTH PRIMARY CARE PARTNERS |
| 1194306647 | ST. LUKE'S PHYSICIAN GROUP, INC. |
| 1215032503 | ST. LUKE'S PHYSICIAN GROUP, INC. |
| 1346285657 | STRONG MEMORIAL HOSPITAL |
| 1003824038 | TEXAS TECH UNIVERSITY HEALTH SCIENCES |
| 1295837250 | THE CHILDRENS CLINIC PC |
| 1174594634 | THE POLYCLINIC |
| 1588691620 | THUNDERMIST HEALTH CENTER |
| 1376708560 | THUNDERMIST HLTH CTR |
| 1689608150 | UC IRVINE MEDICAL CENTER |
| 1164512851 | UCSF MEDICAL CENTER |
| 1639278369 | UCSF MEDICAL CENTER |
| 1013994359 | UNIVERSITY OF MINNESOTA |
| 1396882205 | VANDERBILT UNIVERSITY MEDICAL CENTER |
| 1851463087 | WALGREENS |
| 1942303110 | WALGREENS |
| 1780801050 | WESTERN NORTH CAROLINA COMMUNITY HLTH SERVICE |
| 1689914756 | WOMENS CHILDRENS SPECIALISTS |

Cohort B - Claims for Puberty Blockers with Precocious Puberty Diagnosis (E301) on the Same Claim (2015-2025; Patient Age 13-17).

**By Organization**

| Organization NPI | Organization Name |
|---|---|
| 1326042870 | ABBVIE ENDOCRINOLOGY |
| 1811206071 | ACARIAHEALTH PHARMACY 12 INC |
| 1043309735 | ACCREDO HLTH GRP |
| 1346208949 | ACCREDO HLTH GRP |

| | |
|---|---|
| 1639375066 | ACCREDO HLTH GRP |
| 1053384776 | AHS HOSP |
| 1548290455 | ALBANY MED COLLEGE |
| 1023314804 | ALLINA HEALTH BANDANA SQUARE CLINIC |
| 1235234535 | ANN ROBERT H LURIE CHILDRENS HOSP CHICAGO |
| 1720011810 | BANNER PAYSON MEDICAL CENTER |
| 1487655064 | BAYSTATE MEDICAL CENTER |
| 1619970845 | BIOSCRIP PHARMACY SERVICE |
| 1154385730 | BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA OU PHYSICIANS TULSA |
| 1467454967 | BOSTON CHILDREN'S HEALTH PHYSICIANS, LLP |
| 1710087127 | BOSTON CHILDREN'S HOSPITAL |
| 1962514877 | BRIOVARX |
| 1982754594 | BURLINGTON PEDIATRICS, LLC |
| 1013998913 | CAREMARK |
| 1518948413 | CAREMARK |
| 1982643003 | CAREMOUNT MEDICAL, P.C. |
| 1588045215 | CENTERWELL PHARMACY |
| 1942441886 | CENTERWELL PHARMACY |
| 1124073366 | CHILDRENS HOSP LOS ANGELES |
| 1548212988 | CHILDRENS HOSP MED CTR |
| 1811080526 | CHILDRENS HOSP ORANGE COUNTY |
| 1003102781 | CHILDREN'S HOSPITAL LOS ANGELES |
| 1124073366 | CHILDREN'S HOSPITAL LOS ANGELES |
| 1548212988 | CHILDREN'S HOSPITAL MEDICAL CENTER |
| 1811080526 | CHILDREN'S HOSPITAL OF ORANGE COUNTY |
| 1750358297 | CITY HOPE NATIONAL MED CTR |
| 1750358297 | CITY OF HOPE NATIONAL MEDICAL CENTER |
| 1720067358 | CLINICS OF NORTH TEXAS LLP |
| 1760798540 | COLLEGE PARK FAMILY CARE CENTER PHYSICIANS GROUP |
| 1003908930 | COMMUNITY ACTION COMMITTEE PIKE COUNTY |
| 1952371239 | COOK CHILDRENS HOME HLTH |
| 1891765178 | COOK CHILDRENS MED CTR |
| 1336330588 | CORE PHYSICIANS, LLC |
| 1457379448 | DAYTON CHILDRENS HOSP |
| 1548286172 | DRISCOLL CHILDRENS HOSP |
| 1366739088 | ELITE HEALTHCARE |
| 1053738765 | ELLSWORTH MUNICIPAL HOSP |
| 1447352836 | GILLETTE CHILDRENS SPECIALTY HLTH |
| 1851450894 | GILLETTE CHILDRENS SPECIALTY HLTH |
| 1689918377 | GUNDERSEN LUTHERAN MED CTR |
| 1831296052 | HANSEN FAMILY HOSPITAL |
| 1023055126 | HCA HLTH SERVICE TENNESSEE |
| 1396849303 | HUDSON HOSP |
| 1467422733 | INTERMED PA |
| 1043229735 | IOWA FALLS CLINIC |
| 1710057500 | JOHNS HOPKINS PHARMAQUIP |

| | |
|---|---|
| 1801900576 | KAISER FOUNDATION HLTH PLAN COLORADO |
| 1073811378 | KAISER FOUNDATION HOSPITAL - ROSEVILLE |
| 1992873319 | LEE MEMORIAL HEALTH SYSTEM |
| 1124853122 | LITTLE PALMS BY THE SEA |
| 1467442749 | LUCILE PACKARD CHILDREN'S HOSPITAL |
| 1467442749 | LUCILE SALTER PACKARD CHILDRENS HOSP STANFORD |
| 1710179445 | MARIAN TAN MED GRP LLP |
| 1063545119 | MCCORMICK FAMILY PRACTICE |
| 1639135643 | MCFARLAND CLINIC PC |
| 1174582050 | MDACC |
| 1891797148 | MGMC, LLC |
| 1407975675 | MILFORD PEDIATRIC GROUP |
| 1053688572 | NHPP CARDIOLOGY AT GREAT NECK |
| 1053688572 | NORTH SHORE LIJ MED |
| 1497701882 | NORTHSHORE UNIVERSITY HEALTHSYSTEM FACULTY PRACTICE ASSOCIATES |
| 1386164051 | NOVANT HEALTH PEDIATRIC ENDOCRINOLOGY |
| 1801992631 | NYU LANGONE HOSP |
| 1285826438 | NYU SCHOOL OF MEDICINE PROFESSIONAL SERVICES |
| 1982643003 | OPTUM MED CARE |
| 1669429577 | ORLANDO HEALTH MEDICAL GROUP INC |
| 1053384776 | OVERLOOK HOSPITAL |
| 1316213531 | PANTHERX SPECIALTY |
| 1659762524 | PANTHERX SPECIALTY |
| 1932536810 | PEDIATRIC ENDOCRINOLOGY NEW YORK |
| 1932536810 | PEDIATRIC ENDOCRINOLOGY OF NEW YORK P.C |
| 1699119818 | PEDIATRIC SPECIALISTS OF VIRGINIA, LLC |
| 1790080448 | PEDIATRICS ON HUDSON, LLC |
| 1336222397 | PERMANENTE MEDICAL GROUP INC |
| 1215124797 | PHARMEDQUEST PHARMACY SERVICE |
| 1003908658 | PHELPS MEMORIAL HOSP ASSOCIATION |
| 1417904574 | PREMIER INFUSION HLTH SERVICE |
| 1457618555 | PRIME THERAPEUTICS SPECIALTY PHARMACY |
| 1518039858 | PROCARE PHARMACY |
| 1043382302 | PROCARE PHARMACY DIRECT |
| 1144471715 | PROVIDENCE HEALTH & SERVICES - WA |
| 1144471715 | PROVIDENCE REDWOOD MEMORIAL HOSPITAL |
| 1710065933 | RADY CHILDREN'S HOSPITAL - SAN DIEGO |
| 1710065933 | RADY CHILDREN'S HOSPITAL SAN DIEGO |
| 1669617197 | RADY CHILDREN'S SPECIALISTS OF SAN DIEGO, A MEDICAL FOUNDATION |
| 1669470019 | REFUAH HLTH CTR |
| 1003878539 | REGENTS THE UNIVERSITY MICHIGAN |
| 1457337313 | SCRIPPS CLINIC MED GRP |
| 1457337313 | SCRIPPS CLINIC MEDICAL GROUP |
| 1467536276 | SEATTLE CHILDREN’S HOSPITAL |
| 1174693592 | SENTARA ENTERPRISES |
| 1285616177 | SHARP REES-STEALY MEDICAL GROUP, INC |

| | |
|---|---|
| 1043242555 | SOUTHERN CALIFORNIA PERMANENTE MED GRP |
| 1396287082 | SOUTHERN CALIFORNIA PERMANENTE MED GRP |
| 1952333478 | SOUTHERN CALIFORNIA PERMANENTE MED GRP |
| 1235148594 | ST GEORGE REGIONAL HOSPITAL |
| 1730328279 | SUN RIVER HLTH |
| 1750347647 | TENAFLY PEDIATRICS |
| 1841224508 | THE CHILDRENS MEDICAL GROUP |
| 1093894990 | THE UNIVERSITY OF CHICAGO MEDICAL CENTER |
| 1750832283 | TMC MEDICAL NETWORK |
| 1154418218 | TWELVESTONE MED |
| 1174660120 | UNIVERSITY MARYLAND MED CTR |
| 1639278369 | UNIVERSITY OF CALIFORNIA SAN FRANCISCO MEDICAL CENTER |
| 1619016854 | UPTOWN PEDIATRICS |
| 1942303110 | WALGREENS |
| 1972560688 | WALGREENS |
| 1245310242 | WASHINGTON AVENUE PEDIATRIC |
| 1750318705 | WATERTOWN PEDIATRICS, PC |
| 1790871994 | WATERVILLE PEDIATRICS, PA |
| 1487794814 | WEST CAMBRIDGE PEDIATRIC ADOLESCENT MEDICIN |
| 1639116726 | WEST FLORIDA REGIONAL MED CTR |
| 1386188647 | WESTCHESTER HEALTH MEDICAL, P.C. |
| 1689914756 | WOMENS AND CHILDRENS SPECIALISTS, LLC |
| 1689914756 | WOMENS CHILDRENS SPECIALISTS |
| 1902875966 | WOMEN'S HEALTH OF AUGUSTA, P.C. |
| 1902875966 | WOMENS HLTH AUGUSTA |

Cohort C - Claims for a Primary Gender Dysphoria Diagnosis (F64x) with a Cross-Sex Hormone Prescription Written the Same Day, in a State Prohibiting These Procedures for Minors, on a Date the Prohibition Was in Force (2023–2026; Patient Age 17 or Younger).

**By Organization**

| Organization NPI | Organization Name |
|---|---|
| 1356883839 | BAPTIST PRIMARY CARE INC |
| 1548212988, 1609915784 | CHILDREN'S HOSPITAL MEDICAL CENTER |
| 1679128599 | FLOURISH THERAPY INC |
| 1891743092 | PLANNED PARENTHOOD GREAT NORTHWEST, HAWAI'I, ALASKA, INDIANA, KENTUCKY* |
| 1629057146 | PLANNED PARENTHOOD MINNESOTA, NORTH DAKOTA, SOUTH DAKOTA* |
| 1528147204 | PLANNED PARENTHOOD OF GREATER TEXAS* |
| 1144260027, 1295775260, 1538109889, 1548282833, 1710927066, 1811937881, 1992745244 | PLANNED PARENTHOOD OF THE HEARTLAND |

| Organization NPI | Organization Name |
|---|---|
| 1811033210 | PLANNED PARENTHOOD SOUTH ATLANTIC* |
| 1174731806 | PLANNED PARENTHOOD SOUTHWEST OHIO REGION* |
| 1043245178 | TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER AMARILLO |
| 1245520386 | THE NEMOURS FOUNDATION |

*Rows marked * were identified by matching the organization's address to the address where the visit took place, rather than by the organization NPI that submitted the bill.*

Cohort D – Affiliates Identified Through Prescriber Affiliation. These affiliates appear because the prescriber billed at least 95% of their claims to the affiliate in the year of the prescription and is registered at one of its addresses.

**By Affiliate**

| Main Billing NPI | Planned Parenthood Affiliate |
|---|---|
| 1033477062 | PLANNED PARENTHOOD OF GREATER OHIO |
| 1528147204 | PLANNED PARENTHOOD OF GREATER TEXAS |
| 1811033210, 1801932199 | PLANNED PARENTHOOD SOUTH ATLANTIC (NC / VA / WV / SC) |
| 1023221546 | PLANNED PARENTHOOD OF SOUTHWEST AND CENTRAL FLORIDA |
| 1144260027 | PLANNED PARENTHOOD OF THE HEARTLAND |
| 1851438147 | PLANNED PARENTHOOD HEALTH SYSTEMS |
| 1245322577 | PLANNED PARENTHOOD GULF COAST |
| 1285898445 | PLANNED PARENTHOOD OF FLORIDA |
| 1417959701 | PLANNED PARENTHOOD OF GREATER NEW YORK |

Given the seriousness of these potential violations, HHS requests that HHS OIG swiftly evaluate this referral.

Thank you for your prompt attention to this matter.

Sincerely,

Robert F. Kennedy, Jr.