# EXHIBIT 52

PRESS RELEASE

# The Department of Justice Proposes Legislation to Protect Children from Gender Mutilation

Wednesday, September 3, 2025

**For Immediate Release**

Office of Public Affairs

Yesterday the U.S. Department of Justice transmitted a legislative proposal to Congress that protects and defends children from chemical and surgical mutilation under the guise of "gender-affirming care," in line with Executive Order 14187.

The Victims of Chemical or Surgical Mutilation Act (VCSMA), led by Representative Bob Onder (R, MO-03) and Senator Marsha Blackburn (R-TN), prohibits healthcare professionals, physicians, hospitals, or clinics from participating in the chemical or surgical mutilation of a child and creates a private right of action for children and the parents of children whose healthy body parts have been damaged by medical professionals practicing chemical and surgical mutilation.

"The Department of Justice has heard from far too many families who have been devastated by mutilative medical procedures that fly in the face of basic biology," said Attorney General Pamela Bondi. "While we continue our ongoing legal battle to protect children, we appreciate our colleagues in Congress who are working diligently alongside us to end these abusive procedures once and for all."

Read The Victims of Chemical or Surgical Mutilation Act HERE.

*Updated September 3, 2025*

**Component**

Office of the Attorney General

Press Release Number: 25-901

## Related Content

VIDEO

### Department of Justice Holds Memorial Honoring the 25th Anniversary of 9/11

September 8, 2026

PRESS RELEASE

### Justice Department Secures Agreement with Mount Sinai to End Pediatric "Gender-Affirming Care"

Today, the Department of Justice announced an agreement with Mount Sinai Health System ("Mount Sinai") that resolves an investigation into potential violations of federal law arising from its provision of...

September 4, 2026

PRESS RELEASE

## Justice Department Secures Denaturalization of Convicted Rapist from India

The U.S. District Court for the Eastern District of New York entered judgment revoking the naturalization of convicted rapist Gurmeet Singh.

August 31, 2026

Office of Public Affairs

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000