# EXHIBIT 53

# NEWS (HTTPS://WWW.BLACKBURN.SENATE.GOV/NEWS/CC8C80C1-D564-4BBB-93A4-F1D772346AE0)

## Blackburn, Colleagues Introduce 'The Chloe Cole Act' to Ban Chemical and Surgical Mutilation of Children (https://www.blackburn.senate.gov/2025/9/health care/blackburn-colleagues-introduce-the-chloe-cole-act-to-ban-chemical-and-surgical-mutilation-of-children)

*September 18, 2025*

() () () ()

**WASHINGTON, D.C.** – Today, U.S. Senators **Marsha Blackburn** (R-Tenn.), **Eric Schmitt** (R-Mo.),**Tim Sheehy** (R-Mont.), and **Rick Scott** (R-Fla.) introduced the ***Chloe Cole Act***, which would ban the chemical and surgical mutilation of children and provide detransitioners whose healthy body parts have been damaged by these procedures with legal recourse.

The legislation is named after Chloe Cole (https://nypost.com/2025/06/18/opinion/as-a-girl-misled-by-trans-activists-i-cheer-supreme-court-and-press-for-national-ban/), who underwent a double mastectomy at 15 years old after being influenced by social media and leftist ideology. Chloe went on to detransition, and she has dedicated her life to protecting children from harmful sex-change procedures.

"No child should be pushed into irreversible chemical and surgical mutilation under the guise of so-called 'gender-affirming care,'" **said Senator Blackburn.** "The Chloe Cole Act would put a stop to this barbaric abuse of children and give those who have suffered the consequences of these harmful procedures the chance to fight back."

"Radical gender ideology is a sickness that has sadly infected and confused far too many children, and after being convinced to mutilate healthy body parts they're often burdened with lifelong medical complications and even sterilization," **said Senator Schmitt.** "Genital mutilation is far from medical care, and we must stop doctors from performing these horrific surgeries and providing harmful drugs to our children. American families and children have been lied to for too long, it's time for accountability."

"Boys are boys, girls are girls, and we must protect our kids from the tragic outcomes and irreversible harm caused by child mutilation procedures – that's common sense," **said Senator Sheehy.** "I'm proud to be working to deliver on the mandate the American people gave us to protect children, stand up for families, and restore common sense in America."

"It is sickening that any child would be subjected to dangerous, life-altering procedures that they are too young to understand or fully consent to," **said Senator Scott.** "This legislation will support the victims of this disgusting practice and ensures these children and their families have the right to hold accountable medical professionals for violating their trust and causing long-term harm to their lives."

The U.S. Department of Justice transmitted (https://www.justice.gov/opa/pr/department-justice-proposes-legislation-protect-children-gender-mutilation) this legislative proposal to Congress earlier this month, and it is endorsed by Attorney General **Pam Bondi**:

"The Department of Justice has heard from far too many families who have been devastated by mutilative medical procedures that fly in the face of basic biology," **said Attorney General Pamela Bondi.** "While we continue our ongoing legal battle to protect children, we appreciate Senator Marsha Blackburn and Congressman Bob Onder who are working diligently alongside us to end these abusive procedures once and for all."

U.S. Representative **Bob Onder** (R-Mo.) led the introduction of the legislation in the House of Representatives:

"As a member of Congress, a doctor, a parent, and an American, I am committed to protecting our nation's children," **said Representative Onder.** "That's why I am proud to introduce the Chloe Cole Act, a landmark bill that will put a permanent stop to one of the most dangerous and barbaric medical procedures in modern history."

**BACKGROUND**

- This legislation would codify President Trump's executive order (https://www.whitehouse.gov/presidential-actions/2025/01/protecting-children-from-chemical-and-surgical-mutilation/) ending the United States' support of "transitioning" children.
- Between 2019 and 2023 (https://stoptheharmdatabase.com/about/) in America:
    - 5,747 children underwent surgical mutilation;
    - 13,994 minors underwent sex change treatments;
    - 8,579 children received hormones and puberty blockers; and

62,682 sex change prescriptions were written for children.

**THE CHLOE COLE ACT**

The ***Chloe Cole Act*** would:

- Prohibit physicians, clinics, and hospitals from participating in chemical or surgical mutilation of minors;
- Define sex as biological fact, not a political label;
- Provide a private right of action for children and the parents of children whose healthy body parts have been damaged by medical professionals practicing chemical and surgical mutilation; and
- Include a lengthy statute of limitations for victims of chemical or surgical mutilation.

**ENDORSEMENTS**

In addition to **Attorney General Pam Bondi**, the ***Chloe Cole Act*** is endorsed by the **American Principles Project** and **Independent Women's Forum:**

"American Principles Project strongly supports Senator Marsha Blackburn's Chloe Cole Act. Children should never be subjected to dangerous, irreversible procedures that destroy healthy body parts and undermine their natural development. For years, radical activists and complicit medical institutions have pushed an agenda that sacrifices vulnerable kids on the altar of ideology. This legislation will finally hold those responsible accountable by ensuring that victims and their families have the ability to seek justice. The message is clear: America will protect children from experimental and harmful practices, and we will not allow so-called 'gender medicine' to continue preying on kids. APP thanks Attorney General Pam Bondi and the Department of Justice for their work prioritizing this legislative proposal. We are proud to stand with Senator Blackburn and Congressman Onder in this fight to defend truth, protect families, and safeguard the innocence of America's children," **said Terry Schilling, President of American Principles Project.**

“Children cannot consent to mutilating their bodies, compromising their mental health, and putting their fertility and sexual health in permanent jeopardy. At Independent Women, we've worked with countless young women and men, who were pushed down this path and now are dealing with the lasting fallout, physical scars, and chronic medical conditions in the aftermath of harmful hormone disruptions. Most of them started on this abusive medical path as minors, some even pre-pubescent. The medical community did worse than let them down—they lied to them, actively harmed them, and neglected to provide the care they really needed. Society needs to stand up for the rights of children to be children and close the door on mutilating medical treatments on minors,” **said Carrie Lukas, President of Independent Women.**

**RELATED**

- **Blackburn, Cruz Press DOJ On Attempts To Silence Concerns Over Gender Reassignment Surgeries For Minors (https://www.blackburn.senate.gov/2022/10/blackburn-cruz-press-doj-on-attempts-to-silence-concerns-over-gender-reassignment-surgeries-for-minors)**

Click here (https://www.blackburn.senate.gov/services/files/206AFD7F-2470-4E86-926B-17EDB5F7476A) for bill text.

https://www.blackburn.senate.gov/2025/9/health care/blackburn-colleagues-introduce-the-chloe-cole-act-to-ban-chemical-and-surgical-mutilation-of-children (https://www.blackburn.senate.gov/2025/9/health care/blackburn-colleagues-introduce-the-chloe-cole-act-to-ban-chemical-and-surgical-mutilation-of-children)