# EXHIBIT 64

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.<br><br>Defendants. | Case No.: 1:25-cv-12162 |

**DECLARATION OF HEATHER LUSK**

I, Heather Lusk, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Executive Director at the Hawaiʻi Health & Harm Reduction Center (HHHRC). I am familiar with the information in the statements set forth below either through personal knowledge, consultation with HHHRC's members and staff, or documents that have been provided to and reviewed by me. I could testify competently to these facts if called as a witness.

2. I submit this Declaration in support of the Plaintiff States' Opposition to Defendants' Motion to Dismiss.

3. I am a Licensed Clinical Social Worker and have been the Executive Director of HHHRC for a decade. I have worked in the field of public health for more than 30 years. Most of my professional career has been dedicated to working in mental health, substance use, and infectious disease prevention and management, with a focus on the transgender community.

4. HHHRC was founded in 1983 to address the growing HIV crisis in the islands. Over the past forty-plus years, it has grown to work at the intersection of substance use, mental

health, HIV, chronic health conditions, homelessness, and the legal system. We focus our efforts on those disproportionately affected by social determinants of health, including the LGBQ, Native Hawaiian, and transgender communities. HHHRC provides treatment for substance use disorder, mental health support, and sexual health services, in addition to case management, peer navigation, training, education, and advocacy. We also provide street-based and clinic-based medical care. That includes gender-affirming care for those 18 and above.

5. HHHRC has the largest transgender program in the islands. It serves transgender women, transgender men, and nonbinary individuals through both its peer-based Kuaʻana Project and its Gender Affirming Care Clinic, as well as through outreach, case management, and advocacy.

**HHHRC's Kuaʻana Project**

6. HHHRC's Kuaʻana Project allows transpeople to get support from other transpeople, whether it be for job searches, name changes, housing hunts, or navigating clinical care, including gender-affirming care. Its goal is to provide wraparound, peer-based social services to the transgender community.

7. For example, the Kuaʻana Project, working with other insurance experts at HHHRC, helps our clients navigate the healthcare and insurance system to get coverage for their medical needs. These efforts help people who are uninsured get health insurance. For years, that has included enrolling in state Medicaid plans that will cover gender-affirming care, or in exchange-based plans under the Affordable Care Act.

8. The Kuaʻana Project has approximately 120 participants. Although the vast majority of them are over the age of 18, approximately 15% are under the age of 18. Roughly

three-quarters of participants receive some type of gender-affirming care, either through HHHRC's own clinic or through another clinic in our community.

9. Many participants in the Kua'ana Project have received puberty-delaying medications and hormone therapies before they reached 19 years old as treatments for gender dysphoria. They have benefited greatly from access to these treatments.

**HHHRC's Gender Affirming Care Clinic**

10. In 2023, I helped launch HHHRC's Gender Affirming Care Clinic. At the time, a local clinic that provided healthcare services to the transgender community had closed. In the wake of that closure, participants in the Kua'ana Project expressed a need for more healthcare options for the transgender community in Honolulu. We responded by opening the HHHRC Gender Affirming Care Clinic.

11. The need for gender-affirming care was confirmed in 2024, when HHHRC conducted a transgender-specific needs assessment. Respondents described experiencing stigma and discrimination in traditional healthcare settings. They reported increased rates of depression and suicidal ideation. And respondents also reported that having access to gender-affirming care would help address many of their biopsychosocial needs.

12. HHHRC's Gender Affirming Care Clinic helps to meet those needs. Our clinic is staffed by two board-certified nurse practitioners. They have extensive training in LGBT health, specifically in transgender and primary care medicine. One of our providers is a member of the World Professional Association for Transgender Health. Our providers regularly attend national conferences, education development, and other continuing education to stay up to date on current evidence-based transgender care and guidelines.

13. Our providers work closely with the Kuaʻana Project. Our clinic offers healthcare services, which are complemented by the Kuaʻana Project's wraparound, peer-to-peer social support.

14. Currently, our Gender Affirming Care Clinic provides healthcare services for about 40 patients, ages 18 to 70. Three of our patients are 18 years old. All of our patients, including our three 18-year-old patients, receive gender-affirming care.

15. Our clinic provides patient-centered holistic care. That means that in addition to providing gender-affirming care, we strive to meet all our patients' healthcare needs. That includes laboratory evaluations, primary care services like screenings and exams, prescriptions, substance use care, smoking cessation, and referrals for mental health concerns.

16. Because all of the Gender Affirming Care Clinic's patients are age 18 or older, they are legal adults with the legal capacity to consent to medical care.

17. Consistent with state law, our practice requires patients to provide informed consent before we prescribe gender-affirming care. Our providers follow a shared decision-making model—a collaborative process whereby the providers and patients work together to make healthcare decisions. Our providers will compile and review a complete medical history for a patient, including both their and their family's medical background. Through dialogue with a patient, our providers will assess a patient's goals, preferences, and concerns. When discussing different forms of gender-affirming care, our providers carefully walk through the risks and benefits of each treatment option and answer any of the patient's questions. Additionally, our providers will order and review several lab panels—a hormone panel, metabolic panel (to check kidney, liver, and heart function), and a blood panel. These panels provide a baseline, allowing our providers to both assess a patient's current health and monitor the ongoing effects of

treatment. Our providers will only prescribe gender-affirming care if a patient has a diagnosis of gender dysphoria and care is medically indicated.

18. All the providers at HHHRC offer patient-focused medical care in accordance with state and federal laws, established clinical practice guidelines, and medical ethics rules.

19. For example, in accordance with national guidelines, our providers regularly check in with our patients who are receiving gender-affirming care. Every three months, our clinic will conduct new lab panels to assess the effectiveness of medical therapies. Through conversations with patients, our providers also evaluate patient satisfaction with their medical care.

20. The care that our clinic provides is lifesaving. For example, one of our clinic's patients was an 18-year-old who faced mental health challenges, including thoughts of self-harm, poor communication with their family, and under recognition of their gender identity by their friends and family. After enrolling in our Gender Affirming Care program, the patient engaged in a shared decision-making process to pursue affirming medication. After 3 months of hormone therapy, this person started to experience positive affirming changes that improved their mental health burden. Twelve months since the start of hormone therapy, the patient continues to experience positive changes, including improved recognition of their gender in the general community and amongst their friends and family. On numerous occasions, this patient has noted that gender-affirming care has saved their life.

21. In accordance with state antidiscrimination laws, HHHRC and its clinic do not discriminate based on individuals' protected characteristics, including sex, gender identity, and gender expression.

**<u>Federal Actions Targeting Providers of Gender-Affirming Care</u>**

22. I understand that on January 28, 2025, President Trump issued an Executive Order directing agencies to ban puberty-delaying medications, hormone therapies, and surgical procedures as treatments for gender dysphoria for people under the age of 19 and investigate and prosecute providers who offer them ("Executive Order").

23. On April 22, 2025, U.S. Attorney General Bondi issued a memorandum to all U.S. Department of Justice ("DOJ") employees ("Bondi Directive") to criminally and civilly prosecute "to the fullest extent possible" health care providers who provide medically necessary gender-affirming care to adolescent patients under the federal Female Genital Mutilation statute, 18 U.S.C. § 116 ("FGM"), the Food, Drug & Cosmetics Act, 21 U.S.C. Chapter 9 § 301 *et seq.* ("FDCA"), and the False Claims Act, 31 U.S.C. § 3729 ("FCA").

24. On June 11, 2025, U.S. Assistant Attorney General Brett Shumate issued a memorandum ("Shumate Directive") to all DOJ employees laying out the "Civil Division Enforcement Priorities" and directing the Civil Division to "use all available resources to prioritize investigations of doctors, hospitals," and other health care entities to pursue alleged violations of the FDCA in connection with the medications often used in gender-affirming care. It also orders the Civil Division to "aggressively pursue" FCA claims against providers that bill the federal government for gender-affirming care in circumstances where such care would not lawfully be covered.

25. I understand that the Bondi and Shumate Directives (collectively, "DOJ Directives") announced new enforcement priorities under the FGM, FDCA, and FCA statutes targeting providers of gender-affirming care.

26. When I first heard the Executive Order and DOJ Directives' stated interest in investigating and prosecuting gender-affirming care providers, I was frightened for our community, and heartbroken that the federal administration would go so far as to prosecute healthcare providers who are practicing within their scope, education, and national/state law. I am worried about the health and well-being of our transgender community, and those who care for them.

27. Providers at HHHRC's clinic understand that the FDCA prohibits off-label marketing, but does not prohibit medical professionals from prescribing drugs for "off-label" uses.

28. Providers at HHHRC's clinic have generally understood that "marketing" a drug does not include keeping the drug at a hospital pharmacy or dispensing it to patients as part of an office visit. Indeed, these activities are indispensable to our providers' practice.

**Consequences of Federal Actions on the Clinic**

29. Providers at HHHRC's clinic who provide gender-affirming care to patients under 19 fear that they will be unjustly targeted by criminal or civil investigations or prosecutions merely for doing their jobs and providing medically necessary gender-affirming care in accordance with state law. There are continued reports and new federal actions directly impacting the care our providers offer. That places our transgender patients at significant risk, putting their lives in danger daily.

30. Since the Executive Order and DOJ Directives were issued, some healthcare providers in Hawai‘i who once provided gender-affirming care to adolescents have stopped offering this care to patients under 19, and other providers have significantly limited services that were previously provided. We have seen the closure of programs, services, and care at our

military hospitals and institutions. We have seen changes in local insurance coverage of care related to federal threats. We have seen providers stop offering gender-affirming care, particularly in resource-poor and rural areas on neighbor islands.

31. The shrinking number of providers offering gender-affirming care to patients, including to those under 19, has had an enormous impact on HHHRC's practice. In the past 3 months, HHHRC has absorbed 15 new patients due to a lack of providers or the closure of programs. This is especially difficult because of the geography of our state—if a patient loses their provider on one island, they may be required to fly to a different island to get care. That places an enormous burden on patients and their families. We expect to absorb more patients as we hear of other providers and organizations who are not employing gender-affirming care providers or who are closing because of federal actions.

32. Additionally, earlier this year, HHHRC's Gender Affirming Care Clinic was considering expanding our care to include transgender youth under the age of 18. However, we had to pause those plans, in large part because of the impact of the Executive Order, DOJ Directives, and other federal actions. Because of the cutback in gender-affirming care across the state and the rising demand for our services, our clinic's capacity has been stretched too thin to pursue this expansion. Additionally, because of the federal government's threats, offering gender-affirming care to patients under the age of 18 introduces too much uncertainty and risk.

33. These federal actions have caused grave harm to HHHRC's transgender patients and will likely cause further damage. Patients who have come to HHHRC after being turned away by their previous providers have presented with serious harms, such as:

a. Suffering from medical consequences as a result of the abrupt interruption of their hormone therapy, social and mental health support, and post-surgical care;

b. Suffering from psychological distress because their medical care was abruptly interrupted or terminated or because they fear their insurance's coverage of medically necessary treatment—like hormone therapy, social and mental health support, and post-surgical care—will change;

c. Suffering from more acute symptoms of gender dysphoria than usual, which could have been avoided with earlier or consistent treatment. Symptoms include increased anxiety, stress, major depression disorder, suicidality and self-harm, increased substance/alcohol use, and the misuse of prescription medications;

d. Needing more expensive care that could have been treated earlier for less money; and

e. Suffering from the loss of services that are desperately needed and required for the transgender community, including electrolysis and vocal services.

34. I am gravely concerned about the impact that these federal actions have already had and will have on the mental and physical wellbeing of the patients in HHHRC's clinic and the participants of the Kuaʻana Project. Already, we have seen a dramatic increase in transgender individuals' depression and suicidality. Some transgender patients are worried about traveling to the continental United States for fear that they will be targeted and unable to return. Our 18-year-olds face unique risks, too. As some of them plan to attend college on the continental United States, they worry about losing access to critical care in the middle of their treatment plan.

35. We have also been forced to devote significant resources and staff time to analyzing the unclear and changing federal regulation of gender-affirming care, and explaining its implications to staff, patients, and patients' loved ones. This too diverts significant resources away from patient care.

36. The Executive Order, DOJ Directives, and other federal actions place providers and organizations in an impossible position. We can choose to continue supporting and offering medically necessary, lifesaving care to our transgender patients and risk federal prosecution. Or we can comply with the DOJ Directives, violating our professional obligations and endangering our patients.

37. HHHRC's Gender Affirming Care Clinic remains steadfast in its commitment to provide transgender individuals—including transgender 18-year-olds—with medically necessary, evidence-based gender-affirming care; and the Kua‘ana Project remains committed to supporting transgender individuals through their healthcare journey. We wish and intend to continue doing so for as long as we can. However, this currently places HHHRC and its providers at significant legal risk due to the threats presented by the DOJ Directives and accompanying federal actions. These Directives strongly imply that the administration views the mere provision of this form of health care as unlawful. Indeed, they state explicitly that the administration intends to prosecute aggressively wherever possible.

38. Unfortunately, there is a real possibility that the risk level will soon reach an intolerable point. Should HHHRC be forced to stop providing this care, it would not result from any concerns about the medical evidence, clinical practice standards, or the wellbeing of our patients. Rather, it would be the consequence of the multiple legal threats posed by the DOJ Directives and other federal actions.

Dated: December 17, 2025

/s/ Heather Lusk
Heather Lusk