# EXHIBIT 67

FEDERATION OF STATE MEDICAL BOARDS

CONTACT A STATE MEDICAL BOARD

Overview

Home / Contact a State Medical Board

# CONTACT A STATE MEDICAL BOARD

AL AK AZ AR CA CO CT DE DC FL GA GU HI ID IL IN IA KS KY LA ME MD
MA MI MN MS MO MT NE NV NH NJ NM NY MP NC ND OH OK OR PA PR RI
SC SD TN TX UT VT VI VA WA WV WI WY

## Alabama Board of Medical Examiners

**www.albme.gov**

**Contact**
William M. Perkins, MJA
Executive Director

**Address**
P.O. Box 946
Montgomery, AL 36101-0946
Physical Address:
848 Washington Avenue
Montgomery, AL 36104

**Fax**
**(334) 242-4155**

**Toll Free**
**(800) 227-2606**

---

## Medical Licensure Commission of Alabama

**www.albme.gov**

**Contact**
Rebecca Robbins
Director of Operations

**Address**
P.O. Box 887
Montgomery, AL 36101-0887
Physical Address:
848 Washington Avenue
Montgomery, AL 36104-3839

**Phone**
**(334) 242-4153**

**Fax**
**(334) 242-4155**

**Toll Free**
**(800) 227-2606**

---

fsmb FEDERATION OF STATE MEDICAL BOARDS

## Alaska State Medical Board

**https://www.commerce.alaska.gov/web/cbpl/ProfessionalLicensing/StateMedicalBoard.as**

**Contact**
Natalie Norberg, LMSW
Executive Administrator

**Address**
P.O. Box 110806
Juneau, AK 99811-0806
(Physical) 333 Willoughby Ave., 9th Fl
State Office Building
Juneau, AK 99801-1770

**Phone**
**(907) 465-2550**

**Fax**
**(907) 465-2974**

---

## Arizona Medical Board

**www.azmd.gov/**

**Contact**
Raquel Rivera, MPH, CMBE, CMBI
Executive Director

**Address**
1740 West Adams Street, Suite 4000
Phoenix, AZ 85007

FEDERATION OF STATE MEDICAL BOARDS

**Fax**
**(480) 551-2702**

**Toll Free**
**(877) 255-2212**

---

## Arizona Board of Osteopathic Examiners in Medicine and Surgery

**www.azdo.gov/**

**Contact**
Justin Bohall, MPA, CMBE
Executive Director

**Address**
1740 West Adams Street, Suite 2410
Phoenix, AZ 85007

**Phone**
**(480) 657-7703**

**Fax**
**(480) 657-7715**

---

## Arkansas State Medical Board

**www.armedicalboard.org/**

**Contact**
Amy Embry

Victory Bldg.
1401 West Capitol Avenue, Suite 340
Little Rock, AR 72201-2936

**Phone**
**(501) 296-1802**

**Fax**
**(501) 603-3555**

---

## Medical Board of California

**www.mbc.ca.gov/**

**Contact**
Reji T. Varghese
Executive Director

**Address**
2005 Evergreen Street, Suite 1200
Sacramento, CA 95815-5401

**Phone**
**(916) 263-2382**

**Fax**
**(916) 263-2387**

**Toll Free**
**(800) 633-2322**

---

FEDERATION OF STATE MEDICAL BOARDS

# Osteopathic Medical Board of California

**www.ombc.ca.gov/**

**Contact**
Erika Calderon
Executive Director

**Address**
1300 National Drive, Suite 150
Sacramento, CA 95834-1991

**Phone**
**(916) 928-8390**

**Fax**
**(916) 928-8392**

---

# Colorado Medical Board

**https://dpo.colorado.gov/Medical**

**Contact**
Paula E. Martinez, MBA
Program Director

**Address**
1560 Broadway, Suite 1350
Denver, CO 80202

fsmb FEDERATION OF STATE MEDICAL BOARDS

**Fax**
**(303) 894-7692**

---

## Connecticut Medical Examining Board

**https://portal.ct.gov/DPH/Public-Health-Hearing-Office/Connecticut-Medical-Examining-Board/Connecticut-Medical-Examining-Board**

**Address**
P.O. Box 340308
Hartford, CT 06134-0308
Physical Address:
410 Capitol Ave., MS #13PHO
Hartford, CT 06134

**Licensing/ Examinations**
**(860) 509-7603**

**Complaints**
**(860) 509-7552**

**Administrative**
**(860) 509-7566**

**Licensing/ Examinations Fax**
**(860) 509-8457**

**Complaints Toll Free**
**(800) 842-0038**

---

FEDERATION OF STATE MEDICAL BOARDS

# Delaware Board of Medical Licensure and Discipline

**https://dpr.delaware.gov/boards/medicalpractice/**

**Contact**
Alison Warren
Executive Director

**Address**
861 Silver Lake Blvd., Suite 203
Cannon Building
Dover, DE 19904

**Phone**
**(302) 744-4500**

**Fax**
**(302) 739-2711**

---

# District of Columbia Board of Medicine

**https://dchealth.dc.gov/bomed**

**Contact**
Emilia Moran
Interim Executive Director

**Address**
2201 Shannon Place SE
Washington, DC 20020

**Fax**
(202) 442-8117

---

## Florida Board of Medicine

www.flboardofmedicine.gov/

**Contact**
Morgan Rexford, MPH
Executive Director

**Address**
Department of Health
4052 Bald Cypress Way, Bin C-03
Tallahassee, FL 32399-3253

**Phone**
(850) 245-4131

**Fax**
(850) 488-0596

---

## Florida Board of Osteopathic Medicine

www.floridasosteopathicmedicine.gov

**Contact**
Chase Wells
Acting Executive Director

**Address**

fsmb FEDERATION OF STATE MEDICAL BOARDS

**Phone**
**(850) 245-4161**

---

## Georgia Composite Medical Board

**medicalboard.georgia.gov/**

**Contact**
Jason S. Jones, MPSA
Executive Director

**Address**
2 MLK Jr. Drive SE
East Tower, 11th Floor
Atlanta, GA 30334

**Phone**
**(404) 656-3913**

**Fax**
**(404) 656-9723**

---

## Guam Board of Medical Examiners

**https://guamhplo.org/gbme**

**Contact**
Breanna Sablan
Acting Administrator

**Address**

**Phone**
**(671) 735-7404**

---

## Hawaii Medical Board

**https://cca.hawaii.gov/pvl/boards/medical/**

**Contact**
Elizabeth Kor, JD
Executive Officer

**Address**
Department of Commerce and Consumer Affairs
P.O. Box 3469
Honolulu, HI 96801
Physical Address:
335 Merchant Street
Honolulu, HI 96813

**Phone**
**(808) 586-2699**

**Fax**
**(808) 586-2689**

**Application/**
**License Status**
**(808) 586-3000**

---

fsmb FEDERATION OF STATE MEDICAL BOARDS

## Idaho Board of Medicine

**https://dopl.idaho.gov/bom/**

**Contact**
Nicki Chopski, PharmD, ANP
Bureau Chief & Executive Officer

**Address**
11341 West Chinden Blvd, Building #4
Boise, ID 83714

**Phone**
**(208) 334-3233**

---

## Illinois State Medical Board

**https://idfpr.illinois.gov/profs/physicians.html**

**Contact**
Camile Lindsay, JD
Director

**Address**
Enforcement, Complaints, and Investigations
555 West Monroe Street, 5th Floor
Chicago, IL 60661
---------------
Licensing and Testing
320 West Washington Street, 3rd Floor
Springfield, IL 62786

**TTY Line**
**(866) 325-4949**

**Complaints**
**(312) 814-6910**

**Prof. Licensing**
**(800) 560-6420**

---

## Medical Licensing Board of Indiana

**https://www.in.gov/pla/professions/physicians-home**

**Contact**
Christine Maslan
Board Director

**Address**
402 West Washington Street
Room W072
Indianapolis, IN 46204-2298

**Phone**
**(317) 234-2060**

**Fax**
**(317) 233-4236**

---

## Iowa Board of Medicine

Charles Hill, JD
Executive Director

**Address**
6200 Park Ave., Suite 100
Des Moines, IA 50321

**Phone**
**(515) 281-5171**

**Fax**
**(515) 242-5908**

---

## Kansas State Board of Healing Arts

**www.ksbha.ks.gov**

**Contact**
Susan Gile, CMBE
Executive Director

**Address**
800 SW Jackson
Suite 700
Topeka, KS 66612

**Phone**
**(785) 296-7413**

**Fax**
**(785) 368-7102**

---

FSMB FEDERATION OF STATE MEDICAL BOARDS

# Kentucky Board of Medical Licensure

**kbml.ky.gov**

**Contact**
Michael S. Rodman
Executive Director

**Address**
Hurstbourne Office Park
310 Whittington Parkway, Suite 1B
Louisville, KY 40222-4927

**Phone**
**(502) 429-7150**

**Fax**
**(502) 429-7158**

---

# Louisiana State Board of Medical Examiners

**http://www.lsbme.la.gov/**

**Contact**
Vincent A. Culotta, Jr., MD
Executive Director

**Address**
630 Camp Street
New Orleans, LA 70130

**Fax**
**(504) 568-5754**

---

## Maine Board of Licensure in Medicine

**www.maine.gov/md**

**Contact**
Timothy E. Terranova
Executive Director

**Address**
137 State House Station (U.S. mail)
161 Capitol Street (delivery service)
Augusta, ME 04333-0137

**Phone**
**(207) 287-3601**

**Fax**
**(207) 287-6590**

---

## Maine Board of Osteopathic Licensure

**www.maine.gov/osteo**

**Contact**
Rachel MacArthur
Executive Secretary

**Address**

**Phone**
**(207) 287-2480**

**Fax**
**(207) 536-5811**

---

## Maryland Board of Physicians

**www.mbp.state.md.us/**

**Contact**
Christine A. Farrelly
Executive Director

**Address**
4201 Patterson Avenue
Baltimore, MD 21215

**Phone**
**(410) 764-4777**

**Fax**
**(410) 358-2252**

**Toll Free**
**(800) 492-6836**

---

## Massachusetts Board of Registration in Medicine

**https://www.mass.gov/orgs/board-of-registration-in-medicine**

Executive Director

**Address**
178 Albion Street, Suite 330
Wakefield, MA 01880

**Phone**
**(781) 876-8200**

**Fax**
**(781) 876-8383**

---

## Michigan Board of Medicine

**https://www.michigan.gov/lara/bureau-list/bpl/health/hp-lic-health-prof/medical**

**Contact**
Kerry Ryan Przybylo, JD
Manager, Boards and Committees

**Address**
Bureau of Professional Licensing
P.O. Box 30670
Lansing, MI 48909-8170
Physical Address: Bureau of Health Professions
611 West Ottawa Street, 1st Floor
Lansing, MI 48933

**Phone**
**(517) 241-0199**

**Fax**
**(517) 241-0032**

---

FEDERATION OF STATE MEDICAL BOARDS

## Michigan Board of Osteopathic Medicine and Surgery

**https://www.michigan.gov/lara/bureau-list/bpl/health/hp-lic-health-prof/osteo**

**Contact**
Kerry Ryan Przybylo, JD
Manager, Boards and Committees

**Address**
Bureau of Professional Licensing
P.O. Box 30670
Lansing, MI 48909
Physical Address: Bureau of Health Professions
611 West Ottawa Street, 1st Floor
Lansing, MI 48933

**Phone**
**(517) 241-0199**

**Fax**
**(517) 241-0032**

---

## Minnesota Board of Medical Practice

**https://mn.gov/boards/medical-practice/**

**Contact**
Elizabeth Huntley, JD, CMBE
Executive Director

**Address**
335 Randolph Avenue, Suite 140
St. Paul, MN 55102

FEDERATION OF STATE MEDICAL BOARDS

**Fax**
**(612) 617-2166**

**Information in Alternative Format**
**(612) 548-2158**

---

## Mississippi State Board of Medical Licensure

**www.msbml.ms.gov**

**Contact**
Kenneth E. Cleveland, MD
Executive Director

**Address**
805 S. Wheatley Street, Suite 600
Ridgeland, MS 39157

**Phone**
**(601) 987-3079**

**Fax**
**(601) 987-4159**

---

## Missouri Board of Registration for the Healing Arts

**www.pr.mo.gov/healingarts.asp**

**Contact**
James Leggett

P.O. Box 4
Jefferson City, MO 65102
Physical Address:
3605 Missouri Blvd.
Jefferson City, MO 65102

**Phone**
**(573) 751-0098**

**Fax**
**(573) 751-3166**

**TTY Line**
**(800) 735-2966**

**Voice Relay**
**(800) 735-2466**

---

## Montana Board of Medical Examiners

**https://boards.bsd.dli.mt.gov/medical-examiners/**

**Contact**
Samuel Hunthausen, CMBE
Executive Director

**Address**
P.O. Box 200513
Helena, MT 59620-0513
Physical Address:
301 S. Park Avenue, 4th Floor
Helena, MT 59620

**Fax**
**(406) 841-2305**

**Complaints**
**(406) 841-2362**

---

## Nebraska Board of Medicine and Surgery

**https://dhhs.ne.gov/licensure/pages/medicine-and-surgery.aspx**

**Contact**
Vonda Apking, BSBA, MPA
Program Manager

**Address**
P.O. Box 94986
Lincoln, NE 68509-4986
(Physical) 301 Centennial Mall South
14th & M Streets, 3rd Floor
Lincoln, NE 68508

**Phone**
**(402) 471-2118**

**Fax**
**(402) 742-8355**

**TDD Line**
**(800) 833-7352**

---

fsmb FEDERATION OF STATE MEDICAL BOARDS

# Nevada State Board of Medical Examiners

**https://medboard.nv.gov/**

**Contact**
Edward O. Cousineau, JD
Executive Director

**Address**
9600 Gateway Drive
Reno, NV 89521-8953

**Phone**
**(775) 688-2559**

**Fax**
**(775) 688-2321**

**Toll Free**
**(888) 890-8210**

---

# Nevada State Board of Osteopathic Medicine

**https://bom.nv.gov/**

**Contact**
Christopher Pascoe
Executive Director

**Address**
2275 Corporate Circle, Suite 210
Henderson, NV 89074

**Fax**
**(702) 732-2079**

**Toll Free**
**(877) 325-7828**

---

## New Hampshire Board of Medicine

**www.oplc.nh.gov/board-medicine**

**Contact**
Alexander Fisher
Sr Board Administrator

**Address**
Office of Professional Licensure & Certification
7 Eagle Square
Concord, NH 03301

**Phone**
**(603) 271-1203**

**Fax**
**(603) 271-6702**

**Complaints**
**(800) 780-4757**

---

## New Jersey State Board of Medical Examiners

fsmb FEDERATION OF STATE MEDICAL BOARDS

Antonia Winstead
Executive Director

**Address**
P.O. Box 183
Trenton, NJ 08625-0183
Physical Address:
140 East Front Street, 3rd Floor
Trenton, NJ 08608

**Phone**
**(609) 826-7100**

**Fax**
**(609) 826-7117**

---

## New Mexico Medical Board

**www.nmmb.state.nm.us**

**Contact**
Monique Parks
Interim Executive Director

**Address**
2055 South Pacheco Street, Building 400
Santa Fe, NM 87505-0503

**Phone**
**(505) 476-7220**

**Fax**
**(505) 476-7237**

**Toll Free**
**(800) 945-5845**

fsmb FEDERATION OF STATE MEDICAL BOARDS

## New York State Board for Medicine (Licensure)

**https://www.op.nysed.gov/professions-index/medicine**

**Contact**
Stephen J. Boese
Executive Secretary

**Address**
89 Washington Avenue
2nd Floor, West Wing
Albany, NY 12234-1000

**Phone**
**(518) 474-3817**
**Ext. 560**

**Fax**
**(518) 486-4846**

---

## New York State Office of Professional Medical Conduct (Discipline)

**www.health.ny.gov/professionals/doctors/conduct/**

**Contact**
Shelly Wang-Bandago, MPA
Director

**Address**
Riverview Center
150 Broadway, Suite 355
Albany, NY 12204-2719

FEDERATION OF STATE MEDICAL BOARDS

**Fax**
**(518) 402-0866**

**Compaints/ Inquiries**
**(800) 663-6114**

---

## Commonwealth of the Northern Mariana Islands

**https://www.cnmilicensing.gov.mp/**

**Contact**
Esther S. Fleming
Executive Director

**Address**
Board of Professional Licensing Health Care Professions Licensing Board
P.O. Box 502078
Saipan, MP 96950
Physical Address: Building #1242
Pohnpei Court Capitol Hill
Saipan, MP 96950

**Phone**
**(670) 664-4809**

**Fax**
**(670) 664-4814**

---

## North Carolina Medical Board

FEDERATION OF STATE MEDICAL BOARDS

Thomas W. Mansfield, JD
Chief Executive Officer

**Address**
3127 Smoketree Court
Raleigh, NC 27604
Mailing Address:
PO Box 20007
Raleigh, NC 27619-0007

**Phone**
**(919) 326-1100**

**Fax**
**(919) 326-1131**

**Toll Free**
**(800) 253-9653**

---

## North Dakota Board of Medicine

**www.ndbom.org**

**Contact**
Sandra DePountis, JD
Executive Director

**Address**
Ridge West Centre
4204 Boulder Ridge Rd, Suite 260
Bismarck, ND 58503-6162

**Phone**
**(701) 450-4060**

**Fax**
**(701) 989-6392**

## State Medical Board of Ohio

**www.med.ohio.gov**

**Contact**
Stephanie M. Loucka, JD
Executive Director

**Address**
30 East Broad Street, 3rd Floor
Columbus, OH 43215-6127

**Phone**
**(614) 466-3934**

**Fax**
**(614) 728-5946**

**Complaints**
**(833) 333-7626**

## Oklahoma Board of Medical Licensure and Supervision

**www.okmedicalboard.org**

**Contact**
Sandra Harrison, JD, MPA
Executive Director

**Address**
101 NE 51st Street
Oklahoma City, OK 73105-1821

fsmb FEDERATION OF STATE MEDICAL BOARDS

**Toll Free**
**(800) 381-4519**

---

## Oklahoma State Board of Osteopathic Examiners

**www.ok.gov/osboe/**

**Contact**
Steven K. Mullins, JD
Executive Director

**Address**
5400 North Grand Blvd., Suite 130
Oklahoma City, OK 73112

**Phone**
**(405) 528-8625**

**Fax**
**(405) 557-0653**

---

## Oregon Medical Board

**www.oregon.gov/OMB**

**Contact**
Nicole A. Krishnaswami, JD
Executive Director

**Address**

fsmb FEDERATION OF STATE MEDICAL BOARDS

**Phone**
(971) 673-2700

**Fax**
(971) 673-2670

**Toll Free**
(877) 254-6263

---

## Pennsylvania State Board of Medicine

http://www.dos.pa.gov/ProfessionalLicensing/BoardsCommissions/Medicine/Pages/default

**Contact**
Jamison Cassel
Board Administrator

**Address**
P.O. Box 2649
Harrisburg, PA 17105-2649
Physical Address:
2525 N 7th Street
Harrisburg, PA 17110

**Toll Free**
(833) 367-2762

---

## Pennsylvania State Board of Osteopathic Medicine

www.dos.state.pa.us

fsmb FEDERATION OF STATE MEDICAL BOARDS

**Address**
P.O. Box 2649
Harrisburg, PA 17105-2649
Physical Address:
2525 N 7th Street
Harrisburg, PA 17110

**Toll Free**
(833) 367-2762

---

## Puerto Rico Board of Medical Licensure and Discipline

https://www.salud.pr.gov/CMS/120

**Contact**
Dana Miró
Executive Director

**Address**
Junta De Licenciamiento Y Disciplina Medica
P.O. Box 13969
San Juan, PR 00908-3969

**Phone**
(787) 765-2929
Ext. 6581 / 6579

---

## Rhode Island Board of Medical Licensure and Discipline

https://health.ri.gov/licensing/physicians

**Address**
Department of Health
3 Capitol Hill, Room 401
Providence, RI 02908-5097

**Phone**
**(401) 222-3855**

**Fax**
**(401) 222-2158**

---

## South Carolina Board of Medical Examiners

**https://llr.sc.gov/**

**Contact**
Jessica Beise
Board Executive

**Address**
110 Centerview Drive
Columbia, SC 29210

**Phone**
**(803) 896-4500**

**Fax**
**(803) 896-4515**

---

fsmb FEDERATION OF STATE MEDICAL BOARDS

## South Dakota Board of Medical and Osteopathic Examiners

**www.sdbmoe.gov**

**Contact**
Margaret B. Hansen, PA-C, MPAS, CMBE
Executive Director

**Address**
101 N. Phillips Ave., Suite 201
Sioux Falls, SD 57104

**Phone**
**(605) 367-7781**

---

## Tennessee Board of Medical Examiners

**https://www.tn.gov/health/licensure/me.html**

**Contact**
Stacy Tarr
Executive Director

**Address**
665 Mainstream Drive
2nd Floor
Nashville, TN 37243

**Phone**
**(615) 532-3202**

**Fax**
**(615) 253-4484**

FEDERATION OF STATE MEDICAL BOARDS

---

## Tennessee Board of Osteopathic Examination

**https://www.tn.gov/health/licensure/ost.html**

**Contact**
Stacy Tarr
Executive Director

**Address**
665 Mainstream Drive
2nd Floor
Nashville, TN 37243

**Phone**
**(615) 532-4384**

**Fax**
**(615) 253-4484**

**Toll Free**
**(800) 778-4123**

---

## Texas Medical Board

**www.tmb.texas.gov**

**Contact**
Stephen Brint Carlton, JD
Executive Director

**Address**

Suite 9.200
Austin, TX 78701

**Phone**
**(512) 305-7010**

**Fax**
**(512) 305-7051**

**Disciplinary Hotline**
**(800) 248-4062**

**Consumer Complaint Hotline**
**(800) 201-9353**

---

# Utah Medical Licensing Board

**https://commerce.utah.gov/dopl/physician-and-surgeon/**

**Contact**
Larry Marx
Bureau Manager

**Address**
P.O. Box 146741
Salt Lake City, UT 84114-6741
Physical Address: Heber M. Wells Building
160 East 300 South, 4th Floor
Salt Lake City, UT 84111

**Phone**
**(801) 530-6628**

**Fax**
**(801) 530-6511**

FEDERATION OF STATE MEDICAL BOARDS

## Vermont Board of Medical Practice

**https://www.healthvermont.gov/systems/medical-practice-board**

**Contact**
David K. Herlihy, Esq.
Executive Director

**Address**
VT Department of Health
280 State Drive
Waterbury, VT 05671-8320

**Phone**
**(802) 657-4220**

**Fax**
**(802) 657-4227**

## Vermont Board of Osteopathic Physicians and Surgeons

**https://sos.vermont.gov/osteopathic-physicians/**

**Contact**
Corey Young
Administrator

**Address**
Office of Professional Regulation
89 Main Street, 3rd Floor
Montpelier, VT 05620-3402

**Fax**
**(802) 828-2465**

---

## Virgin Islands Board of Medical Examiners

**https://www.vimedicalboard.org/**

**Contact**
Renise James
Director

**Address**
1301 Hospital Ground, Suite 10
St. Thomas, VI 00802

**Phone**
**(340) 774-7477**
**Ext. 5694**

**Fax**
**(340) 777-4001**

---

## Virginia Board of Medicine

**http://www.dhp.virginia.gov/Boards/Medicine/**

**Contact**
William L. Harp, MD
Executive Director

**Address**

FEDERATION OF STATE MEDICAL BOARDS

**Phone**
**(804) 367-4600**

**Fax Licensing Unit**
**(804) 527-4426**

**Fax Discipline Unit**
**(804) 527-4429**

**Complaints**
**(800) 533-1560**

---

## Washington Medical Commission

**www.wmc.wa.gov**

**Contact**
Kyle Karinen, JD
Executive Director

**Address**
Department of Health
P.O. Box 47866
Olympia, WA 98504-7866
---------------
Physical Address:
111 Israel Road SE
Tumwater, WA 98501

**Phone**
**(360) 236-2750**

**Complaints**
**(360) 236-2706**

FEDERATION OF STATE MEDICAL BOARDS

## Washington Board of Osteopathic Medicine and Surgery

**www.doh.wa.gov**

**Contact**
James Chaney
Executive Director

**Address**
Department of Health
P.O. Box 47852
Olympia, WA 98504-7852
---------------
Physical Address:
111 Israel Road SE
Tumwater, WA 98501

**Phone**
**(360) 236-4700**

**Fax**
**(360) 236-2901**

**Consumer Help**
**(800) 525-0127**

---

## West Virginia Board of Medicine

**www.wvbom.wv.gov**

**Contact**
Mark A. Spangler, MA, CMBE
Executive Director

**Address**

**Phone**
**(304) 558-2921**

**Fax**
**(304) 558-2084**

---

## West Virginia Board of Osteopathic Medicine

**www.wvbdosteo.org**

**Contact**
Jonathan T. Osborne, Esq.
Executive Director

**Address**
405 Capitol Street, Suite 800
Charleston, WV 25301

**Phone**
**(304) 558-6095**

**Fax**
**(304) 558-6096**

---

## Wisconsin Medical Examining Board

**https://dsps.wi.gov/Pages/BoardsCouncils/MEB/Default.aspx**

**Contact**
Tom Ryan, MPA, JD

4822 Madison Yards Way
Madison, WI 53705
Mailing:
PO Box 8366
Madison, WI 53708-8366

**Phone**
**(608) 266-2112**

**Fax**
**(608) 267-3816**

**Complaints Toll Free**
**(877) 617-1565**

---

## Wyoming Board of Medicine

**wyomedboard.wyo.gov/**

**Contact**
Kevin D. Bohnenblust, JD, CMBE
Executive Director

**Address**
130 Hobbs Avenue, Suite A
Cheyenne, WY 82002
(U.S. mail zip code)
130 Hobbs Avenue, Suite A
Cheyenne, WY 82009
(delivery service zip code)

**Phone**
**(307) 778-7053**

**Fax**
**(307) 778-2069**

FEDERATION OF STATE MEDICAL BOARDS