# EXHIBIT 68

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br>*Plaintiffs,*<br>v.<br>DONALD J. TRUMP, et al.,<br>*Defendants.* | No. 1:25-cv-12162<br>**LEAVE TO FILE UNDER A PSEUDONYM GRANTED ON DECEMBER 19, 2025** |

**DECLARATION OF MD PARENT**

I, MD Parent, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the parent of a person under the age of 19 in Maryland.

2. I submit this Declaration in support of the Plaintiff States' Opposition to Defendants' Motion to Dismiss.

3. I choose to make this Declaration pseudonymously to protect the safety and privacy of myself and my family. I am submitting this Declaration despite significant fear that it will put myself and my family at risk of substantial harm, including threats and harassment.

4. My child is transgender and uses he/him pronouns. He is an active high school student who is passionate about music and loves playing the violin. He also enjoys running, and has participated in various community races and on his middle school track team. My son is also active in the community: he is a lifeguard, volunteers as an oyster gardener, and worked as an election judge for the 2024 election. The most important things to know about him, though, are that he is a kind, empathetic, and generous person who is a loyal friend and a very loving family member.

**<u>My Child's Gender-Affirming Care</u>**

5. The first time I began to think that my child did not identify with the gender they had been assigned at birth was when they were about five years old. For Halloween, he dressed as a superhero, and when people asked if he was Super Girl, he insisted that he was Super *MAN*. At various times, he would say things like, "I feel like a boy." He also said quite early that he didn't want to be a "mom" and routinely asked for trucks, not dolls, for his birthday. My husband and I didn't know what to make of it at first, and thought that he would eventually just tell us he was a lesbian.

6. When our child reached fourth grade, however, he began to express that he felt like he was a boy more forcefully. In the spring of that school year, he decided to donate his long hair to Locks of Love and told us he wanted *very* short hair. When we showed pictures of girls with pixie cuts, he rejected them, and instead pulled up photos of boys with crew cuts. Every photo he showed us was of a boy with short hair, and he'd say something like: "I want to look like *him*" or he would name a boy in his class whose hair he liked. I still vividly recall watching a bright smile spread across his face as the stylist ran clippers over his scalp and his hair fell to the ground. Some friends who saw him after the haircut said, "Don't worry; you can get your ears pierced!" or "It will grow back!" But he was absolutely beaming. He loved looking like a boy.

7. Around this time, our son grew distraught about the idea that he would become a woman. At the first sign of breast buds, he became very upset. He would try to physically push them back in and say he *never* wanted breasts or to have children. We talked at length with him, trying to discern whether it was simple fear of change, of growing up, or something more. As parents, we worried about his mental state; this seemed to be more than fear of growing up. My husband and I then bought books and began to educate ourselves about gender and sexuality.

8. During this period, we also joined a community group for gender non-conforming children and parents, and made an appointment with a pediatric endocrinologist who came highly recommended. The community group was helpful for support; it allowed our son to see that he was not alone, and for us as parents to begin to seriously consider that our son was trans.

9. The pediatric endocrinologist spoke with our son for a long time, and spoke with us extensively as well. The doctor fully explained the potential risks and benefits of using puberty blockers (versus doing nothing), including that blockers simply *delayed* puberty, and were not irreversible. The doctor also explained the risks and benefits of ultimately transitioning to taking testosterone. I don't recall how many appointments and discussions we had before starting puberty blockers, but we ultimately decided that was the best course of action).

10. Our child had also been seeing a therapist for some time before 4th grade to help him learn to manage generalized anxiety, and as he learned more about gender, he began to verbalize that he was really a boy in the wrong body. When he spoke about puberty, he explained that he felt like his body was betraying him. His gender identity became one of the focuses of his work with the therapist to overcome his anxiety.

11. Just before entering fifth grade, our son told my husband and me that he wanted to spend the year in a social transition with the plan to enter middle school (6th grade—in a school where he did not know many other students) as a boy. He reasoned that most kids would not know any different, and that his close friends would not care either way. We agreed with that plan and together chose a new name for him to use when the time came.

12. Between puberty blockers and therapy, our son became much "lighter" and happier. He was no longer angry or upset about being a "girl" because he knew he was not one, that he was not alone, and that he had a path to living as a boy—who he truly was. And with puberty blockers,

he did not feel like his body was rapidly changing or out of his control; he was glad to not worry about it.

13. As parents, we were relieved; it was wonderful to see his confidence rise, his school performance excel, and his relationships with classmates develop. Access to gender-affirming care put us at ease: it felt like a life saver to watch our child become happier. This period in which he was on puberty blockers was also a chance for us as a family to carefully consider the future. My husband and I kept a lookout for signs of indecisiveness in our son, or reconsideration of his gender identity. We saw none: his sense of being a boy was persistent, consistent, and insistent. This experience gave all of us a sense of security about his ongoing transformation. Although I personally mourned the loss of a daughter to some degree, I began to fully embrace having a son.

14. Shortly after beginning fifth grade, our son became so excited with the prospect of transitioning socially that he began to tell close friends about his plan. It soon became clear that he did not want to wait until middle school to fully transition. My husband and I met with trusted teachers and the school principal, who also looped in a school psychologist (who rotated among several of the public schools), along with our child. At that meeting, we made a plan and timeline for transition, along with a plan to educate school staff and ensure support.

15. Ultimately, our son worked with the psychologist to plan and prepare remarks, and he announced to his entire fifth grade class that he is really a boy and that his name is [what we had chosen]. The response from his classmates? Applause!

16. Our son was beaming when I picked him up after school that day, and as we left, several classmates yelled out: "Goodbye, [*new* name]!".

17. Our son remained on puberty blockers for a little over a year, as the doctor carefully monitored blood levels. He graduated from elementary school under his new name in a tie,

recognized as a boy, and received the school's annual award for the student with outstanding tenacity.

18. After that, our son began testosterone injections. The puberty blockers had enabled us to take a brief pause, but once our child understood more, he was certain he was male and was committed to living authentically. He has never expressed doubt or misgivings about his gender: he is now a thriving, happy young man who has begun to research and consider gender realignment.

19. As parents, we feel incredibly grateful to have been able to see him transition from an incredibly shy, unsure, quiet "girl" to a more secure, confident, lovely young man. I am very grateful for the medical care my child has received, as it has had a massively positive effect on his health and his life.

**Federal Actions Targeting Providers of Gender-Affirming Care**

20. I understand that on January 28, 2025, President Trump issued an Executive Order directing agencies to ban puberty-delaying medications, hormone therapies, and surgical procedures as treatments for gender dysphoria for people under the age of 19 and investigate and prosecute providers who offer them ("Executive Order"). I am aware the federal government has taken other actions since then to further these goals. In particular, we received an email from my son's provider that they will no longer be able to provide gender-affirming prescriptions to minors: in other words, they cannot provide what in some cases is nothing short of life-saving medications.

21. When I first heard of the federal government's plans to investigate and prosecute gender-affirming care providers, I was terrified. Although my son already has turned 18, which is the age of majority in Maryland, he is still defined as a "child" by the Executive Order and his medical care could be targeted under its provisions.

22. I know what a difference treatment has made for our child and am nothing short of appalled that care providers may not be able to save the lives of other children in Maryland and around the country. Our doctor was patient, kind, inquisitive, and factual: we owe a debt of gratitude to them. Countless children will suffer needlessly if the federal government is able to investigate and prosecute care providers. This is not making America healthy again; it's targeting care providers to make a political point while making children suffer needlessly.

Dated: December 15, 2025

*/s/ MD Parent*______
MD Parent