# EXHIBIT 70

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br>*Plaintiffs,*<br>v.<br>DONALD J. TRUMP, et al.,<br>*Defendants.* | No. 1:25-cv-12162<br>**LEAVE TO FILE UNDER A PSEUDONYM GRANTED ON DECEMBER 19, 2025** |

**DECLARATION OF PLAINTIFF STATE PROVIDER # 6**

I, Plaintiff State Provider # 6, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am over the age of 18, of sound mind, and in all respects competent to testify.
2. I submit this Declaration in support of the Plaintiff States' Opposition to Defendants' Motion to Dismiss.

**Background**

3. I am a licensed clinical psychologist. I practice in a state-affiliated academic health center and maintain my own private practice. I am a member of the American Psychological Association. I provide psychological care to transgender and gender-diverse adolescent patients.
4. I am filing this declaration under a pseudonym out of concern for my safety as well as the safety of my family, colleagues, and patients. I discuss below my real and present concerns regarding safety and am filing under a pseudonym for protection.

5. I have a Doctoral Degree in Clinical Psychology, a Master's of Science in Clinical Psychology degree, and a Bachelor of Arts in Psychology degree. I am licensed to practice psychology in my state. I have authored more than 10 peer-reviewed publications, including multiple focused on the provision of gender-affirming care. I have presented at local, national, and international conferences on this care.
6. Through my training and practice, I am very familiar with the prevailing medical standards and protocols for gender-affirming medical care. I keep up to date on professional best practices through attending conferences, and obtaining continuing education focused on evidence-based gender-affirming care practices, and through collaboration with colleagues internationally.
7. In my clinical practice, I provide gender-affirming psychological care for youth, adolescents and adults alongside other clinicians. I have served in a leadership role for an interdisciplinary gender program in a large health system for the last 10 years. I treat approximately 100 adolescents each year. As part of my practice, I am and must be familiar with the medical practice and other aspects of medical care for the diagnosis and treatment of gender dysphoria.
8. Given my expertise in providing gender-affirming psychological care for gender diverse adolescents and adults, I have been directly involved in the training of psychology interns and postdoctoral fellows, as well as medical students, residents, and fellows, and I have also been asked to serve as a journal article peer reviewer for publications focused on gender-affirming care for youth and adults. I have served in a leadership role for a group of gender affirming behavioral health providers for a national organization.

**Clinical Definitions**

9. To be diagnosed with gender dysphoria in adolescence, a patient must demonstrate at least two of the following for a minimum of six months: "an incongruence between the experienced/expressed gender and primary and/or secondary sex characteristics," "a strong desire to be rid one's primary and/or secondary sex characteristics," "a strong desire for the primary and/or secondary sex characteristics of the other gender," "a strong desire to be of the other gender," or "a strong conviction that one has the typical feelings and reactions of the other gender." Gender Dysphoria is also "associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning."

10. Determination of the presence of gender dysphoria and the indication for medical care involves an individualized interdisciplinary assessment process by mental health and medical providers. This interdisciplinary assessment process includes discussion of an adolescent's gender history, including when they became aware of their gender incongruence, how they identify, their sources of dysphoria, and how they feel the care they are requesting will address this distress. Guardians are also asked to share their observations of their adolescent. Often, standardized questionnaires and clinical interviews are used to gather clinical information and determine if other psychological diagnoses are also present and need to be evaluated further. The mental health assessment includes both the adolescent patient and their parents or guardians. Before proceeding with medical intervention, adolescent patients and their guardians must be aligned on the goals of treatment. During the assessment, substantial time is spent discussing the goals, options, and engaging in shared decision-making conversations related to gender-

affirming care. The mental health clinician will also determine if the patient meets the diagnostic criteria for gender dysphoria.

11. Decades of scientific research and clinical experience have demonstrated that, for transgender and gender diverse people who seek gender-affirming care, such care can improve a person's mental health and overall well-being. I have seen first-hand in my over 10 years of practice, the many benefits of social transition and gender-affirming medical care.

12. For individuals for whom gender-affirming medical care is indicated, there are no alternative evidence-based treatments for gender dysphoria.

**Current Clinical Practice**

13. If a patient meets the clinical criteria for Gender Dysphoria, the mental health clinician will create a plan with the patient and their guardian for next steps. This may include scheduling additional visits with the mental health provider, connecting the patient and their guardian with other community resources, identifying non-medical supports that assist the patient in aligning their appearance and identity, or, if indicated, scheduling the patient for gender-affirming medical services.

14. Patients may transition in a variety of ways to affirm their gender identity. Social transition is one type of transition and can involve a patient adopting the pronouns, clothing, hairstyle, and mannerisms of the gender with which they identify. Patients often socially transition for a period of time before seeking gender-affirming medical care, or medically transitioning. Not all individuals who socially transition seek medical transition care and there is no one way to transition. Transition is an individualized process and often looks different for every individual.

15. If and when adolescent patients and their guardian(s) have agreed that proceeding with a visit to discuss gender-affirming care is the best option for them, I will refer the patient to a medical doctor. The mental health assessment process is typically completed before the patient sees a medical doctor.

16. As a part of my training as a clinical psychologist, I learned how to explain medical options to adolescent patients in a developmentally appropriate way. This includes being adept at describing potential changes to their body resulting from gender-affirming care, as well as potential side effects and other risks. Patients and parents both often have many questions. A large part of my role as a psychological provider is to listen to their questions, understand their concerns, identify their goals, and create a support plan that fits the individual patient and their family. Part of this conversation includes discussing what is known about the individuals who may retransition and how everyone is closely monitored and supported. This discussion includes reviewing the low rates of retransition and higher rates of negative effects from untreated gender dysphoria. The multifactorial reasons for which a person may retransition are also discussed.

17. Psychological assessments and psychotherapy for youth presenting for gender-focused behavioral health care are billed using the widely used behavioral health billing codes for psychodiagnostics assessments and time-based psychotherapy sessions. Gender Dysphoria in Adolescents and Adults is used as a diagnostic code when applicable, based on the criteria from the DSM-5 TR. Other DSM-5 TR diagnoses may also be applied when youth meet criteria for psychological diagnoses. The goal of a psychodiagnostic assessment is differential diagnosis, case conceptualization, and treatment recommendations.

18. Over the course of my follow-up visits with patients, I generally observe that after beginning gender-affirming care patients become more confident and comfortable as their bodies begin to change to more closely align with their gender identity. Additionally, I notice that their mental health starts to improve, and they are less depressed and less anxious. Patients and their guardians often report to me that they are more engaged at school, and with their friends and family members.

19. I have a unique vantage point into my patients' lives and strong rapport with my patients. Because the foundation and goals of gender-affirming care are to support patients in thriving in all aspects of their lives, I get to know my patients and their families very well in the course of treating them. This is one of the most rewarding aspects of my position. Oftentimes, when the patient first comes to my office, they are struggling with mental health concerns as a result of untreated gender dysphoria. For these patients, the medical treatments that we provide them are life changing, and for some, the medical care we provide is lifesaving.

20. A now 14-year-old transgender boy presented at age 12 with a history of gender expansive behavior since the age of 4. This youth's parents had been supportive of allowing their child to select more traditionally "boy" clothes and activities when he was young, often attributing his behavior to that of a "tomboy." As he got older he began to persistently assert a male gender identity and, in the months leading up to his presentation to our interdisciplinary clinic, socially transitioned at home and at school, with the use of an affirming name, pronouns, and a new haircut, with the support of his parents. As puberty approached, he became anxious and insistent that going through his endogenous (feminizing) puberty would be harmful to his mental health and well-being. He and his

parents presented to our interdisciplinary clinic for support in determining if gender-affirming medical care seemed indicated. As a result of the assessment process, it was determined that he met the criteria for Gender Dysphoria in Adolescents and Adults and was experiencing moderate depression and anxiety symptoms. Family and individual therapy helped the youth communicate with his parents about his concerns about puberty and the considerable anxiety he was experiencing as he noticed increasing feminine aspects of his appearance. His anxiety gradually rose, particularly in school settings, and his academic performance declined as pubertal changes progressed, and he appeared less and less like the male his peers knew him to be. After a course of outpatient therapy and visits with one of our physicians, pubertal blockers were initiated. The youth described a reduction in overall anxiety with the start of the pubertal blocker, though his distress with aspects of his anatomy (e.g., chest) persisted. With his reduced anxiety, his academic performance improved, and he began to engage more socially. After being on blockers for two years and reaching the age of fourteen the patient began to experience resumed anxiety as his male peers went through pubertal changes and he was not. Following resumed family focused sessions with our program, the family chose for him to initiate masculinizing hormone therapy through testosterone injections at the age fourteen. Since initiating testosterone, the patient's anxiety has improved, and he is thriving academically and socially.

21. While not all youth will present with gender expansive behavior or gender dysphoria in early childhood, the onset or exacerbation of gender dysphoria around the time of puberty is a predictor of gender dysphoria persistence and should be carefully assessed.

22. With access to medically-indicated care, transgender people can experience significant and potentially complete relief from their symptoms of gender dysphoria. Not only is this documented in scientific literature and published data, but I have witnessed this in 100s of patients over the last decade.

**Federal Actions Targeting Providers of Gender-Affirming Care**

23. My practice of psychology has completely changed since President Donald Trump executed Executive Order 14,168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," issued on January 20, 2025 (EO 14,168) and Executive Order 14,187, titled "Protecting Children from Chemical and Surgical Mutilation," issued on January 28, 2025 (EO 14,187).

24. EO 14,168, by prohibiting "any medical procedure, treatment, or drug for the purpose of conforming an inmate's appearance to that of the opposite sex," with "sex" being defined as immutable from the time of conception, prohibits treatments that are part of widely accepted protocols for the treatment of Gender Dysphoria that are supported by every major medical association in the country—social transition and gender-affirming medical care.

25. Contrary to medical and biological science, EO 14,168 further states "[i]t is the policy of the United States to recognize two sexes, male and female. These sexes are not changeable and are grounded in fundamental and incontrovertible reality."

26. EO 14,168 defines "sex" as "an individual's immutable biological classification as either male or female," that "does not include the concept of 'gender identity'" EO 14,168 § 2(a). EO 14,168 further defines 'Female' as "a person belonging, at conception, to the sex

that produces the large reproductive cell," and "[m]ale" as "a person belonging, at conception, to the sex that produces the small reproductive cell." EO 14,168 §§ 2(d), (e).

27. EO 14,168's "two-sexes" policy and definition of "sex" do not align with how the term "sex" is commonly understood in the practice of medicine and in the scientific community. According to the American Medical Association, a person's sex is made up of many diverse components. (AMA 2023). Similarly, the Endocrine Society notes that because a person's sex characteristics "may not [always] be in line with each other…, the terms biological sex and biological male or female are imprecise and should be avoided." (Hembree, et al., 2017).

28. EO 14,168 seeks to deny the existence of transgender people. This assertion not only contradicts all of the current medical and biological science but also my lived experience as a psychologist caring for gender diverse youth and adults over the last decade, and as a friend and colleague to many transgender and gender diverse individuals

29. I have also provided behavioral health care and support to intersex youth and adults for over five years and am part of our institution's interdisciplinary care team designed to support these individuals and their families.

30. EO 14,187 falsely equates gender-affirming care with chemical and surgical mutilation, including female genital mutilation. A plethora of research has rejected that misinformation.

31. Despite the overwhelming evidence that gender-affirming care changes many adolescents' lives for the better, EO 14,187 directs the United States Department of Justice (DOJ) to "prioritize enforcement of protections against female genital mutilation," and "prioritize investigations and take appropriate action to end deception of consumers,

fraud, and violations of the Food, Drug, and Cosmetic Act by any entity that may be misleading the public about long-term side effects of chemical and surgical mutilation."

32. Prohibiting people with gender dysphoria from socially transitioning and withdrawing or denying gender-affirming medical care to those for whom it is indicated would put them at risk of significant harm to their health and well-being, including heightened risk of self-harm and suicidality.

33. If a patient were to lose access to gender-affirming care, they would undergo permanent changes in their body that do not align with their gender identity. For a patient receiving gender-affirming hormones, some of the desired changes that they have achieved would stop, and undesired changes would begin. In my extensive experience, even brief interruptions in gender-affirming medical care can have a detrimental impact on a patient's mental health and overall well-being.

34. President Trump's issuance of EO 14,187 and EO 14,168 which both target transgender individuals, has had a negative impact on my patients and their families. Since the Executive Orders were issued, my clinic has received an overwhelming amount of messages and phone calls from families who are terrified at the prospect of losing access to this care. Many guardians have expressed deep concerns that just the threat of disruption, let alone actual disruption, will significantly worsen their child's mental health. Guardians have also expressed concerns about the federal government attempting to obtain their child's medical records in an effort to identify adolescents who have accessed this care. There is even alarm that the government will remove their children from their homes because they have received gender-affirming care.

35. The Executive Orders make me scared for myself, other clinicians, and staff who are providing gender-affirming medical care even though it is lawful in my state. I am very worried that the DOJ will start investigating and prosecuting clinicians for providing lawful, medically indicated gender-affirming care. Since Attorney General Bondi instructed the DOJ to prosecute the provision of this care, I am even more worried that I will receive a subpoena or other investigative materials that will target the lawful care that I provide my patients. Even though I believe the psychological care that I provide is legal, any investigation or potential prosecution by the United States Department of Justice would be harmful to myself and my practice due to the appearance of impropriety.

36. Due to the Executive Orders and fears for their safety and access to care I have had a majority of patients whose families have expressed concern they may need to move to another country, or travel out of the state or the country for care. Patients have also experienced extended waitlists, over a year at times, for specialty medical care, and have had extended delays in getting scheduled due to an influx of patients from the closure of other programs.

37. Our program has also been affected by a large increase in patient contacts due to patients' concerns about losing their access to care and the privacy of their medical records. Considerable staff time is spent responding to patients' questions and concerns in addition to their typical day-to-day responsibilities. As an interdisciplinary team, we have increased our regular meetings to discuss how to support our patients with access to this care in the future being uncertain.

**Consequences of Federal Actions on my Institution and Its Patients**

38. I have worked closely with the mother of a transgender adolescent for several years and over the last year, she has taken steps to prepare to leave the country out of significant fear that her child's life-saving care could be stopped, or she and her child be separated due to her support of her child's social and medical transition care. This youth was previously in residential care due to significant suicidality and self-injurious behavior which began to improve as he received behavioral health care to support discussions with his family about his gender dysphoria and his interest in pursuing medical care. His mother, my client, has openly shared that the decision for her child to start medical care was lifesaving and if this access to care was removed she would feel it would be a "life or death" situation if he were unable to access his medical care.

39. I am also very frightened that the incendiary and hyperbolic language of the Executive Orders will incite violence towards institutions and providers who offer gender-affirming medical care. Since the Executive Orders were issued, I am scared that as the Trump Administration escalates their attacks on transgender people and access to gender-affirming care, these protests will only get worse.

40. More than anything, I am scared for my patients. If they lose access to care, then they will likely experience irreversible harms to their health and well-being.

Dated: December 19, 2025

/s/ Plaintiff State Provider # 6

________________________________

Plaintiff State Provider # 6