# EXHIBIT 75

An official website of the United States government Here's how you know

Medicaid.gov
Keeping America Healthy

MENU

Home Medicaid

# Medicaid

**66.4 Million People Covered ***

* May 2026 Enrollment Report

Medicaid provides health coverage to millions of Americans, including eligible low-income adults, children, pregnant women, elderly adults and people with disabilities. Medicaid is administered by states, according to federal requirements. The program is funded jointly by states and the federal government.

*Related Resources: Guidance & Regulations, Social Security Act Title XIX (Medicaid), Social Security Act Title XX1 (CHIP)*

Feedback

## Learn How to Apply for Coverage

## Medicaid & CHIP Enrollment Data

## Eligibility Operations & Enrollment Snapshot

# Policy and Program Topics

- Medicaid State Plan Amendments
- Access to Care
- Program Integrity
- Cost Sharing
- Indian Health & Medicaid
- Outreach Tools
- Quality of Care
- Enrollment Strategies
- Home & Community Based Services
- Program Information
- Section 1115 Demonstrations
- Managed Care
- Eligibility
- Financial Management
- Data & Systems
- Benefits
- Prescription Drugs
- Long Term Services & Supports


### Related Sites

Data.Medicaid.gov
CMS.gov
HHS.gov
Healthcare.gov
InsureKidsNow.gov
Medicare.gov

### Sign up

Your email address

e-mail here

Sign up

Feedback

## Helpful Links

Web Policies and Important Links

Plain Language

Nondiscrimination & Accessibility

Help with File Formats & Plug-ins

Privacy Settings

No Fear Act

Archive

Site Feedback

Privacy Policy

Medicaid.gov
Keeping America Healthy

**Centers for Medicare & Medicaid Services**

A federal government managed website by the Centers for Medicare & Medicaid Services.
7500 Security Boulevard Baltimore, MD 21244

Feedback