# EXHIBIT 82

# Table of Contents

**State/Territory Name: Nevada**

**State Plan Amendment (SPA) #: 18-006**

This file contains the following documents in the order listed:


1) Approval Letter
2) CMS 179 Form/Summary Form (with 179-like data)
3) Approved SPA Pages

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
San Francisco Regional Office
90 Seventh Street, Suite 5-300 (5W)
San Francisco, CA 94103-6706

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

**DIVISION OF MEDICAID & CHILDREN'S HEALTH OPERATIONS**

June 6, 2018

Richard Whitley, Director
Department of Health and Human Services
4126 Technology Way, Suite 100
Carson City, NV 89706

Dear Mr. Whitley:

Enclosed is an approved copy of Nevada State Plan Amendment (SPA) 18-006. The SPA updates the state plan ABP pages to include podiatry, transgender, and medical nutritional therapy services. The SPA was submitted to my office on March 26, 2018.

The approval is effective January 1, 2018. Attached is a copy of the following pages to be incorporated into your state plan:

- Attachment 3.1-L:
  - ABP 1
  - ABP 2a
  - ABP 3
  - ABP 4
  - ABP 5
  - ABP 7
  - ABP 8
  - ABP 9
  - ABP 10
  - ABP 11

If you have any questions, please contact Peter Banks by phone at (415) 744-3782 or by email at Peter.Banks@cms.hhs.gov.

Sincerely,

/s/

Hye Sun Lee
Acting, Associate Regional Administrator
Division of Medicaid & Children's Health Operations

Encls: Approval Package

cc: Marta Jensen: Acting Administrator, DHCFP

## Medicaid Alternative Benefit Plan: Summary Page (CMS 179)

**State/Territory name:** **Nevada**

**Transmittal Number:**

***Please enter the Transmittal Number (TN) in the format ST-YY-0000 where ST= the state abbreviation, YY = the last two digits of the submission year, and 0000 = a four digit number with leading zeros. The dashes must also be entered.***

NV-18-0006

**Proposed Effective Date**

01/01/2018 *(mm/dd/yyyy)*

**Federal Statute/Regulation Citation**

State Plan under Title XIX of the Social Security Act: 42 CFR 447

**Federal Budget Impact**

| | Federal Fiscal Year | Amount |
|---|---|---|
| **First Year** | 2018 | $ 1923500.00 |
| **Second Year** | 2019 | $ 2927418.00 |

**Subject of Amendment**

The following changes are being proposed to the ABP, Section 5, to expand the coverage of podiatry services, to include genital reconstruction procedures based on medical necessity for Medicaid recipients with a diagnosis of gender dysphoria and to allow for the coverage of Medical Nutrition Therapy by Registered Dietitians. These changes were authorized during the 2017 Nevada Legislative Session.

• Subsection 1 - Essential Health Benefit: Ambulatory patient services (Page 4) - Podiatry is being added to allow for all Medicaid eligible recipients to obtain podiatry services.

• Subsection 9 - Essential Health Benefit: Preventive and wellness services and chronic disease management (Page 21) – Medical Nutrition Therapy (MNT) is being added to allow for MNT provided by Registered Dietitians (RDs) for recipients with nutritionally related chronic disease states.

Subsection 12 – Base Benchmark Benefits Not Covered Due to Substitution or Duplication (Page 28) – Reconstructive surgery was amended to remove the reference to surgeries related to sex transformation as a non-covered service.

**Governor's Office Review**

- (●) **Governor's office reported no comment**
- ( ) **Comments of Governor's office received**

  Describe:

- ( ) **No reply received within 45 days of submittal**
- ( ) **Other, as specified**

  Describe:

**Signature of State Agency Official**

**Submitted By:**

| | |
|---|---|
| | **Ellen Felsing** |
| **Last Revision Date:** | **May 31, 2018** |
| **Submit Date:** | **Mar 26, 2018** |

# Alternative Benefit Plan

State Name: Nevada

Attachment 3.1-L-

OMB Control Number: 0938-1148

Transmittal Number: NV - 18 - 006

OMB Expiration date: 10/31/2014

## Alternative Benefit Plan Populations ABP1

Identify and define the population that will participate in the Alternative Benefit Plan.

Alternative Benefit Plan Population Name: Nevada Medicaid Newly Eligibles

Identify eligibility groups that are included in the Alternative Benefit Plan's population, and which may contain individuals that meet any targeting criteria used to further define the population.

Eligibility Groups Included in the Alternative Benefit Plan Population:

| | Eligibility Group: | Enrollment is mandatory or voluntary? | |
|---|---|---|---|
| + | Adult Group | Mandatory | X |

Enrollment is available for all individuals in these eligibility group(s). Yes

**Geographic Area**

The Alternative Benefit Plan population will include individuals from the entire state/territory. Yes

Any other information the state/territory wishes to provide about the population (optional)

PRA Disclosure Statement

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1148. The time required to complete this information collection is estimated to average 5 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

V.20140415

# Alternative Benefit Plan

State Name: Nevada

Attachment 3.1-L-

OMB Control Number: 0938-1148

Transmittal Number: NV - 18 - 006

OMB Expiration date: 10/31/2014

## Voluntary Benefit Package Selection Assurances - Eligibility Group under Section 1902(a)(10)(A)(i)(VIII) of the Act

**ABP2a**

The state/territory has fully aligned its benefits in the Alternative Benefit Plan using Essential Health Benefits and subject to 1937 requirements with its Alternative Benefit Plan that is the state's approved Medicaid state plan that is not subject to 1937 requirements. Therefore the state/territory is deemed to have met the requirements for voluntary choice of benefit package for individuals exempt from mandatory participation in a section 1937 Alternative Benefit Plan.

Yes

Explain how the state has fully aligned its benefits in the Alternative Benefit Plan using Essential Health Benefits and subject to 1937 requirements with its Alternative Benefit Plan that is the state's approved Medicaid state plan that is not subject to 1937 requirements.

The state is using FEHB as the Base Benchmark and Secretary Approved Coverage as the 1937 Benchmark. Adding Habilitation-Maintenance Therapy as the EHB for both newly eligibles and existing Medicaid State Plan. The Medicaid State Plan will be modified under state plan to align the existing State Medicaid Plan and the Alternative Benefit Plan.

PRA Disclosure Statement

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1148. The time required to complete this information collection is estimated to average 5 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

V.20140415

# Alternative Benefit Plan

State Name: Nevada

Attachment 3.1-L-

OMB Control Number: 0938-1148

Transmittal Number: NV - 18 - 006

OMB Expiration date: 10/31/2014

## Selection of Benchmark Benefit Package or Benchmark-Equivalent Benefit Package — ABP3

Select one of the following:

- ○ The state/territory is amending one existing benefit package for the population defined in Section 1.
- ◉ The state/territory is creating a single new benefit package for the population defined in Section 1.

Name of benefit package: Nevada Medicaid Newly Eligible Benefits

**Selection of the Section 1937 Coverage Option**

The state/territory selects as its Section 1937 Coverage option the following type of Benchmark Benefit Package or Benchmark-Equivalent Benefit Package under this Alternative Benefit Plan (check one):

- ◉ Benchmark Benefit Package.
- ○ Benchmark-Equivalent Benefit Package.

The state/territory will provide the following Benchmark Benefit Package (check one that applies):

- ○ The Standard Blue Cross/Blue Shield Preferred Provider Option offered through the Federal Employee Health Benefit Program (FEHBP).
- ○ State employee coverage that is offered and generally available to state employees (State Employee Coverage):
- ○ A commercial HMO with the largest insured commercial, non-Medicaid enrollment in the state/territory (Commercial HMO):
- ◉ Secretary-Approved Coverage.
  - ◉ The state/territory offers benefits based on the approved state plan.
  - ○ The state/territory offers an array of benefits from the section 1937 coverage option and/or base benchmark plan benefit packages, or the approved state plan, or from a combination of these benefit packages.
    - ◉ The state/territory offers the benefits provided in the approved state plan.
    - ○ Benefits include all those provided in the approved state plan plus additional benefits.
    - ○ Benefits are the same as provided in the approved state plan but in a different amount, duration and/or scope.
    - ○ The state/territory offers only a partial list of benefits provided in the approved state plan.
    - ○ The state/territory offers a partial list of benefits provided in the approved state plan plus additional benefits.

Please briefly identify the benefits, the source of benefits and any limitations:

**Selection of Base Benchmark Plan**

# Alternative Benefit Plan

The state/territory must select a Base Benchmark Plan as the basis for providing Essential Health Benefits in its Benchmark or Benchmark-Equivalent Package.

The Base Benchmark Plan is the same as the Section 1937 Coverage option. No

Indicate which Benchmark Plan described at 45 CFR 156.100(a) the state/territory will use as its Base Benchmark Plan:

- ○ Largest plan by enrollment of the three largest small group insurance products in the state's small group market.
- ○ Any of the largest three state employee health benefit plans by enrollment.
- ◉ Any of the largest three national FEHBP plan options open to Federal employees in all geographies by enrollment.
- ○ Largest insured commercial non-Medicaid HMO.

Plan name:

Other Information Related to Selection of the Section 1937 Coverage Option and the Base Benchmark Plan (optional):

1. The state assures that all services in the base benchmark have been accounted for throughout the benefit chart found in ABP5.
2. The state assures the accuracy of all information in the ABP5 depicting amount, duration and scope parameters of services authroized in the currently approved Medicaid state plan.

PRA Disclosure Statement

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1148. The time required to complete this information collection is estimated to average 5 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

V.20140415

# Alternative Benefit Plan

State Name: Nevada

Attachment 3.1-L-

OMB Control Number: 0938-1148

Transmittal Number: NV - 18 - 006

OMB Expiration date: 10/31/2014

## Alternative Benefit Plan Cost-Sharing — ABP4

☑ Any cost sharing described in Attachment 4.18-A applies to the Alternative Benefit Plan.

Attachment 4.18-A may be revised to include cost sharing for ABP services that are not otherwise described in the state plan. Any such cost sharing must comply with Section 1916 of the Social Security Act.

The Alternative Benefit Plan for individuals with income over 100% FPL includes cost-sharing other than that described in Attachment 4.18-A. No

Other Information Related to Cost Sharing Requirements (optional):

PRA Disclosure Statement

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1148. The time required to complete this information collection is estimated to average 5 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

V.20140415

# Alternative Benefit Plan

State Name: Nevada

Attachment 3.1-L-

OMB Control Number: 0938-1148

Transmittal Number: NV - 18 - 0006

## Benefits Description ABP5

The state/territory proposes a "Benchmark-Equivalent" benefit package. No

**Benefits Included in Alternative Benefit Plan**

Enter the specific name of the base benchmark plan selected:

Federal Employees Health Benefit Plan BCBS Basic/Standard Option 2012 Benefit Plan

Enter the specific name of the section 1937 coverage option selected, if other than Secretary-Approved. Otherwise, enter "Secretary-Approved."

Secretary Approved

# Alternative Benefit Plan

1. Essential Health Benefit: Ambulatory patient services — Collapse All

| Field | Value |
|---|---|
| Benefit Provided: | Physician Services |
| Source: | State Plan 1905(a) |
| Authorization: | None |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | none |
| Duration Limit: | n/a |
| Scope Limit: | within state licensing requirements |
| Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan: | n/a |

Remove

| Field | Value |
|---|---|
| Benefit Provided: | Hospice care |
| Source: | State Plan 1905(a) |
| Authorization: | Prior Authorization |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | none |
| Duration Limit: | none |
| Scope Limit: | Initial increment six months. Re-evaluate every 3 months |
| Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan: | n/a |

Remove

| Field | Value |
|---|---|
| Benefit Provided: | Home Health Care |
| Source: | State Plan 1905(a) |
| Authorization: | Prior Authorization |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | none |
| Duration Limit: | n/a |
| Scope Limit: | Skill nursing, PT, OT, PT, ST, RT, dietitians, HH Aids, Must be intermittent services. |

Remove

# Alternative Benefit Plan

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

physician order and plan of care determine tx hours

Benefit Provided: Family Planning Services

Source: State Plan 1905(a)

Remove

Authorization: None

Provider Qualifications: Medicaid State Plan

Amount Limit: none

Duration Limit: none

Scope Limit: Must be FDA approved

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

n/a

Benefit Provided: Personal Care Services

Source: State Plan 1905(a)

Remove

Authorization: Prior Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: none

Duration Limit: reassessment process

Scope Limit: PCS include a range of human assistance provided to a person with disabilities and chronic conditions of all ages. Assistance with IADLs and ADLs.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

The assessment is conducted by licensed physical and/or occupational therapist. Authorizations are dependent upon assessment process and will not exceed one year. Reassessments are required 30 days prior to expiration of authorization.

Benefit Provided: Private Duty Nursing

Source: State Plan 1905(a)

Remove

Authorization: Authorization required in excess of limitation

Provider Qualifications: Medicaid State Plan

Amount Limit: see below

Duration Limit: none

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

# Alternative Benefit Plan

Scope Limit:

The intent of private duty nursing is to assist the non-institutionalized recipient with complex direct skilled nursing care, to develop caregiver competencies through training and education, and to optimize recipient health status and outcomes.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

Hourly service limitations are dependent upon diagnosis, caregiver availability, age and medical necessity. Hourly services may be exceeded with authorization.

Benefit Provided: Outpatient Hospital Services

Source: State Plan 1905(a)

Remove

Authorization: Other

Provider Qualifications: Medicaid State Plan

Amount Limit: none

Duration Limit: n/a

Scope Limit: none

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

Services require authorization dependent upon service being provided. Services provided include emergency room, radiology, laboratory, diagnostic, therapy, ambulatory surgery and observation.

Benefit Provided: Clinics (1905 Clinics Under the Direction of Phys)

Source: State Plan 1905(a)

Remove

Authorization: None

Provider Qualifications: Medicaid State Plan

Amount Limit: none

Duration Limit: none

Scope Limit: Within licensure requirements

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

Services provided under the direction of a physician.

Benefit Provided: Podiatry

Source: State Plan 1905(a)

Remove

Authorization: None

Provider Qualifications: Medicaid State Plan

# Alternative Benefit Plan

Amount Limit: none

Duration Limit: n/a

Scope Limit: Within state licensing requirements

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

n/a

Add

# Alternative Benefit Plan

■ 2. Essential Health Benefit: Emergency services

Collapse All ☐

| Field | Value |
| --- | --- |
| Benefit Provided: | Clinic: Urgent Care Clinics |
| Source: | State Plan 1905(a) |
| Authorization: | None |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | none |
| Duration Limit: | n/a |
| Scope Limit: | Within state licensing requirements |
| Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan: | n/a |

Remove

| Field | Value |
| --- | --- |
| Benefit Provided: | Outpatient Hospital: Emergency Room Coverage |
| Source: | State Plan 1905(a) |
| Authorization: | None |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | none |
| Duration Limit: | n/a |
| Scope Limit: | Within state licensing requirements |
| Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan: | n/a |

Remove

| Field | Value |
| --- | --- |
| Benefit Provided: | Transportation: Emergency |
| Source: | State Plan 1905(a) |
| Authorization: | None |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | none |
| Duration Limit: | none |
| Scope Limit: | none |
| Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan: | Emergent transports requiring "911" to acute facility and scheduled specialty care transports for hospital-to- |

Remove

# Alternative Benefit Plan

hospital transports of a critically ill or ill recipient by a ground or air ambulance vehicle needing medically necessary supplies and services at a level beyond scope of EMT-intermediate or paramedic

Add

# Alternative Benefit Plan

3. Essential Health Benefit: Hospitalization

Collapse All

Benefit Provided: Inpatient hospital

Source: State Plan 1905(a)

Remove

Authorization: Concurrent Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: none

Duration Limit: none

Scope Limit: med/surg tx; diagnostic testing; psychiatric/substance abuse/detox in a general acute care hospital; trauma; ICU medical rehab.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

Admission, concurrent, and retrospective authorization requirements. Medicare certified.

Benefit Provided: Inpatient Hospital: psychiatric

Source: State Plan 1905(a)

Remove

Authorization: Concurrent Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: Dependent upon concurrent authorization

Duration Limit: Dependent upon authorization and recipient age

Scope Limit: Free-standing psychiatric hospital, or general med/surg hospital with a dedicated psychiatric unit. Services not covered for recipient ages 22-64 in a free-standing psychiatric hospital due to Institute of Mental Disease (IMD) exclusion regulation.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

n/a

Benefit Provided: Inpatient Hospital: Substance Abuse (detox/tx)

Source: State Plan 1905(a)

Remove

Authorization: Concurrent Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: Detox 5 days Treatment 21 hospital days

Duration Limit: Unlimited lifetime admissions

Scope Limit: Free-standing substance abuse tx hospitals or general hospital with a specialized substance abuse tx unit

# Alternative Benefit Plan

which includes a secure, structured enrivonment, 24 hr observation and supervision by mental health substance abuse professionals

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

All ages require results of urine drug screen or blood alcohol test at the time of the request for authorization. May exceed limits with authorization. Services not covered for recipients ages 22-64 in a free-standing psychiatric hospital due to Institute for Mental Disease (IMD) exclusion regulations.

Benefit Provided: Inpatient hospital: Transplants

Source: State Plan 1905(a)

Remove

Authorization: Concurrent Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: none

Duration Limit: none

Scope Limit: Covered adult transplants: bone marrow/stem cell, corneal, kidney, and liver

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

Admission, concurrent, and retrospective authorization requirements. Medicare certified.

Benefit Provided: Inpatient hospital: Skill/Admin Days

Source: State Plan 1905(a)

Remove

Authorization: Concurrent Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: none

Duration Limit: none

Scope Limit: Provides for ongoing hospital svs for those who don't require acute care but can't be discharged due to waiting for alternate placement. Not for convenience of caregiver. Must be due to medical intervention.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

Admission, concurrent, and retrospective authorization requirements. Medicare certified.

Benefit Provided: RTC: Psychiatric Residential Treatment Facility

Source: State Plan 1905(a)

Remove

Authorization: Concurrent Authorization

Provider Qualifications: Medicaid State Plan

# Alternative Benefit Plan

Amount Limit: none

Duration Limit: none

Scope Limit:

Psychiatric, medical-model facility accredited by Joint Commission, CARF, COA for recipients under age 21. providing active treatment, psychiatric services, psychological services therapeutic and behavioral modification, therapy, & nursing services.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

Dependent upon concurrent authorization.

Add

# Alternative Benefit Plan

4. Essential Health Benefit: Maternity and newborn care — Collapse All

| Field | Value |
|---|---|
| Benefit Provided: | Free Standing Birthing Centers |
| Source: | State Plan 1905(a) |
| Authorization: | None |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | Labor, delivery, postpartum care |
| Duration Limit: | Labor, delivery, postpartum care only |
| Scope Limit: | Natural childbirth procedures for labor, delivery, postpartum care and immediate newborn care. |
| Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan: | Uncomplicated low-risk prenatal course is reasonably expected to result in a normal uncomplicated vaginal birth. |

Remove

| Field | Value |
|---|---|
| Benefit Provided: | Physician: Maternity Services |
| Source: | State Plan 1905(a) |
| Authorization: | Other |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | none |
| Duration Limit: | none |
| Scope Limit: | Obstetric/maternity/family planning procedures at time of delivery; newborn/neonatal/pediatric/postpartum |
| Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan: | No authorization required for less than 48 hour normal vaginal delivery and/or 96 hour cesarean section delivery. C-section less than 39 weeks gestation and elective c-sections require prior authorization. |

Remove

| Field | Value |
|---|---|
| Benefit Provided: | Inpatient hospital-maternity |
| Source: | State Plan 1905(a) |
| Authorization: | Concurrent Authorization |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | none |
| Duration Limit: | none |
| Scope Limit: | Obstetric/maternity/family planning procedures at time of delivery, newborn/neonatal pediatric |
| Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan: | Admission, concurrent, and retrospective authorization requirements. Medicare certified. No authorization |

Remove

# Alternative Benefit Plan

required for less than 48 hour vaginal delivery and/or 96 hour cesarean section delivery. C-section less than 39 weeks gestation and elective c-section requires prior authorization. Inpatient and physician maternity services.

Add

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

# Alternative Benefit Plan

5. Essential Health Benefit: Mental health and substance use disorder services including behavioral health treatment

Collapse All

Benefit Provided: Partial Hospitalization (BH/SA): PHP (1915)

Source: State Plan 1915(i)

Remove

Authorization: Prior Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: Dependent upon authorization and intensity of need

Duration Limit: none

Scope Limit:

Medical model by a hospital, in an outpatient setting which encompasses a variety of psychiatric modalities to coordinate intensive, comprehensive and multidisciplinary tx not generally provided in an outpatient setting.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

Mental health rehab service based upon the assessed needs of the recipient based upon standardized assessments. The service has been standardized to a utilization system based upon a level of care placement system specific to children and adults.

Benefit Provided: Intensive Outpatient Program (BH/SA): IOP(1915)

Source: State Plan 1915(i)

Remove

Authorization: Prior Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: Dependent upon authorization and intensity of need

Duration Limit: none

Scope Limit:

Comprehensive interdisciplinary program of array of direct mental health/substance abuse & rehabilitative services which are expected to improve or maintain an individual's condition and functioning level for prevention of relapse or hospitalization.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

Mental health rehab services based upon the assessed need of the recipient based upon standardized assessments. The service has been standardized to a utilization system based upon a level of care placement system specific to children and adults.

Benefit Provided: BH/SA Outpatient Services: Rehab(1905)

Source: State Plan 1905(a)

Remove

Authorization: Authorization required in excess of limitation

Provider Qualifications: Medicaid State Plan

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

# Alternative Benefit Plan

Amount Limit:

none

Duration Limit:

none

Scope Limit:

Services recommended by physician/licensed practitioner of the healing arts, within their scope of practice under State law for the maximum reduction of a physical or mental disability and to restore the individual to the best function level.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

n/a

Add

# Alternative Benefit Plan

■ 6. Essential Health Benefit: Prescription drugs

Benefit Provided:

Coverage is at least the greater of one drug in each U.S. Pharmacopeia (USP) category and class or the same number of prescription drugs in each category and class as the base benchmark.

| Prescription Drug Limits (Check all that apply.): | Authorization: | Provider Qualifications: |
|---|---|---|
| ☒ Limit on days supply | Yes | State licensed |
| ☐ Limit on number of prescriptions | | |
| ☐ Limit on brand drugs | | |
| ☒ Other coverage limits | | |
| ☒ Preferred drug list | | |

Coverage that exceeds the minimum requirements or other:

Follows all requirements under Section 1927 of the Social Security Act. Implementing the Nevada Medicaid State Plan pharmacy coverage 3.1a in its entirety. Nevada ABP prescription drug benefit plan is the same as under the approved Medicaid state plan for prescribed drugs.

# Alternative Benefit Plan

7. Essential Health Benefit: Rehabilitative and habilitative services and devices

Collapse All

| Field | Value |
|---|---|
| Benefit Provided: | Physical Therapy and Related Services |
| Source: | State Plan 1905(a) |
| Authorization: | Prior Authorization |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | none |
| Duration Limit: | none |
| Scope Limit: | Medically necessary therapy services for an illness or injury resulting in functional limitations which can respond or improve as a result of the prescribed therapy treatment plan in a reasonable, predictable period of time. |
| Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan: | n/a |

Remove

| Field | Value |
|---|---|
| Benefit Provided: | Maintenance Therapy:Physical Therapy & Related Svs |
| Source: | State Plan 1905(a) |
| Authorization: | Prior Authorization |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | none |
| Duration Limit: | 10 visits every three years |
| Scope Limit: | Design or establish a maintenance plan, assure patient safety, train the patient, family members and/or unskilled personnel and make infrequent but periodic reevaluations of the plan. |
| Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan: | Service cannot be exceeded through prior authorization. The goals of a maintenance program are to maintain functional status at a level consistent with the patient's physical or mental limitations or to prevent decline in function. |

Remove

| Field | Value |
|---|---|
| Benefit Provided: | Durable Medical Equipment : Home Health Care |
| Source: | State Plan 1905(a) |
| Authorization: | Prior Authorization |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | Authorization dependent upon the service |
| Duration Limit: | Dependent upon the service |
| Scope Limit: | Items must have received approval by FDA and be consistent with approved use. Products for |

Remove

# Alternative Benefit Plan

experimental or investigational purposes are non-covered. Consideration may be given to items classified by FDA as Humanitarian Device Exemptions (HDE).

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

n/a

Benefit Provided: Medical Supplies: Home Health Care

Source: State Plan 1905(a)

Remove

Authorization: Authorization required in excess of limitation

Provider Qualifications: Medicaid State Plan

Amount Limit: Quantity limitation dependent upon service

Duration Limit: Lifetime limit dependent upon service

Scope Limit:

Items must have received approval by FDA and be consistent with approved use. Product for experimental or investigational purposed are non-covered. Consideration may be given to items classified by FDA as Humanitarian Device Exemptions (HDE).

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

n/a

Benefit Provided: Orthotics and Prosthetics: Prosthetic Devices

Source: State Plan 1905(a)

Remove

Authorization: Prior Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: Authorization dependent upon the service

Duration Limit: Lifetime limit dependent on service

Scope Limit:

Items must have received approval by FDA and be consistent with approved use. Product for experimental or investigational purposed are non-covered. Consideration may be given to items classified by FDA as Humanitarian Device Exemptions (HDE).

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

n/a

Benefit Provided: Ocular - hardware : eyeglasses

Source: State Plan 1905(a)

Remove

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

# Alternative Benefit Plan

Authorization:
Authorization required in excess of limitation

Provider Qualifications:
Medicaid State Plan

Amount Limit:
1/12 months

Duration Limit:
n/a

Scope Limit:
Change in refractive error must exceed plus or minus 0.5 diopter or 10 degrees in axis deviation in order to qualify within 12 mo limitation or EPSDT.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:
n/a

Benefit Provided:
Occupational Therapy-Physical Therapy &Related Svs

Source:
State Plan 1905(a)

Remove

Authorization:
Prior Authorization

Provider Qualifications:
Medicaid State Plan

Amount Limit:
None

Duration Limit:
n/a

Scope Limit:
Medically necessary therapy services for an illness or injury resulting in functional limitations which can respond or improve as a result of the prescribed therapy treatment plan in a reasonable, predictable period of time.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:
n/a

Benefit Provided:
Speech, hearing and language -Physical Therapy & R

Source:
State Plan 1905(a)

Remove

Authorization:
Prior Authorization

Provider Qualifications:
Medicaid State Plan

Amount Limit:
none

Duration Limit:
n/a

Scope Limit:
Medically necessary therapy services for an illness or injury resulting in functional limitations which can respond or improve as a result of the prescribed therapy treatment plan in a reasonable, predictable period of time.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:
n/a

# Alternative Benefit Plan

Benefit Provided: Adult Day Health Care

Source: State Plan 1915(i)

Remove

Authorization: Prior Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: Universal Needs Assessment & Physician Eval

Duration Limit: none

Scope Limit:
Services include health and social services needed to ensure the optimal functioning of the participant. Services are generally furnished within four or more hours per day on a regularly scheduled basis. Recipient must be at least 18 years of age.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:
n/a

Benefit Provided: Home Based Habilitation Services

Source: State Plan 1915(i)

Remove

Authorization: Other

Provider Qualifications: Medicaid State Plan

Amount Limit: Universal Needs Assessment Tool

Duration Limit: None

Scope Limit:
Pt. must have endurance for 3 hours of habilitative services per day, 5 days a week.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:
Day tx program for individuals to assist in acquiring, retaining, and improving the self-help, socialization and adaptive skills necessary to reside successfully in home and community setting. Habilitation services are prescribed by a physician, and provided by the appropriate qualified staff.

Add

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

# Alternative Benefit Plan

☒ 8. Essential Health Benefit: Laboratory services

Collapse All ☐

| Field | Value |
|---|---|
| Benefit Provided: | Laboratory and x-ray services |
| Source: | State Plan 1905(a) |
| Authorization: | Prior Authorization |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | none |
| Duration Limit: | none |
| Scope Limit: | These services include, but not limited to microbiology, serology, immunohemotology, cytology, histology, chemical, hematology, toxicology, or other methods of "in-vitro" exam of tissues, secretions, excretions or other human body parts. |
| Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan: | Gentoype and phenotype are covered and require PA. Clinic and facility based services. |

Remove

| Field | Value |
|---|---|
| Benefit Provided: | Laboratory and X-ray services: diagnostics |
| Source: | State Plan 1905(a) |
| Authorization: | None |
| Provider Qualifications: | Medicaid State Plan |
| Amount Limit: | none |
| Duration Limit: | none |
| Scope Limit: | X-ray and diagnostic testing |
| Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan: | Medically necessary services for diagnosis and treatment of a specific illness, symptom, complaint or injury or to improve the function of a malformed body part. The investigational use for any radiological test is not covered. Clinic and facility based services. |

Remove

Add

# Alternative Benefit Plan

☒ 9. Essential Health Benefit: Preventive and wellness services and chronic disease management Collapse All ☐

The state/territory must provide, at a minimum, a broad range of preventive services including: "A" and "B" services recommended by the United States Preventive Services Task Force; Advisory Committee for Immunization Practices (ACIP) recommended vaccines; preventive care and screening for infants, children and adults recommended by HRSA's Bright Futures program/project; and additional preventive services for women recommended by the Institute of Medicine (IOM).

Benefit Provided: Preventive Services

Source: State Plan 1905(a)

Remove

Authorization: None

Provider Qualifications: Medicaid State Plan

Amount Limit: none

Duration Limit: none

Scope Limit: U.S. Preventive Services Task Force A & B recommendations, ACIP and Bright Future, and IOM Women's Health

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

Nevada State Plan Preventive services are exclusive to the USPSTF/ACIP/Bright Futures/IOM EHB requirements.

Benefit Provided: Medical Nutrition Therapy

Source: State Plan 1905(a)

Remove

Authorization: Authorization required in excess of limitation

Provider Qualifications: Medicaid State Plan

Amount Limit: 4 hours - 1st year; 2 hours - subsequent years

Duration Limit: none

Scope Limit: Medical nutrition therapy (MNT) is provided for recipients with nutritionally related chronic disease states. MNT can only be provided by registered dietitians working under state licensing requirements.

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

Add

# Alternative Benefit Plan

10. Essential Health Benefit: Pediatric services including oral and vision care

Collapse All

Benefit Provided: Medicaid State Plan EPSDT Benefits

Source: State Plan 1905(a)

Remove

Authorization: None

Provider Qualifications: Medicaid State Plan

Amount Limit: none

Duration Limit: none

Scope Limit: Medically Necessary services for children under the age of 21

Other information regarding this benefit, including the specific name of the source plan if it is not the base benchmark plan:

n/a

Add

# Alternative Benefit Plan

☐ 11. Other Covered Benefits from Base Benchmark | Collapse All ☐

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

# Alternative Benefit Plan

☒ 12. Base Benchmark Benefits Not Covered due to Substitution or Duplication

Collapse All ☐

Base Benchmark Benefit that was Substituted: Heart, heart/lung transplant adults

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Substituted for (hospital) Residential Treatment Center benefit for adolescents 19-20, up to 22 if in facility on birthday and Skilled Inpatient Administrative Days are mapped to EBH3

Base Benchmark Benefit that was Substituted: pancreas, pancreas/liver transplant adults

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Substituted for (hospital) Residential Treatment Center benefit for adolescents 19-20, up to 22 if in facility on birthday and Skilled Inpatient Administrative Days are mapped to EHB3

Base Benchmark Benefit that was Substituted: Fertility, Accupuncture, Chiropractic

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Substituted for personal care services and Private Duty Nursing Services are mapped to EHB1.

Base Benchmark Benefit that was Substituted: Physicians and other healthcare professionals

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: covered under the Nevada Medicaid State Plan as EHB 1(physician, family planning, clinic benefit). Base benchmark: covers services by physicians and other health care professionals determined to be medically necessary. Services include consultations, second surgical opinions, clinic visits, office visits, home visits, initial exam of newborns, and nutritional counseling. No service limitation.

Base Benchmark Benefit that was Substituted: Lab, X-ray, and other diagnostic services

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: covered under the Nevada Medicaid State Plan as EHB 8(lab and x-ray benefit). Services ordered by a physician. Billed, by physician, independent laboratory, and/or outpatient hospital department. Base benchmark does not cover genetic screening, requires cancer diagnosis for BRCA testing. No service limitations.

# Alternative Benefit Plan

Base Benchmark Benefit that was Substituted: Preventive care, adult

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB9. Base benchmark: Services recommended under PPACA. Services have quantity limitations, 1 per year. FDA approved immunizations. Group counseling not covered.

Base Benchmark Benefit that was Substituted: Preventive care, children

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB9 (preventive benefit). Nevada Medicaid does not limit STI. Base benchmark: Services recommended under the PPACA and AAP. Newborn visits and screens, lab tests, hearing and vision screenings, FDA approved immunizations, screenings for STI, HPV, HIV, STI limited to 1 per year.

Base Benchmark Benefit that was Substituted: Maternity Care

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB4 (free-standing birth centers, physician-maternity, inpatient-maternity benefit), and EHB5 (BH/SA Outpatient Services benefit). Base benchmark : Prenatal care, tocolytic therapy, delivery postpartum care, surgery, anesthesia, and mental health tx for postpartum depression. No service limitations.

Base Benchmark Benefit that was Substituted: Family Planning

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB6 (prescripton benefit), EHB1 (physician, family planning, clinic, urgent care, outpatient hospital, emergency room benefit), EHB7 (HH: medical supplies). Base benchmark: Contraceptive counseling, contraceptive supplies (oral, injectable, implants, transdermal, condoms), fitting, insertion, implantation, or removal of the contraception, voluntary sterilization. Non-covered reversal of voluntary sterilization. No service limitations

Base Benchmark Benefit that was Substituted: Allergy care

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB1 (physician services, clinics benefit). Base benchmark: no service limitations.

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

# Alternative Benefit Plan

Base Benchmark Benefit that was Substituted: Treatment Therapies

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB1 (physicians, clinics, outpatient hospital benefit) and EHB8 (laboratory/x-ray benefits). Base benchmark : no service limitations.

Base Benchmark Benefit that was Substituted: PT, ST, OT, Cognitive therapy

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB7 (physical therapy & related services; PT/ST/OT/Cognitive therapy benefit) EHB1 (Outpatient Hospital benefit), EHB5 (BH/SA Outpatient Services benefit). Nevada Medicaid State Plan provides a greater benefit for therapy services due to a lesser service limitations. Cognitive therapy covered under both medical and behavioral therapy. Base benchmark: covers licensed therapist or physician. Non-covers; Maintenance, recreation, education, exercise, and hippotherapy non-covered. Limited to 50 visits per calendar year for, combination of PT, OT, ST.

Base Benchmark Benefit that was Substituted: Hearing svs (testing, tx, supplies)

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB1 (physicians, clinics benefit), EHB7 (physical therapy & related services benefit, orthotics and prosthetics: prosthetic devices), EHB8 (laboratory, x-ray benefit). Nevada Medicaid State Plan provides a greater benefit for Hearing Aid services due to no annual expenditure limit. Base benchmark: Annual expenditure amount on hearing aids.

Base Benchmark Benefit that was Substituted: Vision services

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB1 (physician services and clinic benefits) EHB 7 (ocular-hardware: eyeglasses benefit). Nevada Medicaid State Plan provides for all medically necessary conditions. Service limitation exceeded through EPSDT. Base benchmark: covers exam related to amblyopia and strabismus for children under age 18. non-covered-routine eye exam and hardware.

Base Benchmark Benefit that was Substituted: Orthopedic and prosthetic devices

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB7 (orthotics and prosthetic: prosthetic

# Alternative Benefit Plan

device benefit). Nevada Medicaid State Plan provides coverage of orthotics and prosthetics by licensed and Medicare certified/bonded providers. Base benchmark: lifetime limit on wigs as a result of cancer. non-cover over-the-counter orthotics, shoes, arch supports, heal pads/supports.

Base Benchmark Benefit that was Substituted: Durable medical equipment (DME)

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB7 (Durable medical equipment: home health care benefit). Nevada Medicaid State Plan provides a greater benefit for DME services due to coverage of bathroom equipment. Providers must be licensed, bonded and Medicare Certified. base benchmark: Annual expenditure amounts on SGD, non-cover bathroom equipment.

Base Benchmark Benefit that was Substituted: Medical Supplies

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB7 (medical supplies: home health care benefit). Base benchmark: no limitation.

Base Benchmark Benefit that was Substituted: Home health services

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB1 (home health care benefit). Nevada Medicaid State Plan provides a greater benefit for Home health services due to coverage of PT, OT, ST, RT services under home health benefits and lesser service limitations. Base benchmark: service limitations up to 25 visits per calendar year, provider qualifications of RN/LPN, and skilled visit coverage only.

Base Benchmark Benefit that was Substituted: Educational classes and programs

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB1 (physician and clinic benefits) and EHB9 (Preventive benefit) as physician services and other practitioners as preventive services, smoking and tobacco cessation, diabetic education, medical nutritional therapy. Base benchmark: non-cover educational classes not listed above.

Base Benchmark Benefit that was Substituted: Surgical Procedures

Source: Base Benchmark

Remove

# Alternative Benefit Plan

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB3 (inpatient hospital, inpatient hospital: transplant benefit), EHB 1 (physician services, outpatient hospital services, 1905 clinics: under the direction of benefit) and EHB2 (outpatient hospital emergency room services and urgent care clinics benefit). Base benchmark: non covers reversal of voluntary sterilization, standby physician, routine tx of conditions of foot, cosmetic surgery and refractive surgery.

Base Benchmark Benefit that was Substituted: Reconstructive surgery

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB3 (inpatient hospital, inpatient hospital: transplant benefit), EHB1 (physician services, outpatient hospital services, 1905 clinics: under the direction of benefit) and EHB2 (outpatient hospital emergency room services and urgent care clinics benefit). Base benchmark: non-covered: cosmetic surgery unless in the case of post mastectomy due to cancer and surgery to correct sexual dysfunction and/or inadequacy.

Base Benchmark Benefit that was Substituted: Oral and maxillofacial surgery

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB3 (inpatient hospital), EHB1 (physician services, outpatient hospital services, 1905 clinics: under the direction of benefit) and EHB2 (outpatient hospital emergency room services and urgent care clinics benefit). Covered in physician office, hospital, hospital outpatient, SNF, ASC center. Base benchmark: dental/orthodontic care only covered for accidental injuries.

Base Benchmark Benefit that was Substituted: Anesthesia

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB3 (inpatient hospital, inpatient hospital: transplant benefit) EHB1 (physician services, outpatient hospital services, 1905 clinics: under the direction of benefit) and EHB2 (outpatient hospital emergency room services benefit). Base benchmark: Covered by qualified healthcare professionals in hospital (inpatient, outpatient), skilled nursing facility, ambulatory surgical center and office. No service limitations.

Base Benchmark Benefit that was Substituted: Inpatient hospital

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB3 (inpatient hospital, inpatient hospital: transplant, inpatient hospital: skilled/admin days benefit) and EHB4 (inpatient hospital: maternity

# Alternative Benefit Plan

and free-standing birthing center benefit) as inpatient hospital services. Base benchmark services covers operating, recover, maternity, and other treatment rooms. Prescribed drugs, Diagnostic studies, radiology, lab, pathology and supplies. : non-covered - nursing homes, extended care facilities, schools, residential treatment centers, private duty nursing.

Base Benchmark Benefit that was Substituted: Outpatient hospital and ambulatory surgical center

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB1 (Outpatient hospital services benefit) ambulatory services and EHB4 (free-standing birthing center benefit) maternity/newborn care. Base benchmark services covers operating, recovery, and other treatment rooms, free-standing birthing centers, pre-surgical testing performed within one day of surgery. Observation, radiology, diagnostic, supplies, therapies, treatment therapies, and free-standing ASC services. No service limitations.

Base Benchmark Benefit that was Substituted: Hospice Care

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB1 (hospice benefit) ambulatory and EHB3 (inpatient hospital benefit) hospitalization. Base benchmark covers home and facility services. Service limited to 7 consecutive days for home and 30 consecutive days in facility. Episodes may be reauthorized. Non-covered- homemaker, home health aide.

Base Benchmark Benefit that was Substituted: Ambulance-Emergency

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB2 (transportation: emergency benefit) emergency services. Base benchmark covers emergency transport/ambulance with covered hospital inpatient care related to medical emergency and/or covered hospice care. Non-covered: non-emergency transport.

Base Benchmark Benefit that was Substituted: Accidental injury (ER) Medical emergency

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB2 (outpatient hospital: emergency room benefit) emergency services. Base benchmark covers inpatient and physician benefits under emergency services. No limitations.

Base Benchmark Benefit that was Substituted: MH/SA professional services

Source: Base Benchmark

Remove

# Alternative Benefit Plan

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB1 (physician services benefit) EHB5 (MH/SA: partial hospitalization; Intensive outpatient program; outpatient services benefit). Nevada Medicaid State Plan provides a greater benefit for MH/SA rehab services including, day treatment (medical model), BST, PSR and peer support. Base benchmark covers professional services for individual, group therapy, office visits, pharmacotherpy, and psychological testing. Covered in outpatient hospital dept. and inpatient visit. Must be licensed professional. Non-covered: non-licensed professional, marital, family, educational or other counseling services, testing and tx for learning disabilities and mental retardation, applied behavior analysis (ABA) or ABA therapy, services performed or billed by residential treatment centers, schools, halfway houses, residential camps, and light boxes.

Base Benchmark Benefit that was Substituted: MH/SA inpatient hospital or other covered facility

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB3 (MH/SA inpatient hospital: substance abuse, inpatient hospital: psychiatric, inpatient hospital: Skilled/Admin days, RTC/Psychiatric Residential Treatment Facilities benefit). Services for individuals age 22-64 are non-covered by Nevada Medicaid in an IMD. Base benchmark covers MH/SA inpatient services. Non-covered: non-licensed professionals, marital, family, educational or other counseling/training services, testing and tx for learning disabilities and mental retardation, applied behavior analysis (ABA) or ABA therapy, services performed or billed by residential treatment centers, schools, halfway houses, residential camps, and light boxes.

Base Benchmark Benefit that was Substituted: MH/SA outpatient hospital or covered facility

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB5 (MH/SA: partial hospitalization; intensive outpatient program; outpatient services benefit). Services for individuals age 22-64 are non-covered by Nevada Medicaid in an IMD. Base benchmark covers outpatient hospital, partial hospitalization, facility-based intensive outpatient treatment, diagnostic testing, and psychological testing. Non-covered: non-licensed professionals, marital, family, educational or other counseling/training services, testing and tx for learning disabilities and mental retardation, applied behavior analysis (ABA) or ABA therapy, services performed or billed by residential treatment centers, schools, halfway houses, residential camps, and light boxes.

Base Benchmark Benefit that was Substituted: Prescribed drug benefits

Source: Base Benchmark

Remove

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB6 (prescription drug benefit) Pharmacy services. Nevada Medicaid is required to comply with all regulatory requirements of Section 1927 of the Social Security Act. Base benchmark covers a four-tier system to categorize their payment levels for drugs; Tier 1: generic drugs, Tier 2: Preferred brand-name drugs, Tier 3: non-preferred brand-name drugs, and Tier 4: specialty drugs.

# Alternative Benefit Plan

| | |
|---|---|
| Base Benchmark Benefit that was Substituted: | Source: |
| Dental benefits | Base Benchmark |

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB10 (EPSDT benefit) Pediatric oral services. Nevada Medicaid covers under EPSDT and Dental services. Base benchmark: covers eval, xray, preventive, palliative and extractions. Service limitations- preventive (1/yr), xray (1/3yr)

Remove

| | |
|---|---|
| Base Benchmark Benefit that was Substituted: | Source: |
| Transplant benefits | Base Benchmark |

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: Covered under the Nevada Medicaid State Plan as EHB2 (hospitalization benefits) and EHB1 (ambulatory benefit). Base benchmark covers bone marrow, stem cell, liver, cornea transplants. Reference Substitution section for additional transplants.

Remove

| | |
|---|---|
| Base Benchmark Benefit that was Substituted: | Source: |
| Podiatry | Base Benchmark |

Explain the substitution or duplication, including indicating the substituted benefit(s) or the duplicate section 1937 benchmark benefit(s) included above under Essential Health Benefits:

Duplication: covered under the Nevada State Medicaid Plan as EHB1 (podiatry).

Remove

Add

# Alternative Benefit Plan

☒ 13. Other Base Benchmark Benefits Not Covered Collapse All ☐

Base Benchmark Benefit not Included in the Alternative Benefit Plan: Adult Dental

Source: Base Benchmark

Remove

Explain why the state/territory chose not to include this benefit:

Adult dental benifit from the base benchmark plan (FEHBP) will not be covered in the ABP.

Add

# Alternative Benefit Plan

☒ 14. Other 1937 Covered Benefits that are not Essential Health Benefits — Collapse All ☐

Other 1937 Benefit Provided: Targeted Case Mangement

Source: Section 1937 Coverage Option Benchmark Benefit Package

Remove

Authorization: Authorization required in excess of limitation

Provider Qualifications: Medicaid State Plan

Amount Limit: 30 hours per month

Duration Limit: n/a

Scope Limit: 7 covered target groups. Seriously Mentally Ill, Emotional Disturbance, Axis I (non SED non SMI), Juvenile Protective Services, Child Welfare, Developmentally Delayed ages 0-3, Mental Retardation and Related Conditions.

Other: n/a

---

Other 1937 Benefit Provided: Inst. Facility for Individuals w/Intellectual w/D

Source: Section 1937 Coverage Option Benchmark Benefit Package

Remove

Authorization: Prior Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: Based upon authorization determination

Duration Limit: none

Scope Limit: Must be certified and comply with all Federal Cond of Participation in 8 areas, including mngt, client protections, facility staffing, active tx services, client behavior and facility practices, healthcare services, physical enviro, & dietetic svs.

Other: Institutional Facility for Individuals with Intellectual with Disabilities
Formally ICF/MR

---

Other 1937 Benefit Provided: Transportation (non-emergency)

Source: Section 1937 Coverage Option Benchmark Benefit Package

Remove

Authorization: Other

Provider Qualifications: Medicaid State Plan

Amount Limit: Dependent upon services

Duration Limit: none

# Alternative Benefit Plan

Scope Limit:
NET includes: charter air flight, commercial air, rotary wing, fixed wing, ground ambulance, bus (local and out-of-town), paratransit (private and public), private vehicle, and taxi.

Other:
Non-emergency Transportation (NET) services are provided to all Medicaid recipients through the contracted NET broker and must be authorized by the broker.

Other 1937 Benefit Provided: Dental

Source: Section 1937 Coverage Option Benchmark Benefit Package

Remove

Authorization: Prior Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: see below

Duration Limit: none

Scope Limit:
Individuals under the age of 21 Medicaid-eligible for EPSDT benefits receive comprehensive dental care such as periodic and routine dental services needed for restoration of teeth, prevention, and maintenance of dental health.

Other:
Individuals over age 21, Dental services for Medicaid-eligible adults who qualify for full benefits receive emergency extractions, palliative care, and may also be eligible to receive prosthetic care (dentures/partials) under certain guidelines and limitations.

Other 1937 Benefit Provided: Nursing Facility

Source: Section 1937 Coverage Option Benchmark Benefit Package

Remove

Authorization: Other

Provider Qualifications: Medicaid State Plan

Amount Limit: based upon level of care screens

Duration Limit: n/a

Scope Limit:
Level of Care assessment to determine appropriateness of NF placement. Options include; NF standard, NF ventilator dependent, Pediatric specialty I/II, and Behaviorally Complex, PASRR I/II screens completed for behavioral health rule out procedures.

Other:
Provide health related care and services on a 24-hour basis to individuals, due to medical disorders, injuries, developmental disabilities, and/or related cognitive and behavioral impairments, exhibit the need for medical, nursing, rehab, psychosocial, management.

Other 1937 Benefit Provided: Optometrist

# Alternative Benefit Plan

Source:
Section 1937 Coverage Option Benchmark Benefit Package

Remove

Authorization:
Authorization required in excess of limitation

Provider Qualifications:
Medicaid State Plan

Amount Limit:
1 exam per 12 months

Duration Limit:
n/a

Scope Limit:
n/a

Other:
Ophthalmologist no limit for medical condition, no PA under physician visit. Ocular exam for medical exam by optometrist do not require PA, ICD9 required. (glaucoma, diabetes, follow up from cataract surgery, EPSDT referral)

Other 1937 Benefit Provided:
Peer Support Services: Rehab (1905)

Source:
Section 1937 Coverage Option Benchmark Benefit Package

Remove

Authorization:
Authorization required in excess of limitation

Provider Qualifications:
Medicaid State Plan

Amount Limit:
none

Duration Limit:
none

Scope Limit:
Rehab interventions to restore recipient to highest level of functioning through peer supporters.

Other:
Mental health rehab service based upon an the assessed needs of the recipient based upon standardized assessments. The service has been standardized to a utilization system based upon a level of care placement system specific to children and adults.

Other 1937 Benefit Provided:
Basic Skills/Psychosocial Rehab: Rehab (1905)

Source:
Section 1937 Coverage Option Benchmark Benefit Package

Remove

Authorization:
Authorization required in excess of limitation

Provider Qualifications:
Medicaid State Plan

Amount Limit:
none

Duration Limit:
none

Scope Limit:
BST services help recipients acquire (learn) constructive cognitive and behavioral skills through positive reinforcement modeling, operant condition and other techniques. PSR target psychological functioning within a variety of social settings.

# Alternative Benefit Plan

Other:

Mental health rehab services based upon an the assessed needs of the recipient based upon standardized assessments. The service has been standardized to a utilization system based upon a level of care placement system specific to children and adults.

Other 1937 Benefit Provided: Respiratory Therapy

Source: Section 1937 Coverage Option Benchmark Benefit Package

Remove

Authorization: Prior Authorization

Provider Qualifications: Medicaid State Plan

Amount Limit: none

Duration Limit: none

Scope Limit:

Medically necessary therapy services for an illness or injury resulting in functional limitations which can respond or improve as a result of the prescribed therapy treatment plan in a reasonable, predictable period of time.

Other:

n/a

Other 1937 Benefit Provided: Tobacco-cessation for Pregnant Women

Source: Section 1937 Coverage Option Benchmark Benefit Package

Remove

Authorization: Other

Provider Qualifications: Medicaid State Plan

Amount Limit: none

Duration Limit: none

Scope Limit:

Services provided according to the USPSTF.

Other:

No prior authorization required.

Other 1937 Benefit Provided: OLP - Community Paramedicine

Source: Section 1937 Coverage Option Benchmark Benefit Package

Remove

Authorization: Other

Provider Qualifications: Medicaid State Plan

# Alternative Benefit Plan

Amount Limit: none

Duration Limit: none

Scope Limit:
Community paramedicine services are delivered according to a recipient-specific plan of care under the supervision of a Nevada-licensed primary care provider's care plan.

Other:
No prior authorization required.

Add

# Alternative Benefit Plan

☐ 15. Additional Covered Benefits (This category of benefits is not applicable to the adult group under section 1902(a)(10)(A)(i)(VIII) of the Act.)

Collapse All ☐

PRA Disclosure Statement

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1148. The time required to complete this information collection is estimated to average 5 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

V.20160722

# Alternative Benefit Plan

State Name: Nevada

Attachment 3.1-L-

OMB Control Number: 0938-1148

Transmittal Number: NV - 18 - 006

OMB Expiration date: 10/31/2014

## Benefits Assurances ABP7

**EPSDT Assurances**

If the target population includes persons under 21, please complete the following assurances regarding EPSDT. Otherwise, skip to the Prescription Drug Coverage Assurances below.

The alternative benefit plan includes beneficiaries under 21 years of age. Yes

☑ The state/territory assures that the notice to an individual includes a description of the method for ensuring access to EPSDT services (42 CFR 440.345).

☑ The state/territory assures EPSDT services will be provided to individuals under 21 years of age who are covered under the state/ territory plan under section 1902(a)(10)(A) of the Act.

Indicate whether EPSDT services will be provided only through an Alternative Benefit Plan or whether the state/territory will provide additional benefits to ensure EPSDT services:

◉ Through an Alternative Benefit Plan.

○ Through an Alternative Benefit Plan with additional benefits to ensure EPSDT services as defined in 1905(r).

Other Information regarding how ESPDT benefits will be provided to participants under 21 years of age (optional):

The benefit plan is identical to the State Medicaid Plan which includes EPSDT.

**Prescription Drug Coverage Assurances**

☑ The state/territory assures that it meets the minimum requirements for prescription drug coverage in section 1937 of the Act and implementing regulations at 42 CFR 440.347. Coverage is at least the greater of one drug in each United States Pharmacopeia (USP) category and class or the same number of prescription drugs in each category and class as the base benchmark.

☑ The state/territory assures that procedures are in place to allow a beneficiary to request and gain access to clinically appropriate prescription drugs when not covered.

☑ The state/territory assures that when it pays for outpatient prescription drugs covered under an Alternative Benefit Plan, it meets the requirements of section 1927 of the Act and implementing regulations at 42 CFR 440.345, except for those requirements that are directly contrary to amount, duration and scope of coverage permitted under section 1937 of the Act.

☑ The state/territory assures that when conducting prior authorization of prescription drugs under an Alternative Benefit Plan, it complies with prior authorization program requirements in section 1927(d)(5) of the Act.

**Other Benefit Assurances**

☑ The state/territory assures that substituted benefits are actuarially equivalent to the benefits they replaced from the base benchmark plan, and that the state/territory has actuarial certification for substituted benefits available for CMS inspection if requested by CMS.

☑ The state/territory assures that individuals will have access to services in Rural Health Clinics (RHC) and Federally Qualified Health Centers (FQHC) as defined in subparagraphs (B) and (C) of section 1905(a)(2) of the Social Security Act.

# Alternative Benefit Plan

☑ The state/territory assures that payment for RHC and FQHC services is made in accordance with the requirements of section 1902(bb) of the Social Security Act.

☑ The state/territory assures that it will comply with the requirement of section 1937(b)(5) of the Act by providing, effective January 1, 2014, to all Alternative Benefit Plan participants at least Essential Health Benefits as described in section 1302(b) of the Patient Protection and Affordable Care Act.

☑ The state/territory assures that it will comply with the mental health and substance use disorder parity requirements of section 1937(b)(6) of the Act by ensuring that the financial requirements and treatment limitations applicable to mental health or substance use disorder benefits comply with the requirements of section 2705(a) of the Public Health Service Act in the same manner as such requirements apply to a group health plan.

☑ The state/territory assures that it will comply with section 1937(b)(7) of the Act by ensuring that benefits provided to Alternative Benefit Plan participants include, for any individual described in section 1905(a)(4)(C), medical assistance for family planning services and supplies in accordance with such section.

☑ The state/territory assures transportation (emergency and non-emergency) for individuals enrolled in an Alternative Benefit Plan in accordance with 42 CFR 431.53.

☑ The state/territory assures, in accordance with 45 CFR 156.115(a)(4) and 45 CFR 147.130, that it will provide as Essential Health Benefits a broad range of preventive services including: “A” and “B” services recommended by the United States Preventive Services Task Force; Advisory Committee for Immunization Practices (ACIP) recommended vaccines; preventive care and screening for infants, children and adults recommended by HRSA's Bright Futures program/project; and additional preventive services for women recommended by the Institute of Medicine (IOM).

PRA Disclosure Statement

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1148. The time required to complete this information collection is estimated to average 5 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

V.20140415

# Alternative Benefit Plan

State Name: Nevada

Attachment 3.1-L-

OMB Control Number: 0938-1148

Transmittal Number: NV - 18 - 006

## Service Delivery Systems ABP8

Provide detail on the type of delivery system(s) the state/territory will use for the Alternative Benefit Plan's benchmark benefit package or benchmark-equivalent benefit package, including any variation by the participants' geographic area.

Type of service delivery system(s) the state/territory will use for this Alternative Benefit Plan(s).

Select one or more service delivery systems:

☒ Managed care.

- ☒ Managed Care Organizations (MCO).
- ☐ Prepaid Inpatient Health Plans (PIHP).
- ☒ Prepaid Ambulatory Health Plans (PAHP).
- ☐ Primary Care Case Management (PCCM).

☒ Fee-for-service.

☐ Other service delivery system.

## Managed Care Options

**Managed Care Assurance**

☑ The state/territory certifies that it will comply with all applicable Medicaid laws and regulations, including but not limited to sections 1903(m), 1905(t), and 1932 of the Act and 42 CFR Part 438, in providing managed care services through this Alternative Benefit Plan. This includes the requirement for CMS approval of contracts and rates pursuant to 42 CFR 438.6.

**Managed Care Implementation**

Please describe the implementation plan for the Alternative Benefit Plan under managed care including member, stakeholder, and provider outreach efforts.

The State's managed care organizations (MCO) are modifying their systems edits to allow for the payment of claims based on the ABP. The plans are using a combination of USPS mail, email; web announcements and FAX blasts to confirm for providers that they will provide these benefits. Recipients and stakeholders are being notified by those same methods as well as personal contact at meetings and health fairs. MCO implementation will follow the same time lines as fee for service.

**MCO: Managed Care Organization**

The managed care delivery system is the same as an already approved managed care program. Yes

The managed care program is operating under (select one):

- ○ Section 1915(a) voluntary managed care program.
- ○ Section 1915(b) managed care waiver.
- ◉ Section 1932(a) mandatory managed care state plan amendment.
- ○ Section 1115 demonstration.
- ○ Section 1937 Alternative (Benchmark) Benefit Plan state plan amendment.

# Alternative Benefit Plan

Identify the date the managed care program was approved by CMS: June 12, 2012

Describe program below:

The DHCFP's managed care program currently offers a risk-based capitation rate program operated through contracts with Managed Care Organizations (Vendors). DHCFP contracts with Vendors to provider covered medically necessary services for eligible recipients at an established risk-based capitation rate.
Enrollment in a managed care organization is mandatory for FMC/TANF/CHAP recipients as well as the new Medicaid Adult Group (effective January 1, 2014, when there is more than one managed care option from which to choose in a particular geographic service area. Managed care enrollment is mandatory for all CHIP recipients when an option is available in their service area.
Recipients who are SED/SMI or Indian Health may opt out of managed care.

**Additional Information: MCO (Optional)**

Provide any additional details regarding this service delivery system (optional):

**PAHP: Prepaid Ambulatory Health Plan**

The managed care delivery system is the same as an already approved managed care program. Yes

The managed care program is operating under (select one):

- ○ Section 1915(a) voluntary managed care program.
- ● Section 1915(b) managed care waiver.
- ○ Section 1115 demonstration.
- ○ Section 1937 Alternative (Benchmark) Benefit Plan state plan amendment.

Identify the date the managed care program was approved by CMS: January 1, 2018

Describe program below:

The Dental Benefits Administrator (DBA) is intended to strengthen Nevada's dental program by enhancing network access to quality dental and specialty providers, monitoring and encouraging appropriate dental utilization and to promote effective dental program integrity activities. The DBA is designed as a single PAHP provider serving urban Washoe and Clark counties. The PAHP will be paid on a risk basis.

**Additional Information: PAHP (Optional)**

Provide any additional details regarding this service delivery system (optional):

## Fee-For-Service Options

Indicate whether the state/territory offers traditional fee-for-service and/or services managed under an administrative services organization:

- ● Traditional state-managed fee-for-service
- ○ Services managed under an administrative services organization (ASO) arrangement

Please describe this fee-for-service delivery system, including any bundled payment arrangements, pay for performance, fee-for-service care management models/non-risk, contractual incentives as well as the population served via this delivery system.

The FFS delivery are is in the rural region of the state for New Eligibles, TANF/CHAP, and MABD. MABD is in the urban areas of

# Alternative Benefit Plan

Washoe County and Clark County. The services covered for the FFS will be identical to the Medicaid State Plan.

**Additional Information: Fee-For-Service (Optional)**

Provide any additional details regarding this service delivery system (optional):

## PRA Disclosure Statement

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1148. The time required to complete this information collection is estimated to average 5 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

V.20160722

# Alternative Benefit Plan

State Name: Nevada

Attachment 3.1-L-

OMB Control Number: 0938-1148

Transmittal Number: NV - 18 - 006

OMB Expiration date: 10/31/2014

## Employer Sponsored Insurance and Payment of Premiums — ABP9

The state/territory provides the Alternative Benefit Plan through the payment of employer sponsored insurance for participants with such coverage, with additional benefits and services provided through a Benchmark or Benchmark-Equivalent Benefit Package. Yes

Provide a description of employer sponsored insurance, including the population covered, the amount of premium assistance by population, employer sponsored insurance activities including required contribution, cost-effectiveness test requirements, and benefit information:

Nevada Medicaid may pay insurance premiums through Employer-Based Group Health Plans for individuals and families when it is cost effective for the agency. In determining cost-effectiveness, the fiscal agent uses a formula as set forth in the State Plan or considers whether the individual has catastrophic illness or condition (e.g. AIDS or AIDS-related condition, Down Syndrome, cerebral palsy, cystic fibrosis, fetal alcohol syndrome, etc.)

DHCFP's Health Insurance Premium Payment (HIPP) program, as of 11/22/2013, covered 92 fee-for-service recipients. The monthly HIPP premiums that are paid by the State totaled $40,883, the average month claims cost avoided by the State due to HIPP coverage was $198,506. This means that HIPP program save the State $157,623 ($198,605-$40,883) in November 2013. This means that the annual savings of the HIPP program is estimated to be $1,891,476 ($157,623*12).

The HIPP program is eligible to any fee-for-service recipient that has access to an employer sponsored group health plan that provides physician and major medical coverage. The cost-effectiveness test is as follows: 1) The recipient and their family are eligible if the Medicaid recipient has a catastrophic illness, 2) If the recipient does not have a catastrophic condition than the recipient and their family are eligible if the previous six month average of Medicaid paid claims is more than twice the monthly HIPP coverage premium.

The HIPP payments are generally made directly to the employer or health insurer; however, the payments could be made to the recipient as a last resort. DHCFP or its agent validates that the HIPP coverage is in effect every thirty to sixty days.

The state/territory otherwise provides for payment of premiums. Yes

Provide a description including the population covered, the amount of premium assistance by population, required contributions, cost-effectiveness test requirements, and benefits information.

Nevada Medicaid may pay insurance premiums through Employer-Based Group Health Plans for individuals and families when it is cost effective for the agency. In determining cost-effectiveness, the fiscal agent uses a formula as set forth in the State Plan or considers whether the individual has catastrophic illness or condition (e.g. AIDS or AIDS-related condition, Down Syndrome, cerebral palsy, cystic fibrosis, fetal alcohol syndrome, etc.)

DHCFP's Health Insurance Premium Payment (HIPP) program, as of 11/22/2013, covered 92 fee-for-service recipients. The monthly HIPP premiums that are paid by the State totaled $40,883, the average month claims cost avoided by the State due to HIPP coverage was $198,506. This means that HIPP program save the State $157,623 ($198,605-$40,883) in November 2013. This means that the annual savings of the HIPP program is estimated to be $1,891,476 ($157,623*12).

The HIPP program is eligible to any fee-for-service recipient that has access to an employer sponsored group health plan that provides physician and major medical coverage. The cost-effectiveness test is as follows: 1) The recipient and their family are eligible if the Medicaid recipient has a catastrophic illness, 2) If the recipient does not have a catastrophic condition than the recipient and their family are eligible if the previous six month average of Medicaid paid claims is more than twice the monthly HIPP coverage premium.

The HIPP payments are generally made directly to the employer or health insurer; however, the payments could be made to the

# Alternative Benefit Plan

recipient as a last resort. DHCFP or its agent validates that the HIPP coverage is in effect every thirty to sixty days.

Other Information Regarding Employer Sponsored Insurance or Payment of Premiums:

The state assures that ESI coverage is established in section 3.2 and 4.22(h) of the state's approved Medicaid state plan. The beneficiary will receive a benefit package that includes a wrap of benefits around the employer sponsored insurance plan that equals the benefit package to which the beneficiary is entitled. For a Medicaid beneficiary who receives coverage in a health plan in the individual market through the state's approved Medicaid state plan that provides premium assistance under section 1905(a) and regulations codified at 42 CFR §435.1015, the state assures that the Medicaid beneficiary will receive a benefit package that includes a wrap of benefits around the individual market health plan that equals the benefit package to which the beneficiary is entitled. The beneficiary will not be responsible for payment of premiums or other cost sharing that exceeds nominal levels as established at 42 CFR part 447 subpart A.
i. The additional health benefits, on top of the ESI, to which the beneficiary is entitled include those called out in ABP 7 (FQHC/RHC services, family planning services, etc.)

PRA Disclosure Statement

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1148. The time required to complete this information collection is estimated to average 5 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

V.20140415

# Alternative Benefit Plan

State Name: Nevada | Attachment 3.1-L- | OMB Control Number: 0938-1148

Transmittal Number: NV - 18 - 006 | OMB Expiration date: 10/31/2014

## General Assurances ABP10

**Economy and Efficiency of Plans**

☑ The state/territory assures that Alternative Benefit Plan coverage is provided in accordance with Federal upper payment limit requirements and other economy and efficiency principles that would otherwise be applicable to the services or delivery system through which the coverage and benefits are obtained.

Economy and efficiency will be achieved using the same approach as used for Medicaid state plan services. Yes

**Compliance with the Law**

☑ The state/territory will continue to comply with all other provisions of the Social Security Act in the administration of the state/territory plan under this title.

☑ The state/territory assures that Alternative Benefit Plan benefits designs shall conform to the non-discrimination requirements at 42 CFR 430.2 and 42 CFR 440.347(e).

☑ The state/territory assures that all providers of Alternative Benefit Plan benefits shall meet the provider qualification requirements of the Base Benchmark Plan and/or the Medicaid state plan.

PRA Disclosure Statement

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1148. The time required to complete this information collection is estimated to average 5 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

V.20140415

# Alternative Benefit Plan

State Name: Nevada

Attachment 3.1-L-

OMB Control Number: 0938-1148

Transmittal Number: NV - 18 - 006

OMB Expiration date: 10/31/2014

## Payment Methodology ABP11

**Alternative Benefit Plans - Payment Methodologies**

☑ The state/territory provides assurance that, for each benefit provided under an Alternative Benefit Plan that is not provided through managed care, it will use the payment methodology in its approved state plan or hereby submits state plan amendment Attachment 4.19a, 4.19b or 4.19d, as appropriate, describing the payment methodology for the benefit.

**An attachment is submitted.**

PRA Disclosure Statement

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1148. The time required to complete this information collection is estimated to average 5 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

V.20140415