# EXHIBIT 83

An official website of the United States government Here's how you know



# Financial Management




The Medicaid program is jointly funded by the federal government and states. The federal government pays states for a specified percentage of program expenditures, called the Federal Medical Assistance Percentage (FMAP). States must ensure they can fund their share of Medicaid expenditures for the care and services available under their state plan.

States can establish their own Medicaid provider payment rates within federal requirements, and generally pay for services through fee-for-service or managed care arrangements. To change the way they pay Medicaid providers, states must submit a State Plan Amendment (SPA) for CMS review and approval.

Feedback

## SPA and 1915 Waiver Processing

i [Hospice Payments](#)

# Policy and Program Topics

- Payment Limit Demonstrations
- Disproportionate Share Hospitals
- Medicaid Administrative Claiming
- State Budget & Expenditure Reporting for Medicaid and CHIP
- Provider Preventable Conditions
- Actuarial Report on the Financial Outlook for Medicaid
- Certified Community Behavioral Health Clinic (CCBHC) Demonstration

---

## State Medicaid & CHIP Profiles

- Choose a State -

View

## Related Resources

- Federal Medicaid Assistance Percentages (FMAP)
- 42 CFR 430 – Grants to States for Medical Assistance Programs
- 42 CFR 447 – Payments for Services
- smd-overview-slides-20-004.pdf

Feedback

## About Us

- Program History
- Leadership

- Contact Us

### Related Sites

Data.Medicaid.gov
CMS.gov
HHS.gov
Healthcare.gov
InsureKidsNow.gov
Medicare.gov

### Sign up

Your email address

e-mail here

Sign up

### Helpful Links

Web Policies and Important Links
Plain Language
Nondiscrimination & Accessibility
Help with File Formats & Plug-ins
Privacy Settings
No Fear Act
Archive
Site Feedback
Privacy Policy

Medicaid.gov
Keeping America Healthy

**Centers for Medicare & Medicaid Services**

A federal government managed website by the Centers for Medicare & Medicaid Services.
7500 Security Boulevard Baltimore, MD 21244

Feedback