# EXHIBIT 85

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br>*Plaintiffs,*<br>v.<br>DONALD J. TRUMP, et al.,<br>*Defendants.* | No. 1:25-cv-12162 |

**DECLARATION OF JULIE JUSTICZ**

I, Julie Justicz, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Executive Director of Legal Council for Health Justice in Chicago, Illinois. I am familiar with the information in the statements set forth below through personal knowledge and consultation with Legal Council for Health Justice's staff. I could testify competently to these facts if called as a witness.

2. I submit this declaration in support of the Plaintiff States' Opposition to Defendants' Motion to Dismiss.

3. I have been the Executive Director of Legal Council for Health Justice (Legal Council) since October 2023. In this role, I provide leadership to the organization and oversee a staff of 30 professionals who deliver high-impact legal and advocacy services. I have over 35 years of experience and leadership as a health, disability, and civil rights attorney.

4. Legal Council is a mission-driven, non-profit legal aid organization dedicated to promoting health equity through direct legal services and legal advocacy. Established in 1987 as

the AIDS Legal Council of Chicago, Legal Council began by providing essential legal services to individuals living with HIV/AIDS, who faced significant stigma and discrimination. Over the years, Legal Council has expanded its mission to serve low-income individuals with chronic health conditions, children with disabilities, members of the broad LGBTQIA+ community, and those experiencing homelessness.

5. In 2024, we assisted over 1,600 clients with direct legal help and engaged in systemic advocacy to improve health equity across Illinois.

6. Legal Council's objectives are to secure access to healthcare, economic opportunity, and social supports for our clients. We employ a Medical-Legal Partnership (MLP) model, embedding legal advocates and attorneys within healthcare and social services settings to address the legal issues that impact health outcomes. This approach allows us to provide culturally competent, trauma-informed legal assistance at the same locations where clients receive social and medical services.

7. Many LGBTQIA+ people face barriers to accessing healthcare and related services, and for many transgender people, healthcare is lifesaving. Recognizing this need in our client community, Legal Council established a Trans Health Law Project in 2022 to support transgender and gender-diverse individuals.

8. Because of our experience and expertise in transgender health issues, our Legal Council staff regularly receive referrals through our MLPs as well as phone calls and other outreach from members of the transgender community seeking legal assistance, information, representation, and referrals.

9. The continuing attacks on the LGBTQIA+ community, and our strong partnerships with LGBTQIA+ advocates inspired Legal Council to develop, in partnership with

other advocacy organizations, the IL Pride Connect Resource Hub and Legal Hotline. Legal Council staff keep the Resource Hub updated and answer phone calls made to the Legal Hotline, addressing legal and social needs related to healthcare, employment, housing, and a range of other civil legal issues.

10. I am deeply involved in Legal Council's transgender health work and IL Pride Connect Legal Hotline and Resource Hub. I attend twice monthly meetings with the Legal Council attorneys who work on our Trans Health Law Project, where we discuss the issues facing our clients, client communities, and provider partners. I also lead the IL Pride Connect Legal Hotline and Resource Hub twice monthly Steering Committee meetings, where we update our partners on the types of issues our callers to the Hotline are facing, community needs, news and events, and discuss issues that our partners are encountering as well. I also attend our internal IL Pride Connect Legal Hotline meetings on a regular basis to discuss with Legal Council attorneys and advocates the issues our Hotline callers are sharing, the evolving legal landscape on LGBTQIA+ protections, and available resources.

**Medically Necessary Gender-Affirming Care – Legal Council for Health Justice Clients**

11. Many Legal Council clients come to us with interconnected health and legal needs, including our transgender clients. Legal Council provides specialized legal support for transgender clients, focusing on issues such as name and gender marker changes in identity documents, access to medically necessary gender-affirming healthcare, and protection against discrimination in various settings.

12. Legal Council staff work with our transgender clients to meet their health needs by assisting them in obtaining medical insurance that covers their care, and appealing inappropriate denials of medically necessary gender-affirming care and related services by health

insurers. We have also assisted clients who have paid out of pocket for medically necessary gender-affirming care receive reimbursement from their private insurance plans for services that were wrongly denied.

13. For years, we have also helped our clients evaluate their eligibility and enroll in state Medicaid plans that will cover medically necessary gender-affirming care with both state and federal funding. In Illinois, the state's Medicaid program and Medicaid managed care health plans are required to cover medically necessary gender-affirming care. We have also helped our clients enroll in exchange-based plans under the Affordable Care Act.

14. We have historically relied upon policy guidance from the federal government. For instance, we relied on HHS 2022 Guidance, "HHS Notice and Guidance on Gender Affirming Care, Civil Rights, and Patient Privacy," issued March 2, 2022, as legal support in insurance appeals and in communications with employers and other adverse parties.

15. Our transgender youth clients need support in three areas: healthcare, financial stability, and education. First, a national survey found that a vast majority of LGBTQIA+ youth reported wanting mental healthcare, but 60% could not access it (The Trevor Project 2022, https://www.thetrevorproject.org/survey-2022/). Transgender people are twice as likely as non-LGBTQIA+ people to lack health insurance (Human Rights Campaign, https://www.hrc.org/resources/understanding-poverty-in-the-lgbtq-community). Second, transgender youth face increased risk of poverty, food insecurity, and homelessness (*Id*). Third, the majority of LGBTQIA+ students report feeling unsafe at school (GLSEN 2021, https://www.glsen.org/research/2021-national-school-climate-survey; Human Rights Campaign 2024, https://reports.hrc.org/2024-disabled-lgbtq-youth-report#disabled-lgbtq-youth-at-school).

16. These needs are inexorably linked. An adolescent's health suffers if they face

bullying, lack disability accommodations, or have inadequate financial supports such as Supplemental Security Income (SSI). An adolescent cannot obtain accommodations or SSI without reliable access to healthcare, which in turn requires Medicaid or another form of insurance. And without any one of these supports, transgender youth struggle to participate in school, seek independence as young adults, or even imagine themselves as adults.

17. All transgender youth deserve to become transgender adults, and the data and our client experience demonstrates the urgent need for services connecting LGBTQIA+ youth with healthcare, public benefits, and education supports.

18. Before 2025, we served youth clients who have received puberty-delaying medications, hormone therapies, and (rarely) surgical procedures before they have reached 19 years of age as treatment for gender dysphoria, and we worked closely with MLP partners who provide this care to youth clients. Our clients and those of our MLP partners have benefited greatly from access to these treatments, providing safety and autonomy. Prior to 2025, with parental consent and at the provider's recommendation, we assisted at least one 16-year-old transgender youth obtain access to hormone therapy.

19. Prior to 2025, Legal Council for Health Justice assisted one 16-year-old patient who, with parental support and consent, sought out assistance after abruptly losing coverage for ongoing hormone therapy treatment. With his provider's support, we successfully appealed the coverage denial. The client was grateful to have the medications back and his mom expressed her happiness that her son could again receive hormones because they were very important to his well-being. This is typical of the satisfaction that our youth clients expressed when we were able to help them maintain the medically necessary gender-affirming care that they need.

**Medically Necessary Gender-Affirming Care – Community Education and Training, Coalition Partnerships**

20. Legal Council staff regularly develop educational materials and trainings for various stakeholders on healthcare access including appealing insurance denials of medically necessary gender-affirming care and related services, improving financial stability for transgender clients, and navigating access to identity documents that reflect the individual's gender identity and name.

21. Legal Council staff also regularly conduct Know Your Rights trainings, including trainings for youth, and trainings for support groups for parents of transgender youth.

22. Legal Council staff also regularly participate in coalition groups that include providers of medically necessary gender-affirming care. These providers include mental health professionals, primary care physicians, and other physicians and medical staff who convene to talk about issues affecting transgender patients.

23. Through these trainings, support groups, and coalition work, Legal Council staff regularly speak with members of the transgender community, including youth, their parents, and providers of medically necessary gender-affirming care.

**Medically Necessary Gender-Affirming Care – IL Pride Connect Legal Hotline Callers**

24. Legal Council for Health Justice also supports transgender individuals through IL Pride Connect.

25. Legal Council staff operate a legal hotline called "IL Pride Connect" to provide limited legal information and referrals to callers seeking assistance in healthcare access, discrimination and harassment, public benefits, identity documents, housing, healthcare

confidentiality and privacy, and other legal issues, with the goal of supporting people facing discrimination because of their sexual orientation or gender identity.

26. Legal Council began operating the IL Pride Connect Legal Hotline in August 2025. In the first three months of operation, we have received approximately 87 calls requesting legal help, 16 of which concerned healthcare-related needs.

27. We have not spoken to any IL Pride Connect Legal Hotline callers who identify as minors. We have spoken with parents of transgender youth who have called the Hotline seeking information and support to assist their minor children in accessing medically necessary gender-affirming care.

**<u>Federal Actions Targeting Providers of Medically Necessary Gender-Affirming Care</u>**

28. I understand that on January 28, 2025, President Trump issued an Executive Order directing agencies to ban puberty-delaying medications, hormone therapies, and surgical procedures as treatments for gender dysphoria for people under the age of 19 and investigate and prosecute providers who offer them ("Executive Order").

29. I am aware of the memorandum issued by Attorney General Pam Bondi on April 22, 2025 ("Bondi Directive").

30. I am aware of the memorandum issued by Assistant Attorney General Brett Shumate on June 11, 2025 ("Shumate Directive").

31. I am aware that the Bondi and Shumate Directives (collectively "DOJ Directives") announced new enforcement priorities to investigate and prosecute providers and hospitals that offer medically necessary gender-affirming care to patients under age 19 for violating the Female Genital Mutilation statute, 18 U.S.C. § 116, the Food, Drug, and Cosmetics Act, 21 U.S.C. Chapter 9 § 301 et seq., and the False Claims Act, 31 U.S.C. § 3729.

32. When I first heard about the Executive Order and DOJ Directives' stated interest in prosecuting medically necessary gender-affirming care providers, I felt outrage, alarm, and fear. My response was driven by the belief that these orders were discriminatory, politically motivated, and directly harmful to the safety, dignity, and legal protections of transgender people.

**Effect of Federal Actions on Legal Council Clients, Community, and IL Pride Connect Legal Hotline Callers**

33. Since January 28, 2025, Legal Council clients, community members, and IL Pride Connect Legal Hotline callers have informed our staff that they have met obstacles and have been unable to find reliable access to medically necessary gender-affirming care.

34. The Executive Order caused immediate confusion and turmoil, and hospital systems and providers scrambled to determine the effect on their patient care practices.

35. Since January 28, 2025, our Trans Health Law Project staff have received phone calls from parents of transgender youth who are scared and do not know what to do. They shared that their children's providers canceled care in response to the Executive Order despite the fact that Illinois law protects providers and recipients of medically necessary gender-affirming care, including through state antidiscrimination laws and a shield law. These providers in many cases canceled appointments with little notice, and without a warm hand-off to another provider, so the patient would not be able to receive care at all, threatening continuity of care. These parents asked Legal Council staff for advice and referrals about what they could do legally, and where else they could receive care.

36. The confusion and turmoil regarding medically necessary gender-affirming care has continued as the DOJ Directives came out, which make clear that the federal government plans to prosecute healthcare providers that offer medically necessary gender-affirming care. We

have received multiple calls from parents of transgender youth and have spoken with other parents of transgender youth who participate in support groups in which Legal Council staff have participated as guest speakers, who have expressed fears and asked questions about the possibility of themselves or their child's healthcare provider being criminally prosecuted by the federal government.

37. We have heard from parents that some providers severely limited the services they would provide to transgender individuals age 19 and younger, including canceling medically necessary gender-affirming surgery but continuing to provide hormone care and mental health services. Some providers have stopped providing all pediatric medically necessary gender-affirming care.

38. Service cancelations, suspensions, and insurance issues stemming from the Executive Order and DOJ Directives have caused many of our clients to lose continuity of care. Clients have missed an appointment to check on treatment progress, and faced delays or hardship in obtaining treatment. We have received multiple calls from parents of transgender youth asking for advice and assistance locating an alternative provider, either because their care has already been cancelled or because they anticipate or fear a cancellation of care with their current provider. We have assisted one client whose adolescent child had their puberty blocker implant coverage abruptly rescinded due to an insurance issue. On information and belief, the insurance issue was related to confusion stemming from the Executive Order and DOJ Directives. We were able to assist and restore coverage before the client's adolescent child missed an appointment or treatment for their ongoing medically necessary gender-affirming care; however, the adolescent child and the family experienced significant distress due to the potential loss of ongoing treatment and due to communication from the insurer suggesting they would owe over $50,000

for services already provided and previously approved for coverage.

39. Another complication related to the Executive Order and DOJ Directives has been that medically necessary gender-affirming care providers have decreased their public profile, which makes it harder to find information about obtaining care. Legal Council staff have heard from transgender individuals and their families during Know Your Rights trainings, and at least one IL Pride Connect caller in Southern Illinois, who could not find information about care anywhere. On information and belief, these changes to the providers' public presence are because the providers fear for the safety of themselves, their staff, their clients, and their institutions after the Executive Order and DOJ Directives. These changes make it more difficult to locate medically necessary gender-affirming care providers, particularly for youth.

40. Through individual clients, our community outreach and education efforts, and the IL Pride Connect Legal Hotline, Legal Council staff have spoken with many individuals in Illinois who have questions and concerns in response to what they hear on the news and information about the Executive Order and DOJ Directives. These individuals are confused, worried, and struggling to understand the current landscape and future risks regarding their children's ability to access this life-saving and life-sustaining care. Adults over the age of 18 are concerned about the continuing availability of medically necessary gender-affirming care, as many have had their care canceled and have faced significant difficulty locating alternative providers in their area. Legal Council staff have also answered an increasing number of questions from parents who contact us seeking information about where their children can receive ongoing medically necessary gender-affirming care and related services, and who share their concerns about their children's safety.

41. Legal Council participates in coalition groups that include mental health

professionals, primary care physicians, and other medical staff who serve transgender patients. Through this coalition work, Legal Council staff have heard from providers who are deeply concerned about their licensure because of the federal government's announced priority to arrest and prosecute healthcare providers as outlined in the DOJ Directives. Our coalition partners are also concerned about their ability to maintain client confidentiality and privacy given the increased scrutiny, data demands, and threats from the federal government.

42. Legal Council staff have also spoken with multiple healthcare provider partners and members of coalition groups who have expressed concern and fear about possible prosecution by the federal government for continuing to provide medically necessary gender-affirming care to youth and adults. These providers include primary care offices, community health clinics, therapists, and other physicians.

43. Legal Council staff have repeatedly experienced our clients, community members, and IL Pride Connect Legal Hotline callers expressing fear and concern about accessing and maintaining medically necessary gender-affirming care, their safety, and their privacy since the Executive Order and DOJ Directives were issued.

44. The Executive Order and DOJ Directives are forcing transgender clients to go without the healthcare and other benefits and services they need, causing incredible harm.

Dated: December 15, 2025

Julie E. Justicz