# EXHIBIT 90

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br>*Plaintiffs,*<br>v.<br>DONALD J. TRUMP, et al.,<br>*Defendants.* | No. 1:25-cv-12162 |

**DECLARATION OF DR. JENNIFER MAEHR**

I, Jennifer Maehr, MD, FAAP, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am familiar with the information in the statements set forth below either through personal knowledge, consultation with staff, or documents that have been provided to and reviewed by me. I could testify competently to these facts if called as a witness.

2. I submit this Declaration in support of the Plaintiff States' Opposition to Defendants' Motion to Dismiss.

3. As reflected in my *curriculum vitae*, a true and exact copy of which is attached as Exhibit A and hereby incorporated by reference, I have spent my entire medical career providing care and treatment to children and adolescents, and I have worked extensively in academic, school-based, and correctional/juvenile justice settings. I hold board certifications in both pediatrics and adolescent medicine.

4. I am currently the Medical Director for the Maryland Department of Juvenile Services ("DJS" or "the Department"), and I have been so employed since 2006. In my position as DJS Medical Director, I am responsible for the overall delivery of somatic health care to all

youth residing at the Department's facilities, which includes the day-to-day clinical oversight of medical, nursing, midwifery, dental, pharmaceutical, laboratory, and optometry services.

5. The Department is "a principal department of State government." Md. Code Ann., Hum. Servs. § 9-201. It "is the central administrative department for juvenile intake, detention authorization, community detention, investigation, probation, protective supervision, predelinquent diversion services, and aftercare services," as well as "the State juvenile diagnostic, training, detention, and rehabilitation institutions." *Id.* § 9-216(a). The Department currently operates eight residential facilities State-wide that "are necessary to properly diagnose, care for, train, educate, and rehabilitate" youthful offenders. *Id.* § 9-226(a).

6. I understand that the average daily population of youthful offenders within DJS facilities currently fluctuates between 260 to 320. The population includes both minors as well as adults under 21 years of age for whom the juvenile court's jurisdiction has not terminated pursuant to section 3-8A-07 of the Courts and Judicial Proceedings Article. With respect to transgender youth, although DJS does not track how many are present within its system at any given time, to the best of my knowledge and recollection there ordinarily may be one or two transgender youth of whom we are aware on any given day. For instance, a census of the facilities on December 10, 2025, revealed the presence of one such youth in an overall population of 270.[1]

7. The Department, per policy, prohibits its staff from discriminating against youth in its care and custody on the basis of, among other things, sex, sexual orientation, or gender identity

[1] I understand from one recent estimate that transgender persons account for approximately 2% of Maryland adolescents ages 13 to 17 and 1.8% of Maryland young adults ages 18 to 24. *See* Kristen Latham, Office of Legislative Oversight Rep. 2024-1, *Transgender Healthcare in Montgomery County* 1 (2024), https://www.montgomerycountymd.gov/OLO/Resources/Files/2024_Reports/OLOReport2024-1.pdf (citing Jody L. Herman & Andrew R. Flores, *How Many Adults and Youth Identify as Transgender in the United States?*, UCLA School of Law Williams Institute (June 2022)).

or expression. A true and exact copy of the Department's nondiscrimination policy is attached as Exhibit B.

8. Regarding the provision of care to transgender youth, DJS supports the June 2025 statement by the Society for Adolescent Health and Medicine entitled *Defending Access to Gender-Affirming Care: SAHM's Ongoing Commitment*,[2] which emphasizes that access to this care is essential to the physical and mental well-being of transgender and gender-diverse youth. DJS furthermore follows guidelines set forth by the American Academy of Pediatrics entitled *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents* (reaffirmed 2023),[3] and by the National Commission on Correctional Health Care entitled *Transgender and Gender Diverse Health Care in Correctional Settings* (2020).[4] As such, DJS provides gender-affirming care to adolescents and young adults via:

a. a multidisciplinary approach to care for transgender/gender diverse youth that is developmentally appropriate and comprehensive, and involves the youth, parents/guardians (when able), DJS medical/pediatric providers, DJS behavioral health clinicians and psychiatrists, the youth's community health care providers who may already be providing this care, and specialists such as endocrinologists or adolescent-medicine gender specialists;

b. an individualized treatment plan based on the youth's unique needs and current situation to address the youth's physical and mental health as well as the youth's overall safety with assignment to the most appropriate facility, placement, and housing unit;

---

[2] Soc'y for Adolescent Health & Medicine, *Defending Access to Gender-Affirming Care: SAHM's Ongoing Commitment* (June 19, 2025), https://adolescenthealth.org/press_release/defending-access-to-gender-affirming-care-sahms-ongoing-commitment/.

[3] Am. Acad. of Pediatrics, Policy Statement, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents* (2018), https://publications.aap.org/pediatrics/article/142/4/e20182162/37381/Ensuring-Comprehensive-Care-and-Support-for.

[4] Nat'l Comm'n on Correctional Health Care, Position Statement, Transgender and Gender Diverse Health Care in Correctional Settings (2020), https://www.ncchc.org/wp-content/uploads/Transgender-and-Gender-Diverse-Health-Care-in-Correctional-Settings-2020.pdf.

c. behavioral health support that may include individual and family therapy sessions and referral for participation in specialized, virtual group sessions for gender diverse youth;

d. continuation/continuity of care to continue medications such as puberty blockers (e.g., gonadotropin releasing hormone analogues) or hormonal therapy (e.g., testosterone, estrogen, or androgen inhibitors) that are already in place and appropriately prescribed by a health care provider in the community prior to admission to a DJS facility;

e. referral and transport to specialists in the community for initial consultation or follow-up for gender-affirming care while residing in DJS facilities;

f. initiation of medication treatment for pubertal suppression or hormone therapy while in DJS facilities following recommendations by specialists, approval by me as the DJS Medical Director, and consent of the parent/guardian when indicated;

g. access to care and medications at no cost;

h. access to appropriate hygiene products and undergarments consistent with the youth's gender identity; and

i. use of a youth's preferred name and pronoun when referring to or speaking with the youth.

9. To date, no youth have undergone gender-affirming surgery while in DJS custody. Elective healthcare procedures, which would include gender-affirming surgery, may be approved by me as the DJS Medical Director on a case-by-case basis.

10. I am aware of Executive Order No. 14187, entitled *Protecting Children from Chemical and Surgical Mutilation* ("Executive Order").

11. I am aware that, since late January 2025, the federal government has taken actions to implement the Executive Order, target providers of gender-affirming care, and restrict access to such care for patients under age 19. These federal actions include the memorandum issued by Attorney General Pam Bondi on April 22, 2025 and the memorandum issued by Assistant Attorney

General Brett Shumate on June 11, 2025 (collectively, "DOJ Directives") targeting the provision of gender-affirming care to patients under age 19.

12. The Executive Order and DOJ Directives have resulted in a reduction of medical providers willing and able to provide gender-affirming care, such as medication treatment to transgender adolescents. Indeed, the decision by Children's National Medical Center ("CNMC") to no longer provide gender-affirming care (besides mental health support and counseling) has impacted transgender youth from Maryland, including justice-involved youth, who relied on specialists at CNMC for their care.[5] DJS historically referred transgender youth to CNMC for this specialty care, yet this resource is no longer available. It is unclear at this time if the remaining few specialists in the region that provide medical care for Maryland transgender youth will continue to provide services to this population into the future.

13. If the Executive Order and DOJ Directives are enforced, the Department's ability to provide appropriate and medically necessary gender-affirming care and treatment to transgender adolescents and young persons in its care and custody will be irreparably compromised.

Dated: 12/16/25

Dr. Jennifer Maehr

[5] *See* Jenna Portnoy, Kyle Swenson, & Karina Elwood, *Children's National Hospital to end gender-transition care*, Wash. Post, July 18, 2025, https://www.washingtonpost.com/dc-md-va/2025/07/18/children-national-ends-gender-transition-care/.

# EXHIBIT A

# CURRICULUM VITAE

**Jennifer Maehr, M.D.**
**Jmaehr@earthlink.net**

Pediatrician, Board-certified
Adolescent Medicine Specialist, Board-certified

## EDUCATION/TRAINING:

| | | |
|---|---|---|
| High School Diploma | Seven Hills High School<br>Cincinnati, Ohio | 1976-1982 |
| B.S. in Nutrition Science | University of California/Davis<br>Davis, CA | 1982-1986 |
| Doctor of Medicine | University of California/San Diego<br>La Jolla, CA | 6/87-6/92 |
| Pediatric Residency (PL-1, PL-2) | University of California/San Diego<br>San Diego, CA | 6/92-6/94 |
| Pediatric Residency (PL-3) | Children's National Medical Center<br>Washington, DC | 6/94-6/95 |
| Adolescent Medicine Fellowship | University of Maryland at Baltimore<br>Baltimore, MD | 1995-96, 98-99 |

## BOARD CERTIFICATION

| | |
|---|---|
| 1990-93 | National Board of Medical Examiners Parts I, II, and III |
| 1995 | American Board of Pediatrics |
| 2002 | Recertification, American Board of Pediatrics |
| 2003 | American Board of Pediatrics Adolescent Medicine |
| 2012 | Recertification, American Board of Pediatrics |
| 2013 | Recertification, American Board of Pediatrics Adolescent Medicine |

*Currently meeting requirements of Maintenance of Certification (MOC) in both General Pediatrics and Adolescent Medicine by the American Board of Pediatrics*

## MEDICAL LICENSURE:

Maryland Physician License 1995-current
DEA and Maryland CDS Registration current
Past Physician Waiver/DEA Reg to prescribe buprenorphine under DATA 2000
Past DC Physician License 1994-96, & 2002-06, CA Physician License 1993-97

## CURRENT PROFESSIONAL MEMBERSHIP:

American Academy of Pediatrics (AAP) since 1995

**CURRENT EMPLOYMENT**

**Medical Director**, **Maryland Department of Juvenile Services** (DJS)
July 2006 to current, Full time
Responsible for the overall delivery of somatic health care at the eight (previously 15) Maryland juvenile justice residential facilities: includes COVID-19 pandemic response, clinical oversight of medical, nursing, midwifery, dental, pharmaceutical, laboratory, and optometry services at these state run facilities including guiding policies and procedures, licensing of facilities, quality assurance, infection control, contracts, and staff supervision. Examples of written policies and procedures for the Department include those for Female Health Care and Pregnancy Management, Communicable and Infectious Disease Management, Pharmaceutical Services including the DJS Formulary, and Drug and Alcohol Dependence, Intoxication and Withdrawal. In addition to administrative duties, may provide direct clinical care to youth (including reproductive and female health care, and treatment of youth with special or complex health care needs such as sickle cell disease, diabetes, seizure disorders, asthma, traumatic injuries, and opioid and other drug use disorders) and 24/7 on-call for somatic health care issues of youth. Established and responsible for the DJS Overdose Response Program, and provides Opioid Overdose Prevention and Naloxone Training. Assists the DJS Behavioral Health Division in supervision and monitoring of psychiatric services and orientation of psychiatrists. Serves as the DJS designee on the State Child Fatality Review Team and the Maryland Overdose Response Advisory Council. Prior to 2016 and since 2025, food and nutritional services also falls under management of the DJS Medical Director.

**PAST EMPLOYMENT** (back to 2000)

**Medical Director**, **Prince George's County School-Based Wellness Program,**
1999-2006, 60% FTE
Consisted of three school-based clinics located at Fairmont Heights, Northwestern, and Oxon Hill High Schools & the Oxon Hill Community Clinic. The program provided free comprehensive medical, gynecological/reproductive, dental, and mental health services to children, adolescent, and young adults. Responsibilities: Supervision of all medical providers, consultation to nurse practitioners, development of program's medical policies and procedures, development and implementation of quality assurance and CQI standards, assistance with sustainable funding activities, and provision of direct patient care for complex pediatric and adolescent patients.

**Attending Physician**, **Adolescent Health Center at Children's National Medical Center**, Washington D.C., 2004-2006, part-time
Responsibilities: Supervise and teach medical students, residents, and fellows in this busy out-patient, hospital-based, specialty clinic. Provide consultation to the adolescent medicine nurse practitioners. Provide direct patient care for adolescents in need of well child visits, gyn/contraceptive care, STD and HIV testing/treatment/counseling, urgent care, and complex medical and mental health services.

**Attending Physician/Consultant**, **University of Maryland at Baltimore,** 2001-2002, part-time
Responsibilities: Supervise and teach medical students and residents in the hospital-based adolescent clinic. Provide consultation to the nurse practitioners in the adolescent clinic and school-based clinics at Lansdowne Middle School and High School, and Riverview and Winfield Elementary Schools. Provide direct patient care in the adolescent clinic and school-based clinics.

**Study Coordinator, Johns Hopkins University,** 2000-2001, part-time
Responsibilities: Develop the study protocol, recruit private practice providers, track data, and provide support and training to sites for Gonorrhea & Chlamydia Screening of Sexually Active Youth at Pediatric Practices in Montgomery County. Principal Investigators: Tom Quinn, M.D. and Gale Burstein, M.D.

**RECENT AWARDS**

- Special Achievement Award from the Maryland Chapter of the American Academy of Pediatrics, September 2022

**WEBINAR PRESENTATIONS** (as the Invited Speaker)

- "Responding to the Opioid Epidemic: Treatment within Juvenile Detention Centers," Continuing Educational Webinar hosted by the *National Commission on Correctional Health Care* (www.ncchc.org/NCCHC-University), 03/01/17
- "On-Demand: COVID-19 in Juvenile Justice Settings: A Roundtable Discussion," hosted by the *National Commission on Correctional Health Care* (www.ncchc.org/NCCHC-webinars), 06/05/2020
- "DJS Staff Explain the COVID Vaccine and Share their Experiences," on DJS TV, available on YouTube, from 1/22/21

**MOST RECENT RESEARCH INVOLVEMENT**

- Johns Hopkins University School of Medicine Pregnancy in Prison Statistics (PIPS), main investigator Dr. Carolyn Sufrin, OB/GYN Division of JHU

**PUBLICATIONS:**

Journal Articles: - Peer reviewed

- Lizarraga JL, **Maehr JC**, Wingard DL, Felice ME: Psychosocial and economic factors associated with infant feeding intentions of adolescent mothers. *Journal of Adolescent Health*. 1992; 13:676-81.
- **Maehr JC**, Lizarraga JL, Wingard DL, Felice ME: A comparative study of adolescent and adult mothers who intend to breastfeed. *Journal of Adolescent Health*.1993; 14:453-7.
- Jacobson DL, Womack SD, Peralta L, Zenilman JM, Feroli K, **Maehr J**, Daniel RW, Shah KV: Concordance of human papillomavirus in the cervix and urine among inner city adolescents. *Pediatr Infect Dis J*. 2000; 19(8): 722-8.
- Donaldson A, Burns J, Bradshaw C, Ellen J, and **Maehr J:** Screening Juvenile Justice Involved Females for Sexually Transmitted Infection: A Pilot Intervention for Urban Females in Community Supervision. *J Correct Health Care*. October 2013; 19: 258-268.
- Doyon S, Benton C, Anderson BA, Baier M, Haas E, Hadley L, Maehr J, Rebbert-Franklin K, Olsen Y, Welsh C: Incorporation of Poison Center Services in a State-Wide Overdose Education and Naloxone Distribution Program. *American Journal on Addiction*. 2016; 25:301-306.

Other Journal Articles

- **Maehr J**: A review of obesity in adolescence. *Maryland Medicine, The Maryland Medical Journal*. 2002;3(3) Summer 2002: 32-37.
- Kharbanda EO, **Maehr J**, Middleman AB, Rickert VI, Zimet GL: Influenza Vaccine: A Position Statement of the Society for Adolescent Medicine. *Journal of Adolescent Health*. 2007; 41 (2):216-217.
- Zimet GD, **Maehr J**, Constantine NA, English A: School-Entry Vaccination Requirements: A Position Statement of the Society for Adolescent Medicine. *Journal of Adolescent Health*. 2008; 42 (3):310-311.

Chapters in Medical Texts:

- **Maehr JC,** Felice ME: Adolescent health and welfare reform, IN Wallace H, et al., eds: *Health and Welfare for Families in the 21st Century*, Jones & Bartlett Publs. 1999.
- Felice ME, **Maehr J**: Eleven to thirteen years: Early adolescence – The age of rapid changes. IN Dixon S, Stein M, eds: *Encounters with Children: Pediatric Behavior and Development, third edition*, Mosby Year Book. 1999.

- Felice ME, **Maehr J**: Fourteen to sixteen years: Mid-adolescence – The dating game, IN Dixon S, Stein M, eds: *Encounters with Children: Pediatric Behavior and Development, third edition*, Mosby Year Book. 1999.
- **Maehr J,** Felice ME: Eleven to fourteen years: Early adolescence – The age of rapid changes. IN Dixon S, Stein M, eds: *Encounters with Children: Pediatric Behavior and Development, fourth edition*, Mosby Year Book. 2005.
- **Maehr J,** Felice ME: Fifteen to seventeen years: Mid-adolescence – Redefining Self, IN Dixon S, Stein M, eds: *Encounters with Children: Pediatric Behavior and Development, fourth edition*, Mosby Year Book. 2005.
- **Maehr J:** Emergency Contraception (EC), IN Silber TJ, Saxena HJ, eds: *Basics in Adolescent Medicine: A Practical Manual of Signs, Symptoms, and Solutions,* World Scientific Publishing. 2014.

Abstracts:

- Peralta L, Lovchik J, Anix J, **Maehr J**: Concordance study comparing BDProbeTec ET System on urine and genital specimens with Abbott LCx for the identification of chlamydia and gonorrhea infections in adolescents. *Journal of Adolescent Health*. 1999; 24(2):115.
- White K, **Maehr J**, D'Angelo L: Who will pay when I get out? Insurance Status of Youth in Secure Detention Centers. *Journal of Adolescent Health*. 2009; 44(2):S42
- Donaldson A, **Maehr J**, Ellen J. Case manager facilitated screening for chlamydia and gonorrhea among community-supervised juvenile justice-involved adolescent females. *Journal of Adolescent Health*. 2011; 48(2):S61-2.

Magazines and Periodicals:

- "Helping Teens" in Letters to the Editor, *Washington Post Montgomery Extra*, 3/22/01
- "School Nurse Crisis" in Letters to the Editor, *The Washington Post*, 5/30/02
- "PCOS: Solutions Exist" in Interactions, Health section of *The Washington Post*, 4/27/04
- "Support for School Board" in Community Forum, *The Silver Spring Gazette*, 12/15/04
- "Vaccinate and Educate" in the Opinion section of *Pediatric News,* May 2005
- "Emergency Contraception in Maryland" in the Juvenile Voice section of *Correct Care*, Fall 2009: Volume 23, Issue 4, pg 23
- "Preparing in Advance of Outbreaks" in the Reader Response section of *Correct Care*, Winter 2011: Volume 25, Issue 1, pg 4
- "Why make political hay from breast-feeding" in Feedback in the Opinion Section of The *Washington Post*, 2/22/11

- "Another need for youth in juvenile justice system: health care" in Letters to the Editor, *The Washington Post,* 7/30/11
- "Juvenile Justice's Medicaid Gap" in Letters to the Editor, *The Washington Post,* 7/31/11

**POSTER PRESENTATIONS**

- "STD! Seize the Day: Testing Juvenile Justice Youth for Sexually Transmitted Infections," at the National Conference on Correctional Health Care, National Commission on Correctional Health Care, Baltimore, Maryland, 10/11

**GRANT SUPPORT:**

| | |
|---|---|
| 1999/2000 | Teen Tot Clinic at UMAB: A Community Incentive Grant<br>Agency: Governor's Council on Adolescent Pregnancy<br>Principal Investigator: **Maehr**<br>Amount: $10,000 |
| 2002/03 | Preventive Services Improvement Initiative<br>Agency: National Assembly on School-Based Health Care<br>Location: Wellness Centers, Prince George's County Public Schools<br>Cluster leader: **Maehr**<br>Amount: $5,940 |
| 2010/11 | Community-based Adolescent Testing for Chlamydia (CATCh)<br>For: Baltimore City youth under community supervision by DJS<br>Agency: National Chlamydia Coalition Mini-Grant<br>Location: Baltimore City Day and Evening Reporting Center for male youth and the Female Intervention Team Community Office at the Baltimore City Juvenile Justice Center<br>Amount: $10,000 |

**VOLUNTEER ACTIVITIES/COMMITTEES:**

- President of the Maryland Assembly on School-Based Health Care, 2005-2007
- School Health Section Member, American Academy of Pediatrics, MD Chapter, 2005-2012
- Consultant to the Montgomery County Public Schools for revision of the Family Life and Human Development curriculum, 2005-2006
- Co-chair, Montgomery County School Health Council, 2007-2012
- Member, Montgomery County School Health Council, Maryland, 2013-2016
- Member, State Overdose Advisory Council, 2013-2016
- Member, Juvenile Health Committee, National Commission on Correctional Health Care (NCCHC), 2015-21

- Legislative Committee, Maryland Chapter of the AAP, Substance Abuse and Child Protection subject matter expert, 2016-22
- Subject Matter Expert for SAMHSA's two day meeting on Youth and Young Adult Resource Bank for Practitioners: An Expert Panel, 5/2018
- Subject Matter Expert for SAMHSA's two day meeting on Medication Assisted Treatment for Adolescents: Policy, Practice, and Research, 8/2018

**GUEST LECTURES** (not comprehensive)

- *Comprehensive Health Care for the Adolescent Patient* at the Conference on Adolescent Pregnancy by the Governor's Council, Baltimore, Maryland, November 1995
- *Abnormal Uterine Bleeding in the Adolescent Patient* at the 18th Annual National Nurse Practitioner Symposium, Baltimore, Maryland, April 1998
- *Involving Families – The Teen Tot Clinic* at the 15th Annual State Conference on Teenage Pregnancy and Parenting, Baltimore, Maryland, November 1998
- *Adolescent Development* and *Victims of Abuse* for the Office of Adolescent Pregnancy Programs – Office of Population Affairs, Grantee Meeting, Baltimore, Maryland, May 1999
- *Quality Improvement and Risk Assessment* - All day training session for Michigan state school-based health centers as part of the Preventive Services Improvement Initiative of the National Assembly on School-Based Health Care, Lansing, Michigan, February 2004
- *Continuous Quality Improvement in SBHCs 101* – A workshop for the 2005 National School-Based Health Care Convention, On the Rhode to Quality, Providence, Rhode Island, June 2005
- *Health Care in the School Setting* for the Family Medicine residents at Georgetown University Medical School, Washington, D.C., December 2005
- *Continuous Quality Improvement in SBHCs 101* – Pre-convention session for the 2006 National School-Based Health Care Convention, Portland, OR, June 2006
- *Got EC? Implementing an Emergency Contraception Program in Secure Juvenile Facilities* at the National Conference on Correctional Health Care, National Commission on Correctional Health Care, Orlando, Florida, October 2009
- *To treat of not to treat: Opioid Addiction and Buprenorphine Treatment in Detained Youth* at the National Conference on Correctional Health Care, National Commission on Correctional Health Care, Baltimore, Maryland, October 2011
- *The Maryland Department of Juvenile Services and Juvenile Justice Health Care* for Johns Hopkins University School of Medicine Adolescent Medicine Ground Rounds, Baltimore, MD, May 2015
- *Juvenile Justice Health Care* for University of Maryland School of Medicine, Social Justice Track evening lecture, Baltimore, MD, May 1, 2018

- *Treatment of Opioid Dependent Youth in Juvenile Detention Centers* for SAMHSA Medication Assisted Treatment for Adolescents: Policy, Practice, and Research. Rockville, MD, August 2018
- *Treatment of Opioid-Dependent Youth in Juvenile Detention Centers* at the National Conference on Correctional Health Care, National Commission on Correctional Health Care, Las Vegas, NV, October 2018
- *Teen Pregnancy: Caring for the Pregnant Adolescent in Juvenile Detention Centers* at the National Conference on Correctional Health Care, National Commission on Correctional Health Care, Las Vegas, NV, October 2018
- *STIs, HIV, Substance Use, and Juvenile Justice Involved Youth: Opportunities for Prevention* at The Adolescent and Young Adult SWG Spring Symposium - Intersection of Substance Use and STIs/HIV: Is there a Storm Coming? Johns Hopkins Bloomberg School of Public Health, Baltimore, April 2019
- *What We can Do Now to Prevent Opioid Overdose Later* at the National Conference on Correctional Health Care, National Commission on Correctional Health Care, Fort Lauderdale, FL, October 2019.
- *Management and Care of Pregnant Women in Detention and Confinement Facilities* at the National Conference on Correctional Health Care, National Commission on Correctional Health Care, Fort Lauderdale, FL, October 2019.
- *Youth Overdose Deaths, Suicide, and Treatment of Opioid Use Disorder in the COVID19 Era* as part of the Child Health Break-Out Session at Maryland's 22nd Annual Child Abuse, Neglect, and Delinquency Options (CANDO) Conference held virtually on September 19, 2021.
- *Nuts and Bolts of Treatment of Opioid Use Disorder in Juvenile Justice Settings* as part of the Juvenile Justice SIG 2022: Managing Opioid Use Disorder and Withdrawal, Society for Adolescent Health and Medicine 2022 Annual Meeting, March 2022.

*Revised 9/8/25*

# EXHIBIT B

MARYLAND
Department of
Juvenile Services
Successful Youth • Strong Leaders • Safer Communities

# POLICY

**SUBJECT:** **Nondiscrimination of Youth**
**NUMBER:** **MGT-625-14**
**APPLICABLE TO:** **All staff**

**APPROVED**: /signature on original/
**Sam Abed, Secretary**
**REVISION DATE:** 10/31/17

## I. POLICY

It is the policy of the Department of Juvenile Services that staff shall not discriminate against any youth on the basis of age, race, ancestry, color, national origin or citizenship, place of residence, creed, genetic information, religion, sex, sexual orientation, gender identity or expression, personal appearance, marital or familial status, source of income, mental or physical disability, or political views when making administrative decisions and in providing services to youth. DJS staff shall act in accordance with federal and State laws and applicable regulations to prohibit and ensure the absence of discrimination in all programs.

Staff shall honor and respect the value and dignity of each youth served, and facilitate an environment that is free from discrimination on any basis. Youth shall be given equal opportunities in all activities, services and programs.

## II. AUTHORITY

A. 42 U.S.C. §§ 1981, 2000d, et. seq.
B. Md. Code Ann., Hum. Srvs., §§ 9-203, and 9-204.
C. Md. Code Ann., State Govt., Title 20
D. American Correctional Association (ACA) 4-JCF-3A-03

## III. DIRECTIVES/POLICIES RESCINDED

None

## IV. FAILURE TO COMPLY

Failure to comply with the Department's Policy and Procedures shall be grounds for disciplinary action up to and including termination of employment.

## V. STANDARD OPERATING PROCEDURES

There are no standard operating procedures associated with this policy.

## VI. REVISION HISTORY

| DESCRIPTION OF REVISION | DATE OF |
|---|---|
| New policy issued. | December 2014 |
| Updated policy statement to include religion and equal opportunity for youth | October 31, 2017 |
| | |
| | |
| | |
| | |
| | |
| | |

MARYLAND Department of Juvenile Services

Successful Youth • Strong Leaders • Safer Communities

# DJS POLICY AND STANDARD OPERATING PROCEDURES

## Statement of Receipt and Acknowledgment of Review

**SUBJECT:** **Nondiscrimination of Youth**
**NUMBER:** **MGT-625-14**
**APPLICABLE TO:** **All staff**
**REVISED:** **October 31, 2017**

I have received and reviewed a copy (electronic or paper) of the above titled policy and procedures. I understand the contents of the policy and procedures.

I understand that failure to sign this acknowledgment form within five working days of receipt of the policy shall be grounds for disciplinary action up to and including termination of employment.

I understand that I will be held accountable for implementing this policy even if I fail to sign this acknowledgment form.

______________________________ ______________________________
SIGNATURE PRINT FULL NAME

______________________________ ______________________________
DATE WORK LOCATION

***SEND THE ORIGINAL, SIGNED COPY TO VERNELL JAMES IN THE DJS OFFICE OF HUMAN RESOURCES FOR PLACMENT IN YOUR PERSONNEL FILE.***