# EXHIBIT 91

Women's Law Project

# Complaint Filed Against UPMC Children's Hospital for Unlawfully Denying Gender-Affirming Care to Patients Under 19

*The complaint, filed to the Pennsylvania Human Relations Commission on behalf of five former patients including three Pennsylvanians represented by their parents and two 18-year-old patients abruptly denied care, alleges discrimination based on sex and disability*

Contact: Tara Murtha, media@womenslawproject.org

**September 23, 2025 // PENNSYLVANIA:** Today, Women's Law Project, Berger Montague, and law professor David S. Cohen filed a complaint with the Pennsylvania Human Relations Commission against UPMC Children's Hospital for unlawfully denying gender-affirming care to transgender patients under 19.

The complaint, filed on behalf of a group of affected minor patients and their parents and two 18-year-old patients, alleges that the hospital's refusal to provide puberty blockers and hormone therapy to transgender youth—while continuing to provide the same treatments to cisgender youth—constitutes discrimination based on sex and disability.

The complaint is sealed and will remain confidential.

"The complaint asserts that UPMC Children's Hospital's actions discriminate against transgender patients under the age of 19 based on their sex, which includes gender identity and expression under state law," **says WLP Staff Attorney Elizabeth Lester-Abdalla.** "We also assert discrimination based on disability under state law, due to the targeted denial of care to patients diagnosed with gender dysphoria."

Gender-affirming care for adults and young people is legal in Pennsylvania and is supported by at least 20 major medical associations in the United States. Research shows that gender-affirming care can reduce depression, anxiety, and suicidal ideation among trans youth—harms that stem from discrimination, not identity.

"Thanks to UPMC's cowardice and willingness to pre-comply with the Trump administration's bullying and cruelty, my child was forced off of medically necessary, safe, evidence-based, life-saving care," **says a client.** "This is just the tip of the iceberg. Who will be next to have their health care ripped from them?"

"We are hopeful that the Pennsylvania Human Relations Commission will take action to protect our clients from discrimination and ensure that our clients receive the gender-affirming care that they need," **says Berger Montague Shareholder Caitlin G. Coslett**. "We believe the PHRC should follow the lead of Governor Shapiro, who recently filed a lawsuit challenging the Trump administration's attacks on gender-affirming care."

Clients demand that UPMC Children's Hospital immediately reverse its decision to terminate gender-affirming care for all transgender patients under 19 years of age. They are also seeking reimbursement for medical expenses associated with the termination of care, emotional distress, and attorneys' fees and costs.

"Gender-affirming care is legal in Pennsylvania. Discrimination based on sex and disability status is not," **says WLP staff attorney Annmarie Pinarski.** "While federal threats and demands put hospital administrators in a difficult situation, it is not more challenging or important than the distressing experiences our clients, and similarly situated patients, have been forced into after being abruptly denied critical healthcare."

###

*Women's Law Project is a public interest legal organization building state power to advance gender equality and justice in Pennsylvania and beyond. Sign up for updates about this case and our work here.*