# EXHIBIT 95

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants.* | No. 1:25-cv-12162 |

**DECLARATION OF CORI O'NEILL**

I, Cori O'Neill, hereby declare and state as follows:

1. I am over the age of 18, competent to testify to the matters herein, and attest to the information set forth below based on my personal knowledge.

2. My opinions in this declaration are based on my advanced education, training and expertise as a Nurse Practitioner, with over a decade of experience in clinical care, administration, and leadership. I have provided direct care to individuals of all gender identities and expressions, including binary, non-binary, transgender, and gender-diverse people.

**Background and Qualifications**

3. I earned my Bachelor of Science and Master of Science in Nursing from the Massachusetts General Hospital Institute of Health Professions in 2014. I hold two national board certifications: one in Women's Health and another in Adult and Geriatric Primary Care, through the NCC and ANCC, respectively. I also hold a Bachelor of Arts in Health Policy from Brandeis University.

4. To further strengthen my clinical knowledge, I attended Harvard Medical School's Comprehensive Transgender Health Conference: Advancing Excellence in Transgender Health in 2019.

5. I currently practice medicine as a Nurse Practitioner and oversee the Continuous Quality Improvement Program at Health Imperatives. Previously, I served as a Nurse Practitioner in a clinical and leadership role at Planned Parenthood of the Pacific Southwest.

6. Health Imperatives is a multi-service organization whose mission is to improve the health and well-being of low-income and vulnerable families and individuals across Southeastern Massachusetts. We serve more than 20,000 people annually in communities such as Nantucket, Martha's Vineyard, Brockton, New Bedford, Plymouth, the South Shore, the South Coast, and Cape Cod—areas with some of the highest poverty rates and most severe wealth gaps in Massachusetts. Each year, we provide medical services to nearly 10,000 people.

7. At Health Imperatives, we focus on those who would otherwise fall through the cracks of mainstream healthcare and social service systems—individuals affected by structural racism, trauma, immigration status, housing instability, disability,

substance use disorders, or mental health conditions. Our patients face significant barriers to achieving adequate health, safety, and economic security.

8. The services we provide include: Preventive screening and examinations; contraceptive counseling and prescribing; gynecological care; urogenital care; medication abortion and early pregnancy evaluation; sexually transmitted infection screening and treatment, including HIV PrEP and nPEP; medication-assisted treatment for substance use disorders; treatment for hepatitis C; gender-affirming hormone therapy (GAHT); and menopausal hormonal therapy. All services are inclusive of individuals of all gender identities and expressions, including binary, non-binary, transgender, and gender-diverse people.

**Gender-Affirming Care**

9. Gender-affirming care is a cornerstone of my practice. It is both life-changing and life-affirming. At Health Imperatives, we currently serve approximately 239 GAHT clients. I am part of a multidisciplinary team that provides a broad range of gender-affirming services, including medication management, support services and surgical referrals.

10. Clinical guidelines published by the Endocrine Society, the Pediatric Endocrine Society, and the World Professional Association of Transgender Health (WPATH) form the authoritative standard of care for treating gender dysphoria. These guidelines are evidence-based, systematically reviewed, and endorsed by leading medical and mental health organizations in the United States, including: The American Academy of Pediatrics; The American Medical Association; The American Psychiatric Association; The American Psychological Association; The American Academy of Child

& Adolescent Psychiatry; The American Academy of Family Physicians; and The American College of Obstetricians and Gynecologists.

11. These organizations uniformly support the provision of gender-affirming care for adolescents and adults with gender dysphoria, when clinically indicated.

12. The WPATH and Endocrine Society guidelines provide treatment recommendations for patients across all age groups—from pre-puberty through adolescence, and into adulthood. Treatment may include hormone therapy, puberty blockers, and, when appropriate, surgical interventions. Care is individualized and tailored to the patient's treatment goals.

13. In my clinical practice, I typically see patients experiencing gender dysphoria ranging in age from 16 to 65. Every patient seeking gender-affirming care undergoes a comprehensive health evaluation, including assessment of gender identity development and a thorough medical history, to ensure eligibility and safety for evidence-based treatments.

14. Treatments are individualized. Shared decision-making is central to my practice, allowing patients (and guardians, when applicable) to make informed choices about their care. Options may include no medical intervention, hormone therapy, puberty blockers, or referrals for surgical intervention. All treatment plans are informed by the most up-to-date WPATH and Endocrine Society clinical guidelines.

15. As with all medical interventions, informed consent is essential. Patients—and parents/guardians in the case of minors—are counseled about the potential risks and benefits of treatment, including both reversible and irreversible effects. We also

provide education on the current limitations of research, and the possibility that a patient's gender identity may evolve over time.

16. Under the care of a qualified provider, gender-affirming care is safe and effective. Risks are well-managed through clinical supervision, and the benefits of gender-affirming care greatly outweigh the potential risks.

**Harm of Denying Gender-Affirming Care**

17. Denying, delaying, or interrupting gender-affirming care causes significant harm to individuals with gender dysphoria. This includes: prolonged and intensified gender dysphoria; worsening mental health, including depression and anxiety; elevated risk of suicidality; and physical changes that increase vulnerability to abuse and discrimination.

18. Access to gender-affirming medical care is a proven intervention that reduces negative mental health outcomes, including suicidality.

19. Early access to care is associated with substantially better mental health outcomes. Studies consistently demonstrate that access to hormone therapy during adolescence is linked with lower rates of psychological distress and suicidal ideation, compared to delayed access in adulthood.

20. Interruptions in care are also harmful. When treatments such as puberty blockers or hormone therapy are discontinued, patients are forced into involuntary detransition. This causes a return or worsening of gender dysphoria and increases risks of depression, anxiety, suicidal ideation, and substance use. In some cases, individuals denied regulated care may turn to unsafe, nonmedical alternatives—substantially increasing risks of adverse outcomes.

**Real Lives, Real Impact**

21. Gender-affirming care is one of the most important services we offer in our clinics, because it is lifesaving, as well as life-affirming.

22. For example, an elderly man living on Cape Cod had been getting GAHT for several years. His wife administered hormone injections for him. After she died, he didn't know where to turn to get the injections. He was anxious at the thought of having to travel far or go without this treatment which had changed his life. He found out about us, came to our Hyannis site and learned that not only could he get the injections with us, but we could teach him how to self-inject so that he didn't need to travel to get them. We will never forget his face upon hearing this news. He went from distraught to feeling peace. He now self-injects and returns for visits when needed.

23. After a 65-year-old woman started gender affirming care with us, she explained how her whole world view changed. "It's like for the first time in my life I can see in color."

24. A 14-year-old Martha's Vineyard resident was so distressed when he couldn't get an appointment for gender affirming care in Boston for a year that his mother was afraid for his life. At the time, we only provided the care to adults. However, after speaking with the family, and hearing from another family in a similar situation on Nantucket, we decided to expand services to adolescents with parental consent.

I declare under penalty of perjury under the laws of the Massachusetts and the United States of America that the foregoing is true and correct.

December 18, 2025

__/s/ Cori O'Neill__

Cori O'Neill