# EXHIBIT 96



**Brett Shumate**
@AAGShumate

More @DOJCivil wins last week under @DAGToddBlanche:

✅ D.C. Circuit permitted sanctions imposed on U.N. Special Rapporteur Francesca Albanese to take effect
✅First Circuit denied injunction blocking investigations into so-called "gender-affirming care"
✅ Third Circuit refused to rehear case involving Mahmoud Khalil's immigration detention and removal
✅ $19 million trade fraud settlement with Canadian steel companies

4:32 PM · May 26, 2026 · **1,085** Views

Available at https://x.com/AAGShumate/status/2059372118735732902.