UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-12162 |

**DECLARATION OF ZOE RIDOLFI-STARR**

ZOE RIDOLFI-STARR, an attorney admitted to practice before this Court and admitted to practice before the Courts of New York, does hereby state the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Attorney General in the Office of the Attorney General for the State of New York, and I appear on behalf of the State of New York in this action. I am a member in good standing of the bar of the State of New York. I am admitted to appear in the District of Massachusetts. Doc. Nos. 46 & 53.

2. I submit this Declaration and its attached Exhibits in support of Plaintiff States' Motion for Summary Judgment.

3. Leave to file non-party declarations under a pseudonym was granted on December 19, 2025. Doc. No. 85.

4. I make the following statements on the basis of my own knowledge or a review of files in my possession.

5. Attached as Exhibit 1 is a true and correct copy of Executive Order No. 14,168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, 90 Fed. Reg. 8615, issued on January 20, 2025.

6. Attached as Exhibit 2 is a true and correct copy of Executive Order No. 14,187, *Protecting Children from Chemical and Surgical Mutilation*, 90 Fed. Reg. 8771, issued on January 28, 2025.

7. Attached as Exhibit 3 is a true and correct copy of an April 22, 2025 memorandum by former U.S. Attorney General Pam Bondi titled "Preventing the Mutilation of American Children" (the Bondi Memo).

8. Attached as Exhibit 4 is a true and correct copy of a June 11, 2025 memorandum by Assistant Attorney General Brett A. Shumate with the subject "Civil Division Enforcement Priorities" (the Shumate Directive).

9. Attached as Exhibit 5 is a true and correct copy of the Administrative Record (AR) Index for the Bondi Memo in this matter, as produced by Defendants on July 10, 2026. (Plaintiffs intend to provide digital and hard copies of the full AR to the Court in chambers, per the Court's instructions).

10. Attached as Exhibit 6 is a true and correct copy of the Administrative Record Index for the Shumate Directive in this matter, as produced by Defendants on July 10, 2026. (Plaintiffs intend to provide digital and hard copies of the full AR to the court in chambers, per the court's instructions.)

11. Attached as Exhibit 7 is a true and correct copy of the certification of the Bondi Memo Administrative Record in this matter, signed by Associate Deputy Attorney General Aaron Henricks on July 10, 2026, as produced by Defendants on July 10, 2026.

12. Attached as Exhibit 8 is a true and correct copy of the certification of the Shumate Directive Administrative Record in this matter, signed by Senior Counsel to Assistant Attorney General Brett Shumate on July 10, 2026, as produced by Defendants on July 10, 2026.

13. Attached as Exhibit 9 is a true and correct copy of the World Health Organization webpage titled "Gender incongruence and transgender health in the ICD" available at https://perma.cc/XVW7-6PAJ.

14. Attached as Exhibit 10 is a true and correct copy of the Declaration of Plaintiff State Provider #1 (filed under a pseudonym), an associate professor of pediatrics at a state university-operated school of medicine, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

15. Attached as Exhibit 11 is a true and correct copy of the policy statement released by the American Academy of Pediatrics in October 2018 (reaffirmed in August 2023) titled "Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents" available at https://publications.aap.org/pediatrics/article/142/4/e20182162/37381/Ensuring-Comprehensive-Care-and-Support-for?autologincheck=redirected.

16. Attached as Exhibit 12 is a true and correct copy of the policy statement released by the American Academy of Child and Adolescent Psychiatry in June 2024 titled "Policy Statement on Access to Gender-Affirming Healthcare" available at https://perma.cc/EN65-9VZR.

17. Attached as Exhibit 13 is a true and correct copy of the policy statement released by the American Academy of Family Physicians in October 2020 titled "Care for the Transgender and Gender Nonbinary Patient" available at https://perma.cc/9NQ7-FT6U.

18. Attached as Exhibit 14 is a true and correct copy of the committee opinion released by the American College of Obstetricians and Gynecologists in January 2017 titled "Health Care for Transgender and Gender Diverse Individuals" available at https://www.acog.org/clinical/clinical-guidance/committee-opinion/articles/2021/03/health-care-for-transgender-and-gender-diverse-individuals.

19. Attaches as Exhibit 15 is a true and correct copy of the committee opinion released by the American Society for Reproductive Medicine in August 2026 titled "Transgender and gender-diverse care: a committee opinion" available at https://perma.cc/P5Z3-4ZFU.

20. Attached as Exhibit 16 is a true and correct copy of the statement published by the American College of Physicians on August 29, 2025, titled "Attacks on Gender-Affirming and Transgender Health Care" available at https://perma.cc/JK7W-SAKN.

21. Attached as Exhibit 17 is a true and correct copy of the policy issued by the American Medical Association in 2024 titled "Clarification of Evidence-Based Gender-Affirming Care H-185.927" available at https://perma.cc/K9X7-FQLU..

22. Attached as Exhibit 18 is a true and correct copy of the position statement approved by the American Psychiatric Association Board of Trustees in December 2025 titled "Position Statement on Gender-Affirming Care for Transgender Youth" available at https://perma.cc/MB2X-GS69.

23. Attached as Exhibit 19 is a true and correct copy of a press release issued by the Endocrine Society on May 8, 2024, titled "Endocrine Society Statement in Support of Gender-Affirming Care" available at https://perma.cc/2MUY-H5HM.

24. Attached as Exhibit 20 is a true and correct copy of a January 28, 2025 "Truth Social" post from the @realDonaldTrump account, available at https://truthsocial.com/@realDonaldTrump/posts/113908666572035035.

25. Attached as Exhibit 21 is a true and correct copy of a February 3, 2025 press release issued by the White House titled "President Trump is Delivering on His Commitment to Protect our Kids" available at https://perma.cc/8JTH-UH2V.

26. Attached as Exhibit 22 is a true and correct copy of a March 4, 2025 press release issued by the White House titled "President Trump is Protecting America's Children" available at https://perma.cc/3RXG-PEWX.

27. Attached as Exhibit 23 is a true and correct copy of an April 28, 2025 fact sheet issued by the White House titled "Report to the President on Protecting Children from Surgical and Chemical Mutilation Executive Summary" available at https://perma.cc/P8JZ-RNPH.

28. Attached as Exhibit 24 is a true and correct copy of a June 2, 2025 "X" post from the @FBI account, available at https://perma.cc/42Y6-H8WP.

29. Attached as Exhibit 25 is a true and correct copy of the U.S. Department of Justice webpage titled "Assistant Attorney General Brett A. Shumate" last updated June 11, 2025, available at https://perma.cc/LMR4-5XF6.

30. Attached as Exhibit 26 is a true and correct copy of the U.S. Department of Justice subpoena issued on June 11, 2025, to Boston Children's Hospital. The subpoena was filed on the docket of *In Re: Administrative Subpoena No. 25-1431-019*, Case No. 1:25-mc-91324-MJJ, Doc. No. 5-1 (D. Mass. July 8, 2025).

31. Attached as Exhibit 27 is a true and correct copy of the administrative subpoena to NYU Langone Hospitals, signed by Assistant Attorney General Brett Shumate on June 11,

2025 as published on the NYU Langone Hospital Website at https://nyulangone.org/files/nyu-gj-subpoena.pdf.

32. Attached as Exhibit 28 is a true and correct copy of a June 12, 2025 article from the Los Angeles Times written by Sonja Sharp titled "Children's Hospital Los Angeles halts transgender care under pressure from Trump" available at https://perma.cc/A64X-MKEW.

33. Attached as Exhibit 29 is a true and correct copy of a June 24, 2025 article from Fox News written by Alec Schemmel titled "FBI launches probes into 3 children's hospitals for alleged genital mutilation of minors" available at https://perma.cc/G8VG-ASRN.

34. Attached as Exhibit 30 is a true and correct copy of a July 2, 2025 press release from the U.S. Department of Health and Human Services (HHS) titled "DOJ-HHS False Claims Act Working Group" available at https://perma.cc/VM8N-VU5T.

35. Attached as Exhibit 31 is a true and correct copy of the transcript of the July 9, 2025 Federal Trade Commission workshop titled "The Dangers of 'Gender-Affirming Care' for Minors," as published on the FTC website, available at https://www.ftc.gov/news-events/events/2025/07/dangers-gender-affirming-care-minors.

36. Attached as Exhibit 32 is a true and correct copy of a July 9, 2025 press release issued by the U.S. Department of Justice titled "Department of Justice Subpoenas Doctors and Clinic Involved in Performing Transgender Medical Procedures on Children" available at https://perma.cc/PN45-JSYS.

37. Attached as Exhibit 33 is a true and correct copy of a July 20, 2025 press release issued by the White House titled "President Trump Marks Six Months in Office with Historic Successes" available at https://perma.cc/ED6X-2SMX.

38. Attached as Exhibit 34 is a true and correct copy of a July 25, 2025 press release issued by the White House titled "President Trump Promised to End Child Sexual Mutilation — and He Delivered" available at https://perma.cc/LLF6-QB3K.

39. Attached as Exhibit 35 is a true and correct copy of a September 25, 2025 press release issued by the U.S. Department of Justice titled "The Department of Justice Creates New Civil Division Enforcement & Affirmative Litigation Branch" available at https://perma.cc/APT3-E7HJ.

40. Attached as Exhibit 36 is a true and correct copy of a September 4, 2026 "X" post from the @AAGShumate account, available at https://perma.cc/5K9Q-HB4Y.

41. Attached as Exhibit 37 is a true and correct copy of the grand jury subpoena directed to NYU Langone Hospitals (NYULH), as posted by NYULH on its public website, available at https://nyulangone.org/files/nyu-gj-subpoena.pdf.

42. Attached as Exhibit 38 is a true and correct copy of a June 5, 2026 New York Times article by Joseph Golstein titled "Trump Administration Investigating Gender Treatments at Mount Sinai" available at https://www.nytimes.com/2026/06/05/nyregion/trump-administration-investigating-gender-treatments-at-mount-sinai.html.

43. Attached as Exhibit 39 is a true and correct copy of an August 11, 2026 "Truth Social" post from the @realDonaldTrump account, available at https://truthsocial.com/@realDonaldTrump/posts/117078967972327386.

44. Attached as Exhibit 40 is a true and correct copy of the settlement agreement between the United States and Texas Children's Hospital, signed by Assistant Attorney General Shumate on July 17, 2025, as published on the DOJ website, available at https://www.justice.gov/opa/media/1456391/dl?inline.

45. Attached as Exhibit 41 is a true and correct copy of the settlement agreement between the United States and the Cleveland Clinic Foundation, signed by Assistant Attorney General Shumate, which is undated, as published on the DOJ website, available at https://www.justice.gov/civil/media/1444826/dl?inline.

46. Attached as Exhibit 42 is a true and correct copy of the settlement agreement between the United States and Connecticut Children's Medical Center, signed by Assistant Attorney General Shumate on August 4, 2026.

47. Attached as Exhibit 43 is a true and correct copy of the September 4, 2026 press release issued by the U.S. Department of Justice titled "Justice Department Secures Agreement with Mount Sinai to End Pediatric 'Gender-Affirming Care'" available at https://perma.cc/J7UU-S45B.

48. Attached as Exhibit 44 is a true and correct copy of a May 15, 2026 press release issued by the U.S. Department of Justice titled "Justice Department Secures Landmark Resolution to End Pediatric 'Gender-Affirming Care' and Create Detransition Clinic" available at https://perma.cc/5XHZ-PM2Q.

49. Attached as Exhibit 45 is a true and correct copy of a May 18, 2026 "X" post from the @AAGShumate account, available at https://perma.cc/S6BB-86L8.

50. Attached as Exhibit 46 is a true and correct copy of the June 5, 2026 press release issued by the U.S. Department of Justice titled "Justice Department Secures Resolution with Cleveland Clinic to End Pediatric 'Gender-Affirming Care'" available at https://perma.cc/6EJB-6C6U.

51. Attached as Exhibit 47 is a true and correct copy of the August 5, 2026 press release issued by the U.S. Department of Justice titled "Justice Department Secures Agreement

with Connecticut Children's to End Pediatric 'Gender-Affirming Care'" available at https://perma.cc/94SG-UYL3.

52. Attached as Exhibit 48 is a true and correct copy of a September 4, 2026 "X" post from the @TheJusticeDept account, available at https://perma.cc/82NJ-5TQ6.

53. Attached as Exhibit 49 is a true and correct copy of a September 4, 2026 "X" post from the @AAGShumate account, available at https://perma.cc/36DJ-TDED.

54. Attached as Exhibit 50 is a true and correct copy of the August 13, 2026 report released by the HHS titled "Wolves in White Coats: How Doctors and Hospitals Pushed and Profited from the Fraud of 'Gender Medicine,'" available at https://www.hhs.gov/sites/default/files/hhs-wolves-in-white-coats.pdf.

55. Attached as Exhibit 51 is a true and correct copy of an August 12, 2026 letter from HHS Secretary Robert F. Kennedy, Jr. to HHS Inspector General T. March Bell, as posted on the HHS website, available at https://www.hhs.gov/sites/default/files/hhs-referral-letter-to-oig-8-12-26.pdf.

56. Attached as Exhibit 52 is a true and correct copy of a September 3, 2025 press release issued by the U.S. Department of Justice titled "The Department of Justice Proposes Legislation to Protect Children from Gender Mutilation," available at https://perma.cc/YW24-2S24.

57. Attached as Exhibit 53 is a true and correct copy of a September 18, 2025 press release from Senator Marsha Blackburn titled "Blackburn, Colleagues Introduce 'The Chloe Cole Act' to Ban Chemical and Surgical Mutilation of Children," available at https://perma.cc/TT9A-ZAY6.

58. Attached as Exhibit 54 is a true and correct copy of the Food and Drug Administration's (FDA) January 2025 guidance document titled "Communications From Firms to Health Care Providers Regarding Scientific Information on Unapproved Uses of Approved/Cleared Medical Products; Questions and Answers; Guidance for Industry," as published on the FDA website, available at https://perma.cc/Y3C6-GUHC.

59. Attached as Exhibit 55 is a true and correct copy of a May 3, 2019 Department of Justice Office of Legal Counsel article by Steven A. Engel titled "Whether the Food and Drug Administration Has Jurisdiction over Articles Intended for Use in Lawful Executions," as published on the DOJ website, available at https://www.justice.gov/olc/opinion/file/1162686/dl?inline=.

60. Attached as Exhibit 56 is a true and correct copy of U.S. Food and Drug Administration webpage, current as of February 5, 2018, titled "Understanding Unapproved Use of Approved Drugs 'Off Label,'" available at https://perma.cc/UU2Z-VREB.

61. Attached as Exhibit 57 is a true and correct copy of the Declaration of Plaintiff State Provider #4 (filed under a pseudonym), a primary care physician at a public institution in a plaintiff state who has provided gender-affirming care for ten years, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

62. Attached as Exhibit 58 is a true and correct copy of the Declaration of Plaintiff State Provider #5 (filed under a pseudonym), a provider in a public institution who provides gender-affirming care, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

63. Attached as Exhibit 59 is a true and correct copy of the Declaration of Dr. Rachel Sewell of Stanford University, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

64. Attached as Exhibit 60 is a true and correct copy of the Declaration of Dr. Hannah C. Wenger, M.D., a physician and an assistant professor of medicine at a medical school within Pennsylvania, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

65. Attached as Exhibit 61 is a true and correct copy of the Declaration of Mark Del Monte, CEO/Executive Vice President at the American Academy of Pediatrics, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

66. Attached as Exhibit 62 is a true and correct copy of the Declaration of Plaintiff State Provider #2 (filed under a pseudonym), a medical provider of gender-affirming care, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

67. Attached as Exhibit 63 is a true and correct copy of the Declaration of Plaintiff State Provider #3, a nurse practitioner at a private health clinic who provides gender-affirming care, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

68. Attached as Exhibit 64 is a true and correct copy of the Declaration of Heather Lusk, Executive Director at the Hawaiʻi Health & Harm Reduction Center, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

69. Attached as Exhibit 65 is a true and correct copy of an October 25, 2022 press release issued by the U.S. Department of Justice titled "Doctor Pleads Guilty to Role in $54 Million Medicare Fraud Scheme" available at https://www.justice.gov/archives/opa/pr/doctor-pleads-guilty-role-54-million-medicare-fraud-scheme.

70. Attached as Exhibit 66 is a true and correct copy of an October 18, 2022 press release from the U.S. Department of Justice titled "Carter Healthcare Affiliates and Two Senior Managers to Pay $7.175 Million to Resolve False Claims Act Allegations for False Florida Home Health Billings" available at https://perma.cc/2E97-HSZ7.

71. Attached as Exhibit 67 is a true and correct copy of the Federation of State Medical Board's webpage titled "Contact a State Medical Board" available at https://perma.cc/7J4C-KDQY.

72. Attached as Exhibit 68 is a true and correct copy of the Declaration of MD Parent (filed under a pseudonym), a parent of a transgender child, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

73. Attached as Exhibit 69 is a true and correct copy of the Declaration of Parent H.D. (filed under a pseudonym), a parent of a transgender child, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

74. Attached as Exhibit 70 is a true and correct copy of the Declaration of Plaintiff State Provider #6 (filed under a pseudonym), a clinical psychologist at a state-affiliated academic health center who provides gender-affirming care, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

75. Attached as Exhibit 71 is a true and correct copy of the Declaration of Alex Sheldon, Executive Director of GLMA: Health Professionals Advancing LGBTQ+ Equality, as

originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

76. Attached as Exhibit 72 is a true and correct copy of the Declaration of Dr. Natasha Bagdasarian, Chief Medical Executive for the State of Michigan, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

77. Attached as Exhibit 73 is a true and correct copy of the Declaration of Nina Aledort, Ph.D., Deputy Commissioner of the New York State Office of Children and Family Services, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

78. Attached as Exhibit 74 is a true and correct copy of the Declaration of Heidi E. Mueller, Director of the Illinois Department of Children and Family Services, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

79. Attached as Exhibit 75 is a true and correct copy of the Centers for Medicare and Medicaid's webpage titled "Medicaid" available at https://perma.cc/Z93U-74ZE.

80. Attached as Exhibit 76 is a true and correct copy of the Centers for Medicare and Medicaid's webpage titled "Medicaid State Plan Amendments" available at https://perma.cc/3MBX-T9XA.

81. Attached as Exhibit 77 is a true and correct copy of a September 25, 2013 letter from the State of California Health and Human Services Agency Department of Health Care Services to All Medi-Cal managed care health plans, as published on the agency's website, with the subject "Ensuring Access to Transgender Services," available at https://www.dhcs.ca.gov/wp-content/uploads/2025/10/APL16-013.pdf.

82. Attached as Exhibit 78 is a true and correct copy of the January 2015 MassHealth Transmittal Letter PHY-142 from Massachusetts Medicaid Director Kristin L. Thorn to physicians participating in MassHealth with the subject “Physician Manual (Updated Gender Dysphoria and Sterilization Policies”, available at https://www.mass.gov/doc/phy-142-updated-gender-dysphoria-and-sterilization-policies/download.

83. Attached as Exhibit 79 is a true and correct copy of the Centers for Medicare and Medicaid Services’ (CMS) Pub. No. 45, The State Medicaid Manual §§ 13025, 13026, as published on the CMS website, available at https://www.cms.gov/regulations-and-guidance/guidance/manuals/paper-based-manuals-items/cms021927.

84. Attached as Exhibit 80 is a true and correct copy of the Declaration of William Halsey, Medicaid Director at the Connecticut Department of Social Services, as originally filed in support of Plaintiffs’ opposition to Defendants’ motion to dismiss on December 22, 2025.

85. Attached as Exhibit 81 is a true and correct copy of the April 29, 2015 Connecticut State Plan Amendment (SPA) Approval Letter sent from Centers for Medicare and Medicaid Services’ Division of Medicaid and Children’s Health Operations/Boston Regional Office’s Associate Regional Administrator Richard R. McGreal to Connecticut Department of Social Services Commissioner Roderick Brembby, available at https://www.medicaid.gov/State-resource-center/Medicaid-State-Plan-Amendments/Downloads/CT/CT-15-007.pdf.

86. Attached as Exhibit 82 is a true and correct copy of the June 6, 2018 Nevada State Plan Amendment (SPA) Approval Letter sent from Centers for Medicare and Medicaid Services’ Division of Medicaid and Children’s Health Operations’ Acting Associate Regional Administrator Hye Sun Lee to Nevada Department of Health and Human Services Director

Richard Whitley, available at https://www.medicaid.gov/State-resource-center/Medicaid-State-Plan-Amendments/Downloads/NV/NV-18-0006.pdf.

87. Attached as Exhibit 83 is a true and correct copy of the Centers for Medicare and Medicaid Services' webpage titled "Financial Management" available at https://perma.cc/H8MU-STVZ.

88. Attached as Exhibit 84 is a true and correct copy of the Declaration of D.C. Provider #1 (filed under a pseudonym), a Board-certified OB-GYN at a private hospital in Washington, DC, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

89. Attached as Exhibit 85 is a true and correct copy of the Declaration of Julie Justicz, Executive Director of Legal Council for Health Justice, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

90. Attached as Exhibit 86 is a true and correct copy of the Declaration of Francisco J. Silva, President and Chief Executive Officer of the California Primary Care Association, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

91. Attached as Exhibit 87 is a true and correct copy of Declaration of Jennifer Hone, a licensed physician in California and a member of the Board of Trustees of the California Medical Association, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

92. Attached as Exhibit 88 is a true and correct copy of the Declaration of California Provider #1 (filed under a pseudonym), a practicing physician who provides gender-affirming

care, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

93. Attached as Exhibit 89 is a true and correct copy of the Declaration of Kathleen M. Moehlig, founder and Executive Director of TransFamily Support Services, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

94. Attached as Exhibit 90 is a true and correct copy of the Declaration of Dr. Jennifer Maehr, Medical Director for the Maryland Department of Juvenile Services, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

95. Attached as Exhibit 91 is a true and correct copy of the September 23, 2025 press release issued by the Women's Law Project titled "Complaint Filed Against UPMC Children's Hospital for Unlawfully Denying Gender-Affirming Care to Patients Under 19," available at https://www.womenslawproject.org/wp-content/uploads/2025/09/UPMC-Complaint-PR-9-23-25-B.pdf.

96. Attached as Exhibit 92 is a true and correct copy of the December 17, 2025 press release issued by GLAD Law titled "Families Challenge Abrupt End to Medical Care for Transgender Adolescents and Young Adults at Two Connecticut Hospitals" available at https://perma.cc/E2ZE-P46M.

97. Attached as Exhibit 93 is a true and correct copy of Plaintiffs' Contempt Hearing Brief in filed on September 8, 2026, in *Boe v. Child.'s Hosp. Colo.*, No. 2026CV30232 (Colo. Dist. Ct. Sept. 8, 2026).

98. Attached as Exhibit 94 is a true and correct copy of Defendants' Contempt Hearing Brief in filed on September 8, 2026, in *Boe v. Child.'s Hosp. Colo.*, No. 2026CV30232 (Colo. Dist. Ct. Sept. 8, 2026).

99. Attached as Exhibit 95 is a true and correct copy of the Declaration of Cori O'Neill, a nurse practitioner who provides gender-affirming care, as originally filed in support of Plaintiffs' opposition to Defendants' motion to dismiss on December 22, 2025.

100. Attached as Exhibit 96 is a true and correct copy of a May 26, 2026 "X" post from the @AAGShumate account, available at https://x.com/AAGShumate/status/2059372118735732902.

Dated: New York, New York
September 14, 2026

*/s/ Zoe Ridolfi-Starr*
Zoe Ridolfi-Starr
Assistant Attorney General
Office of the Attorney General
Of the State of New York

**Chart of All Exhibits and Declarations**

| Ex. # | ECF No. | Exhibit Title |
|---|---|---|
| 1 | ECF No. 1-4 | Executive Order No. 14,168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government, 90 Fed. Reg. 8615 (January 20, 2025). |
| 2 | ECF No. 1-5 | Executive Order No. 14,187, Protecting Children from Chemical and Surgical Mutilation, 90 Fed. Reg. 8,7771, (January 28, 2025). |
| 3 | ECF No. 1-6 | Bondi Memo, "Preventing the Mutilation of American Children" (April 22, 2025). |
| 4 | ECF No. 1-7 | Shumate Directive, "Civil Division Enforcement Priorities" (June 11, 2025). |
| 5 | | Administrative Record Index for the Bondi Memo. |
| 6 | | Administrative Record Index for the Shumate Directive. |
| 7 | | Certification of the Bondi Memo Administrative Record (July 10, 2026). |
| 8 | | Certification of the Shumate Directive Administrative Record (July 10, 2026). |
| 9 | | World Health Organization, "Gender incongruence and transgender health in the ICD". |
| 10 | ECF No. 87-1 | Declaration of Plaintiff State Provider #1. |
| 11 | | American Academy of Pediatrics, "Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents" (October 2018). |
| 12 | | American Academy of Child and Adolescent Psychiatry, "Policy Statement on Access to Gender-Affirming Healthcare" (June 2024). |
| 13 | | American Academy of Family Physicians, "Care for the Transgender and Gender Nonbinary Patient" (October 2020). |
| 14 | | American College of Obstetricians and Gynecologists, "Health Care for Transgender and Gender Diverse Individuals" (January 2017). |
| 15 | | American Society for Reproductive Medicine, "Transgender and gender-diverse care: a committee opinion" (August 2026). |
| 16 | | American College of Physicians, "Attacks on Gender-Affirming and Transgender Health Care" (August 29, 2025). |

| | | |
|---|---|---|
| 17 | | American Medical Association, "Clarification of Evidence-Based Gender-Affirming Care H-185.927" (2024). |
| 18 | | American Psychiatric Association, ""Position Statement on Gender-Affirming Care for Transgender Youth" (December 2025). |
| 19 | | Endocrine Society, "Endocrine Society Statement in Support of Gender-Affirming Care" (May 8, 2024). |
| 20 | | @realDonaldTrump "Truth Social" post (January 28, 2025). |
| 21 | ECF No. 87-10 | White House press release, "President Trump is Delivering on His Commitment to Protect our Kids" (February 3, 2025). |
| 22 | ECF No. 87-11 | White House press release, "President Trump is Protecting America's Children" (March 4, 2025). |
| 23 | | White House fact sheet, "Report to the President on Protecting Children from Surgical and Chemical Mutilation Executive Summary" (April 28, 2025). |
| 24 | | @FBI "X" post (June 2, 2025). |
| 25 | | U.S. Department of Justice webpage, "Assistant Attorney General Brett A. Shumate" (June 11, 2025). |
| 26 | ECF No. 87-17 | Boston Children's Hospital subpoena (June 11, 2025). |
| 27 | | NYU Langone Hospitals administrative subpoena (June 11, 2025). |
| 28 | | Sonja Sharp, Los Angeles Times, "Children's Hospital Los Angeles halts transgender care under pressure from Trump" (June 12, 2025). |
| 29 | | Alec Schemmel, Fox News, "FBI launches probes into 3 children's hospitals for alleged genital mutilation of minors" (June 24, 2025). |
| 30 | | U.S. Department of Health and Human Services press release, "DOJ-HHS False Claims Act Working Group" (July 2, 2025). |
| 31 | | Federal Trade Commission workshop, "The Dangers of 'Gender-Affirming Care' for Minors" (July 9, 2025). |
| 32 | ECF No. 87-30 | U.S. Department of Justice press release, "Department of Justice Subpoenas Doctors and Clinic Involved in Performing Transgender Medical Procedures on Children" (July 9, 2025). |
| 33 | ECF No. 1-3 | White House press release, "President Trump Marks Six Months in Office with Historic Successes" (July 20, 2025). |

| | | |
|---|---|---|
| 34 | | White House press release, "President Trump Promised to End Child Sexual Mutilation — and He Delivered" (July 25, 2025). |
| 35 | ECF No. 87-19 | U.S. Department of Justice press release, "The Department of Justice Creates New Civil Division Enforcement & Affirmative Litigation Branch" (September 25, 2025). |
| 36 | | @AAGShumate "X" post (September 4, 2026). |
| 37 | | NYU Langone Hospitals grand jury subpoena (May 5, 2026). |
| 38 | | New York Times, Joseph Golstein, "Trump Administration Investigating Gender Treatments at Mount Sinai" (June 5, 2026) |
| 39 | | @realDonaldTrump "Truth Social" post (August 11, 2026). |
| 40 | | Texas Children's Hospital settlement agreement (July 18, 2026). |
| 41 | | Cleveland Clinic Foundation settlement agreement (June 5, 2026). |
| 42 | | Connecticut Children's Medical Center settlement agreement (August 4, 2026). |
| 43 | | U.S. Department of Justice press release, "Justice Department Secures Agreement with Mount Sinai to End Pediatric 'Gender-Affirming Care'" (September 4, 2026). |
| 44 | | U.S. Department of Justice press release, "Justice Department Secures Landmark Resolution to End Pediatric 'Gender-Affirming Care' and Create Detransition Clinic" (May 15, 2026). |
| 45 | | @AAGShumate "X" post (May 18, 2026). |
| 46 | | U.S. Department of Justice press release, "Justice Department Secures Resolution with Cleveland Clinic to End Pediatric 'Gender-Affirming Care'" (June 5, 2026). |
| 47 | | U.S. Department of Justice press release, "Justice Department Secures Agreement with Connecticut Children's to End Pediatric 'Gender-Affirming Care'" (August 5, 2026). |
| 48 | | @TheJusticeDept "X" post (September 4, 2026). |
| 49 | | @AAGShumate "X" post (September 4, 2026). |
| 50 | | U.S. Department of Health and Human Services report, "Wolves in White Coats: How Doctors and Hospitals Pushed and Profited from the Fraud of 'Gender Medicine'" (August 13, 2026). |

| | | |
|---|---|---|
| 51 | | Robert F. Kennedy, Jr. letter to HHS Inspector General T. March Bell (August 12, 2026). |
| 52 | | U.S. Department of Justice press release, "The Department of Justice Proposes Legislation to Protect Children from Gender Mutilation" (September 3, 2025). |
| 53 | | Senator Marsha Blackburn press release, "Blackburn, Colleagues Introduce 'The Chloe Cole Act' to Ban Chemical and Surgical Mutilation of Children" (September 18, 2025). |
| 54 | | Food and Drug Administration, "Communications From Firms to Health Care Providers Regarding Scientific Information on Unapproved Uses of Approved/Cleared Medical Products; Questions and Answers; Guidance for Industry" (2025). |
| 55 | | Steven A. Engel, "Whether the Food and Drug Administration Has Jurisdiction over Articles Intended for Use in Lawful Executions" (May 3, 2019). |
| 56 | | Food and Drug Administration, "Understanding Unapproved Use of Approved Drugs 'Off Label'" (February 5, 2018). |
| 57 | ECF No. 87-2 | Declaration of Plaintiff State Provider #4 |
| 58 | ECF No. 87-3 | Declaration of Plaintiff State Provider #5. |
| 59 | ECF No. 87-12 | Declaration of Dr. Rachel Sewell of Stanford University. |
| 60 | ECF No. 87-13 | Declaration of Dr. Hannah C. Wenger, M.D., a physician and an assistant professor of medicine at a medical school within Pennsylvania. |
| 61 | ECF No. 87-18 | Declaration of Mark Del Monte, CEO/Executive Vice President at the American Academy of Pediatrics. |
| 62 | ECF No. 87-21 | Declaration of Plaintiff State Provider #2. |
| 63 | ECF No. 87-24 | Declaration of Plaintiff State Provider #3. |
| 64 | ECF No. 87-25 | Declaration of Heather Lusk, Executive Director at the Hawai'i Health & Harm Reduction Center. |
| 65 | | U.S. Department of Justice press release, "Doctor Pleads Guilty to Role in $54 Million Medicare Fraud Scheme" (October 25, 2022). |
| 66 | | U.S. Department of Justice press release, "Carter Healthcare Affiliates and Two Senior Managers to Pay $7.175 Million to Resolve False Claims Act Allegations for False Florida Home Health Billings" (October 18, 2022). |

| | | |
|---|---|---|
| 67 | | Federation of State Medical Board, “Contact a State Medical Board”. |
| 68 | ECF No. 87-26 | Declaration of MD Parent. |
| 69 | ECF No. 87-31 | Declaration of Parent H.D. |
| 70 | ECF No. 87-4 | Declaration of Plaintiff State Provider #6. |
| 71 | ECF No. 87-5 | Declaration of Alex Sheldon, Executive Director of GLMA: Health Professionals Advancing LGBTQ+ Equality. |
| 72 | ECF No. 87-6 | Declaration of Dr. Natasha Bagdasarian, Chief Medical Executive for the State of Michigan. |
| 73 | ECF No. 87-9 | Declaration of Nina Aledort, Ph.D., Deputy Commissioner of the New York State Office of Children and Family Services. |
| 74 | ECF No. 87-7 | Declaration of Heidi E. Mueller, Director of the Illinois Department of Children and Family Services. |
| 75 | | Centers for Medicare and Medicaid, “Medicaid”. |
| 76 | | Centers for Medicare and Medicaid, “Medicaid State Plan Amendments”. |
| 77 | | Letter from the State of California Health and Human Services Agency Department of Health Care Services to All Medi-Cal managed care health plans, “Ensuring Access to Transgender Services” (September 25, 2013). |
| 78 | | MassHealth Transmittal Letter PHY-142 from Massachusetts Medicaid Director Kristin L. Thorn to physicians participating in MassHealth, “Physician Manual (Updated Gender Dysphoria and Sterilization Policies” (January 2015). |
| 79 | | Centers for Medicare and Medicaid Services’ Pub. No. 45, The State Medicaid Manual §§ 13025, 13026. |
| 80 | ECF No. 87-32 | Declaration of William Halsey, Medicaid Director at the Connecticut Department of Social Services. |
| 81 | | Connecticut State Plan Amendment (SPA) Approval Letter (April 29, 2015). |
| 82 | | Nevada State Plan Amendment (SPA) Approval Letter (June 6, 2018). |
| 83 | | Centers for Medicare and Medicaid Services, “Financial Management”. |
| 84 | ECF No. 87-22 | Declaration of D.C. Provider #1 (filed under a pseudonym), a Board-certified OB-GYN at a private hospital in Washington, DC. |

| | | |
|---|---|---|
| 85 | ECF No. 87-16 | Declaration of Julie Justicz, Executive Director of Legal Council for Health Justice. |
| 86 | ECF No. 87-23 | Declaration of Francisco J. Silva, President and Chief Executive Officer of the California Primary Care Association. |
| 87 | ECF No. 87-20 | Declaration of Jennifer Hone, a licensed physician in California and a member of the Board of Trustees of the California Medical Association. |
| 88 | ECF No. 87-14 | Declaration of California Provider #1 (filed under a pseudonym), a practicing physician who provides gender-affirming care. |
| 89 | ECF No. 87-29 | Declaration of Kathleen M. Moehlig, founder and Executive Director of TransFamily Support Services. |
| 90 | ECF No. 87-8 | Declaration of Dr. Jennifer Maehr, Medical Director for the Maryland Department of Juvenile Services. |
| 91 | | Women's Law Project, "Complaint Filed Against UPMC Children's Hospital for Unlawfully Denying Gender-Affirming Care to Patients Under 19" (September 23, 2025). |
| 92 | | GLAD Law "Families Challenge Abrupt End to Medical Care for Transgender Adolescents and Young Adults at Two Connecticut Hospitals" (December 17, 2025). |
| 93 | | Plaintiffs' Contempt Hearing Brief, *Boe v. Child.'s Hosp. Colo.,* No. 2026CV30232 (Colo. Dist. Ct. Sept. 8, 2026). |
| 94 | | Defendants' Contempt Hearing Brief, *Boe v. Child.'s Hosp. Colo.,* No. 2026CV30232 (Colo. Dist. Ct. Sept. 8, 2026). |
| 95 | | Declaration of Cori O'Neill, a nurse practitioner who provides gender-affirming care. |
| 96 | | @AAGShumate "X" post (May 26, 2026). |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have filed this Motion with the Court's ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*<u>/s/ Zoe Ridolfi-Starr</u>*
Zoe Ridolfi-Starr