# EXHIBIT 45

← **Post**



**Brett Shumate**
@AAGShumate

Another week of wins for @DOJCivil and @DAGToddBlanche:

✅Landmark $10 million resolution to stop "gender-affirming care" in Texas and create detransition clinic
✅$500+ million trade fraud recovery for US taxpayers
✅First Circuit stayed enforcement of VA Collective Bargaining Agreement
✅ Defeated preliminary injunction seeking to halt critical Department of Labor H2A agricultural worker rule
✅Sued Connecticut for attempting to regulate federal law enforcement

2:11 PM · May 18, 2026 · **29.1K** Views

16 80 302 6

Relevant View quotes

Available at https://x.com/AAGShumate/status/2056437590908182818?s=20